UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.
**FILED**
APR - 2 2015
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syra.

JAVELL FOX
)
)
**Plaintiff(s)**
)
)
vs.
)
Superintendent Lee
)
Commissioner ANUCCI
)
et., al        **Defendant(s)**
)
)
)

INMATE
CIVIL
RIGHTS
COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

Civil Case No.: 9: 15-CV-390

Plantiff demand a trial by Jury

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1.      This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2.      Plaintiff:     Javell Fox

Address:   Eastern NY Correctional Facility
P.o Box 338  Institution Road
Napanoch NY 12458

Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant:        U. Madison
Official Position:      Lieutenant

Address:   Eastern NY Correctional Facility
P.o Box 338 Institution Road
Napanoch N.Y 12458

Form E (2) (a) . 1

b   sgt Bey
     correction sergeant
      Eastern Ny correctional facility
      PoBox 338  Institution Road
      Napanoch N.y 12458


c  officer Kozak
     correction officer
      Eastern Ny correctional facility

d. Defendant.    officer waugh

Official Position.  correction officer

Address.  EasternNY correctional facility

P.O Box 338 Institution Road

Napanoch NY 12458


e. Defendant.    SGT connor

Official Position.  correction sergeant

Address.  P.O Box 338 Institution Road

Eastern NY correctional facility

Napanoch NY 12458


F  Defendant    captain webbe

Official position    correction captain

Address  P.O Box 338 Institution Road

Eastern NY correctional facility

Napanoch NY 12458


G.  Defendant    DEP Russo
correction Deputy superintendant security

Official Position    correction Deputy superintendant security

Address  Eastern NY correctional facility

P.O Box 338 Institution Road

Napanoch NY 12458

H.   Defendant   <u>Superintendant Lee</u>

Official Position.   <u>Correction superintendant</u>

Address   <u>Eastern NY correctional facility</u>
<u>P.O BOX 338 Institution Road</u>
<u>Napanoch N.Y 12458</u>

I.   Lieutenant Simmons
Corrections Lieutenant
Eastern NY Correctional Facility
P.o Box 338, Institution Road
Napanoch N.Y 12458

J.   Deputy Administration wendland
Correction Deputy superintendant Administration
Eastern NY Correctional Facility
P.o Box 338 Institution Road
Napanoch NY 12458

K.   officer Miller
Correction officer
Eastern NY Correctional facility
P.o Box 338, Institution Road
Napanoch NY 12458

L.   Deputy calgo
Correction Deputy superintendant programs
Eastern N.Y Correctional Facility
P.O Box 338, Institution Road
Napanoch N.Y 12458

M. E. Jennings
Correction Steward
Eastern NY Correctional Facility
P.O Box 338, Institution Road
Napanoch N.Y 12458

N. Diane Labatte
Correction Steward
Eastern NY Correctional Facility
P.O Box 338, Institution Road
Napanoch N.Y 12458

O Governor Andrew Cuomo
Newyork State Governor
Executive Chamber
State Capitol
Albany NY 12224

P Anthony Anucci
Department of Corr and Comm supv Commissioner
1220 Washington Ave., Bldg 2
Albany N.Y 12226

Q Officer Henry
Correction Officer
Eastern NY Correctional Facility
P.O Box 338, Institution Road
Napanoch NY 12458

R. sergent lifield
   Correction sergeant
   Eastern NY Correctional Facility
   P.O Box 338 Institution Road
   Napanoch N.Y 12458


   S. officer schadel
      Correction officer
      Eastern NY Correctional Facility
      P.O Box 338, Institution Road
      Napanoch N.Y 12458


   T. Sergeant Bradley
      Correction sergeant
      Eastern NY Correctional Facility
      P.O Box 338, Institution Road
      Napanoch N.Y 12458


   V. officer williamson
      Correction officer
      Eastern NY Correctional Facility
      P.O Box 338, Institution Road
      Napanoch N.Y 12458


   V. officers.cruz
      Correction officer
      Eastern N.Y correctional Facility
      P.O Box 338 Institution Road
      Napanoch N.Y 12458

W. Lt Sullivan
correction Lieutenant
Eastern NY correctional Facility
P.O Box 338, Institution Road
Napanoch N.Y 12458

X   Sgt Vanacore
correction sergeant
Eastern NY correction.AL facility
P.O Box 338, Institution Road
Napanoch N.Y 12458

Y Sergeant Barg
correction sergeant
Eastern N.Y correctional facility
P.O Box 338, Institution Road
Napanoch N.Y 12458

## FACTS

On or around November 7 2014 Lt Madison told Plantiff to cut his hair beccuse it is shaved on the sides and dreadlocked on Top. Plantiff refused to cut his hair because his hairstyle has religious significance which is protected under the Religious Land use and institutionalized Persons Act, First and Fourteenth Amendments to the u.s constitution and correction law section 112 States that no rules or regulations shall conflict with said amendments. Plantiff was written a misbehavior report by officer szkred who was directed to do so by Lt Madison. on the report plantiff was charged with refusing direct order to cut Hair or change hair. on or around November 11, 2014 Plantiff was found Not guilty by Lt Simmons who was the hearing officer and

Lt Simmons found Plantiff to be in his constitutional rights to have his religious hairstyle. on November 29. 2015 Lt Madison complained to officer cruz about the decision Hearing officer Lt Simmons made in favor of Plantiff and in upholding Plantiffs right to religion. officer cruz stated that when he see me he's gonna write me a Misbehavior report for the same thing. on December 7. 2014 Plantiff was going in the Messhall to eat lunch At 11:00 am. when Plantiff came out he saw officer cruz, which officer cruz was suppose to be on the other side of the Jail because the House of inmates he was supervising had already left the Messhall so officer cruz abandoned his Post Just to assure that Plantiff was Punished to satisfy Lt Madisons oppressive

Policies, since officer cruz knew that he was not on Post he directed officer williamson and officer waugh to frisk plantiff, as plantiff was coming out of the messhall officer cruz pointed plantiff out to said officers. officer williamson directed plantiff to get against the wall, plantiff was then Pat frisked and strip frisked, plantiff was told to remove his religious headwear and his locks was searched. plantiff was instructed to go and return to his Housing unit and cell location. once plantiff was at his cell location 5 minutes later officer williamson arrive to plantiffs cell for a cell search. he asked plantiff did plantiff know why he was there, plantiff said no, officer williamson

Stated I'm here to search your cell because of your HAIR. I was written A misbehavior report after the cell search by officer WAUGh for Altered Pants and again for My Hair, refusing direct order to cut my hair, at the hearing I was found not guilty of refusing direct order to cut my hair by Lt Simmons hearing officer, Lt simmos continued to uphold my right to religion, however because he had to satisfy his obligation to his peers feelings and urge to see me punished I was found guilty for Altered pants and given 30 days loss of privaleges, and 30 days keep locked in cell confinement which was also illegal pursuant to Direct 3801 of correction Policies. a inmate can not get a misbehavior report for

For Altered or damaged Property unless Property exceed 100.00$ and inmate refuses to pay restitution. Plantiff did not refuse to pay restitution for Altered state Pants and Altered Pants did not exceed $100.00 therefore Misbehavior report for Altered pants was Malicious and violated correction Directive 3801. I wrote a Grievance about the total Affirmentioned and Grievance was titled as Harassment, I was also sent to receive a urine Test because of the outcome of the hearing which was stated that my hair was in compliance according to constitution Freedom of religion and Directive Correctional Policies, captain webbe was Designated by the superintendant to investigate the Harassment by officers and Lielltenant, captain Webbe immediately cover up Lieutenant and officers misconduct.

he failed to discipline officers or investigate into officers abandoning post, conspiring with Lieutenant, frisking plantiff, stirip frisking plantiff, frisking plantiffs cell, and urine testing plantiff because plantiff was given a favorable decision and plantiffs rights was upheld to exercise his religion by hearing officer, captain webbe stated there was no official mis-conduct and sgt connor gave officers permission to frisk, strip frisk plantiff and search plantiffs cell according to captain webbe, when in fact sgt connor was not around and officers took it upon they self to violate plantiffs rights. plantiff then wrote a grievance on captain webbe for covering up official misconduct, the superintendant designated Deputy Russo to investigate, Deputy Russo also covered up for Lt, officers and captain. he failed to discipline or investigate Lt and officer conspiring to in-fringe on plantiffs Right to religion by plantiff being frisked, strip frisked, cell frisked and urine tested because of favorable decision by Hearing officer in regard to upholding plantiffs

Right to religion. Plantiff wrote a grievance on DEP russo for the Affirmention. the superintendant then Made a Decision, while Plantiff was awaiting release for the 30 day keeplock plantiff fall from the top of the Bars where he was forced to climb up and get his food treys because officers refused to unlock his cell so he could retrieve his treys like a human being. the Superintendent also covered up all parties misconduct of Frisking, Strip frisking, cell frisking and urine testing plantiff with out no reason that concerned safety or security, plantiff Appealed, Grievance supervisor refused to forward plantiffs Grievances to Administration in the Highest channel, and when plantiff Attempted to forward it his self the Mail clerks Discarded the Mail So plantiff was blocked. Plantiff walked with a cane for 1 months and a half because of Harassment and retaliation and is mentally and Emotionally anguished.

I was confined where I had to climb up cell bars to get my food. I had to slide it on the top of the ceiling where I was called monkey. Dust and paint chips were constantly in my food, that I had to eat or face starvation. There is no feed up slots built into the bars at this prison, so I was subjected to inhumane treatment.

on December 23, 2014 I ended up falling while climbing to get my food up the bars. I had to be carried to get medical Attention, I was given a shot in my buttock in order to walk. I was hospitalized for 3 days, and it was determined that I damaged my lower back, I was given a cane to walk with for 6 weeks.

I was released from the medical unit and placed on the other side of the Block on the Flats, I was interviewed by T. Mauro about the grievance I filed about me being in a cell that I cant receive food. I was again confined under the same circumstances. officers took thirty minutes daily to open the door in order for me to get my food treys now, since I fell the policies implemented to prevent future accidents was for officers to open the cells to give us prisoners on confinement our food.

I was the moved to a different cell, this cell (2 cell) in the same Housing unit, this cell had a feed up slot. I was moved because I wrote a grievance about the officers taking so long to open up the doors to bring the food, the one officer said I should be lucky they dont make me climb no more.

In the middle of January I wrote a grievance after being subjected to nearly two weeks of cold weather. Civilians were fixing the windows, and in the process

it was cold as fuck there was no bed cover and freezing cold air was coming through, they gave me nor any other inmate any blankets for additional warmth and there was no heat on. I was forced to wear the same pants for 30 days, I was denied the right to clean my cell or receive cleaning material, or get laundry done

Because of my grievance they turned the heat on, after they did so, in retaliation for my grievances I was moved, I was denied a phone call by officer Henry and spt lifield without having a Hearing officer take my phone privelages, also out of retaliation for grievances,

On January 26, 2015 I was moved to west wing out of retaliation, they call that the dump off spot. Soon as I got there officer cruz began to Harass me, he dragged my property in with my Blanket on the dirty floor ( this prison dont give us anything to pack our property in, they make us use our blankets) he threw my property in my cell and told me to get the fuck in there - I locked in and wrote a grievance. On January 27, 2015 I had a call out to see mental health counselor. I came out with my cane, officer cruz began to frisk me aggressively. he escorted me to my call out, when I was done, he took me to a a secluded area and frisked me in a sexual way, he began to goe up my testicles and penis as he searched me, he pulled on my legs in a way to seem as if He was being kinky and a Dominatrix.

I wrote a complaint to the superintendant about the sexual Harassment, he sent the sergeant, the sergeant name is corcieri, he came to see me and told me that if this was 1998 when he first started working he would drag me out of my cell and beat me because I keep writing Grievances

In the complaint I asked to file a grievance on officer cruz. on February 2, 2015 I was moved upstairs, officer cruz also controls that unit, because its all together. On January 30, 2015 I was written a frivolous missbehavior report out of retaliation for the sexual Harassment grievance. the charges from the missbehavior report written by officer kozak was dismissed on february 12, 2015. on february 12, 2015 because I wrote a grievance on officer cruz for sexual conduct he escorted me to the hearing, on this day he told me to get against the wall, he pull the back of my pants down after he carresed my thighs, he grinded his penis against my buttocks, groped my penis and testicle and then said "I forgot,.. your pussy hurt."

I wrote a grievance about this issue and asked the superintendant to move me. as officer cruz was maliciously sexual molesting me he was also drunk, Intoxicated from liquor or beer, I let the superintendant know this, and I requested to be moved, I saw him I asked him if he could move me he said no. he made me stay around a officer that violated me because I wrote a grievance against the superintendant, so now hes retaliating against me. officer cruz continued to be perverted, he opened my door while I was naked letting another prisoner see me, officer cruz peekes in my cell all the time

For no penological reason, I went to L.t
Madison of the 13th day of March ( they waited
a whole month to speak to me about this serious
issue all in retaliation, because I wrote grievances)
instead of him being concerned about my safety
and security, he took the opperTunity to write me
a grievance, or rather commission sgt vandacore
to write me a misbehavior report for my hair
style that is my religious practice. officer cruz
had wrote me a Misbehavior report also for
my hairstyle on march 6, 2015, they are writing
me Misbehavior reports for refusing to cut
hair which is a clear violation of my civil and
constitutional rights.

I went to finish the hearing for those
Misbehavior reports, I was found not guilty for
for untidy and clean hair and refusing to cut
my hair, my hair is always tidy and clean,
and the same Hearing officer that found me not
guilty and stated my Hair was in compliance and
upheld my civil rights. I explained to him that
this is retaliation Misbehavior reports because
I wrote grievances on every ranking official,
I also told him that Lt Madison Had frisked
me and stripped frisk me after I had been
frisked already. Lt simmons told me that
his supervisors told him to find me guilty,
he also found me guilty on December 12, 2014
for altered state property, when the directive
3081 directs him not to, also because

his supervisor told him too. this type of torture has been done to me repeatedly, I dont get no fair and impartial hearings and my constitutional rights is constantly violated, the Superintendant covers up Grievance complaints against officials, Grievance supervisor covers up Grievance complaints against officials, the mailroom civilian throw out mail to assure that no one above the superintendant will find out about the etrocity of this prison. captein webbe sent Sgt bey to threatening me to cut my hair or receive the highest tier level offense, two weeks later I was written a tier IIII for refusing to cut my hair while I was still on confinement and confined in my cell. Lt Sullivan wrote Reviewed the ticket and made it a tier III in violation of Directive on inmate behavior, stating that the highest tier level is for violent and drug offenses, this is clear abuse, the Dep of security and captain webbe conspired with Lt Sullivan and superintendant and Deputy Russo have a personal relationship so he backs him up, the superintendant brought Dep Russo to eastern with him from Greenhaven. at the tier III hearing that was held by Dep wendland, I was found Guilty, she lied and said that my hair was braided and in locks, which my witness a civilian counselor (who just so happen to have locks)

testified to my hair being in locks. I made
Dep wendland aware that my hairstyle was
apart of my religion, and does not violate
the safety security or order of the facility,
therefore me being constantly Harassed and
Confined for my Hairstyle is infringing on
my religious belief. Dep wendland went out
of her way to call witnesses against me,
and she asked my witness was she a
beautician and her witness the Author
who also made false statements about how
my hair was (even though I was in my cell
locked in, and should never had been given
a misbehavior report to begin with) she
never asked him if he was a beautician. out of
retaliation from me writing grievances she
found me guilty of refusing to cut my hair
after cpte her witness the Author sgt
bey told her that captain webbe sent him
to threaten me, which was inappropriate
because he was removed off the investigation,
and the superintendant Designated Dep Russo
to investigate. so instead of her following
rules, which states I can have my hair Any
way I want in my cell, even if my hair was
braid over my locks, which it wasn't, she
chose to use the Hearing as a platform to
retaliate against me for writing grievances
Against the superintendant and her subordinates.

I was constantly denied [illegible], and I couldn't contact my family, and stress the urgency of their support and energy into calling the Governor or any agency that could help me seize this abuse, on March 6, 2015 I was given my phone privelages, on March 11, 2015 I was suppose to receive a phone call I was denied by sgt Bradley and C.o schadel. I explained that my due process rights is being violated, she stated that the sergeant said to keep me a way the phones per his supervisors.

On March 25, 2015 officer cruz again came to Harass me, he came to my cell looked in and told me to be good, stop talking or im gonna be silenced, In fear I asked to speak to a sergeant, I was let out to go to recreation, officer cruz asked to frisk me, I refused to be frisked by him, because I'm not gonna stand for him to touch my private areas no more, he was not running rec escorts and therefore he should not have even asked to frisk me, but because I asked officer green Jr to call the sergeant and explained why, officer green Jr told officer cruz, and it ticked him off, I was lucky another inmate was standing with me, which made officer cruz not do anything because of a potential witness, his intentions was to get me on the wall, say I came off and

then beat me. on the same day officer Cruz put a inmate on the wall that complained about him, said he came off and beat him.

I have seen through torcher at this prison, the Dep of program, Diane Labette and Evennings refuse to give me copys. I'm indigent, I have been requested copies for 5 months and they never give it to me, I have missed 3 deadlines because of this denial, I have very little access to the court with out copies. this prison is a nightmare,

The Commissioner Anthony J Anucci, Deputy Commissioner Vernon J Fonda is failing to train and or supervise his subordinates at Eastern NY correctional facility they was made aware of the aforesaid abuse that I went through and they did nothing to ascertain my safety or security, the Governor Andrew Cuomo failed to check on the living establishment of me and fellow inmates at Eastern NY correctional facility, he is the responsible agent to make sure that its feed up slots by funding the commissioner to have the bars repaired to assure the safety of me and prisoners, but because of this neglect I am suffering from a back injury that left me dependant on a cane, migrane headaches, and seizures because I fell climbing up the bars to get food in order to prevent starvation.

asked me if I wanted Recreation, I stated yes. at 9:30 Am I was let out my cell to be escorted by the Recreation officer. as I was going downstairs officer cruz told me to get on the wall, I refused to get on the wall and let him frisk me, I let the recreation officer know that officer cruz had Sexually touched me on two occassions and I was not gonna let him frisk me. also, it was Not his duty or post to run recreation so if im going to recreation he has no reason to want to frisk me. officer cruz told me to get the fuck on the wall, the officer that was there told me to just get on the wall, so it wont be A incident. officer cruz then began to pull my pants up into the crack of my buttocks, kick my feet, rub his hands up my penis and then banged my head on the wall. he then sent me back to my cell and denied me recreation. he came to my cell and told me I'm a pussy and that he cant wait to I go to another Jail so that he could get me Stabbed the fuck up.

I was called for a tier hearing at 10:20 Am, Held by Lt simmons, I was called there to answer A report written by sergeant vanacore by order of Lt madison. the report stated I refused to cut my hair. My hair is my religious practice. Lt simmon upheld my rights on 2 other occassions, and the last Two times he stated he had to find me guilty because his supervisor told him too, so I would be sent out of the Jail, if I get more than 60-120 day of keep, the Superintendant would request to the Commissioner that I be moved from the prison. so this is they plan. Further retaliatory tactics for my using the grievance system. once

the hearing room at 1:00 pm. I was asked by Lieutenant
Simmons why did I have a knot on my forehead,
I explained to lieutenant Simmons that officer
Cruz had sexually harassed me and have done
so on Two prior occassions, I told them that
officer Cruz had banged my head into the wall.
he called his Supervisor and told his supervisor
what happened. Lt simmons told me no to write a
Grievance, the grievances dont work, the more I
write the more I set my self into trouble, he's
gonna move me from the unit where officer Cruz is.

at 1:30 pm I was moved. I had a migrane
headache as I normally do because of the stress
of being retaliated against by officers and
every rank in the Facility. However on this day
my Heart was hurting. at 2:30 pm I finish unpack-
ing my property. I was feel Nauscious, and weak,
I layed down, at 10:50 pm my chest felt like it
was surming and my heart was gonna explode.
I dont smoke, I Dont use drugs, I dont eat
meat, I'm A vegan, I exercise, I dont have
sugar diasetes or High blood pressure. the Nurse
said that because of all of the pressure I almost
suffered a mild Heart attack, the stress of these
prison officials is killing me.

# FIRST CAUSE OF ACTION

I was confined to a cell, that was not built to confine keeplocked inmates. the cell did not Have a feed up slot, so that treys could be given to me, instead I was forced to climb up bars and slide my food trey, while my food was exposed, through a 3 inch by 10 inch wide slot, which caused the top of the open trey to slide across the ceiling, leaving dust and paint chips in my food, either I eat it or starve, on December 23, 2014 I ended up falling, while climbing to get my food trey up the bars, I injured my back, I have migrane head aches and seizores because of the fall, and had to walk with a cane for 6 weeks, officers call me a monkey when I climb. I was exposed to dangerous and overly restrictive conditions which is a violation of my eight Amendment to the united states Constitution, cruel and unusual punishment and my universal Declaration of Human rights Article S, No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment. Deliberate indifference Wilson V. Seiter, 501 U.S. 294 (1991) Farmer V. Brennan, 511 U.S 825 (1994)

## SECOND CAUSE OF ACTION

on December 26, 2014 I was moved to the lower level of the Housing unit (because I had a cane), so I wouldn't have to take the steps. SInce I fell from climbing to get my food treys, officers were directed to open up my cell, to give me my food, officers purposely took 30 minutes to open up my cell, and served me cold food every day, all of my pants were tooken, and I was forced to wear the same pants for **60 days**. I was denied the right to clean my cell or receive cleaning material, and I was denied the right to do my laundry, in retaliation for me using the Grievance process. I was denied a basic human need, sanitation, I was also degraded

which is a violation of my eighth Amendment right to the united States constitution, cruel and unusual punishment and my universal Declaration of human rights Article 5, No one Shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment, during zero below temperatures in January, there was big holes in window and no heat on, it was freezing cold inside of my cell, for almost two weeks this lasted, I was given no extra clothing or Bedding to keep warm, this is also cruel and unusual punishment and denied a basic human need.. shelter, this is also a violation of my Human rights Gaston V coughlin, 249 F.3d 156 (2d Cir. 2001) all of these conditions add up to create an overall effect that is unconstitutional, Palmer V Johnson 193 F.3d 346 (5th cir 1999)

### THIRD CAUSE OF ACTION

on January 7, 2015 I was entitled to a once a week phone call because my privaleges were reinstated on January 5, 2015. I was denied a phone call and all phone privaleges by officer Henry and Sgt Lifield without no Hearing, I was Denied telephone access for no reason related to legitimate security concerns which is unreasonable McMaster v. pung, 984 F.2d 948, 953 (8th cir. 1993), only in Retaliation for me using the Grievance process, on march 6, 2015 I was denied another telephone call by Sgt bradley and correction officer schadel, Sgt bradley stated that I could not use the phone per his supervisers because of Grievances. at this time I had not spoken to my family in 3 months. my telephone privaleges could be revoked at a hearing under the procedural due process clause but at this time I had my privaleges restored, this is unconstitutional

FOURTH CAUSE OF ACT ION

out of further retaliation because of Grievances I wrote, I was moved to a unit called West Wing, they call this the Dump off, a officer that I wrote two Harassment complaints on works that unit, I was moved there on January 26, 2015. On January 27, 2015 he subjected me to a Frisk where he rubbed on my penis and testicles in a kinky manner and pulled my legs back in a Dominatrix way, I was walking with a cane and officer cruz clearly took advantage of me. I wrote a Grievance about this situation, and I wrote to the superintendant and requested to be Moved from the unit where officer cruz was on, because of aforesaid violation, nothing was done, I was left to suffer on the unit, as a matter of fact I was sent upstairs where officer cruz spends alot of time at, so I was constantly Harrassed by officer cruz, he opened a door to my cell while I was naked so other prisoners could see me and he constantly peeked in my cell and watched me, at times when there was no penological purpose. On February 12, 2015 officer cruz told me to get on the wall and as I did so, he started going up my leg and he caressed my thigh each one, he then pulled the back of my pants down and grinded his penis on my buttocks, then groped my penis and testicles, he was also Intoxicated from Alcohol and I have a witness that wrote a statement to this fact. I wrote a Grievance about the situation, I requested to be moved from West Wing unit, where officer cruz works and I was again left to be around someone who violated my man hood on several occassions.

I made the superintendant aware and he did nothing. he came to see officer cruz, and he stopped at my cell and said for me to drop the grievances, he refused to help me because I wrote a grievance against him, so letting me suffer was a way for him to retaliate against me, by leaving me around a officer thats a predator, which violates the superintendants Employee rules of zero tolerance for sexual Harassment and sexual assault of any kind, which is also a crime. Sgt Barg, Sgt Vanacore, Lt madison and Sgt corcieri was aware of the abuse I was receiving by officer cruz, he also has an extensive complaint history of abusing and violating inmates, and none of thes officers cared for my safety, because of me writing Grievances I was denied safety and security, on Tuesday march 24, 2015 officer cruz told me to get on the wall, I refused to because of him sexually harassing me, I was denied recreation. officer cruz had no reason to want to frisk me because he was not the escort officer, he was upset because I told officer green Jr that I wanted to see a sergeant because that morning officer cruz was threatening me. that morning he was attempting to sexual Harass me while I was on the wall, then beat me, by saying I came off the wall, instead he did this to another inmate later on that day. he also made sexual comments stating that He forgot my pussy Hurt during His unlawful Frisk of me in a sexual manner, sexual Touching is not apart of the penalty that criminal offenders pay for their offenses against society quoting farmer V Brennen 511 us. 825, 834, 114 s. ct 1970, 1977, 128 L.ed 2d 811 823. although security concerns

sometimes trump privacy interests, these sexual
actions is no justification for invasion of my
privacy and vulgar sexual remarks, any bodily
contact between me a prison official must be
lawful, stating that a inmate has a constitutional
right to be secure in bodily integrity, any sexual
conduct between a prison employee and a prisoner
is illegal, prison employees are criminally liable
for sexual misconduct and in turn this is cruel
and unusual punishment, women prisoners v District
of Columbia 877 F. supp 634, 665 (D.D.C. 1994) I am seeking
medical care for emotional and psychological trouble
behind the sexual harassment incidents. I have
dream about officer cruz which turn into nightmares,
I cant concentrate and I'm always full of fear
and anxiety.


## FIFTH CAUSE OF ACTION

On January 30, 2015 officer Kozak wrote me a
frivelous misbehavior report full of false charges
because I wrote grievances on his peer(s), I was
found not guilty at a hearing on February 12, 2015,
held by Lieutenant Simmons, Dep wendland held a
hearing that ended On January 16 2015, she gave
60 days keeplock confinement with loss of all
my privelages. She was not fair or impartial,
She investigated into the matter and she pre-
determined my guilt before she even saw me.
at the Hearing I was accused of refusing to
cut my hair, I made her aware that my
hairstyle was apart of my religious belief.
my hair is in locks and cut on the sides,
She went and found a imam at the facility and
asked him How does N.O.I members wear there

hair, however that he did not know because he was not N.O.I. the superintendant and the Dep of security told her to call the imam. I showed her a federal case that states any religion could wear locks even N.O.I. I also made her aware of my culture which is cherokee and molegan through my fathers mother and I acknowledge my African roots and that my true religion is not serviced at this facility, which is universal science Nukneter. I also made her aware that my hairstyle represents wisdom in my belief, and my hairstyle do not pose no risk to the safety, security or order of the facility. I called a witness to record my Hairstyle, my witness testified that I had locks in my hair, my witness is civilian counselor who also happens to have locks, however in attempt to ruse the record Dep wendland asked my witness if she was a beautician, my witness answered no, Dep wendland called her witness who was the author sgt bey, he made the record aware that he was sent to speak t me by captain webbe, which was illegal, because I had a Harassment grievance pending against captain webbe and by directive he was not able to investigate into the matters I alleged, sgt bey gave me a misbehavior report And stated that my hair was in braids and locks, however he never stated that he gave me a order to take my hair out of braids and locks, and I was on keeplock. So he was just sent to Assure that I stayed on keeplock, as retaliation for me writing grievances on captain webbe. I was found guilty for wearing my hair in locks and braids

which locks. Dep wensland found me guilty as retaliation for my use of grievance process. During keep lock confinement I was denied the right to clean my cell location, which is my toilet and sink, I couldn't sweep or mop, I had to wear dirty pants and shirts, because I couldn't do laundry, they wouldn't get no one to take my laundry, they took my pants, so I had to wear the same one pants everyday, I was subjected to freezing cold weather by it being big holes in the windows and no heat during zero degree weather, officers had to walk around with hats on, turtlenecks, jackets with the lining in it and some had ear muffs. This cold happened for weeks. Lieutenant Simmons found me guilty of altered pants which is illegal Directive 3081 states that no inmate should receive a misbehavior report for altered or damage clothes from the state. Lt Simmons found me guilty of this because of my grievance issues I was given 30 days confinement at that time I had to clims up the bars to get my food, I ended up fallen, induring my back, having to walk with a cane for 6 weeks, suffer migrane headaches and seizures. During confinement by DEP wensland at a hearing where she gave me a penalty of 60 days confinement, I ended up getting sexually harassed on 2 occasions as well. On march 6, 2015 I was given a misbehavior report by officer cruz again while I was locked in my cell, I was told to take off my religious head gear, he then wrote me up for refusing to cut my hair. On march 20, 2015 I was found guilty of refusing direct order and unclean person. I was

found guilty of these charges by Lieutenant Simmons, on two occasions Lieutenant Simmons upheld my constitutional rights to practice my religion. however he already had it predetermined to find guilty because of my grievances against his supervisors and peers. on appeal the Dep of Security Russo is Designated by Superintendant Lee, he Affirms the Decision to violate me, ~~and after general~~ ~~fords the come investigate~~ everytime. this is a violation of my Due process. I have now spent a total of 120 days under very bad conditions, which is atypical and significant hardship.

Palmer v Richards, 364 F.3d 60 (2d cir 2004) cruel and unusual punishment Winston v Coughlin 789 F Supp 118, 120-121, orwat v Maloney 360 F Supp 2d 146,165 (D. mass 2005); Hawkins v oleary 729 F Supp 600, 602 (N.D. I-11 1990) Religiousland use and Institutionalized persons Act infringment on my religious practice. Benjamin v coughlin 905 F.2d 571 (2d cir. 1990); Swift v lewis 901 F.2d 730 (9th cir 1990)

on the 13th of March Lt Madison Directed Sgt vancore to give me A misbehavior report for my religious hair style and ordered me not to wear my religious head gear. officer Miller Also tried to force me to cut my hair.

### SIXTH CAUSE OF ACTION

I have been denied photocopies by E. Jennings and Diane Labatte for 5 months. I asked the Deputy of Programs who is in charge of making copies or rather over seeing the funds from copies and he also Denied me. I have papperwork that I cant write over or because of migrane headaches the volume is overwhelming

I have missed 3 deadlines to this prison, and I have no access to the court or minimum to no access without copies. Dep of program Caigo failed to uphold my right to access the court, in order for me to bring this action in this court I have to ask the Clerk of the Northern District to make copies for me, or Else I'm done. thats why I couldn't file a injuction yet or a TRO to stop the official from violating my right to practice my religion. E.Jennings, Dep Caigo and Diane Labatte is stopping me from filing legal pappers. I am indigent and these officials refuse to advance me funds to make coeys. Bounds v Smith, 430 U.S. 817 (1977.) this is a violation of my First, Fifth and Fourteenth amendment to the constitution.

7.                    **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

SEVENTY
~~FIRST~~ **CAUSE OF ACTION**

Plantiff Being Harassed and confined to cell under harsh conditions because Plantiff refused to cut his hair which Poses no safety security or hygeine disorder Benjamin V Coughlin 905 F.2d 571 (2d cir)

EIGHTH
~~SECOND~~ **CAUSE OF ACTION**

Double Jeoperdy violation plantiff was found not guilty of refusing direct order to cut his hair as his hair is a religious symbol and officers gave plantiff another Misbehavior report for the same thing,

NINTH
~~THIRD~~ **CAUSE OF ACTION**

Religious Discrimination violation of plantiffs 14th Amendment to the constitution. Fourth Amendment violation, Harassment descrimination, and retaliation, Frisk, strip Frisk and cell frisk and urine test used as Harassment tools and retaliation For plantiff refusing to cut his hair Due to religious belief,

TENTH

~~ELEVENTH~~ CAUSE OF ACTION

Cruel and unusual punishment, first
Amendment violation to the U.S consti-
tution and Religious Land use and
institutionalized Persons Act

ELEVENTH CAUSE OF ACTION

On February 12, 2015 officer Cruz subjected me
to a frisk that was unlawful and had no
penological interest as he escorted to the
hearing office, where prison policy is that
inmates are frisked by the officer inside
the hearing officer, before the hearing
starts. officer Cruz new this and he
still frisked me And in doing so he caressed
my thigh, grinted his penis against my buttocks
After, He pulled the back of my pants Down.
and groped my penis and testicles. on March
27 he subjected me to another unlawfu
search, he is not the escort officer for keep-
lock recreation, while I was coming out of
my cell with the escort officer on the lower
landing officer Cruz demanded that I allow
him frisk me I got on the wall he grabbed
the back of my pants lifted my pants up into
the crack of my buttocks groped my penis and
testicles th He banged my head against the wall,
this is cruel and unusual punishment.

WHEREFORE plaintiff requests the court grant the following relief!

1. Lieutenant Madison, Monetary Damages, Compensatory Damages $125,000 $, Punitive Damages to be Decided by Jury, emotional mental injury $150,000 and injunction

2. Officer Cruz, Monetary Damages, Compensatory Damages $250,000, Punitive Damages to be decided by Jury, emotional Mental physical injury $250,000. and injunction

Captain Webbe, monetary damages, compensatory Damages $125,000, punitive damages to be decided by Jury, emotional injury mental injury $50,000, injunction

3. Sgt Bey, monetary damages, compensatory Damages $75,000, punitive damages to be decided by Jury, emotional and mental injury $25,000. and injunction

4. Officer Kozak, monetary Damages, compensatory Damages $15,000, punitive damages to be decided by Jury, emotional and mental injury $10,000 and injunction

5. Lieutenant Simmons, monetary Damages $125,000 in compensation, punitive damages to be decided by Jury, emotional and Mental injury $250,000 and injunction

6. Deputy superintendant of administration wendland. compensatory Damages $150,000, Punitive Damages to be Decided by Jury, emotional and mental injury $175,000 and injunction

7. Sergeant Connor. Monetary Damages, compensatory Damages $50,000; punitive Damages to be decided by Jury, emotional mental injury $75,000 and injunction

8. Deputy superintendant of security Russo, Monetary Damages, compensatory Damages $50,000, punitive Damages to be decided by Jury, emotional mental injury $75,000 and injunction

9. Captain webbe, Monetary Damages, compensatory Damages $75,000, punitive Damages to be decided by Jury, emotional mental injury $100,000 and injunction

10. officer Waugh. Monetary Damages, compensatory Damages $150,000, punitive damages, to be decided by Jury, emotional mental injury $125,000 and injunction

11. officer Miller, Monetary Damages, compensatory Damages $5,000, punitive Damages to be decided by Jury, emotional mental injury $15,000 and injunction

12. Deputy superintendant of programs calao, Monetary Damages, compensatory Damages $50,000 punitive Damages to be decided by Jury, emotional Mental injury $100,000 and injunction

13. E. Jennings correction steward, monetary Damages, compensatory Damages $125,000 punitive Damages to be decided by Jury, emotional Mental injury $100,000 and injuction

14, Diane Labatte, Correction Steward, Monetary Damages, compensatory Damages $125,000, Punitive Damages to be decided by Jury, Mental emotional injury $100,000 and injunction

15, Governor Andrew Cuomo Monetary Damages, Punitive Damages, to be decided by Jury For Emotional, Mental and Physical Injury.

16, DOCCS Commissioner Anucci, Monetary Damages, Punitive Damages to be decided by Jury for Emotional, Mental and Physical injury, and injunction

17, Officer Henry Monetary Damages, compensatory Damages $7500, Punitive Damages to be decided by Jury, Emotional Mental injury $15,000

18, sergeant Lifield Monetary Damages, compensatory Damages $7500, Punitive Damages to be decided by Jury, Emotional Mental injury $15,000

19, Officer Schadel, Monetary Damages, compensatory Damages $7500, Punitive Damages to be decided by Jury, Emotional Mental injury $15,000

20 sergeant Bradley, Monetary Damages, compensatory Damages $7,500, Punitive Damages to be decided by Jury, Emotional Mental injury $15,000

21, officer Williamson, Monetary Damages, compensatory Damages $250,000, punitive Damages to be Decided by Jury, Emotional, Mental, and physical Injury $500,000. and injunction

22, superintendant Lee Monetary Damages, compensatory Damages $250,000, punitive Damages to be decided by Jury, Emotional, Mental and physical Injury $500,000 and injunction

23 Lieutenant sullivan, Monetary Damages, compensatory Damages $250,000, punitive Damages to be Decided by Jury, emotional, meatal and physical injury $125,000

24 sergeant vanacore, Monetary Damages, compensatory damages $75,000, punitive damages to be decided by Jury, Emotional, mental injury and physical injury, $125,000

25 sergeant Barg, Monetary Damages, compensatory Damages $75,000, punitive damages to be decided by Jury, Emotional Mental injury and physical injury $125,000