21. Officer Williamson, Monetary Damages, compensatory Damages $250,000, Punitive Damages to be decided by Jury, Emotional, Mental, and Physical Injury $500,000. and injunction

22. Superintendant Lee Monetary Damages, Compensatory Damages $250,000, punitive Damages to be decided by Jury, Emotional, Mental and Physical Injury $500,000 and injunction

23. Lieutenant Sullivan, Monetary Damages, compensatory Damages $250,000, punitive Damages to be decided by Jury, Emotional, mental and physical injury $125,000

24. Sergeant Vanacore, Monetary Damages, compensatory damages $75,000, punitive damages to be decided by Jury, Emotional, mental injury and physical injury, $125,000

25. Sergeant Barg, Monetary Damages, compensatory Damages $75,000, Punitive damages to be decided by Jury, Emotional Mental Injury and physical Injury $125,000

I Declare under penalty of perjury that all statements are true

*Jarell Z* (signature)