UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAVELL FOX,

                          *Plaintiff*,

-against-

SUPERINTENDENT LEE; LT. MADISON; SGT. BEY; OFFICER KOZAK; RUSSO; LIEUTENANT SIMMONS; WENDLAND; OFFICER MILLER; DEPUTY CALAO; C JENNINGS; DIANE LABATTE; ANTHONY J. ANNUCCI; J WILLIAMSON; OFFICER S. CRUZ; SGT. VANACORE; SERGEANT BARG,

                          *Defendants*.

**NOTICE OF APPEARANCE**

15-CV-0390

TJM/CFH

---

      PLEASE TAKE NOTICE that Defendants William Lee, Edward Madison, Duncan Bey, William Kozak, Anthony Russo, Karl Simmons, Rosemarie Wendland, Stuart Miller, Kenneth Colao, Elizabeth Jennings, Diane Labatte, Anthony J. Annucci, Robert O. Williamson, Santiago Cruz, Tony Vanacore and Paul Barg hereby appear by the undersigned, whose address and telephone number are as set forth below.

Dated: Albany, New York
       October 1, 2015

                          ERIC T. SCHNEIDERMAN
                          Attorney General of the State of New York
                          Attorney for Defendants William Lee, Edward Madison, Duncan Bey, William Kozak, Anthony Russo, Karl Simmons, Rosemarie Wendland, Stuart Miller, Kenneth Colao, Elizabeth Jennings, Diane Labatte, Anthony J. Annucci, Robert O. Williamson, Santiago Cruz, Tony Vanacore and Paul Barg

The Capitol
Albany, New York  12224-0341

By: *s/Maria Lisi-Murray*
Maria Lisi-Murray
Assistant Attorney General, of Counsel
Bar Roll No. 302577
Telephone: 518-776-2263
Fax: 518-915-7738 (Not for service of papers.)
Email: maria.lisi-murray@ag.ny.gov

To:   Javell Fox
      12B1626
      Plaintiff pro se
      Eastern NY Correctional Facility
      P.O. Box 338
      30 Institution Road
      Napanoch, NY  12458-0338