

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: 518-776-2263

May 19, 2016

Hon. Christian F. Hummel
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, NY 12207

Re: *Fox v. Lee et al*
Northern District of New York
15-CV-0390 (TJM)(CFH)

Dear Judge Hummel:

The undersigned is writing to respectfully request an extension of the discovery deadlines in the above referenced matter. As Your Honor is aware, the plaintiff filed a motion to amend his complaint on April 1, 2016, at Docket No. 55. The undersigned did not proceed with the deposition of the plaintiff because the scope of the plaintiff's claims against the defendants could potentially enlarge depending upon the outcome of the plaintiff's pending motion to amend the complaint.

It appears that the plaintiff's motion is now fully briefed, with the plaintiff having filed a reply on April 25, 2016, at Docket No. 59. In light of the potential expansion of plaintiff's claims against the defendants, the defendants respectfully request that the discovery deadline be extended such to afford sufficient time to depose the plaintiff after a decision is rendered on the plaintiff's motion to amend his complaint.

THE CAPITOL, ALBANY, NY 12224-0341 ● (518) 776-2300 ● FAX (518) 915-7738 * NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV

Thank you for your consideration of my request.

Respectfully yours,

*s/ Maria Lisi-Murray*

Maria Lisi-Murray
Assistant Attorney General
Bar Roll No. 302577
maria.lisi-murray@ag.ny.gov


cc: Javell Fox
12B1626
Five Points Correctional Facility
Caller Box 400
6600 State Route 96
Romulus, NY  14541


PURSUANT TO 28 U.S.C. §1746 I DECLARE THAT, ON THIS DATE, I CAUSED THE PLAINTIFF TO BE SERVED WITH A COPY OF THIS LETTER BY 1ST CLASS UNITED STATES MAIL AT THE ADDRESS LISTED ABOVE.

Respectfully yours,
*s/ Maria Lisi-Murray*
Maria Lisi-Murray
Assistant Attorney General
Bar Roll No. 302577
Maria.Lisi-Murray@ag.ny.gov