UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAVELL FOX

        Plantiff

    VS

SUPERINTEDAN LEE et al

        Defendants

INMATE
CIVIL
RIGHTS
COMPLAINT
PURSUANT
TO 42 U.S.C §1983
Amended Complaint

civil case No. 9:15-CV-390

Plantiff demand a Trial by Jury

plantiff in the above-captioned action, allege as
Follows

1. This is a civil action seeking relief and/or
   damages to defend and protect the rights
   guarenteed by the constitution of the united
   states, This action is brought pursuant to
   42 U.S.C. §1983, The court has Jurisdiction
   over this action pursuant to 28 U.S.C §§1331,
   1343(3) and (4) and 2201

   2. Plantiff JAvell FOX
      FIVE POINTS Correctional Facility
      STATE ROUTE 96, BOX 119
      Romulus N.Y 14541

      3. a. Defendant : Lt Madison
            official position Lieutenant
            Eastern N.y correctional facility
            P.O Box 338 Institution RD
            Napanoch N,y 12458

b  Sgt Bey
   Correction Sergeant
   Eastern N.y correctional Facility
   P.o Box 338 Institution Road
   Napanoch N.y 12458

   c Officer Kozak
     Correction officer
     Eastern Correctional Facility
     Napanoch N.y 12458

d.   Defendant.   officer waugh

Official Position.   correction officer

Address.   Eastern NY correctional facility
P.o Box 338 Institution Road
Napanoch NY 12458

e.   Defendant.   SGT connor

Official Position.   correction sergeant

Address.   P.o Box 338 Institution Road
Eastern NY correctional facility
Napanoch NY 12458

F   Defendant   captain webbe

official position   correction captain

Address   P.o Box 338 Institution Road
Eastern NY correctional facility
Napanoch NY 12458

G.   Defendant   DEP RUSSO
correction Deputy superintendant security

official position   correction Deputy superintendant security

Address   Eastern NY correctional facility
P.o Box 338 Institution Road
Napanoch NY 12458

H.   Defendant   <u>Superintendant lee</u>

Official Position. <u>correction superintendant</u>

Address   <u>Eastern NY correctional Facility</u>

<u>P.O Box 338 Institution Road</u>

<u>Napanoch N.Y 12458</u>

I.  Lieutenant Simmons
     corrections Lieutenant
     Eastern NY correctional Facility
     P.O Box 338, Institution Road
     Napanoch N.Y 12458

J.  Deputy Administration wendland
     correction Deputy superintendant Administration
     Eastern NY correctional Facility
     P.O Box 338 Institution Road
     Napanoch NY 12458

K.  officer Miller
     correction officer
     Eastern NY Correctional facility
     P.O Box 338, Institution Road
     Napanoch NY 12458

L.  Deputy caigo
     Correction Deputy superintendant programs
     Eastern N.Y correctional Facility
     P.O Box 338, Institution Road
     Napanoch N.Y 12458

R. Sergent lifield
   Correction sergeant
   Eastern NY Correctional Facility
   P.O Box 338 Institution Road
   Napanoch N.Y 12458


S. Officer Schadel
   Correction officer
   Eastern NY Correctional Facility
   P.O Box 338, Institution Road
   Napanoch N.Y 12458


T. Sergeant Bradley
   Correction sergeant
   Eastern NY correctional Facility
   P.O Box 338, Institution Road
   Napanoch N.Y 12458


U. Officer Williamson
   Correction officer
   Eastern NY Correctional Facility
   P.O Box 338, Institution Road
   Napanoch N.Y 12458


V. Officers Cruz
   Correction officer
   Eastern N.Y Correctional Facility
   P.O Box 338 Institution Road
   Napanoch N.Y 12458

M.   E. Jennings
Correction Steward
Eastern NY Correctional Facility
P.O Box 338, Institution Road
Napanoch N.Y 12458

N.   Diane Labatte
Correction Steward
Eastern NY Correctional Facility
P.O Box 338, Institution Road
Napanoch N.Y 12458

O   Governor Andrew Cuomo
NewYork State Governor
Executive Chamber
State Capitol
Albany Ny 12224

P   Anthony Anucci
Department of Corr and Comm Supv Commissioner
1220 Washington Ave., Bldg 2
Albany N.Y 12226

Q   Officer Henry
Correction Officer
Eastern NY Correctional Facility
P.O Box 338, Institution Road
Napanoch Ny 12458

W. Lt Sullivan
   Correction Lieutenant
   Eastern N.Y correctional facility
   P.O Box 338, Institution Rd
   Napanoch N.Y 12458


X. Sgt Vanacore
   correction sergeant
   Eastern NY correctional Facility
   P.O Box 338, Institution Road
   Napanoch N.Y 12458


Y  Sgt Barg
   correction Sergeant
   Eastern N.Y correctional facility
   P.O Box 338, Institution Rd

# FACTS

1    On or around November 7, 2014 Lt. Madison told plantiff to cut his hair because it is shaved on the sides and dreadlocked in a Mohawk style. Plantiff refused to cut his hair. Plantiff has a right to the freedom of expression and a freedom to exercise his religion. Plantiffs Hairstyle is a religious symbol, that signifies wisdom, and is protected by the first Amendment to the United States constitution and the Religious Land Use and Institutionalized Persons Act of 2000 as well as the 14th Amendment equal protection. Correction law. 112 and 610 as well as Lt Madisons employee Manuel directs his to respect the constitution and laws, no rules or regulations shall conflict with said Amendments and statutes.

2    Plantiff was written a misbehavior report by officer Skred (who was directed to do so by Lt Madison) on November 9, 2014.

3, ON the report plantiff was charged with refusing direct order to cut his hair or change his hairstyle,

4, on or around November 11, 2014 plantiff was found not guilty of refusing direct order to cut his hair, hearing officer Lt Simmons acknowledged at that time that the charge was unconstitutional and that plantiff had a right to exercise his religion and a freedom of expression, equal protection of the law and Religious rights under the Religious land use and institutionalized persons act of 2000.

5, On November 29, 2014 Lt Madison complained to officer Cruz about Lt Simmons decision as the Hearing officer for the Misbehavior report mentioned in paragraph 2 and decision Mentioned in paragraph 4, officer Cruz stated that when he see plantiff he's gonna write plantiff a Misbehavior report for the same thing mentioned in paragraph 3 and 4 which is Retaliation, Harassment and Discrimination as well as Deliberate Indifferance,

6, On December 7, 2014 plantiff was going to the Messhall to eat lunch At 11:00 AM, WHEN plantiff came out of the Messhall he saw officer cruz was suppose to be on the other side of the jail because the house of inmates he was supervising had already left the Messhall.

7, officer cruz abandoned his post just to assure that plantiff was punished to satisfy Lt Madisons oppressive decision and personal stance against plantiff having a MOHAWK hairstyle.

8, SINCE OFFICER cruz knew that he was not on post, he directed officer williamson to frisk me and officer waugh to assist.

9, plantiff was coming out of the Messhall from eating lunch, officer cruz pointed plantiff out to officer williamson and officer waugh.

10, officer williamson directed plantiff to get against the wall, this order was given out of retaliation (for Lt Madison being upset that Lt ~~Madison~~ simmons upheld plantiffs constitutional rights) further explained in paragraph 4.

3

11, Plantiff was then pat frisked and strip frisked by being forced to remove his religious headgear and shake his hair out for no penological reason which is also a fourth Amendment violation, Harassment And Retaliation.

12, Plantiff was then instructed to go and return to His Housing unit and cell location,

13, 5 minutes later officer williamson arrived at plantiffs assigned cell for a cell search. officer Williamson then Asked plantiff did Plantiff know why he was there. plantiff said no, officer williamson stated that he was there to search plantiffs cell because of plantiffs hairstyle, this is a fourth Amendment violation, Harassment and retaliation, because the cell search had no Penological interest and was used as a tool for Retaliation against plantiff for plantiff exercising a right guarenteed under the United States constitution.

14, plantiff was written a Misbehavior report After the cell search by officer waugh for Altered pants and again for refusing to cut his Hair

4

15, Plantiff was not suppose to be written A misbehavior report for Altered pants and Directive 3081 states thate, and plantiff was not suppose to be written A misbehavior report for refusing to cut his hair after plantiff was found not guilty and plantiff having a First Amendment right to wear his hair style in A moHAWk, officer WAugh wrote the misbehavior report to satisfy Lt Madisons thirst to see plantiff punished for having A moHAWk, this retaliation, Harrassment, Discrimination, A violation of plantiffs right to freedom of expression and freedom to exercise religion and Religious Land use and Institutionalized persons Act of 2000,

16, At the hearing for the misbehavior report (explained in paragraph 15) held by Lt Simmons, plantiff was again found not guilty of refusing direct order to cut his hair, because plantiff has a constitutional right to wear A mohawk hairstyle and said hairstyle

posed no threat to the safety, security and order of the facility, however Lt Simmons found plantiff guilty of Altered pants. on the record plantiff made Lt simmons aware. that he was retaliated against for a favorable hearing, also Lt Simmons was not suppose to find plantiff guilty of altered pants and issue confinement time. Directive 3081 Directs him against that, however Lt Simmons did so to satisfy his obligation to his peers feelings and urge to see plantiff punished.

17, plantiff received 30 days confinement to cell, 30 days loss of commissary, Recreation, packages and phone privateges, this was done out of retaliation and Harassment and amounted to cruel and unusual punishment

18, plantiff wrote a grievance about the Harassment initiated by Lt Madison, which is covered in the afflrmentioned paragraphs. the grievance was titled as harassment.

19, plantiff was also sent in for urinalisis testing because of the outcome of the hearing and plantiff being found not guilty for a second time for refusing to cut his hair which is his first Amendment right and right under Religious Land use and

Institutionalized persons Act of 2000

20, captain webbe was designated by Superintendant to investigate the Harassment reported by Plantiff against officer Waugh, Williamson, cruz and Lt Madison.

21, captain webbe immediately covered up Lieutenant and officers Misconduct, captain webbe failed to discipline officers, or Investigate into officers abandoning post, conspiring with Lieutenant, frisking plantiff, strip frisking plantiff, searching plantiffs cell and urine testing, plantiff, because plantiff was given a favorable decision at the hearing by Lt Simmons pertaining to plantiff hairstyle and plantiffs rights to exercise his religion through his hairstyle,

22, captain webbe stated there was no official Misconduct and that sgt connor gave officers permission to frisk, strip frisk plantiff, and to search plantiffs cell.

23, Sgt connor was not around and sgt connor made that statement to cover up for officer williamson and waugh and Also out of retaliation to please Lt Madison who wanted to see plantiff punished for wearing a MOHAWK.

24, Plantiff wrote a grievance on captain webbe for covering up official misconduct.

25, The superintendant then designated Deputy Russo to investigate. Deputy Russo also covered up for Lt, officers, and captain, he failed to investigate or discipline Lt and officers for conspiring to infringe on plantiffs Right to Religion, Harassment, Retaliation and Discrimination by plantiff being frisked, strip frisked, cell frisked and urine tested because of a favorable decision by Hearing officer in regard to upholding plantiffs Right to Freedom of expression and Religion,

26, Plantiff wrote a grievance on Deputy Russo for the reasons stated in paragraph Twenty five.

27, The Superintendent then made a decision and he too covered up for his subordinates, denieng the right to Freedom of Expression and Religion through Minimum exercise thats the least restrictive in the form of Plantiffs Hairstyle.

28, While plantiff was awaiting release from from the 30 day keeplock, plantiff fell from the top of the cell bars

8

where he was forced to climb to up and get his food treys because officer Henry, officer cotton, officer Vanalken and other officers that work the unit refuse to unlock his cell so he could retrieve his food treys like a Human. officer Henry also tease plantiff by calling him a Monkey because plantiff has to climb to get his food.

29, The superintendent was also aware that there was no feed up slots that I could get my food from and superintendent refused to get it fixed, no other prison in the state or probably America House a prisoner in confinement without a feed up slot, this is cruel and vnusual punishment,

30, Grievance Supervisor refused to forward plantiffs Grievances to Administration at the Highest channels, and when plantiff attempted to forward it his self the mail clerks Discarded it (the Mail) so plantiff was blocked,

31, plantiff walked with a cane for 6 weeks because of the fall mentioned in Paragraph 28, because of Harcessment and

retaliation, and is mentally and emotionally anguished, plantiff was confined to a cell that he had to climb up cell bars to get his food.

32, Plantiff had to slide his open food treys after he took the lid off because that the only way it would slide through the top of the celling, dust and paint chips we're constantly in his food that he had to eat or face starvation.

33, Plantiff ended up fallen on December 23, 2014 while climbing to get his food up the bars.

34, plantiff had to be carried to get medical attention, plantiff was given a shot in his buttocks in order to walk (a steroid shot) plantiff was hospitalized for 3 days and it was determined that plantiff damaged his lower back by fallen, plantiff was given a cane to walk on for 6 weeks

35, plantiff was released from the medical unit and was placed on the other side of the jail Block that I was on. I was put on a unit that didn't require plantiff to use the steps.

**36,** I was interviewed by T. Mauro about grievance supervisor about the grievance I filed about me being in a cell that I cant receive food at because its no feed up slots.

**37,** I was again confined under the same circumstances mentioned in paragraph 29.

**38,** officers took 30 minutes to one hour daily for two weeks to open the cell door in order for me to get my food treys.

**39,** since plantiff fell by having to climb up bars to get his food trey the policies implemented to prevent future accidents of that nature was for officers to open the cells to give us prisoners on confinement our food.

**40,** I was then moved to 2 cell in the same Housing unit this cell was the only cell out of nearly 40 cells on the gallery that had a feed up slot.

**41,** I was moved because I wrote a grievance about the officers taking so long with opening up the cell door to bring the food to me, officer Heldron told plantiff that he should be lucky they dont make me climb no more

11

42, In the middle of January plantiff wrote a grievance after being subjected to nearly two weeks of extreme cold weather, civilians were fixing the windows, and in the process it was holes in the window that were not covered, and freezing air was coming through and it was 8 degrees, or 0 degrees outside,

43, They gave plantiff nor any other inmate any blankets or clothing for additional warmth and there was no heat on,

44, Plantiff was forced to wear the same pants for 30 days, plantiff was denied the right to clean his cell or receive cleaning material and was forced to sleep in a dirty cell, with feces and urine stain on the toilet and mucus in the cink.

45 Because of plantiffs grievances the heat was turned on, after they turned the heat on in retallation for plantiffs grievances, plantiff was moved.

46, officer Henry and sgt lifield was made aware of the grievance issues of plantiff that stemmed this claim and

Officer Henry was well aware that these issues were constitutional violations.

46. Plantiff was up for a phone call in which plantiff hadn't spoken to his family in 3 months because of false mis-behavior reports. Officer Henry and Sgt Lifield denied plantiff a phone call out of malice, knowing that plantiff had a hearing pending and in a few days he would lose his phone privaleges at the hearing and wouldn't be able to speak to his family for another 60 days, and this also will stop plantiff from making his family aware of the violations plantiff faced at the prison, and to re-taliate against plantiff for using the grievance process.

47. On January 26,2015 plantiff was moved to west wing out of retallation. They call west wing the dump off spot.

48. Soon as plantiff got to west wing officer Cruz began to harass plantiff. As soon as plantiff got to west wing

49. Officer Cruz Dragged plantiff property in a blanket on a dirty

13

floor the same blanket that plantiff got to sleep on ( eastern c.f. Dont give prisoners anything to pack property in when they move from one part of the jail to the other, they make prisoners use there sheets and blankets to carry it in, officer cruz threw my property in my cell, and told me, plantiff to get the fuck in there.

50, plantiff locked in and wrote a grievance on January 27, 2015 plantiff had a call out to see a mental health counselor, plantiff came out with his cane, officer cruz began to frisk plantiff aggressively,

51, officer cruz escorted plantiff to the mental health call out when plantiff was done, plantiff was taken by officer cruz to a secluded area and sexually frisked,

52, officer cruz began to go up plantiffs testicles and penis as he searched plantiffs body, he pulled plantiffs legs in a way to seem as if he was being kinky and a Dominatrix.

53 plantiff wrote a complaint to the superintendent about the sexual harasment, he sent the sergeant to conduct a interview, the sgt name was cerclark.

14

54, Sgt cerciari came to see plantiff at, Plantiffs Housing unit on west wing, sgt cerciari told plantiff that if this, was 1998 when he first started working he would drag plantiff out of his cell and beat, Plantiff, because plantiff keep writing Grievances,

55, In the complaint I asked to be moved from west WING away from officer cruz,

56, on February 2, 2015 plantiff was moved, upstairs, officer cruz also controls that unit, because its connected.

56, On January 30, 2015 plantiff was written a frivelous Misbehavior report out of retallation for the sexual Harassment grievance.

57, The charges written by officer kozak was dismissed on February 12, 2015,

57, on february 12, 2015 because I wrote a grievance on officer cruz for sexual Harassment he escorted plantiff to the hearing,

58 on this day He told plantiff to get against the wall he pulled the back of Plantiffs pants down after he carressed

15

Plantiffs thighs, he grinded his penis against plantiffs buttocks, groped plantiffs penis and testicles and then said I forgot your pussy hurts.

59, officer cruz had no reason to frisk in the first place because Eastern correctional policy is that prisoners get frisked in the hearing office, and the Lieutenant who is holding the hearing has a frisk officer in his office.

60, I wrote a grievance about this issue and asked the Superintendent to move me, plantiff.

61, as officer cruz was maliciously sexually Harassing plantiff he was also drunk. I let the Superintendent know this as well and I requested to be Moved.

62, I saw the Superintendent personally when he walked past my cell, I asked Him to Move me, he said no.

63, Superintendent forced me to stay around a officer that sexually violated me on two occassions

16

62, Because I wrote grievances against the superintendant he retaliated against me by keeping me around officer cruz

63, officer cruz continued to be perverted, he opened plantiffs cell door while plantiff was naked. officer cruz allowed another prisoner to observe plantiff naked as said prisoner was walking with officer cruz.

64, officer cruz peeks in plantiffs cell for no penological reason, just to Harass plantiff, and violate plantiffs Manhood.

65, Plantiff was called out to see Lt Madison pertaining to the Grievance plantiff wrote against officer cruz, and for not being allowed pants and Having to wear the same pants for 30 days straight,

66, Also All grievances were written a month or 2 months earlier so really there was no reason for Lt Madison to call plantiff out, as well as plantiff already speaking to supervisors pertaining to the issues

17

67, Instead of Lt Madison being conserned about plantiffs safety and security, Lt Madison used the oppertunity as a ~~maximum~~ time to retaliate against plantiff for writing grievances.

68, Lt Madison ordered plantiff to remove his religious Headgear and Lt Madison commissioned Psgt Vanacore to write plantiff a Misbehavior report for my plantiffs hairstyle.

69, on March 6, 2015 Officer Cruz also wrote plantiff a Misbehavior report because of plantiffs hairstyle,

70, on both Misbehavior reports mentioned in paragraphs 68 and 69 plantiff had hearings on. plantiff was charged with Untidy person, which is a disrespect, and refusing Direct order to cut his hair,

71, Lt Simmons held the Hearing, the same Lieutenant that found me not guilty for refusing Direct order to cut (my) plantiffs hair found me guilty. Lt Simmons told me

18

, that his supervisors told him to find me guilty

72, This type of torture has been done to plantiff repeatedly. plantiff does not get no fair and impartial hearings and plantiffs constitutional Rights are constantly violated

73, The superintendant cover up Grievance complaints against officials, the grievance supervisor covers up grievances complaints against officials, the Mailroom civilians throws out Mail if it pertains a compleint against officials to assure that no one above the superintendant will find out about the etrocitys of this prison,

74, captain webbe sent sgt Bey to threaten plantiff to cut his hair or receive a Tier III Misbehavior report which is the Highest punishment. prisoners who stab, cut, act of violence and smuggle drugs receive a Tier III Misbehavior report For plantiff to receive a Tier III Misbehavior report for his hairstyle is cruel.

75, captain webbe sent sgt Bey to order plantiff

TO cut his hair (as explained in paragraph (74) (which is an unlawful order and unconstitutional) because plantiff wrote glevances against captain webbe, this was retaliation.

76 captain webbe was also relieved from investigating Grievance complaints (against Lt and officers) by the ~~brontanants~~ superintendant, so by captain webbe sending sgt bey he exceeded the scope of HIS duty.

77, Sgt Bey gave plantiff a Tier III Misbehavior report as directed by captain webbe.

78 LT sullivan agreed in determining that the Tier III Misbehavior report would be forwarded for a hearing. Lt sullivan was aware of plantiffs grievances against his peers and made his determination to forward the Misbehavior report For A Tier III out of Retaliation

79, the hearing was held by Deputy wendland. Deputy wendland lied and stated that plantiffs hair was braided and in locks, which plantiff had a witness testify at a hearing who also had locks and who was a employee of

20

of the prison under the official title of counselor,

77. Plantiff made Deputy Wendland aware that plantiffs hairstyle was apart of his religious practice and does not violate the safety, security or order of the facility, and therefore by plantiff being constantly Harassed and confined for his hairstyle is infringing on plantiffs religious belief.

78. Deputy Wendland went out of her way to call witnesses against plantiff.

79. Deputy Wendland asked plantiff witness was she a beautician.

80. Deputy Wendland never asked her witness the Author of the Report (Sgt Dey) was he a beautician and she allowed Sgt bey to make false Reports about how plantiffs hair was groomed

81. plantiff was inside of his cell/living quarters when Sgt Bey wrote the misbehavior report and he was on keeplock therefore the misbehavior report should not have been written and was written out of Retaliation for plantiff writing grievances.

21

82 plantiff was found guilty by Deputy wendland for refusing to cut his hair, after Deputy wendlands witness, the Author of the Misbehavior report told her that captain webbe sent him to threaten me, which was Inappropriate because captain webbe was removed off the Investigation and the Superintendant Designated Deputy Russo to investigate.

83; So Instead of Deputy wendland following Rules and the Constitution which states I can have my hair any way I want in my cell, even if my Hair was Braided over my locks (which it wasn't) and doesn't cause a threat to safety, security or the order of the facility,

84, Deputy wendland chose to use the hearing as a platform to retaliate against plantiff, for plantiff writing Grievances against the superintendant and her Subordinates plantiff received 60 Days.

85, on March 6, 2015 plantiff had been keeplocked for a total of 110 days

and had has been on loss of privaleges for 110 days as well including phone privaleges.

86, on March 11, 2015 plantiff was entitled to a phone call,

87, plantiff was denied that phone call by officer Schadel and Sgt Bradley. Note plantiff hadn't contacted his family verbally in nearly 120 days at this time, and faced Retaliation Harassment and discrimination for the entire 4 months. plantiff is also indigent and do not have funds for stamps to contact family to explain the above violations.

88, plantiff was pending a hearing and would lose his phone privaleges at that hearing. So March 11, 2015 was the only oppertunity plantiff had to contact his family to attempt to receive outside help for the above listed violations that stemmed this complaint

89, Officer schadel explained to plantiff that sgt Bradley said to keep plantiff away from the phones per his supervisors,

90, In order to assure that plantiff would not Alert His family of the violations that stemmed this complaint officer schadel and sgt Bradley Denied plantiff a phone call know that plantiff wouldn't have another oppertunity to use the phone for another 4 months,

91, On March 25, 2015 officer cruz again came to Harass plantiff, officer cruz looked in plantiffs cell, told plantiff to be good and stop talking or plantiff will be silenced, meaning stop writing grievances or plantiff is gonna be Hurt,

92, Out of fear I was requesting to speak to A sgt, I was let out to go to recreation, officer cruz demanded to frisk plantiff, I refused to be frisked By officer cruz because of The two instances when he sexually touched

24

plantiff private areas, and I was tired of allow this officer to violate my Manhood, and his supervisors did not when I complained but retailate against me.

93, officer cruz was not running recreation therefore him wanting to frisk plantiff was Harrassment because plantiff asked officer Green Jr to call the Sgt. officer Green Jr told officer cruz my request and it ticked officer cruz off, because officer cruz knew that I wanted to contact the Sgt because of his comment explained in paragraph 91.

94, plantiff was lucky another inmate was standing with him, which made officer cruz not beat plantiff, because of a potential witness.

95, officer cruz intentions was to get plantiff on the wall, say plantiff came off the wall and then beat plantiff.

96, on the same day mentioned in paragraph 91 officer cruz put a inmate on the wall that wrote a complaint about him and said the inmate came off the wall then he beat him.

97, Deputy of programs, Diane Labatte, and E Jennings refuse to give plantiff copies and plantiff is indigent,

98, Plantiff has requested copies for months to do a Article 78 for misbehavior reports plantiff received. and because of the denial plantiff has missed the 4 month deadline, which is a denial of access to the court,

99, The Commissioner Anthony J Annucci, and Deputy commissioner Vernon J Fonda is failing to train employees on how to properly respect prisoners constitutional rights which would have prevented this complaint

100, The commissioner Anthony J Anucci fail to supervise subordinates and employees at Eastern N.y correctional facility.

101, The Commissioner Anthony J Annucci was made aware of the abuse that plantiff went through as described

In this complaint he did nothing to ascertain plantiffs safety or security

102, The commissstoner or designee visited Eastern correctional facility and was aware that there was no feed up slots which forced plantiff to climb in order to receive food because officers refused to open the cell doors so plantiff could receive food

103, The superintendant was also aware by grievance and by observation that there was no feed up slots on the cells for me to receive food, and I was in danger being in a cell that is not equipped for inmate occupation and superintendant did nothing.

104, because of the violations stated in paragraphs 102 and 103 plantiff suffered back injury from falling, by climbing to get his food that left plantiff dependant on a cane for 6 weeks, plantiff suffers migrane

Headaches, and seizures because of the Fall

105, officer cruz told me to get the fuck on the wall. the officer that was standing with officer cruz told me to just get on the wall so it wont be a incident

106, plantiff got on the wall and officer cruz the began to pull plantiffs pants up into the crack of plantiffs buttock, kick plantiffs feet, rub his hands up plantiffs penis and then banged plantiffs head on the wall.

107, plantiff was then sent back to his cell and then denied recreation, therefore officer cruz Frisk was just for Harassment, sexual Harassment and Retallation,

108, officer cruz came to plantiffs cell and told plantiff that he cant wait to he go to another Jail so that he could get plantiff stabbed the fuck up.

109, plantiff was then called for a tier II Hearing for again refusing to cut his hair at 10:20 Am, Misbehavior report was written by sgt vandacore

Directed by Lt Madison.

110, the report was written clearly out of retellation. The hearing officer was Lt Simmons who on 2 occasions found plantiff not guilty for refusing to cut his hair which is plantiff right guarenteed By the united states constitution of America.

111, LT Simmons found plantiff guilty and again stated that his supervisors told Him too

112, If plantiff received more than 60 days keeplock plantiff would be moved out of the Jail and sent to another prison, so this was the intention of the superIntendant and HIS subordinates which was another retaliatory tactic for plantiff using the grievance system.

113, After the hearing was over Lt Simmons asked plantiff why did he have a knot on his head (Forehead)

Plantiff then explained to Lt Simmons
that officer cruz had sexually touched
him and have done so on two prior
occasions, and that plantiff has a knot
on his forehead because officer cruz
banged plantiffs head into the wall.

114. Lt Simmons told plantiff not to
write a grievance, the grievance system
don't work and the more plantiff write
grievances the more trouble he get his
self into (meaning retaliation). Lt
Simmons told plantiff that he was
gonna move plantiff from the unit
where officer cruz is.

115. At 1:30 pm plantiff was moved as
Lt Simmons promised.

116. Plantiff had a migrane headache
as he usually does due to the stress
of being retaliated against by officers
and every rank in the facility, however
on this day plantiffs head was hurting

117. At 2:30 pm plantiff finished un-
packing his property. plantiff felt
nauseous and weak. plantiff layed

Down

118. At 10:50 PM plantiff's chest felt like
It was burning and plantiff heart
felt as If It was gonna explode.
119. plantiff dont smoke, use drugs,
plantiff Dont eat meat, plantiff Is
A vegan, plantiff exercises, plantiff
dont have sugar Diabetes or High
Blood pressure. the Nurse (as plantiff
had to be rushed to Medical at 11:00 PM)
said that plantiff suffered A Mild
heart attack because of the pressure
and stress he been under due to the
Retaliation. the stress of these prison
officiaists Is killing plantiff.

120. on or around May 2, 2015 Lt Madison
walked past plantiffs cell and said to
plantiff that he cant believe plantiff
still got that stupid Haircut. Lt Geminez
then told officer Geminez to write
plantiff A Misbehavior report. this was
done out of retaliation and discrimina-
tion as well as Harassment and had

31

No penological interest.

121, on or around May 15, 2015 plantiff was sent to hearing for the mis-behavior that Lt Madison directed officer Geminez to write - on that day captain webbe was holding the hearing. he stated to plantiff that supt lee sent him to hold the hearing so that he could slam plantiff real good (meaning give plantiff the maximum time) plus

122, at the hearing ~~Lt Mad~~ captain webbe found plantiff guilty and gave plantiff 4 months keeplock, 4 months loss of phone, 4 months loss of commissary, 4 months loss of packages and 4 months loss of property. captain webbe said that was his rettirement gift to punish me harshly.

123, plantiff was then stripped of his religious koran, religious paperwork and newspapers, also plantiff was stripped of all books and magezines per order of captain webbe.

124, On or Around April 27, 2015, plantiff was written up for refusing a direct order and grooming standards. Lt. Svltivan held the hearing, at that time he stated that he knows its nothing wrong with my Hair, but I should cut it because Lt Madison Dont like It, at that time he gave me 30 days confinement and at that time was already keeplocked for 5 months.

125, On or around June 16, 2015 Deputy Russo Denied plantiff the right to Attend services for the Month of Ramadan for fasting and Brotherhood with fellow prisoners as plantiff is registered Nio, I.

126, Deputy Russo Denied plantiff out of retaliation because plantiff wrote grievances against him and his subordinates and supervisor and because plantiff filed civil suit against him his supervisors and his peers and subordinates. this is Abuse and a pure Disrespect

33

127, on or around May 27, 2015. Supt lee became aware that plantiff was being denied religious newspapers, magezines, Koran and reading books because of captcin webbes order, Supt lee ignored that abuse.

128, on June 18, 2015 plantiff was scheduled to be released from keeplock confinement. Lt Simmons changed plantiffs release Date from confinement until July 18, 2015 which was a extra 30 days that Lt Simmons imposed unlawfully upon his discretion.

129, Lt Simmons in the past would give plantiff 30 day and plantiff would be confined for 14 days which totals 44 days in confinement for a tier II Lt Simmons Did this on three occassions plus the unlawful extra thirty days that forced plantiff to be confined for a total of 72 days for no reason just because of the Discretion of Lt Summons, Lt Sullivan gave plantiff 30 days but Lt Sullivan ran that time concurrent with plantiffs 4 months keeplock time already imposed.

34

130, on or around July 18, 2015, the same day plantiff was released from keep lock after serving 10 months, Sgt Bey sent officer Klein and officer Vanderhelde to stop plantiff in the Hallway after plantiff came out of the messhall from eating Dinner.

131. Plantiff was stopped by officer Klein and officer Vanderhelde because of his hairstyle. At that time plantiff had a c.o.R.c that stated c.o.R.c unanimously agreed with grievant (plantiff) that it is unconstitutional for plantiff to be keeplocked for refusing to cut his hair, therefore plantiff could not be keeplocked anylonger.

132. officer Vanderhelde told plantiff to get against the wall, the began to pat frisk plantiff aggressively. then officer Vanderhelde told plantiff to take off his shoes, plantiff was forced to stand on the dirty floor in his sox like a slave. Sgt Bey stood there laughing.

133; Sgt Bey began to question plantiff about the current lawsuit in an Attempt to intimidate plantiff.

134, On or Around August 2, 2015 Sgt. Barg and officer krantz planted Marijuana report on plantiff in retaliation against plantiff for filing civil suit and grievances (that amount in a favorable C.O.R.C Decision) against him and His peers and supervisors.

135, Sgt Barg then placed plantiff in protective custody the day of the hearing for the Marijuana charges so that plantiff wouldn't have any property, therefore plantiff wouldn't have any legal cases or Directives to prepare a defense or to question witnesses with.

136, Hearing officer charles Barnard refused to postpone the hearing so that plantiff could obtain his legal work to properly questions witnesses.

137, Hearing officer charles Barnard Denied Plantiff the right to call witnesses again. Hearing officer stated that this was my only oppertunity to question witnesses, the witnesses were officer krantz and his partner.

138, That same day after the hearing plantiff was removed from protective custody, meaning plantiff was not even in protective custody for 6 hours. Plantiff was in protective custody for no reason accept for sgt Barg to get plantiff away from his legal Defense so plantiff wouldn't catch the witnesses llan.

139, Sgt Barg told plantiff that he planted the marijuana and Had officer krantz make the report and that he got the marijuana from the locker.

140, on the date that officer krantz Stated he saw a cigarette rolled Marijuana Joint fall out of plantiffs Pants, sgt Garrett was the Area supervisor therefore sgt Barg had no reason being in the contraband

37

while the marijuana was getting tested his reason for being there was to plant marijuana on plantiff out of retaliation.

141, plantiff ended up receiving 50 days keep lock for the misbehavior report about the marijuana which means that plantiffes entire time at eastern correctional facility from september 2014 until october 2015 (give or take 45 days) plantiff spent keeplock because of abuse from officials.

142, Lt Madison harassed plantiff about wearing his religious headgear and forcing plantiff to take it off, since Lt Madison knew that he could no longer punish plantiff for refusing to cut his hair because of C.O.R.C (central office review committee) decision that spoke against that, Lt Madison called plantiff an idiot for wearing his religious headgear.

143, Deputy Calag, E Jennings and Diane Labbatte further denied plantiff copies and because of it plantiff lost a non frivolous claim.

144. on or around June 2, 2015 officer calottl gave plantiff a Misbehavior report for having Magezines and Books

145. on or around June 12, 2015 Lt Simmons gave plantiff 30 days keeplock for having magezines and books on top of the seven months plantiff Already spent in keeplock, one magezine was a Religious magezine.

146. plantiff explained to Lt Simmons that plantiff have a right to have Books magezines and Religious reading Material, and this right is protected by the USCA. Lt Simmons told plantiff to take it up with the court he dont care,

147. futhermore C.o Miller Co signed A misbehavior report written by C.o cruz on march 6 against plantiff for plantiff refusing to cut his Hair which is plantiffs right guarenteed by the USCA.

148 Dep Russo and superintendant lee Denied all plantiffs Appeals to them for the above mentioned claims out of Retaliation.

## FIRST CAUSE OF ACTION

LT. Madison, violation of plantiffs Right to the freedom of expression by directing his subordinates to punish plantiff for refusing to cut his hair which is plantiffs guarenteed right under the USCA First Amendment Relief requested: Monetary Damages $10,000.00 compensatory Damages $15,000.00 Punitive Damages to be decided by Jury, Mental and emotional anguish $50,000.00

## SECOND CAUSE OF ACTION

LT Madison violation of plantiffs Right to the free exercise of Religion by directing his subordinates to punish plantiff for refusing to cut his hair which is a Religious symbol that represents wisdom in plantiffs religious belief which is plantiffs guarenteed right under the USCA First Amendment. Monetary Damages $10,000.00 Compensatory Damages $15,000.00 mental and emotional anguish $50,000

40

## THIRD CAUSE OF ACTION

LT Madison, violation of plantiffs right
to the free exercise of religion, by
him telling plantiff to take off his
religious headgear thats guarenteed
by USCA First Amendment. Damages mone-
tary $10,000, compensatory $15,000 Mental $50,000
emotional

## FOURTH CAUSE OF ACTION

Lt Madison, violation of plantiffs
right to exercise his religion under
the Religious Land use and Institu-
nalized persons Act of 2000 (RLUIPA)
by directing his subordinates to punish
Plantiff for refusing to cut his hair
which is a religious symbol that repre-
sents wisdom in plantiffs religious
belief. Relief requested compensatory
Damages $25,000.00, mental and emotional
Damages $75,000.00 punitive Damages to
be Decided by Jury.

## FIFTH CAUSE OF ACTION

Lt Madison, violation of plantiffs
right to the free exercise of religion,
by him telling plantiff to take off
his religious headgear that is protected
by the religious Land use and institu-
tionalized persons Act of 2000

relief requested compensatory Damages
$ 25,000.00 mental and emotional anguish
$ 75,000.00 Punitive Damages to be decided
by Jury

## SIXTH CAUSE OF ACTION

LT Madison - on going retaliation
In violation of plantiff 8th Amendment
right to the united states constitution
Relief requested compesatory Damages
$ 50,000.00 mental and emotional
anguish $ 125,000.00 punitive Damages
to be Decided by Jury.

## SEVENTH CAUSE OF ACTION

LT Madison on going Harrassment
In violation of plantiffs eighth
Amendment right to the united states
constitution. compensatory Damages
$ 50,000.00 mental and emotional
anguish $ 125,000.00 Punitive Damages
to be decided by Jury

## EIGHTH CAUSE OF ACTION

LT MADISON - violation of plantiffs
Equal protection right guarenteed

guarenteed by the Fourteenth Amendment
to the united states constitution of
America. By Allowing other prisoners
to express themselves through there
hairstyle or exercise there religion
through there hairstyle but punish
plantiff for his hairstyle that pose
no threat to the safety security or
order of the facility which is
Discrimination relief requested
compensatory Damages $75,000 mental
and emotional anguish $125,000.00
punitive Damages to be Decided by Jury.

## NINTH CAUSE OF ACTION

Lt Madison - All Violations of plantiffs
constitutional rights by Lt Madison
as stated in complaint and causes
of Actions 1-8 was done Maliciously
and purposely, which is Deliberate
indifferance. Lt Madison Does not
therefore Qualify for Immunity. Defend-
ant Lt Madison's conduct violated
plantiff's clearly established statutory
and constitutional rights which he
knew and any reasonable official
would have known see Wright v
Coughlin 31 F supp 2d 301 (1998) vacated
225 F.3d 647.

43

All listed 8 claims deprived plantiff of social interaction. social interaction is a Basic Human need. All listed 8 Causes of Action resulted in confinement in solitary form that was in violation of plantiffs constitutional right which amounts to a 8th Amendment cruel and unusual punishment Violation under the USCA. Compensatory damages $ 100,000.00 mental and emotional anguish $150,000.00 Punitive Damages to be decided by Jury,

## TENTH CAUSE OF ACTION

SGT BEY Violation of plantiffs Right to the freedom of expression by punishing Plantiff for refusing to cut his hair which is plantiffs guarenteed right, under the USCA First Amendment. relief requested Monetary Damages $ 5,000.00 Compensatory Damages $10,000.00 mental and emotional anguish $ 20,000.00. Punitive Damages to be decided by Jury,

## ELEVENTH CAUSE OF ACTION

SGT BEY. Violation of plantiffs Right to the free exercise of Religion by punishing plantiff for refusing

To cut his hair which is a religious symbol that represent wisdom in plantiffs religious belief which is plantiffs guarenteed right under the USCA First Amendment. Monetary Damages $ 8,500.00 compensatory Damages $ 12,500.00 mental and emotional anguish $ 35,000.00. Punitive Damages to be decided by Jury.

## TWELFTH CAUSE OF ACTION

SGT BEY. Violation of plantiffs right to the free exercise of his religion under the Religious Land Use and Institutionalized persons Act of 2000 (RLUIPA) by punishing plantiff for refusing to cut his hair which is plantiffs religious symbol that represents wisdom in plantiffs religious belief. relief requested $ 20,000.00 compensatory Damages, Mental and emotional anguish $50,000. Punitive Damages to be decided by Jury.

## THIRTEENTH CAUSE OF ACTION

SGT BEY. Harrassment In violation of plantiffs eighth Amendment right to the USCA. compensatory Damages $ 50,000.00. mental and emotional Anguish $ 75,000.00. punitive damages to be decided by Jury.

45

## FOURTEENTH CAUSE OF ACTION

SGT Bey. violation of plantiffs equal
Protection right guarenteed by
the fourteenth Amendment to the
united States constitution of America
By Allowing other prisoners to express
themselves through there hairstyle or
exercise of there reilgion through
there hairstyle but Punish plantiff
for his hairstyle that pose no threat
to the safety, security or threat
to the order of facility which is
Discrimination. relief requested.
compensatory Damages # 75,000.00
mental and emotional anguish
# 125,000.00 punitive Damages to be
Decided by Jury.

## FIFTEENTH CAUSE OF ACTION

SGT Bey. All violations of plantiffs
constitutional rights by sgt bey
as stated in complaint and causes
of Action 10-14 was done Maliciously
and purposely, which is Deliberate
indifferance, sgt Bey therefore
Does not Qualify for Immunity.
Defendant sgt Beys conduct

46

violated plantiffs clearly established statutory and constitutional rights which he knew and any reasonable official would have known see Wright V Coughlin, 31 F. Supp 2d 301 (1998) Vacated 225 F.3d 647. All 5 claims deprived plantiff of social interaction. Social interaction is a BASIC Human need, All 5 causes of Action resulted in confinement in solitary form that had no penological interest and violated plantiffs constitutional right which amounts to a 8th Amendment cruel and unusual punishment. Violation under the USCA. Compensatory Damages $ 100,000.00 mental and emotional anguish $ 150,000.00 punitive Damages to be decided by Jury.

## SIXTEENTH CAUSE OF ACTION

SGT Bey. Retaliation in violation of the 8th Amendment to the United States constitution and 14th Amendment Equal protection.

## SEVENTEENTH CAUSE OF ACTION

Officer Kozak Harrassment in violation of the 8th Amendment

47

To the USCA, Relief requested compensatory Damages $ 3,500.00 Mental and emotional Anguish $ 10,000.00, punitive Damages to be decided by Jury.

## EIGHTEENTH CAUSE OF ACTION

OFFICER KOZAK, Retaliation in violation of the 8th Amendment to the USCA. Relief Requested compensatory Damages $ 5,000.00 Mental and emotional anguish $ 15,000.00, punitive Damages to be decided by Jury.

## NINETEENTH CAUSE OF ACTION

Officer WAUGH VIOLATION OF PLANTIFFS Right to the Freedom of expression by punishing plantiff for refusing to cut his hair which is plantiffs guarenteed right under the U.S.C.A FIRST Amendment, relief requested monetary Damages $5,000.00 Compensatory Damages $ 10,000.00 mental and emotional Damages $20,000.00 punitive Damages to be Decided by Jury.

48

## TWENTIETH CAUSE OF ACTION

Officer Waugh, violation of plantiffs right to the free exercise of religion by punishing plantiff for refusing to cut his hair which is a religious symbol that represents wisdom in plantiffs religious belief which is plantiffs guarenteed right under the USCA first Amendment. Monetary Damages $8,500.00 compensatory Damages $12,500.00 mental and emotional anguish $35,000.00, punitive Damages to be decided by Jury.

## TWENTY FIRST CAUSE OF ACTION

Officer Waugh violation of plantiffs right to the free exercise of his religion under the Religious Land use and Institutionalized persons Act of 2000 (RLUIPA) by punishing plantiff for refusing to cut his hair which is plantiffs religious symbol that represents wisdom in plantiffs religious belief. relief requested. compensatory Damages $20,000.00 mental and emotional stress $50,000.00

49

## TWENTY SECOND CAUSE OF ACTION

Officer Waugh. Harrassment In violation of plantiffs eight Amendment right to the USCA. Compensatory Damages $50,000.00 mental and emotional anguish $75,000.00 punitive Damages to be decided by Jury.

## TWENTY THIRD CAUSE OF ACTION

OFFICER WAUGH, violation of plantiffs equal protection rights guarenteed by the fourteenth Amendment to the USCA. By allowing other prisoners to express themselves through there hairstyle or exercise there religion through there hairstyle but punishing plantiff for his hairstyle that pose no threat to the safety, security or order of the facility which is Discrimination. relief requested compensatory Damages $75,000.00 mental and emotional anguish $125,000.00 punitive Damages to be Decided by Jury,

## TWENTY FOURTH CAUSE OF ACTION

OFFICER WAUGH. Retaliation in violation of plantiffs 8th Amendment

Right guarenteed by the USCA Relief request-
ed! compensatory Damages $7,500.00 mental
and emotional angvish $25,000.00

## TWENTY FIFTH CAUSE OF ACTION

OFFICER WAUGH, violation of plantiffs
Fourth Amendment right guarenteed
under the USCA, Assisted is the search,
Frisk and strip frisk of plantiff just
to Harass and retaliate against plantiff
for plantiff using the grievance system
and law library to Defend his self
in a Disciplinary hearing - search frisk
of plantiff and strip frisk of plantiff
Had no penological interest. Compensatory
Damages $15,000.00 Mental and emotio-
nal angvish $35,000.00 punitive Damages
to be decided by Jury.

## TWENTY SIXTH CAUSE OF ACTION

OFFICER WAUGH, All violations of plantiffs
constitutional rights by Officer Waugh
as stated in complaint and causes of
action was done Maliciously and pur-
posely, which is Deliberate indifferance,

OFFICER Waugh thereFore does not qualify for Immunity. DeFendant oFFicer Waughs conduct violated plantiFF clearly established Statutory and constitutional rights which He knew and any reasonable OFFicial would have Known, See wright V Coughlin 31 F. Supp 2d 301 (1998) vacated 225 F.3d 647. all claims Deprived plantiFF OF Social interaction For subjecting plantiFF to Solitary conFinement Unlawfully, Social interaction is a Basic Human need which violates plantiFFs right Under the 8th Amendment to the united states Constitution OF America, compensatory Damages $100,000.00 mental anguish $150,000.00 punitive Damages to be decided by Jury

## TWENTY SEVENTH CAUSE OF ACTION

SGT CONNOR Harrassment in violation oF PlantiFFs 8th Amendment right to the USCA. Compensatory Damages $15,000.00 Mental

And emotional anguish #125,000.00 punitive
Damages to be Decided by Jury.

## TWENTY EIGHTH CAUSE OF ACTION

SGT CONNOR. Retaliation in violation of
Plantiffs eighth Amendment right to the
V.S.CA Compensatory Damages # 25,000.00
~~mental and emotional anguish~~ to be decided
by Jury. Mental and emotional Damages # 75,000.00

## TWENTY NINTH CAUSE OF ACTION

SGT CONNOR VIOLATION OF PLANTIFFS
FOURTH AMENDMENT RIGHT GUARENTEED
under the USCA. No penological reason
to Authorize frisk of plantiffs cell
except to retaliate and Harass plan-
tiff for using the grievance system.
compensatory Damages # 35,000.00 (Mental anguish)
## THIRTIETH CAUSE OF ACTION (#75,000.00)

SGT. CONNOR. All violations of plantiffs
Constitutional rights by sgt connor as
Stated in complaint and causes of action
was done Maliciously and purposely. which
is Deliberate indifferance. SGT connor
therefore Does not qualify for immunity.
Defendant sgt Connors conduct violated
Plantiffs clearly established statutory and
constitutional rights which he knew and any

53

reasonable official would have known - see
wright v Coughlin 31 F. Supp 2d 301 (1998)
Vacated 225 F.3d 647 all claims deprived
plantiff of social interaction by subjecting
plantiff to solitary confinement unlawfully,
Social interaction is a Basic human need
which violates plantiff right to be free
from cruel and unusual punishment 8th
Amendment to the united states constitution.
compensatory Damages $ 75,000.00 Mental
and emotional anguish $ 100,000.00 punitive
Damages to be decided by Jury.

## THIRTY FIRST CAUSE OF ACTION

Captain Webbe, Violation of plantiffs Right
to the freedom of expression guarenteed
under The First Amendment to the USCA.
relief requested, compensatory Damages
$ 35,000.00 mental and emotional
Damages $ 75,000.00 punitive Damages to
be Decided by Jury.

## THIRTY SECOND CAUSE OF ACTION

CAPTAIN Webbe, Violation of plantiffs right
to the free exercise of religion, First Amend-
ment to the USCA, Relief requested

54

Compensatory Damages $50,000.00 Mental and emotional anguish $125,000.00 Punitive Damages to be decided by Jury

## THIRTY THIRD CAUSE OF ACTION

Captain Webbe, Violation of plantiffs right to the Free exercise of religion guarenteed under the religious land use and institutionalized persons act of 2000, relief requested. Compensatory Damages $50,000.00 mental and emotional anguish $125,000.00 Punitive Damages to be decided by Jury.

## THIRTY FOURTH CAUSE OF ACTION

Captain Webbe Harrassment in violation of plantiffs eighth Amendment right to the USCA. compensatory Damages $15,000.00 mental and emotional stress $75,000.00 punitive Damages to be decided by Jury.

## THIRTY FIFTH CAUSE OF ACTION

Captain Webbe, Retaliation in violation of plantiffs eight Amendment right to the USCA, compensatory

Damage $ 75,000.00 mental and emotional
anguish $150,000.00 , punitive Damages to
be decided by Jury.

## THIRTY SIXTH CAUSE OF ACTION

CAPTAIN Webbe, violation of plantiffs
Equal protection right guareenteed by
the Fourteenth Amendment to the
USCA By allowing other prisoners to express
themselves through there hairstyle or
exersise there religion through there
hairstyle but punish plantiff for Doing
the same, relief requested $ 100,000.00
mental and emotional anguish $ 175,000.00
punitive Damages to be decided by Jury.

## THIRTY SEVENTH CAUSE OF ACTION

CAPTAIN webbe violations of plantiffs
constitutional Right, Access to reading
Material FIRST Amendment to the
USCA Relief requested $ 35,000.00 com-
pensatory Damages Mental and emotional
Anguish $ 50,000.00, punitive Damages
to be decided by Jury.

## THIRTY EIGTH CAUSE OF ACTION

CAPTAIN WEBBE. All violations of plantiffs constitutional Rights by captain webbe as stated in complaint and causes or action was done maliciously and purposely, which is deliberate indifference. captain webbe therefore does not qualify for immunity.

Defendant captain webbes conduct violated plantiffs clearly established statutory and constitutional rights which he knew and any reasonable official would have known see wright v coughlin ~~XXXXXXX~~, 31 F. Supp 2d 301 (1998) vacated 225 F.3d 647. all claims deprived plantiff of social interaction for subjecting plantiff to solitary confinement unlawfully. social interaction is a basic human need, therefore plantiff was subjected to cruel and unusual punishment in violation of the 8th Amendment to the united states constitution of America. compensatory damages $150,000.00 mental and emotional Anguish $200,000.00 punitive damages to be decided by jury.

## THIRTY NINTH CAUSE OF ACTION

DEPUTY RUSSO violation of plantiffs right to the freedom of expression guarenteed under the first Amendment

to the USCA. relief requested compensatory Damages $50,000.00 Mental and emotional anguish $175,000.00 Punitive Damages to be decided by Jury

## FOURTIETH CAUSE OF ACTION

Deputy Russo, violation of plantiffs right to the free exercise of religion, First Amendment to the USCA, Relief Requested compensatory Damages $75,000.00 mental and emotional anguish $175,000.00 punitive Damages to be decided by Jury.

## FOURTY FIRST CAUSE OF ACTION

Deputy Russo, violation of plantiffs right to the free exercise of religion guarenteed under the religious Land Use and Institutionalized persons Act of 2000 relief requested compensatory Damages $125,000.00 mental and emotional Damages $150,000.00 Punitive Damages to be decided by Jury.

## FOURTY SECOND CAUSE OF ACTION

Deputy Russo, Harrassment in violation of plantiffs eight amendment right to the USCA, compensatory Damages

$ 20,000.00 mental and emotional anguish.

$ 80,000.00 punitive Damages to be Decided by Jury

## FORTY THIRD CAUSE OF ACTION

Deputy Russo Retaliation in violation of plantiffs eight Amendment right to the USCA, compensatory Damages $ 75,000 mental and emotional anguish $ 150,000.00 punitive damages to be decided by Jury.

## FORTY FOURTH CAUSE OF ACTION

Deputy Russo violation of plantiffs equal protection rights guarenteed by the fourteenth amendment to the USCA By Allowing other prisoners express themselves through there hairstyle or exercise there religion through there hairstyle but punish plantiff for doing the same, relief requested $ 100,000.00 compensatory Damages $ 175,000.00 mental and emotional anguish. punitive damages to be decided by Jury.

## FOURTY FIFTH CAUSE OF ACTION

Deputy Russo. All violations of plantiffs

constitutional rights by Deputy Russo
as stated in complaint and causes of
Action was done Maliciously and purposely,
which is deliberate indifferance. Deputy
Russo therefore does not qualify for immunity.
Defendant Deputy Russos conduct violated
Plantiffs clearly established statutory and
constitutional rights which he knew and any
reasonable official would have known. See
Wright v Coughlin 31 F Supp 2d 301 (1998)
Vacated 225 F.3d 647. all claims Deprived
Plantiff of social interaction By subjecting
Plantiff to solitary confinement unlawfully.
Social interaction is a Basic Human need there-
fore plantiff was subjected to cruel and
unusual punishment in violation of the 8th
Amendment to the United States constitution
of America compensatory Damages $ 150,000.00
mental and emotional anguish $ 225,000.00
punitive Damages to be Decided by Jury

## FOURTY SIXTH CAUSE OF ACTION

Deputy Russo DISCRIMINATION
against Plantiff in violation
of the Fourteenth Amendment to
the USCA. Compensation $ 35,000.00
mental and emotional anguish $175,000.00

punitive Damages to be decided by Jury.

## FORTY SEVENTH CAUSE OF ACTION

SUPERINTENDANT Lee. Retaliation in Violation of plantiffs 8th Amendment right to the USCA. Relief requested Compensatory Damages $200,000.00 mental and emotional anguish $350,000.00 punitive damages to be decided by Jury.

## FORTY EIGHTH CAUSE OF ACTION

Superintendant Lee Harrassment In Violation of plantiffs 8th Amendment right to the united States constitution of America. Compensatory Damages $150,000.00 mental and emotional anguish $250,000.00 punitive Damages to be decided by Jury.

## FORTY NINTH CAUSE OF ACTION

superintendant Lee Violation of plantiffs right to freedom of expression guarenteed by the First Amendment to USCA. Relief requested

compensatory Damages $ 200,000.00 mental and emotional anguish $ 375,000.00 Punitive damages to be decided by Jury

## FIFTIETH CAUSE OF ACTION

superintendant Lee violation of plantiffs rights to the freedom of religion guarenteed by the First Amendment to the united states of america. relief requested. compensatory damages $200,000.00 mental and emotional anguish $375,000.00 punitive Damages to be decided by Jury.

## FIFTY FIRST CAUSE OF ACTION

superintendant Lee violation of plantiffs right to the freedom of exercise religion under the Religious land use and institutionalized persons act of 2000 $200,000.00 compensatory Damages, mental and emotional anguish $ 375,000.00. punitive damages to be decided by Jury.

## FIFTY SECOND CAUSE OF ACTION

superintendant lee. violation of plantiffs
equal protection rights guarenteed by the
fourteenth Amendment to the USCA By
Allowing other prisoners to express themselves
through there hairstyle or exercise there
religion through there hairstyle but punish
Plantiff for doing the same. relief requested
compensatory Damages $250,000.00 mental
and emotional anguish $400,000.00 punitive
damages to be decided by Jury.

## FIFTY THIRD CAUSE OF ACTION

DISCRIMINATION in violation of plantiffs
fourteenth Amendment to the USCA
Relief requested, compensatory damages
$375,000.00 mental and emotional
anguish $500,000.00 punitive damages
to be decided by Jury - superintendant lee,

## FIFTY FOURTH CAUSE OF ACTION

superintendant lee. Inhumane confinement
in violation of plantiff 8th Amendment
Right to the USCA. relief requested com-
pensatory Damages $500,000.00 mental emo
tional $750,000.00 punitive Damages Decided By
Jury

63

## FIFTY FIFTH CAUSE OF ACTION

Superintendant Lee, inhumane confinement in violation of plantiffs 8th Amendment right to the U.S.C.A. by allowing the prison to be freezing cold and refusing to issue extra clothing or bedding or turn on the Heat. relief requested. $25,000.00 compensatory damages Mental and emotional Damages $150,000.00. punitive damages to be decided by Jury.

## FIFTY SIXTH CAUSE OF ACTION

Superintendant Lee, failure to supervise relief requested compensatory damages $50,000.00 Mental and emotional damages $175,000.00, punitive damages to be Decided by Jury.

## FIFTY SEVENTH CAUSE OF ACTION

Superintendant Lee violation of plantiffs right to Reading Material guarenteed by the FIRST Amendment to the USCA relief requested compensatory damages $100,000.00 mental and emotional anguish

$ 175,000.00 punitive damages to be decided by Jury.

## FIFTY EIGHTH CAUSE OF ACTION

Superintendant Lee, All violations of plan-tiffs constitutional rights by superintendant Lee as stated in complaint and causes of Action was done maliciously and purposely which is Deliberate indifference, Defendant superintendant Lees conduct violated plantiffs clearly established statutory and consti-tutional rights which he knew and any reasonable officials would have known, see wright V coughlin 31 F. supp 2d 301 (1998) vacated 225 F.3d 647 - all claims Deprived plantiff of social interaction BY ~~FOR~~ subjecting plantiff to solitary confinement unlawfully, social interaction is a Basic Human need which violates plan-tiffs right under the 8th Amendment to the USC4 - compensatory Damages $ 325,000.00 mental and emotional anguish $ 500,000.00 ~~Damages to be~~ punitive Damages to be decided by Jury,

65

# FIFTY NINTH CAUSE OF ACTION

Lieutenant Simmons violation of plantiffs Right to the freedom of expression guarenteed by the first Amendment to the USCA, compensatory Damages $ 125,000.00 mental and emotional anguish $ 325,000.00 punitive Damages to be decided by Jury

## SIXTIETH CAUSE OF ACTION

Lieutenant Simmons violation of plantiffs Right to the freedom to exercise Religion guarenteed by the first Amendment to the USCA compensatory Damages $ 125,000.00 mental and emotional anguish $ 325,000.00 punitive Damages to be decided by Jury

## SIXTY FIRST CAUSE OF ACTION

Lieutenant Simmons violation of plantiffs Right to the free exercise of Religion guarenteed by the Religious Land use and Institutionalized persons Act of 2000, relief requested compensatory Damages $ 125,000.00 emotional and mental anguish $ 325,000.00 punitive Damages to be decided by Jury.

## SIXTY SECOND CAUSE OF ACTION

Lt Simmons Denial of Access to Reading
Material in violation of plantiffs
First Amendment rights guarenteed by
the USCA. relief requested. compensatory
Damages $ 75,000.00 mental and emotional
anguish $ 125,000.00 punitive damages to
be decided by Jury.

## SIXTY THIRD CAUSE OF ACTION

Lt Simmons Harrassment in violation of
Plantiffs 8th Amendment right to the
USCA, relief requested. compensatory
Damages $ 175,000.00 mental and emotional
anguish $ 250,000,00. punitive Damages to
be decided by Jury

## SIXTY FOURTH CAUSE OF ACTION

LT Simmons Retallation in violation of
Plantiffs 8th Amendment right to
the USCA, relief requested $ 175,000,00
mental and emotional anguish $ 250,000,00
punitive Damages to be decided by Jury,

## SIXTY FIFTH CAUSE OF ACTION

LT SIMMONS Descrimination against plantiff
in violation of plantiffs fourteenth Amend-
ment to the USCA. Relief requested compen-
satory damages $ 85,000,00 mental and emo-
tional anguish $ 175,000,00 punitive
Damages to be decided by Jury.

## SIXTY SIXTH CAUSE OF ACTION

LT Simmons All violations of plantiffs
constitutional rights by Lt Simmons
as stated in complaint and causes of
Action was done Maliciously and purposely
which is deliberate indifferance. Lt Simmons
therefore does not qualify for Immunity.
Defendant Lt Simmons conduct violated
plantiffs clearly established statutory
and constitutional rights which he knew
and any reasonable official would have
known, see Wright V Coughlin 31 F Supp 2d
301 (1998) vacated 225 F.3d 647. all claims
Deprived plantiff of social interaction by
subjecting plantiff to solitary confinement
unlawfully. social interaction is a Basic
Human need therefore plaintiff was sub-

jected to cruel and unusual punishment in violation of the 8th Amendment to the United States constitution of America. relief requested, compensatory Damages $ 150,000,00 mental and emotional anguish $ 225,000,00 punitive Damages to be decided by Jury.

## SIXTY SEVENTH CAUSE OF ACTION

Lt Simmons violation of plantiffs equal protection rights guarenteed by the Fourteenth Amendment. relief requested compensatory Damages $ 125,000.00 mental and emotional anguish $ 175,000,00 punitive Damages to be decided by Jury.

## SIXTY EIGHTH CAUSE OF ACTION

Deputy Administration wendland violation of plantiffs right to the freedom of expression plantiffs guarenteed right to the First Amendment to the USCA relief requested $ 75,000.00 compensatory Damages

mental and emotional anguish $175,000.00
Punitive Damages to be decided by Jury.

## SIXTY NINTH CAUSE OF ACTION

Deputy administration wendland Violation
of plantiffs right to the free exercise of
religion guarenteed by the First Amendment
to the USCA. relief requested $ compensatory
Damages $ 75,000.00 mental and emotional
anguish $150,000.00 punitive Damages to be
Decided by Jury.

## SEVENTIETH CAUSE OF ACTION

Deputy administration wendland violation
of plantiffs right to the free exercise
of religion guarenteed by the Religious
Land Use and Institutionalized persons
ACT OF 2000 compensatory Damages $ 75,000.00
Mental and emotional anguish $ 125,000.00 punitive
Damages to be Decided by Jury.

## SEVENTY FIRST CAUSE OF ACTION

Deputy Administration wendland. Harassment
In violation of plantiffs 8th Amendment
right to the USCA. relief requested

compensatory Damages $ 50,000.00 mental and
emotional anguish $ 125,000.00 punitive Damages
to be decided by Jury.

## SEVENTY SECOND CAUSE OF ACTION

Deputy Administration wendland, Retaliation
In violation of plantiffs 8th Amendment
right to the USCA relief requested compen-
satory Damages $ 100,000.00 mental and
emotional anguish $ 200,000.00 punitive Damages
to be decided by Jury,

## SEVENTY THIRD CAUSE OF ACTION

Deputy Administration wendland violation
of plantiffs equal protection rights
guarenteed by the Fourteenth Amend-
ment to the USCA relief requested
compensatory Damages $ 125,000.00
mental and emotional anguish $ 250,000.00
punitive Damages to be decided by Jury,

## SEVENTY FOURTH CAUSE OF ACTION

Deputy Administration wendland. All
Violations of plantiffs constitutional
Rights by Deputy Administration wend-

Land as stated in complaint and causes of
Action was done Maliciously and intentionally
which is deliberate indifferance, Deputy Admin-
istration wendland therefore does not
Qualify for immunity, Defendant Deputy
of Administration wendland conduct vio-
lated plantiffs clearly established statutory
and constitutional rights which she knew
and any other reasonable official would have
known. See wright v coughlin 31 F SUPP
2d 301 (1998) Vacated 225 F.3d 647, all
claims deprived plantiff of social inter-
action by subjecting plantiff to solitary
confinement unlawfully, social interaction
is A Basic Human need therefore plantiff
was subjected to cruel and unusual punish-
ment in violation of the 8th Amendment
to the USCA relief requested compensatory
Damages $ 150,000.00 mental and
emotional angursh $ 250,000.00 punitive
Damages to be decided by Jury.

        SEVENTY FIFTH CAUSE OF ACTION

OFFICER MILLER VIOlation of plantiffs
right to the freedom of expression
guarenteed by the First Amendment to

To the USCA relief requested compensatory Damages $ 10,000.00. mental and emotional Anguish $ 17,000.00 punitive Damages to be decided by Jury

## SEVENTY SIXTH CAUSE OF ACTION

OFFICER MILLER Violation of plantiffs right to the freedom of religion guarenteed by the First Amendment to the USCA Relief requested compensatory Damages $ 10,000.00 mental and emotional anguish $ 17,000.00 punitive Damages to be decided by Jury,

## SEVENTY SEVENTH CAUSE OF ACTION

OFFICER Miller Violation of plantiffs right to the freedom of religion guarenteed by the Religious Land use and Institutionalized persons act of 2000 relief requested

compensatory Damages $ 15,000.00 mental and emotional Anguish $ 35,000.00 punitive Damages to be Decided by Jury,

73

## SEVENTY EIGHTH CAUSE OF ACTION

OFFICER MILLER. Harassment in violation of plantiffs eighth Amendment right to the USCA $ 7,500.00 mental and emotional anguish $ 12,000.00 punitive Damages to be decided by Jury.

## SEVENTY NINTH CAUSE OF ACTION

OFFICER Miller retaliation in violation of plantiffs 8th Amendment right to the USCA relief requested $ 10,000.00 compensatory Damages, mental and emotional anguish $25,000.00. punitive Damages to be decided by Jury

## EIGHTIETH CAUSE OF ACTION

OFFICER Miller Violation of plantiffs right to the equal protection guarenteed by the fourteenth Amendment, to the USCA relief requested, compensatory Damages $ 75,000.00 mental and emotional anguish $ 125,000.00

## EIGHTY FIRST CAUSE OF ACTION

Officer Miller Discrimination. Discrimination, violation of plantiffs 14th Amendment right guarenteed by the USCA. Relief requested compensatory damages $50,000.00 mental and emotional anguish $150,000.00 punitive damages to be decided by jury.

## EIGHTY SECOND CAUSE OF ACTION

Officer Miller. All violations of plantiffs constitutional rights by officer Miller as stated in complaint and causes of action was done maliciously and intentionally which is deliberate indifferance. ~~intently~~ officer Millers conduct violated clearly established statutory and constitutional rights which he knew and any reasonable official would have known - see Wright v Coughlin 31 F Supp 2d 301 (1998) vacated 225 F.3d 647 - all claims deprived plantiff of social interaction by subjecting plantiff to solitary con-

Finement unlawfully. social interaction
is a basic Human need therefore plan-
tiff was subjected to cruel and
unusual punishment In violation
of the 8th Amendment to the USCA
relief requested compensatory Damages
$ 50,000.00 mental and emotional
anguish $ 100,000.00, punitive Damages
to be decided by Jury

## EIGHTY THIRD CAUSE OF ACTION

Deputy calao. violation of plantiffs
right to the access of courts
In violation of plantiffs first
Amendment to the USCA. relief
requested $ 250,000.00 compensatory
Damages $ 125,000.00 Monetary
Damages mental and emotional
Anguish $175,000.00 punitive Damages
to be decided by Jury.

# EIGHTY FOURTH CAUSE OF ACTION

C. Jennings Denied plantiff access to the court in violation of plantiffs first Amendment right to the USCA relief requested Monetary Damages $25,000.00 Compensatory Damages $50,000.00 mental and emotional anguish $100,000.00 punitive Damages to be decided by Jury

## EIGHTY FIFTH CAUSE OF ACTION

Diane Labatte Denied plantiff access to the court in violation of plantiffs first Amendment right to the USCA, relief requested Monetary Damages $25,000.00 compensatory Damages $50,000.00 mental and emotional anguish $100,000.00 punitive Damages to be decided by Jury

## EIGHTY SIXTH CAUSE OF ACTION

Anthony Annucci. Failure to supervise relief requested-compensatory Damages $250,000.00 mental and emotional Anguish $500,000.00 punitive Damages to be decided by Jury.

## EIGHTY SEVENTH CAUSE OF ACTION

Anthony Annucci-inhumane confinement In violation of plantiffs 8th amendment to USCA cruel and unusual punishment. relief requested compensatory Damages $300,000.00 mental and emotional anguish $750,000.00 punitive Damages to be Decided by Jury.

## EIGHTY EIGHTY CAUSE OF ACTION

OFFICER Henry. inhumane confinement in violation of plantiffs 8th Amendment rights to the USCA cruel and unusual punishment, relief requested. compen-

satory Damages $ 75,000.00 mental
and emotional Anguish $200,000.00
Punitive Damages to be decided by jury

## EIGHTY NINTH CAUSE OF ACTION

officer Henry Harassment in violation
of plantiff 8th Amendment right to
the USCA. relief requested compensatory
Damages $20,000.00 mental and emotional
Anguish $50,000.00 punitive Damages to
be decided by jury.

## NINETIETH CAUSE OF ACTION

OFFICE Henry Retaliation in violation
of plantiffs 8th amendment right to
the USCA. relief requested compensatory
Damages $25,000.00 mental and emo-
tional Anguish $60,000.00 punitive
Damages to be decided by jury.

## NINETY FIRST CAUSE OF ACTION

officer Henry violated plantleffs Access
to telephones out of Harassment and
retaliation. which is a violation of

plantiffs First Amendment rights to the USCA relief requested $ 50,000.00 compensatory Damages, mental and emotional Anguish $150,000.00 punitive Damages to be decided by Jury,

## NINETY SECOND CAUSE OF ACTION

Officer Henry violation of plantiffs equal rights of protection guarenteed by the fourteenth Amendment to the USCA, relief requested $ 50,000.00 mental and emotional anguish $ 75,000.00 punitive Damages to be decided by Jury

## NINETY THIRD CAUSE OF ACTION

Descrimination of plantiff by Officer Henry In violation of plantiff 14th Amendment guarenteed by the USCA relief requested compensatory Damages $ 25,000.00 mental and emotional anguish $ 37,500.00 punitive damages to be decided by Jury

## NINETY FOURTH CAUSE OF ACTION

OFFICER Henry All violations of plantiffs constitutional rights by offices Henry as stated in and causes of action was done maliciously and intentionally which prove deliberate indifferance. officer henry therefore does not qualify for Immunity. Defendant offices Henrys conduct violated plantiffs clearly established statutory and constitutional rights which he knew and any reasonable official would have known. See Wright V Coughlin 31 F Supp 2d 301 (1998) Vacated 225 F.3d 647 all claims deprived plantiff of clearuy established rights which is a violation of plantiffs 8th Amendment to the USCA cruel and unusual punishment, relief requested compensatory Damages $ 50,000.00 mental and emotional Damages $75,000.00

## NINETY FIFTH CAUSE OF ACTION

Sergeant Ilfield Harassment in violation of plantiffs 8th Amendment right to

the USCA Relief requested compensatory
Damages $ 25,000.00 mental and emotional
Anguish $ 100,000.00 punitive Damages
to be decided by Jury.

## NINETY SIXTH CAUSE OF ACTION

Sergeant Lifleld Retaliation In Violation
of plantiffs 8th Amendment right to
the USCA relief requested compensatory
Damages $ 25,000.00 mental and emotional
Anguish $ 100,000.00 punitive Damages to be
Decided by Jury.

## NINETY SEVENTH CAUSE OF ACTION

Sergeant Lifield denial of plantiffs Access to
the telephone, In violation of plantiffs
First Amendment right to the USCA.
relief requested compensatory Damages
$ 50,000.00 mental and emotional anguish
$ 150,000.00 punitive Damages to be decided
by Jury.

## NINETY EIGHTH CAUSE OF ACTION

Sergeant Lifield violation of plantiffs
Equal protection rights guarenteed by
the fourteenth amendment to the USCA
relief requested compensatory Damages
$ 75,000.00 mental and emotional Anguish
$ 125,000.00 punitive Damages to be decided
by Jury

# NINETY NINTH CAUSE OF ACTION

sergeant Lifield. All violations of plantiffs constitutional rights by sergeant Lifield as stated in complaint and causes of Action was done Maliciously and intentionally which proves deliberate indifference. sgt Lifield therefore does not qualify for immunity. Defendant sgt Lifields conduct violated clearly established statutory and constitutional rights which he knew and any reasonable official would have known see wright v coughlin 31 f supp 2d 301 (1998) vacated 225 F. 3d 647 all claims deprived plantiff of clearly established rights which is a violation of plantiffs 8th Amendment to the USCA cruel and unusual punishment. relief requested compensatory Damages $50,000.00 mental and emotional Damages # 75,000.00 punitive damages to be Decided by Jury,

## ONE HUNDRETH CAUSE OF ACTION

sergeant Bradley. Harassment in violation of plantiffs 8th Amendment right to the USCA. relief requested compensatory Damages # 25,000.00 mental and emotional Anguish # 75,000.00 punitive damages to be decided by Jury.

## ONE HUNDRED AND FIRST CAUSE OF ACTION

Sergeant Bradley. retaliation in violation of Plantiffs 8th Amendment to the USCA, relief requested compensatory Damages $ 25,000.00 mental and emotional Anguish $ 75,000.00 punitive Damages to be decided by Jury.

## ONE HUNDRED AND SECOND CAUSE OF ACTION

sergeant Bradley. violation of plantiffs right to Access the telephone (without Due process) guarenteed by the First Amendment to the USCA relief requested compensatory damages $ 75,000.00 mental and emotional Anguish $ 125,000.00 punitive Damages to be decided by Jury.

## ONE HUNDRED THIRD CAUSE OF ACTION

sergeant Bradley. Violation of plantiffs equal protection rights guarenteed by the Fourteenth Amendment to the USCA. relief requested compensatory Damages $ 75,000.00 mental and emotional Anguish $ 150,000.00 punitive Damages to be decided by Jury.

## ONE HUNDRED and FOURTH CAUSE OF ACTION

sergeant Bradley. Discrimination in violation of plantiff right guarenteed by the Fourteenth Amendment to the USCA relief requested compensatory Damages 75,000.00 mental and emotional anguish $ 125,000.00 punitive Damages to be decided

84

by jury.

## ONE HUNDRED AND FIFTH CAUSE OF ACTION

Sergeant Bradley All violations of plantiffs constitutional rights by sergeant Bradley as Stated in complaint and causes of Action was done Intentionally and Maliciously which proves deliberate Indifference. Sergeant Bradley therefore does not qualify for Immunity. Defendant Sgt Bradleys conduct violated clearly established Statutory and Constitutional rights which he knew and any reasonable official would have known see Wright V Coughlin 31 F supp 2d 301 (1998) Vacated 225 F.3d 647 all claims Deprived plantiffs of clearly established rights which is a violation of plantiffs 8th Amendment right to the USCA cruel and unusual punishment. relief requested compensatory damages $50,000,00 mental and emotional Anguish $75,000.00 punitive damages to be decided by Jury.

## ONE HUNDRED AND SIXTH CAUSE OF ACTION

OFFICER WILLIAMSON violation of plantiffs right
to the freedom of expression guareenteed by
the first Amendment to the USCA relief requested
compensatory damages $ 50,000.00 mental and
emotional Anguish $ 75,000.00 punitive damages
to be decided by Jury.

## ONE HUNDRED AND SEVENTH CAUSE OF ACTION

OFFICER williamson violation of plantiffs right
to the free exercise of religion guareenteed
by the first Amendment to the USCA relief
requested $ compensatory damages $50,000.00
mental and emotional Anguish $ 75,000.00
punitive damages to be decided by Jury

## ONE HUNDRED AND EIGHTH CAUSE OF ACTION

OFFICER williamson violation of plantiffs
right to the free exercise of religion
guareenteed under the religious land use
and institutionalized persons Act of 2000,
relief requested $50,000.00 mental and
emotional Anguish $ 75,000.00 punitive
damages to be decided by Jury,

## ONE HUNDRED AND NINTH CAUSE OF ACTION

OFFICER WILLIAMSON Harassment in vio-
lation of plantiffs eighth amendment
right to the USCA relief requested com-
pensatory damages $ 50,000.00 mental and

emotional anguish $110,000.00 punitive
Damages to be Decided by Jury.

## ONE HUNDRED AND TENTH CAUSE OF ACTION

OFFICER Williamson, Retaliation in violation
of plantiffs 8th Amendment to the USCA,
relief requested compensatory Damages
$50,000.00 mental and Emotional Anguish
$75,000.00 punitive Damages to be decided
by Jury

## ONE HUNDRED AND ELEVENTH CAUSE OF ACTION

OFFICER Williamson violation of platiffs
Equal protection rights guarenteed by
the fourteenth Amendment to the USCA relief
requested compensatory Damages $50,000.00
mental and emotional Anguish $75,000.00
punitive Damages to be Decided by Jury.

## ONE HUNDRED AND TWELFTH CAUSE OF ACTION

OFFICER WILLIAMSON Discrimination in
violation of plantiffs fourteenth Amend-
ment rights guarenteed by the USCA. relief
requested compensetory Damages $50,000.00
mental and emotional Anguish $75,000.00

## ONE HUNDRED THIRTEENTH CAUSE OF ACTION

OFFICER WILLIAMSON VIOLATION OF
PLANTIFF FOURTH Amendment to the
USCA relief requested compensatory

Damages $ 100,000.00 mental and emotional
Anguish $ 225,000.00 punitive Damages to
be decided by Jury.

## ONE HUNDRED AND FOURTEENTH CAUSE OF ACTION

OFFICER WILLIAMSON All violations of
Plantiffs constitutional rights by officer
Williamson as stated in complaint and
causes of Action was done Maliciously and
intentionally which is deliberate indifference.
Officer williamsons conduct violated clear-
ly established statutory and constitutional
rights which he knew and any reasonable
official would have known. see wright V.
coughlin 31 F supp 2d 301 (1998) vacated 225
F.3d 647. all claims deprived plantiff of
social interaction by subjecting plantiff to
solitary confinement unlawfully. social Inter-
action is a basic Human need therefore plan-
tiff was subjected to cruel and unusual
punishment in violation of the 8th Amend-
ment to the USCA. relief requested compen-
satory damages $ 50,000.00 mental and
emotional anguish $ 100,000.00 punitive
Damages to be decided by Jury.

88

## ONE HUNDRED AND FIFTEENTH CAUSE OF ACTION

OFFICER S. CRUZ violation of plantiffs right to the freedom of expression guarenteed by the first amendment to the USCA. Relief requested compensatory Damages $ 75,000.00 mental and emotional anguish $ 125,000.00 punitive damages to be decided by Jury.

## ONE HUNDRED AND SIXTEENTH CAUSE OF ACTION

OFFICER S. cruz violation of plantiffs right guarenteed by the first Amendment USCA freedom to exercise religion. relief requested compensatory Damages $ 75,000.00 mental and emotional anguish $ 125,000.00 punitive damage to be decided by Jury.

## ONE Hundred and seventeenth CAUSE of Action

OFFICER S. cruz violation of plantiffs ~~right~~ First Amendment rights ~~guarenteed~~ to the Free exercise of religion guarenteed by the religious Land use and Institutionalized persons Act of 2000. relief requested compensatory Damages $ 75,000.00 mental and emotional anguish $ 125,000.00 punitive Damages $ to be Decided by Jury.

## ONE HUNDRED AND EIGHTEENTH CAUSE OF ACTION

OFFICER S. CRUZ Harassment In violation
of plantiffs 8th Amendment to the USCA
Relief requested Compensatory Damages
$100,000.00 mental and emotional Anguish
$175,000.00 punitive Damages to be decided
by Jury.

## ONE HUNDRED AND NINTEENTH CAUSE OF ACTION

officer s. cruz retaliation In violation of
Plantiffs 8th Amendment to the USCA relief
requested Compensatory Damages $100,000.00
mental and emotional Anguish $175,000.00
punitive Damages to be decided by Jury.

## ONE HUNDRED AND TWENTIETH CAUSE OF ACTION

OFFICER S. cruz violation of plantiffs equal
protection rights guarenteed by the Four-
teenth Amendment to the USCA, relief requested
Compensatory Damages $125,000.00 mental
and emotional Anguish $175,000.00 punitive
Damages to be decided by Jury.

## ONE HUNDRED AND TWENTY FIRST CAUSE OF ACTION

OFFICER S. cruz Discrimination In violation
of plantiff Fourteenth Amendment to the
USCA relief requested Compensatory Damages
$125,000.00 mental and emotional Anguish
$175,000.00 punitive Damages to be decided by
Jury.

# ONE HUNDRED AND TWENTY SECOND CAUSE OF ACTION

OFFICER S.CRUZ Violation OF PLANTIFFS Fourth Amendment rights guarenteed by the USCA. relief requested compensatory Damages $150,000.00 mental and emotional anguish $250,000.00 punitive damages to be decided by Jury.

## ONE HUNDRED AND TWENTY THIRD CAUSE OF ACTION

OFFICER S.CRUZ Sexual Harassment In Violation of Plantiffs 8th Amendment right to the USCA to be free from cruel and unusual punishment, relief requested. Compensatory Damages 150,000.00 mental and emotional Anguish 350,000.00 punitive Damages to be decided by Jury

## ONE HUNDRED AND TWENTY FOURTH CAUSE OF ACTION

OFFICER S.CRUZ VIolation of Plantiffs Fourth Amendment rights guarenteed by the USCA. relief requested compensatory Damages $150,000.00 mental and emotional Anguish $250,000.00 punitive Damages to be decided by Jury.

91

## ONE HUNDRED AND TWENTY FIFTH CAUSE OF ACTION

Officer S. Cruz Sexual Harassment in violation of plantiffs 8th Amendment right guarenteed by the USCA to be free from cruel and unusual punishment - relief requested compensatory Damages $ 150,000.00 mental and emotional Anguish $ 350,000.00 punitive Damages to be decided by Jury.

## ONE HUNDRED AND TWENTY SIXTH CAUSE OF ACTION

OFFICER S. Cruz Excessive Force in violation of plantiffs 8th Amendment right guarenteed by the USCA to be free from cruel and unusual punishment, relief requested, compensatory Damages $ 75,000.00 mental and emotional anguish $ 215,000.00 punitive Damages to be decided by Jury.

## ONE HUNDRED AND TWENTY SEVENTH CAUSE OF ACTION

OFFICER S. CRUZ All violations of plantiffs constitutional rights by officer S. Cruz as stated in complaint and causes of Action was done Maliciously and Intentionally which is deliberate Indifferance, officer S. Cruz's conduct violated clearly established Statutory and Constitutional rights which he knew

and any reasonable official would have known
see wright v coughlin 31 F Supp 2d 301 (1998)
vacated 225 F.3d 647 all claims done by S. Cruz
was done to Degrade, belittle and humiliate plant-
tiff. all claims deprived plantiff of social
interaction by subjecting plantiff to solitary
confinement unlawfully, social interaction
is a basic Human need therefore plantiff
was subjected to cruel and unusual
punishment in violation of the 8th Amend-
ment to the USCA, relief requested com-
pensatory Damages $250,000.00 mental
and emotional anguish $350,000.00 punitive
Damages to be decided by Jury.

### ONE HUNDRED AND TWENTY EIGHTH CAUSE OF ACTION

Lt Sullivan violation of plantiffs right to
the freedom of expression guarenteed
by the first Amendment to the USCA
relief requested compensatory Damages
$175,000.00, mental and emotional
Anguish $225,000.00, punitive Damages
to be decided by Jury -

### ONE HUNDRED AND TWENTY NINTH CAUSE OF ACTION.

Lt Sullivan violation of plantiffs right
to the free exercise of religion guaren-
teed by the first Amendment to the
USCA relief requested $175,000.00 mental
and emotional anguish $225,000.00

93

Punitive Damages to be decided by Jury

## ONE HUNDRED AND THIRTIETH CAUSE OF ACTION

Lt Sullivan violation of plantiffs right to the free exercise of religion guarenteed by the Religious Land use and Institutionalized persons Act of 2000, relief requested compensatory Damages $ 175,000.00 mental and emotional anguish $ 225,000.00 Punitive Damages to be decided by Jury.

## ONE HUNDRED AND THIRTY FIRST CAUSE OF ACTION

Lt Sullivan Harassment in violation of plantiffs 8th Amendment to the USCA relief requested compensatory Damages $ 125,000.00 mental and emotional Anguish $ 150,000.00 punitive Damages to be decided by Jury

## ONE HUNDRED AND THIRTY SECOND CAUSE OF ACTION

Lt Sullivan Retaliation in violation of Plantiffs 8th Amendment to the USCA relief requested compensatory Damages $ 125,000.00 mental and emotional anguish $ 150,000.00 punitive Damages to be decided by Jury.

## ONE HUNDRED AND THIRTY THIRD CAUSE OF ACTION

Lt Sullivan violation of plantiffs equal protection rights guarenteed by the fourteenth Amendment to the U.S.C.A relief requested compensatory Damages $ 125,000,00 mental and emotional angulsh $ 175,000,00 punitive Damages to be decided by Jury.

## ONE HUNDRED AND THIRTY FOURTH CAUSE OF ACTION

Lt Sullivan Discrimination violations of plantiffs Fourteenth Amendment to the USCA, relief requested compensatory Damages $ 125,000,00 mental and emotional angulsh $ 175,000,00 punitive Damages to be decided by Jury.

## ONE HUNDRED AND THIRTY FIFTH CAUSE OF ACTION

Lt Sullivan All violations of plantiffs constitutional rights by Lt Sullivan as Stated in complaint and causes of action was done Maliciously and Intentionally which is deliberate indifference. Lt Sullivans conduct violated clearly established statutory and constitutional rights which he knew and any reasonable official would have known. see wright v Coughlin 31 F Supp 2d 301 (1998) vacated 225 F.3d 647 all claims deprived

95

plantiff of social interaction by subjecting plantiff to solitary confinement unlawfully. Social interaction is a basic human need therefore plantiff was subjected to cruel and unusual punishment in violation of the 8th Amendment to the USCA. Relief requested compensatory damages $ 350,000.00 mental and emotional Anguish $ 500,000.00 punitive damages to be decided by Jury.

## ONE HUNDRED AND THIRTY SIXTH CAUSE OF ACTION

Sergeant Vanacore, violation of plantiffs rights to Freedom of expression in violation of plantiffs First Amendment right to the USCA relief requested compensatory Damages $ 25,000.00 mental and emotional anguish $ 75,000.00 punitive Damages to be decided by Jury.

## ONE HUNDRED AND THIRTY SEVENTH CAUSE OF ACTION

Sergeant Vanacore violation of plantiffs right to the free exercise of religion guarenteed by the First amendment to the USCA relief requested compensatory Damages $ 25,000.00 mental and emotional Anguish $ 75,000.00 punitive Damages to be decided by Jury.

## ONE HUNDRED AND THIRTY EIGHTH CAUSE OF ACTION

Sergeant Vanacore violation of plantiffs
right to the freedom of religion gua-
renteed by the ~~best Northwest to the~~
~~usca~~ Religious Land use and institutionalized
persons Act of 2000 relief requested compen-
satory damages $ 25,000.00 mental and
emotional Anguish $ 75,000.00 punitive
damages to be decided by Jury.

## ONE HUNDRED AND THIRTY NINTH CAUSE OF ACTION

Sergeant Vanacore Harassment in violation
of plantiff 8th Amendment right to the USCA
relief requested compensatory Damages $
25,000.00 mental and emotional Anguish
$ 75,000.00 punitive Damages to be decided by
Jury.

## ONE HUNDRED AND FOURTIETH CAUSE OF ACTION

Sergeant Vanacore retaliation in violation
of plantiffs 8th Amendment right to the
USCA. relief requested compensatory Damages
$ 35,000.00 mental and emotional english
$ 75,000.00 punitive damages to be decided
by Jury.

## ONE HUNDRED AND FORTY FIRST CAUSE OF ACTION

Sergeant Vanacore Violation of plantiffs
Right to equal protection guarenteed
by the fourteenth Amendment to the

97

USCA. relief requested compensatory
damages $ 35,000.00 mental and emotional
Anguish $ 50,000.00 punitive damages to
be decided by Jury

## ONE HUNDRED AND FORTY SECOND CAUSE OF ACTION

sergeant Vanacore Discrimination in violation
of plantiff guarenteed right under the
Fourteenth Amendment to the USCA
relief requested compensatory damages
$ 50,000.00 mental and emotional Anguish
$ 75,000.00 punitive Damages to be decided
by Jury,

## ONE HUNDRED AND FORTY THIRD CAUSE OF ACTION

sergeant Vanacore All violations of plantiffs
constitutional rights by Sergeant Vanacore
as stated in complaint and causes of Action
was done Maliciously and intentionally which
is deliberate Indifferance. sergeant Vanacores
conduct Violated clearly established Statutory
and Constitutional rights which he knew and
any reasonable official would have Known.
see Wright V Coughlin 31 F. Supp 2d 301 (1998)
Vacated 225 F 3d 647 all claims done by sgt
Vanacore Deprived plantiff of social inter-
action by subjecting plantiff to solitary
confinement unlawfully. Social interaction
is a basic human need therefore plantiff was
subjected to Cruel and unusual punish-
punishment to the USCA. relief requested
compensatory Damages $ 150,000.00 mental
and emotional Anguish $ 200,000.00 Punitive
98

Damages to be Decided by Jury.

ONE HUNDRED AND FORTY FOURTH CAUSE OF ACTION

Sergeant Barg. Harassment in violation of
the 8th amendment to the USCA plantiffs
guarenteed right relief requested compensatory
Damages # 125,000.00 mental and emotional
Anguish #250,000.00 punitive Damages to be
decided by Jwry.

ONE HUNDRED AND FORTY FIFTH CAUSE OF ACTION

Sergeant Barg. Retaliation in violation of
plantiffs 8th Amendment to the USCA.
relief requested compensatory Damages
# 250,000.00 mental and emotional
anguish # 750,000.00 punitive Damages
to be Decided by Jury.

ONE HUNDRED AND FORTY SIXTH CAUSE OF ACTION

Sergeant Barg. Violation of plantiff equal
protection guarenteed by the fourteenth
Amendment to the USCA relief requested
Compensatory Damages # 50,000.00 mental
and emotional Anguish # 175,000.00 punitive
Damages to be Decided by Jury

ONE HUNDRED AND FORTY SEVENTH CAUSE OF ACTION

Sergeant Barg. Discrimination violation of
Plantiffs fourteenth Amendments rights
guarenteed by the USCA relief requested
compensatory Damages # 150,000.00 mental

## ONE HUNDRED AND FORTY EIGHTH CAUSE OF ACTION

Sergeant Barg All violations of plantiffs consti-
tutional rights by sgt Barg as stated in
complaint and causes of Action was done Mailclous-
ly and intentionally to harm plantiff and
retaliate against plantiff for filing grievances
and civil suits against sergeant Barg, his
peers and supervisors which is deliberate In-
differance, sergeant Bargs conduct was not
only criminal in nature but it also violated
clearly established statutory and constitutional
rights which he knew and any official would
have known See wright v coughlin 31 f supp 2d
301 (1998) vacated 225 f. 3d 647 all claims done
by sergeant was done to punish plantiff un-
lawfully and deprive plantiff of social interaction
by subjecting plantiff to solitary confinement
unlawfully, social interaction is a basic human
need therefore plantiff was subjected to
cruel and unusual punish-ment in violation
of the 8th Amendment to the USCA. relief
requested compensatory Damages $ 375,000.00
mental and emotional Anguish $ 750,000.00
punitive damages to be decided by jury.

## ONE HUNDRED AND FORTY NINTY CAUSE OF ACTION

officer Schadel Harasment in violation of
plantiffs 8th Amendment to the USCA relief
requested compensatory Damages $ 15,000.00
mental and emotional Anguish $ 35,000.00
punitive Damages to be decided by jury.

## ONE HUNDRED AND FIFTIETH CAUSE OF ACTION

Officer Schadel Retaliation in violation of plantiffs 8th Amendment right to the USCA relief requested compensatory Damages $ 15,000,00 mental and emotional Anguish $ 35,000,00 Punitive Damages to be decided by Jury.

## ONE HUNDRED And FIFTY FIRST CAUSE OF ACTION

Officer Schadel equal protection in violation of plantiffs fourteenth Amendment to the USCA. relief requested $ 20,000,00 compensatory Damages mental and emotional Anguish $ 35,000,00 punitive Damages $ to be decided by Jury

## ONE HUNDRED AND FIFTY SECOND CAUSE OF ACTION

Officer Schadel Descrimination in violation of plantiffs fourteenth Amendment guarenteed by the USCA relief requested compensatory Damages $ 20,000,00 mental and emotional Anguish $ 35,000,00 punitive Damages to be decided by Jury,

## ONE HUNDRED AND FIFTY THIRD CAUSE OF ACTION

Officer Schadel All violations of plantiffs constitutional rights by officer Schadel as stated in complaint and causes of

Action was done Intentionally and maliciously which proves deliberate Indifference officer Schadel therefore does not qualify for Immunity Defendant officer schadels conduct Violated clearly established statutory and Constitutional rights whichshe knew and any reasonable officer or official would have known see wright V coughlin 31 F Supp 2d 301 (1998) Vacated 225 F/3d 647 all claims deprived plantiff of clearly established rights which is a violation of plantiffs 8th Amendment right to the USCA cruel and unusual punishment. relief requested compensatory Damages # 50,000.00 mental and emotional Anguish # 75,000.00 punitive Damages to be decided by Jury.

## ONE HUNDRED AND FIFTY FOURTH CAUSE OF ACTION

superintendant lee, Lt Madison, sgt Bey, officer Kozak, officer Waugh, sgt connor, captain Webbe, Deputy Russo Lieutenant simmons, Deputy Administration wendland, officer Miller, officer Henry, sgt Litfield, sgt Bradley, officer

Williamson, officer S. Cruz, Lt Sullivan, sgt Vanacore, sgt Barg. First Amendment retaliation and Fourteenth Amendment retaliation in violation of plantiffs guarenteed rights to the USCA relief requested 75,000.00 from each individual for compensatory damages and $125,000.00 from each individual for mental and emotional Anguish punitive damages to be decided by Jury.

## ONE HUNDRED and FIRTY FIFTH CAUSE OF ACTION

Superintendant lee, captain webbe, Deputy Russo, Lieutenant Simmons Deputy wendland. Violation of plantiffs right to due process guarenteed by the Fourteenth Amendment. relief requested $250,000.00 for compensatory Damages from each individual and 500,000.00 for mental and emotional Anguish from each individual. punitive Damages to be decided by Jury,

WHEREFORE plantiff pray that this
court grant the relief requested in the
causes of Action

I declare under penalty of perjury
that the foregoing is true -
Dated, March 12, 2016

Jawell