U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 10 2017
AT____O'CLOCK_____
Lawrence K. Baerman, Clerk - Bing.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAVELL FOX,

          *Plaintiff,*

-against-

SUPERINTENDENT LEE; et al.,

         *Defendants.*

STIPULATION AND ORDER ON PLAINTIFF'S REQUEST FOR PI/TRO RELIEF

15-CV-0390

TJM/CFH

---

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys for plaintiff and defendants, parties to the above entitled-action, that, on the following terms and conditions, which it is agreed are of and shall have no legal precedential value in any other case either between the parties to this case or any other parties:

  1. Plaintiff shall be allowed to maintain his current hairstyle pending the outcome of the litigation in the above captioned matter.

  2. Defendants do no relinquish any rights or defenses, and no not concede that the plaintiff's hairstyle is based upon a sincerely held belief of a religious nature. Defendants reserve any and all rights to litigate the issues concerning plaintiff's hairstyle through motions or trials, which may occur within the litigation of the above captioned matter.

  3. The parties agree that no provision of this stipulation shall be interpreted to be an acknowledgment of the validity of any of the allegations or claims that have been made in the action, defendants make no admission of wrongdoing by entering into this stipulation and, further, defendants affirmatively deny any wrongdoing.

4. The plaintiff acknowledges that by affirmatively electing to maintain his current hairstyle pending the outcome of the litigation in the above captioned matter, he may become the subject of unwanted attention by other inmates that may create security or safety concerns to the plaintiff due to other inmates' perception of plaintiff's status arising out of the present stipulation.

5. Following the execution of this stipulation, and its being ordered by the Court, the plaintiff will be permitted to maintain his current hairstyle pending the outcome of the litigation in the above captioned matter as of the date that this stipulation is "So Ordered" by the Court up and until the conclusion of the matter through motions or trial.

6. The foregoing constitutes the entire agreement between the parties.

Dated: Albany, New York
       May 3, 2017

*Matthew W. O'Neil*
Matthew O'Neil, Esq.
Pro Bono Counsel for Javell Fox on the
Preliminary Injunction/TRO application
Hinman Straub
121 State Street
Albany, NY 12207
(518) 436-4751
moneil@hinmanstraub.com

Dated: Albany, New York
       May 3, 2017

*s/ Kevin Bruen*
Kevin Bruen, Esq.
Deputy Commissioner and Counsel for DOCCS
The Harriman State Campus, Building 2
1220 Washington Ave.
Albany, NY 12226

2

Dated: Albany, New York
       May 3, 2017

                                             ERIC T. SCHNEIDERMAN
                                             Attorney General of the State of New York
                                             Attorney for Defendants
                                             Albany, New York  12224-0341

                                             *s/ Maria Lisi-Murray*
                                             Maria Lisi-Murray
                                             Assistant Attorney General, of Counsel
                                             Bar Roll No. 302577
                                             Telephone: 518-776-2263
                                             Email: maria.lisi-murray@ag.ny.gov

Dated:  Albany, New York
          May 3, 2017

          SO ORDERED:

*[signature]*
HON. THOMAS J. MCAVOY
UNITED STATES DISTRICT COURT JUDGE

3