UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAVELL FOX

    Plaintiff

VS

SUPERINTENDANT Lee et al

    Defendant

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 1? 2018

LAWRENCE K. BAERMAN, CLERK
ALBANY

NOTICE OF MOTION FOR LEAVE TO AMEND FOR A SECOND AMENDMENT
42. USC 1983
CIVIL CASE NO
9:15-cv-390
TJM/CFH

PLEASE TAKE NOTICE That on the Declaration of Javell Fox served with this notice and on all the pleadings and proceedings in this action the undersigned will move this court at the James T. Foley U.S. Courthouse 445 Broadway - Rom 409 Albany N.Y 12207 Held by Hon Christian F. Hummel on February 14, 2018 at 10 o'clok in the forenoon or as soon thereafter as counsel can be heard for leave to Amend for A Second Amendment by the insertion of Defendants officer Krantz, Charles Barnard, Sgt Hahn, officer Rovelli, commissioner Assistant Ms K, Mr Iffert, Mr Hernandez, Mr Giannino, Mr Fuller, Mr Haff, Mr Frier, Mr Will, Mr Borowski, officer Malark, Mr Brown, correction officer fliss, Mr Venitozzi,

1

Officer Brady, New York State Department of Corrections and Community Supervision, and the State of New York. Paragraphs 149-247. Causes of Action 156-234: Harassment, cruel and unusual punishment; Fourth Amendment violations, Freedom of Speech, Descrimination SGT Bey, causes of Action 156-160. Sexual Harassment, cruel and unusual punishment; Fourth Amendment violations; Harassment; Officer Krantz. Due process violation Charles Barnard, 161-165. Cruel and unusual punishment, Harassment, and Retaliation SGT Barg causes of Action 166-168. SGT Hahn First Amendment violation; cruel and unusual punishment; Religious Land Use and Institutionalized Persons Act (RLUIPA), Retaliation; 169-172 Causes of Action - Harassment; Retaliation; First Amendment violations; Freedom of speech violations; Descrimination; Equal protection of the Law; Officer Rovelli, causes of Action 173-178. Descrimination, Equal protection SGT Hahn 179-180 causes of Action. Due process violation Officer K causes of Action 181. Harassment Officer Iffert cause of Action 182. First Amendment Freedom of

2

religion violations; freedom of speech violations; Religious land use and institutionalized persons act (RLUIPA), Descrimination; Equal protection violations. 183-187 causes of action. Due process, Descrimination, Equal protection; cruel and unusual punishment causes of Action 188-191 Lt Giannino, freedom of Religion violations; Religious land use and Institutionalized Persons Act, freedom of expression; Descrimination; Equal protection, Harassment and Retaliation SGT Fuller. Causes of Action 192-198. Freedom of religion; freedom of Expression; Religious Land use and Institutionalized persons Act; Harassment; Retaliation; cruel and unusual punishment; Descrimination; equal protection; causes of Action 199-206. Due process; cruel and unusual punishment; Descrimination; Equal protection; 207-210 causes of Action. Freedom of religion; freedom of Expression; Religious land use and Institutionalized persons Act; cruel and unusual punishment; Descrimination; and Equal protection, causes of action 211-216. Due process violation; cruel

and unusual punishment; descrimination Equal protection; Lt Borowski causes of Action 217-220. Harassment; cruel and unusual punishment, officer Malark causes of Action 221-222. Due process violations; cruel and unusual punishment; Lt Brown - causes of Action 223-224. Harassment officer Fliss cause of action 225. Descrimination; Due Process cause of Action 226-227. Excessive force cause of action(s) 228th officer Brady.

Equal protection, New York state Department of correction and community supervision causes of Action 229th failure to supervise 230th. Failure to protect 231st. State of New York ~~cause~~ failure to train; Equal protection; failure to supervise. Causes of action 232-234. or as may be Just, such further relief.

January 10, 2018

Jawell Fox
Jawell Fox

Attica C.F
639 Exchange St
Attica N.Y 14011

To: Maria Liss-Murrey
ASST ATT GEN
The Capitol
Albany N.Y 12224

4