Page 1

Fox v Lee - 9-6-2017 - Javell Fox

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF
JAVELL FOX,

     Plaintiff,

          V                15-CV-0390

SUPERINTENDENT LEE , et al

     Defendants.

_____/


DEPONENT:            JAVELL FOX

DATE:                September 6, 2017

LOCATION:           Comstock, New York

TAKEN BY:           Counsel for the Defendants



```
 1              Fox v Lee - 9-6-2017 - Javell Fox

 2    APPEARANCES:

 3

 4    FOR THE PLAINTIFF:

 5         Pro se

 6    FOR THE DEFENDANTS:

 7         NYS OFFICE OF THE ATTORNEY GENERAL
           BY:  MARIA LISI-MURRAY
 8         The Capitol
           Albany, New York
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              Fox v Lee - 9-6-2017 - Javell Fox

 2        I N D E X   O F   P R O C E E D I N G S

 3   JAVELL FOX; Sworn
     Direct Examination by Ms. Lisi-Murray              7
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              Fox v Lee - 9-6-2017 - Javell Fox

2                      STIPULATIONS

3        It is HEREBY STIPULATED by and among the attorneys

4    for the respective parties, in accordance with the Federal

5    Rules of Civil Procedure, that this deposition may be

6    taken by the Defendants at this time, pursuant to

7    subpoena;

8        FURTHER STIPULATED, that all objections except as to

9    the form of the questions and responsiveness of the

10   answers, be reserved until trial;

11       FURTHER STIPULATED, that the witness may read and

12   sign the deposition and make any corrections to same

13   before any Notary Public;

14       AND FURTHER STIPULATED, that if the original

15   deposition has not been duly signed by the witness and

16   returned to the attorney taking the deposition by the time

17   of trial or any hearing in this cause, a certified copy of

18   the deposition may be used as though it were the original

19

20

21

22

23

24

25

1                    Fox v Lee - 9-6-2017 - Javell Fox

2          (On the record 11:40 a.m.)

3                         THE COURT REPORTER:  Okay.  It's

4     eleven forty a.m.  We're on the record.  Can you raise

5     your right hand please?

6                         MR. FOX:  Yes.

7                         THE COURT REPORTER:  Do you swear

8     or affirm the testimony you're about to give today is the

9     truth, the whole truth, and nothing but the truth?

10                        MR. FOX:  Yes, it is.

11                    JAVELL FOX; Sworn

12                        THE COURT REPORTER:  Can you please

13    state your full name for the record?

14                        THE WITNESS:  Javell Fox.

15                        THE COURT REPORTER:  Thank you.

16                        MS. LISI-MURRAY:  All set?

17                        THE COURT REPORTER:  All set.

18                        MS. LISI-MURRAY:  All right.

19                        THE WITNESS:  Real quick before we

20    start, Ms. Lisi-Murray.

21                        MS. LISI-MURRAY:  Uh-huh.

22                        THE WITNESS:  Yeah, you had called

23    me down here.  Well, these officers, you know, they're

24    being -- they harassing me constantly.

25                        MS. LISI-MURRAY:  Okay.

1              Fox v Lee – 9-6-2017 – Javell Fox

2                         THE WITNESS:  And on top of that,

3     you know, like I'm locked in the cell twenty-four hours a

4     day inside this prison.

5                         MS. LISI-MURRAY:  Okay.

6                         THE WITNESS:  I don't go using no

7     phone, I don't go to recreation anything --

8                         MS. LISI-MURRAY:  Okay.

9                         THE WITNESS:  -- because of -- no

10    other prisoners facing this type of discrimination.

11    There's no way that you can contact the judge or anything

12    and get me to another facility where I don't have to be

13    put in this kind of abuse while I'm down here?

14                        MS. LISI-MURRAY:  No.  I -- I -- I

15    had you -- and just -- just to answer your question and --

16    and I had you transferred here for the -- the ease of

17    travel with respect to taking your deposition.

18                        THE WITNESS:  Yeah.

19                        MS. LISI-MURRAY:  You sued it.  I

20    get to take your deposition.  This is the process by which

21    I get to ask you questions.  I can address whatever

22    concerns you have to some extent but, yeah, I had -- I had

23    you moved here so I could -- I could easily travel to take

24    your deposition.

25                        THE WITNESS:  Yeah, yeah.  Yeah, I

1                    Fox v Lee - 9-6-2017 - Javell Fox

2    know now.  I figured that, yeah.

3                         MS. LISI-MURRAY:  Right.  I have no

4    control though otherwise in terms of where DOCCS

5    determines that you belong.  So -- and I have no

6    authority, I can't -- I can't authorize move or agree to

7    any other sort of transfer.  This was a -- a courtesy that

8    DOCCS agreed to do for me but I have no ability to ask

9    them to put you anywhere for any other purpose other than

10   --.

11                        THE WITNESS:  To relieve a

12   discrimination lawsuit?

13                        MS. LISI-MURRAY:  No, well there is

14   no --

15                        THE WITNESS:  Okay.  All right.

16                        MS. LISI-MURRAY:  -- and -- and

17   we're here to talk about your -- your discriminating --

18   discrimination lawsuit.  And I'm just going to start.

19                        DIRECT EXAMINATION

20   BY MS. LISI-MURRAY:

21                        Q.   Again, my name is Maria Lisi-Murray.

22   I'm an assistant attorney general assigned to defend the

23   case in the matter of Javell Fox versus Superintendent Lee

24   et al Civil Action Number 15-C.V.-0390.  And, Mr. Fox, as

25   a part of the defense of the individual corrections

```
1                    Fox v Lee - 9-6-2017 - Javell Fox
2     officers in this case I'm -- I'm here to take your
3     deposition and ask you some questions.  So I'm going to
4     give you -- have you testified at a deposition before?
5                    A.   Yes.
6                    Q.   Okay.  Have you been a -- a plaintiff
7     or a defendant in a lawsuit before this one?
8                    A.   Yes.
9                    Q.   Okay.  How many times have you
10    testified at a deposition?
11                   A.   One.
12                   Q.   And under what circumstances?  Were
13    you a plaintiff or a defendant?
14                   A.   Plaintiff.
15                   Q.   Okay.  Was it another civil lawsuit
16    you filed?
17                   A.   Yes.
18                   Q.   Where was that filed do you know?
19                   A.   That's -- I don't want to answer that.
20                   Q.   Was it in the northern district of New
21    York?
22                   A.   Northern district, yes.
23                   Q.   When was that filed?
24                   A.   Okay.  I don't see the relevance and I
25    forgot.  I don't remember either.
```

800.523.7887                    Associated Reporters Int'l., Inc.

1               **Fox v Lee - 9-6-2017 - Javell Fox**

2               Q.   You don't get to object to relevance

3   to my questions.  You either answer the questions or you

4   don't.  If you don't answer the questions I'll make a

5   motion to dismiss your case entirely.  You can do what you

6   want to do but I get to ask the questions and you don't

7   get to -- you can -- you can object and put it on the

8   record, but you have to give me an answer, so.

9               **A.   Yeah, I object to that question.**

10              Q.   Okay.  So give me an answer.

11              **A.   Some time in 2013 maybe, '14,**

12  **something like that.**

13              Q.   Okay.  And who were the defendants in

14  that if you remember?

15              **A.   Sergeant Harris.**

16              Q.   Any other defendants?

17              **A.   No.**

18              Q.   What was the basis of that lawsuit?

19              **A.   Basis of that lawsuit was basically**

20  **denial of access to the law library.**

21              Q.   What's the status of that lawsuit?

22              **A.   It was dismissed.**

23              Q.   It was dismissed as against you?

24              **A.   Yes.**

25              Q.   Okay.  Was it dismissed on a motion to

Associated Reporters Int'l., Inc.

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox
 2    dismiss or summary judgement do you know?
 3              A.    Summary judgement.
 4              Q.    Have you filed any other lawsuits
 5    including Nineteen eighty three -- strike that.
 6                    Have you filed any other lawsuits
 7    or other proceedings including Article Seventy-eighty
 8    proceedings that allege the same facts and circumstances
 9    as set forth in your complaint in the present action?
10              A.    No.
11              Q.    Okay.  Now, sir, you understand that
12    the testimony you give here today is under oath and is
13    required to be truthful?
14              A.    Yes.
15              Q.    With respect to the questions that I
16    ask you, if I ask you anything that you do not understand
17    or you require clarification to please let me know that,
18    all right?  Yes?
19              A.    Yes.
20              Q.    Okay.  And that brings me to the other
21    rule of the deposition.  I require a yes, no, some sort of
22    --
23              A.    Oh, I'm sorry, yes.  Yes, I apologize.
24              Q.    That -- that's fine.  I just require
25    some sort of verbal response to my questions so that the
```

Associated Reporters Int'l., Inc.

```
 1                  Fox v Lee - 9-6-2017 - Javell Fox
 2   record is clear in terms of -- in terms of your response.
 3   I can't take down a nod or a shake --.
 4              A.   Yes, yes, yes.  I got you.
 5              Q.   All right.
 6              A.   I got you.
 7              Q.   It's easier said than done though.
 8   Everyone forgets at some point.
 9              A.   Yeah, right.
10              Q.   Okay.  So what's -- what's your date
11   of birth, Mr. Fox?
12              A.   October 26, 1982.
13              Q.   And your social security?
14              A.   XXX-XX-8941.
15              Q.   Do you maintain a New York State
16   driver's license?
17              A.   No.
18              Q.   Have you ever filed for bankruptcy?
19              A.   No.
20              Q.   And as we sit here today -- we're in
21   Great Meadow Correctional Facility, right?
22              A.   Yes.
23              Q.   And you were transferred to here from
24   Attica Correctional Facility?
25              A.   Yes.
```

```
1                    Fox v Lee - 9-6-2017 - Javell Fox
2               Q.   With respect to your present
3     incarceration what were you convicted of or pled guilty
4     to?
5               A.   I was convicted of criminal possession
6     of a controlled substance.
7               Q.   What degree?
8               A.   Third degree.
9               Q.   And that was for the sale of what?
10              A.   No, that wasn't for the sale of
11    nothing.  That was for the possession of -- of one bag of
12    heroin.
13              Q.   How big was that bag of heroin?
14              A.   Just one bag.  They said it was one
15    bag.  They tested it in the lab and since I had money on
16    me they charged me with intent to sell and somebody else
17    wrote a statement stating that was his heroin and I had
18    nothing to do with it.  He had it notarized and everything
19    and I'm in a court right now on that issue.
20              Q.   When -- okay.  When was this
21    conviction?  What year?
22              A.   2011.  No, 2012.  April.
23              Q.   Okay.  What county?
24              A.   Oneida County.
25              Q.   How long is your prison sentence for?
```

Associated Reporters Int'l., Inc.

1                    Fox v Lee - 9-6-2017 - Javell Fox

2               A.    Ten years.

3               Q.    So it was criminal possession of

4    controlled substance in the third degree?

5               A.    Yes.

6               Q.    Any other charges that you were

7    arrested on in addition to that criminal possession that

8    led to your present incarceration?  Is that the only

9    conviction was the possession?

10              A.    Yes.

11              Q.    What year did you enter state prison?

12              A.    2012 June.

13              Q.    What facility did you enter at?

14              A.    Elmira.

15              Q.    How long were you there?

16              A.    Maybe thirty-five, forty days.

17              Q.    Where did you go after that?

18              A.    Auburn Correctional Facility.

19              Q.    How long were you there?

20              A.    Two years.

21              Q.    And after Auburn where did you go?

22              A.    Eastern Correctional Facility.

23              Q.    How long were you there?

24              A.    About maybe a year and a month.

25              Q.    Do you recall the dates you were at

1                    Fox v Lee – 9-6-2017 – Javell Fox

2    Auburn?

3               **A.**    **Yes, actually from June 2012 to**

4    **September 2014.**

5               Q.    Okay.  After Eastern where did you go?

6               **A.**    **Great Meadows.  Here to this facility.**

7               Q.    And what dates were you at Great

8    Meadow?

9               **A.**    **From -- around October to December.**

10              Q.    Of 2014?

11              **A.**    **No, 2015.**

12              Q.    2015.  So you were at Great Meadow

13   about a year?

14              **A.**    **No.  About forty -- forty days.**

15              Q.    Oh, about forty days.  All right.

16   Well, you said you were at Eastern from June 2012 to --.

17              **A.**    **No, no, no.  I was at Auburn from June**

18   **2012 --**

19              Q.    All right.

20              **A.**    **-- to September 2014.  And I was at**

21   **Eastern from September 2014 to October 2015.**

22              Q.    All right.  Slow down.  Let me just

23   make sure I write this down.  All right.  You were at

24   Auburn from June 2012 to 2014 -- to September 2014?

25              **A.**    **Yes.**

1                     **Fox v Lee — 9-6-2017 — Javell Fox**

2                   Q.   Okay.  And, I'm sorry, you were at --

3    at Auburn from what dates?

4                   **A.   June 2012 to September 2014.**

5                   Q.   Okay.  And, I'm sorry, and you were at

6    Eastern from what dates?  September --?

7                   **A.   September 2014 to October 2015.**

8                   Q.   Got it.  And if I misstate something,

9    you know, feel free to correct me.

10                  **A.   Okay.**

11                  Q.   The idea is to get this factually

12   correct.  All right.  And so you were at Great Meadow for

13   about forty days from October 2015 to I think you said

14   December of 2015?

15                  **A.   Yes.**

16                  Q.   Okay.  And after Great Meadow where

17   did you go?

18                  **A.   To the special housing unit Upstate --**

19   **special housing unit.**

20                  Q.   Why were you transferred there?

21                  **A.   I was transferred there because the --**

22   **I believe Counselor Schulley and his sergeant here at this**

23   **facility forged some documentation which I never have no**

24   **access to type and I don't even know how to type.**

25                  Q.   Okay.

800.523.7887                                    Associated Reporters Int'l., Inc.

1                          Fox v Lee - 9-6-2017 - Javell Fox
2                    A.    And then they put it on me because of
3        my hairstyle --
4                    Q.    Uh-huh.
5                    A.    -- because they wanted me out of the
6        facility and they wanted to give me a lot of time.  So
7        they gave me the time and sit in this special housing
8        unit.
9                    Q.    Okay.  And how long were you at the
10       special housing unit?
11                   A.    For sixty days.
12                   Q.    All right.  So from approximately
13       December of 2015 to March of 2015, is that right?
14                   A.    December 15th -- December to February.
15                   Q.    To February?
16                   A.    Yeah.  Of sixty days.
17                   Q.    Of 2015?
18                   A.    Yeah.
19                   Q.    Okay.  And at -- after February 2015
20       where were you at?
21                   A.    Five Points Correctional Facility.
22                   Q.    Okay.  And how long were you at Five
23       Points?  What dates?
24                   A.    I was at Five Points from around
25       February to about April or May.  Maybe sixty -- sixty days

Associated Reporters Int'l., Inc.

1                    Fox v Lee — 9-6-2017 — Javell Fox

2     or seventy days.

3                    Q.   And after Five Points where did you

4     go?

5                    A.   Upstate Special Housing Unit.

6                    Q.   So you went back to Upstate Special

7     Housing Unit?

8                    A.   Yes.

9                    Q.   Why were you sent there again?

10                   A.   Because officers wrote me up for

11    refusing to cut my hair.

12                   Q.   No disciplinary problems?

13                   A.   No.

14                   Q.   How long were you at Upstate Special

15    Housing Unit on that time?

16                   A.   Maybe two weeks.

17                   Q.   Okay.  And after Upstate Special

18    Housing Unit where did you go?

19                   A.   Attica Correctional Facility.

20                   Q.   And other than the fact that you were

21    moved here for your deposition that's -- that's where you

22    resided prior to this -- this location?

23                   A.   Yes.

24                   Q.   Okay.  How long have you been at

25    Attica?

Associated Reporters Int'l., Inc.

                                                        Page 18

1                    Fox v Lee - 9-6-2017 - Javell Fox

2              A.   Since June 2016 to -- to date.

3              Q.   Okay.   You ever served time in a

4    prison facility other than the sentence you're currently

5    serving?

6              A.   Yes.

7              Q.   Okay.   What years was that?

8              A.   2010 August until 2011 June.

9              Q.   What was that for?

10             A.   Criminal possession of a controlled

11   substance.

12             Q.   And what substance did you possess on

13   that occasion?

14             A.   Heroin.

15             Q.   Okay.   And was it a criminal

16   possession of controlled substance third degree?

17             A.   Was it a third or fourth.   I forget.

18             Q.   Okay.   What county did you have that

19   conviction in?

20             A.   Oneida County.

21             Q.   Okay.   And other than the -- the two

22   prison terms that you've already testified to have you

23   ever spent any other time in a New York State prison?

24             A.   Yes.   2000 and I was incarcerated

25   again in 2005.

Associated Reporters Int'l., Inc.

1                    Fox v Lee - 9-6-2017 - Javell Fox

2              Q.   So were you in from 2000 to 2005 or

3     they were two separate things?

4              A.   Yeah, two separate.

5              Q.   All right.  So let's -- let's just

6     keep going back chronologically.  So the -- the next time

7     you served a prison term prior to the 2010 incarceration

8     was in 2005?

9              A.   Yes.

10             Q.   Okay.  And what was that for?

11             A.   Criminal possession of a controlled

12    substance.

13             Q.   Was that also heroin related?

14             A.   No, that was crack cocaine.

15             Q.   Okay.  And was it a criminal

16    possession of a controlled substance third degree?

17             A.   I think a fourth degree.  I'm not

18    sure.

19             Q.   Okay.

20             A.   Yeah, fourth I think.

21             Q.   And how long did you a serve prison

22    term in 2005?  What dates?

23             A.   From 2005 to 2008.

24             Q.   So you did three years?

25             A.   Yes.

1                    **Fox v Lee - 9-6-2017 - Javell Fox**

2              Q.    Okay.  And then you said prior to 2005

3    you had another prison term in 2000?

4              **A.    Yes.**

5              Q.    And how -- what dates did that prison

6    term go through?

7              **A.    From 2000 till 2001.  Maybe eight**

8    **months.**

9              Q.    Okay.  And where was that -- what

10   county was that arrest in?

11             **A.    New York County I think.**

12             Q.    And what was that arrest or conviction

13   for?

14             **A.    Criminal possession of a controlled**

15   **substance I think in the seventh or sixth degree.  I can't**

16   **remember.**

17             Q.    And for what drug were you in

18   possession of?

19             **A.    Cocaine.**

20             Q.    With respect to the 2005 incarceration

21   where was that criminal conviction obtained?

22             **A.    2005?  Oh, Oneida County.**

23             Q.    Oneida County?  Other than the -- the

24   prison terms you've just described to me have you spent

25   any other time in prison?

1                    Fox v Lee - 9-6-2017 - Javell Fox

2               **A.   No.**

3               Q.   What about jail time?  Local jail

4    time, have you done any local jail time?

5               **A.   No.   Maybe -- no.**

6               Q.   No?

7               **A.   Probably parole violation or something**

8    **like that.   But, no, I can't even remember those dates.**

9    **That was too far back.**

10              Q.   Okay.  Are you married?

11              **A.   No.**

12              Q.   Do you have any kids?

13              **A.   Yes.**

14              Q.   How many?

15              **A.   I'm not going to tell you.**

16              Q.   Huh?

17              **A.   I'm not going to tell you that.**

18              Q.   You're not going to tell me how many

19   kids?

20              **A.   No.   No.**

21              Q.   Okay.  Well, note my objection for the

22   record because if you continue to refuse to answer my

23   questions that I'm entitled to ask I'm going to go ahead

24   and, like I said, make a motion to the court.

25              **A.   You're going to make a motion to**

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox

 2      dismiss because I won't tell you how many kids I got?  I

 3      didn't ask their mother can I tell about the kids because

 4      that's not just my kids, Ms.

 5                     Q.   This isn't a fight, Mr. Fox.

 6                     A.   I'm not fighting.

 7                     Q.   You sued this.  I get to ask the

 8      questions.  You can place an objection on the record but

 9      you're required to answer my questions.

10                          How many kids do you have, Mr. Fox?

11                     A.   I'm not answering that.

12                     Q.   Okay.  If you were to get out of

13      prison tomorrow where would you live?

14                     A.   I would live in New York City.

15                     Q.   Do you have family there?

16                     A.   Yes.

17                     Q.   What's the highest level of education

18      you've completed?

19                     A.   Bachelor's degree equivalent in

20      account.

21                     Q.   I'm sorry bachelor's degree?

22                     A.   Equivalent in -- in accounting.

23                     Q.   In accounting.  Did you complete that

24      here in prison?

25                     A.   Yes.
```

1                    **Fox v Lee — 9-6-2017 — Javell Fox**

2              Q.    Any other specialized training or

3    certifications you've achieved here in prison?

4              **A.    No.**

5              Q.    When did you achieve your bachelor's

6    degree equivalency in accounting?

7              **A.    2006.**

8              Q.    What's the last employment you've

9    held?  What dates?

10             **A.    From 2011 until -- well, soon as I**

11   **came home from prison in June 2011 until I was**

12   **incarcerated in October 3rd, 2011 I was a janitor.**

13             Q.    Okay.  Where?

14             **A.    For Employment Opportunity on Wall**

15   **Street.**

16             Q.    So in New York City?

17             **A.    Yes.**

18             Q.    Have you held any other positions

19   other than the janitor position in terms of employment?

20             **A.    Yes.  I used to work for the United**

21   **Pickle Factory.**

22             Q.    What years?

23             **A.    From 2000 -- I came out of prison in**

24   **2008 -- 2009 maybe.**

25             Q.    Okay.  When are you due to be released

Associated Reporters Int'l., Inc.

1                    Fox v Lee - 9-6-2017 - Javell Fox

2      from prison?

3                    A.    2023.

4                    Q.    Okay.  Have you ever filed a federal

5      or state tax return?

6                    A.    Yes.

7                    Q.    What years?

8                    A.    2011 -- yeah, did I say that?

9                    Q.    2011?

10                   A.    2000 -- yeah, maybe 2011 or 2001.

11     Yes.

12                   Q.    Just those two years?

13                   A.    Yes.

14                   Q.    Are you on any medications as you sit

15     here today?

16                   A.    No.

17                   Q.    Anything that you're aware of that

18     would impede your ability to testify truthfully today?

19                   A.    No.

20                   Q.    Did you review any documents to

21     prepare for your testimony here today?

22                   A.    No.

23                   Q.    Do you maintain any sort of diary or

24     notes relative to the lawsuit we're here to discuss today?

25                   A.    No.

1           **Fox v Lee - 9-6-2017 - Javell Fox**
2                    Q.   So you don't have any Article Seventy-
3     eights pending currently?
4                    **A.   No.  Yeah, I do have -- well, it's**
5     **kind of pending but is -- I got the return date of**
6     **November 3rd I believe.  So it's like not totally pending**
7     **yet but pretty much it's in -- I got an index number.**
8                    Q.   All right.  What's that about?
9                    **A.   That's about I didn't get a**
10    **preliminary hearing for my parole violation.  So since I**
11    **didn't get a preliminary hearing -- I mean, a -- a final**
12    **hearing they, you know, basically gave me time that I**
13    **shouldn't have got.  So I put an Article Seventy-eight in**
14    **about that.**
15                   Q.   So with respect to -- it's with
16    respect to a parole violation you received?
17                   **A.   Yes.**
18                   Q.   With respect to the complaints set
19    forth in your -- I guess it would be your amended
20    complaint at Docket Number Seventy-six I have that as the
21    operative complaint to file any grievances with respect to
22    the allegations contained in your -- in your complaint.
23                   **A.   Say that again?**
24                   Q.   Did you file any grievances with
25    respect to the allegations contained in your complaint?

Associated Reporters Int'l., Inc.

 1                          Fox v Lee - 9-6-2017 - Javell Fox
 2               **A.    Yes.**
 3               Q.    Okay.  When was the first grievance
 4     that you filed?
 5               **A.    I would say November 7th and November**
 6     **9th, 2014.**
 7               Q.    Which facility were you at?
 8               **A.    Eastern Correctional Facility.**
 9               Q.    What was the outcome of that
10     grievance?
11               **A.    One they didn't file.  They refused to**
12     **file it.  And the other one it went to C.O.R.C. and they**
13     **agreed with me in part.  And they basically because the**
14     **I.G.R.C. supervisor and the administration kind of lied to**
15     **cover up, you know, the -- the grievance statement.  I was**
16     **changing hairstyles and which was a lie because there's**
17     **eight pictures to show my hairstyles.  And or they would**
18     **have agreed with me fully that it's unconstitutional for**
19     **me to have in keep lock and confined because of my**
20     **hairstyle.**
21               Q.    Okay.  Any other grievances you can
22     recall filing relative to the allegations in the
23     complaint?
24               **A.    Yes, I filed maybe -- maybe thirty or**
25     **forty grievances to, you know, exhaust my administrative**

1                    **Fox v Lee - 9-6-2017 - Javell Fox**

2     **remedies and, you know, to get relief on everything that -**

3     **- that's in my complaint.**

4                    Q.   Where did you file these thirty to

5     forty grievances?  Which facilities?

6                    **A.   Eastern Correctional Facility.**

7                    Q.   Okay.  Any other facilities where you

8     filed grievances?

9                    **A.   Yes.**

10                   Q.   What other facilities?

11                   **A.   Auburn.**

12                   Q.   Okay.

13                   **A.   Five Points.**

14                   Q.   Okay.

15                   **A.   And this facility.**

16                   Q.   This -- this facility?

17                   **A.   Yeah, Attica.**

18                   Q.   Oh, Attica?

19                   **A.   Yes.**

20                   Q.   Not -- not Great Meadow.

21                   **A.   Yes, and Great Meadow, yes.**

22                   Q.   Okay.  And Great Meadow?

23                   **A.   Yes.**

24                   Q.   Okay.  So you just filed one at Great

25    Meadow during the time you were here for the deposition?

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox
 2    Was that at the last time you were -- you were here prior
 3    to this?
 4                    A.    Last time I was here -- prior to this
 5    I was here -- I was here in May for a conference --
 6    settlement conference.  And when I was here last time as -
 7    - as a housed convict here I filed grievances.
 8                    Q.    Okay.  So you're -- you're intimately
 9    familiar with the -- the process with respect to filing
10    grievances in the New York State Prison System?
11                    A.    Yes.
12                    Q.    Okay.  And you understand you have to
13    appeal them all the way up to CORC in order to exhaust
14    your administrative remedies?
15                    A.    Yes.
16                    Q.    And with respect to the one in 2014
17    you said you filed two.  And one was -- you said they
18    refused to file but the other one went all the way through
19    to CORC?
20                    A.    Yeah, no, I didn't say I only filed
21    two.  You asked me what was the first one I filed.
22                    Q.    Right.
23                    A.    In 2014 I probably filed ten
24    grievances maybe twelve.  You should have -- I mean, I
25    know you sent me copies, I've had copies I -- I saved.  So
```

```
 1                  Fox v Lee - 9-6-2017 - Javell Fox
 2   I'm sure that you probably have them with you.  Every last
 3   grievance I ever filed I filed all the way up to CORC.  If
 4   they didn't get there then the I.G.R.C. supervisor failed
 5   to file them because he's covering up for his -- his --
 6   his coworkers.  And that's what they do.
 7                  Q.   So you're saying that you filed every
 8   -- you appealed -- strike that.
 9                       You appealed every grievance all
10   the way up to CORC and that if none of them reached CORC
11   it was somebody else's fault and not yours?
12                  A.   Absolutely.
13                  Q.   Okay.
14                  A.   Even if -- like I said, some of them
15   didn't even get filed.
16                       And C.O.R.C. got thirty days to
17   respond.  If they don't respond in thirty days then I'm
18   able to file my loss suit.  I took every provision.
19                  Q.   Are you specifically aware as you sit
20   here today of any instances where your grievances were not
21   transmitted to CORC per your instructions?
22                  A.   I'm -- I don't watch it go so like I
23   said I don't know how they transmit it.  But I know what I
24   was told by T. Morrow (phonetic spelling) that certain
25   grievances he wasn't going to send.
```

1                   Fox v Lee - 9-6-2017 - Javell Fox

2                   Q.   Who -- I'm sorry, who is this?  What's

3    the name?

4                   A.   T Morrow.  That's the grievance

5    supervisor.  He told me specifically certain grievances he

6    wasn't going to file.  And other grievances were handled

7    on a facility level as per Directive Forty-forty states

8    that if you get your remedy at the facility level it's no

9    need to appeal it and it's no need to go any further.  So

10   certain issues was resolved at the facility level.

11                  Q.   Okay.

12                  A.   Pretty much could recall, you know,

13   everything that was resolved on the facility level because

14   -- and everything else.  I went through it, so --

15                  Q.   Yes.

16                  A.   -- you know, it's pretty much in my

17   brain.

18                  Q.   Okay.  Now with respect to the lawsuit

19   we're here talking about today you've -- you followed the

20   Court's decision and orders with respect to dismissal of

21   certain claims in your amended complaint, correct?

22                  A.   Say that again I'm sorry.

23                  Q.   With respect to the lawsuit we're here

24   talking about today, you've -- you've had the opportunity

25   to review the decisions and orders filed by the Court

```
 1                 Fox v Lee - 9-6-2017 - Javell Fox
 2    dismissing certain claims in your amended complaint,
 3    correct?
 4                 A.    Correct.
 5                 Q.    Okay.  And with respect to the -- the
 6    RLUIPA claims and your -- your hairstyle claims at Docket
 7    Number Ten you understand that the Court ordered that
 8    insofar as Plaintiff seeks monetary damages against
 9    Defendants in their official or individual capacities
10    under RLUIPA those claims are dismissed pursuant to
11    Twenty-eight U.S.C. Section Nineteen fifteen E two B and
12    Twenty-eight U.S.C. Section Nineteen Fifteen A B.  You --
13    you understand that's at Docket Ten, page six of twenty-
14    three?
15                 A.    Yes.  That's why I didn't add that
16    into my -- my summary judgement motion.
17                 Q.    Okay.  And with respect to your
18    summary judgement motion you received my papers where I
19    cross moved for summary judgement?
20                 A.    Yes, I did.
21                 Q.    Oh.
22                 A.    Did you receive my papers where I
23    replied?
24                 Q.    I just don't recall as I sit here.
25    And I would ask you to refrain from asking me questions
```

    1                    Fox v Lee - 9-6-2017 - Javell Fox
    2     with respect to the case.  It's not my deposition.  It's
    3     your deposition.
    4                    A.    All right.
    5                    Q.    With respect to your -- let's see --
    6     with respect to your present hairstyle as you sit here
    7     today it looks like it's shaved on the sides, you have
    8     dreads on the top in sort of a Mohawk sort of fashion.
    9                    A.    Yes.
   10                    Q.    Okay.  And the dreads are, would you
   11     agree, about two to three inches long?
   12                    A.    Maybe -- probably in the back because
   13     that pulled my hair out.  But on the sides they're pretty
   14     much long.
   15                    Q.    And how -- how long are the dreads on
   16     the top then I'm sorry?
   17                    A.    Maybe like eight inches.
   18                    Q.    Okay.  So the dreads are about eight
   19     inches long?
   20                    A.    Yeah.
   21                    Q.    And you would agree with me then
   22     they're long enough to weave together and creates pockets
   23     in the top of your head?
   24                    A.    Yes.
   25                    Q.    Okay.  Now with respect to this

Associated Reporters Int'l., Inc.

1                    Fox v Lee - 9-6-2017 - Javell Fox

2    present hairstyle when did you first start wearing this?

3              A.    About 2013.

4              Q.    And in 2013 had you -- you familiar

5    with the religious affiliation designation within the

6    prison symptoms?  They ask you to pick a religious

7    affiliation or?

8              A.    Yes.

9              Q.    Okay.  And in 2013 when you started

10   wearing the present hairstyle what was your religious

11   affiliation?

12             A.    My -- my religion and affiliation that

13   I chose to affiliate with since my religion is not held

14   here at this prison was the Rastafarian.

15             Q.    Wait.  Back in 2013 weren't you Nation

16   of Islam?

17             A.    When I got to Eastern Correctional

18   Facility a couple of guys wanted me to go to a -- an event

19   and in order to go to that event I was trying to be a

20   guest but they said I couldn't be a guest so I had to

21   change the affiliation as far as DOCCS because it was too

22   late.  And I changed it to N.O.I. to go to the event

23   because it don't really matter.  It's not my religion

24   anyway, but it's an offspring of my religion.

25                       And also I just wanted to make a

1               Fox v Lee - 9-6-2017 - Javell Fox

2    statement that my hair can form any pockets.  But as long

3    as it can be effectively searched it's not a safety or

4    security hazard.  My hair can be effectively searched.

5    Anybody's hair could form any pockets whether dreads or

6    not.

7               Q.   Okay.  Well, I'm -- I'm glad you --

8    you have that worked out.  With respect to 2013 then you

9    were in fact a Nation of Islam religious designation,

10   correct?

11              A.   Correct.

12              Q.   Okay.  And your testimony today was

13   you decided to designate with Nation of Islam in order to

14   -- to go to an event -- a DOCCS held event?

15              A.   A Nation of Island held event but

16   DOCCS allowed them basically have their religious service,

17   yes.

18              Q.   Okay.  So was the -- the event you

19   wanted to go to a religious service?

20              A.   Yes.  It was Saviors Day.  It was a

21   Saviors Day event.

22              Q.   Is that the only N.O.I. event that you

23   attended?

24              A.   Yes, I was -- I believe I was keep

25   lock confined for every other event which was the next --

1                 **Fox v Lee – 9-6-2017 – Javell Fox**

2  **yes -- yes, it was.**

3                 Q.   But you're telling me that despite the

4  fact you designated with Nation of Islam you weren't

5  actually a -- a practitioner of Islam at that time?

6                 **A.   Well, my religion is Anunnaki.  So as**

7  **being a Anunnaki religious members all of these religions,**

8  **offspring from Anunnaki.  Anunnaki means from heaven to**

9  **earth.  Anunnaki is the sole hold of all the secrets in**

10 **the universe.  So you got Islam they represent peace.**

11 **Like we teach peace like true peace in my religion.  So,**

12 **you know, it's an offshoot.**

13                Q.   Yes.

14                **A.   Like Mohammed -- I mean, you know, you**

15 **going on about it but, you know, I -- so I basically, you**

16 **know, I practice every -- every religion but in -- in the**

17 **solid form though, you know, so.**

18                Q.   All right.  But -- but I want to get

19 back to if -- if you are -- do you identify or did you

20 identify in 2013 as being a Nation of Islam practitioner

21 or did you identify with something else in 2013?

22                **A.   I've identified my whole life since I**

23 **was eleven years with being a Anunnaki member.  In DOCCS,**

24 **like I said, my religion is not held here so, you know, I**

25 **go to other religions like Nation of Islam, Moorish**

1            **Fox v Lee – 9-6-2017 – Javell Fox**

2    **science, Temple of Rastafarian.  As I said they're all**

3    **offshoots of my religion.  When I get back to Attica I'm**

4    **going to sign up for -- for the Buddhist religious because**

5    **that's an offshoot my religion, you know, so.**

6                 Q.   Okay.  So you're -- you're -- and

7    correct me if I'm wrong because I'm trying to understand

8    what you're talking about, you have identified as Anunnaki

9    since you were eleven.

10                **A.   Yes.**

11                Q.   And because every religion is an

12   offshoot of Anunnaki you feel comfortable registering

13   within the DOCCS parameters for any religion that they

14   offer?

15                **A.   Pretty much, yes.**

16                Q.   Okay.  All right.  So when did you

17   first start then the present hairstyle?  You said that was

18   in 2013?

19                **A.   Yes, that was in 2013.**

20                Q.   Okay.  What hairstyle did you have

21   prior to 2013?

22                **A.   I had cornrow braids.**

23                Q.   Did you have the shaved sides of your

24   hair?

25                **A.   No.**

1                    **Fox v Lee - 9-6-2017 - Javell Fox**

2                    Q.    And how -- how long were the cornrow

3       braids?

4                    **A.    Maybe about almost like the same**

5       **length as my hair is now.  Just a little shorter probably.**

6                    Q.    So about eight inches?

7                    **A.    Yeah, about five -- maybe five inches**

8       **probably.**

9                    Q.    Okay.  And that was while you were in

10      the DOCCS facility?

11                   **A.    Yes.**

12                   Q.    Was that hairstyle allowed as per

13      DOCCS directives or were -- did you have issues with that

14      hairstyle too?

15                   **A.    Well, as far as the cornrow braids**

16      **it's allowed, yes.  But as far as every hairstyle is**

17      **allowed long as it don't pose no threat to safety and**

18      **security per N.Y.C.R.R. Seventy-six twelve point four.**

19      **DOCCS directive is -- is being interpreted however the**

20      **officers want to interpret it in order for them to harass**

21      **prisoners.  This is what they do.**

22                   Q.    Okay.

23                   **A.    N.Y.C.R.R. is clear on it.**

24                   Q.    What was that section?

25                   **A.    N.Y.C.R.R.**

                          Fox v Lee — 9-6-2017 — Javell Fox
1

2               Q.    I -- I understand what the --.

3               A.    Seventy-six twelve point four.

4               Q.    Seventy-six twelve point four.  Okay.

5               A.    I sent you that too in -- in my reply.

6    You have it.

7               Q.    I don't recall seeing that but I'll

8    take a look.  So you've maintained that the hairstyle that

9    you sit here and present today you've maintained that

10   since 2013?

11              A.    Yes.

12              Q.    Okay.  And explain to me why the

13   hairstyle is required for your -- your religion?  As I

14   understand it that's what your allegations are.

15              A.    Yes.  Well, it's our freedom of

16   expression too.

17              Q.    Okay.

18              A.    But as far as my religious belief the

19   long hairstyle, once you become a certain -- to capacity

20   and I represent as far as the bear going into the hulk or

21   the lion going into the eagle that represents supreme

22   wisdom, true enlightenment which I do have and which I do

23   hold.  As you can see all of the abuse I've been through

24   I've never once raised a violent hand to anybody, prisoner

25   or correction official and that's rare.  I haven't even

```
 1                   Fox v Lee - 9-6-2017 - Javell Fox
 2       had one fight in prison and I've been in the worst prisons
 3       in the State of New York.
 4                   Q.   Okay.
 5                   A.   And that's because of my religion.
 6                   Q.   And when you say freedom of expression
 7       --
 8                   A.   Yes.
 9                   Q.   -- what are you -- what are you
10       talking about?  Because to me that's a completely
11       different thing.
12                   A.   Yes.  Freedom is expression is
13       individuality.  Like a person has freedom to express
14       theirself (sic) like you have bangs in your hair.  That's
15       the expression.  Some people don't have bangs.
16                   Q.   Uh-huh.
17                   A.   You know.
18                   Q.   So your hairstyle is a part of your
19       freedom of expression in terms of how you feel you should
20       be able to present yourself to the world?
21                   A.   Yes, as well as my religious symbol as
22       far as certain individuals in my spiritual order to
23       identify with who I am.  And -- and my status that I hold
24       in my religion which is -- is actually equivalent to a
25       priest.  And if you want to see that because, like I said,
```

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox
 2    my religion is so old, they just now rediscovering a lot
 3    of things.  And one of the -- the leaders of that is a man
 4    called Zecharia Sitchin and he wrote a book called the
 5    Twelfth Planet.
 6                         And a friend of mine just pointed
 7    it out to me maybe a month ago.  I haven't got a chance to
 8    get my hands on the book, but in front of the cover you'll
 9    see the artifact that he dug up of the priest, Anunnaki
10    priest and you would see the Mohawk haircut.  Also two
11    yoga magazines that they took from me in Eastern had --
12              Q.   I'm getting there.
13              A.   -- okay.  But I -- oh, all right.  But
14    I just wanted to tell you what it had in it.  It had the
15    actual priest with the locks, with the -- with the locks,
16    with the Mohawks on a -- on a stone walls.
17              Q.   Okay.
18              A.   So I could -- yeah, I could refer you
19    to those too.
20              Q.   Anyone else that you know that
21    practices the Anunnaki religion?
22              A.   Anunnaki, yes.
23              Q.   Anunnaki, I'm sorry.  And they're in
24    prison with you?
25              A.   No, no prisoners.
```

Associated Reporters Int'l., Inc.

1                    Fox v Lee - 9-6-2017 - Javell Fox

2                    Q.    So are you the only Anunnaki

3    practitioner in prison that you're aware of?

4                    A.    Yes.   In Attica, yes.   It may be --

5                    Q.    Okay.

6                    A.    -- one other Anunnaki member and he's

7    actually in Eastern.   But he's not of -- of a high priest

8    order.   He just basically like what we would call a

9    regular civilian.   He's just an a Nishi.

10                   Q.    Who -- who determined that you were a

11   high priest of Anunnaki?

12                   A.    Well, I had a guider and once you get

13   to a certain level as far as master -- in tens steps of

14   self-mastery then, you know, you become a priest of that

15   order.   So actually I've mastered the ten steps, mastered

16   my anger.

17                   Q.    Who's your guider?

18                   A.    Well, my guider is in Charlotte, North

19   Carolina.   His name is Quadir Bey.

20                   Q.    How do you spell that?

21                   A.    Q-U-A-D-I-R B-E-Y.   And he initiated

22   me into the Anunnaki order when I was eleven and he guided

23   me until I was about fifteen.   And I just kept all my

24   studies and, you know, basically I was guided right, you

25   know, so.

```
 1                  Fox v Lee - 9-6-2017 - Javell Fox

 2                  Q.   Okay.  Okay.  With respect to, again,

 3      your hairstyle, I'm trying to -- I'm trying to ascertain

 4      what the difference was pre 2013 and now with respect to

 5      why you feel you -- you have to have this hairstyle now.

 6      Is it -- is it -- is it a matter of how you feel you need

 7      to express yourself or is it a religious dictation?

 8                  A.   Well, 2013 I reached my priesthood so

 9      it's a -- a religious dictation as far as it being a

10      symbol.  I'm a priest so, you know, this is what we do in

11      Anunnaki.

12                  Q.   Are priests in Anunnaki allowed to

13      have any other hairstyles?

14                  A.   No.

15                  Q.   And how do you know that?

16                  A.   I mean, priests, you know, we -- they

17      have freedom of choice but from what I know priests always

18      take on a Mohawk hairstyle.  As far back as when we passed

19      this religion even priests in -- in Native American, you

20      know, they put on the --

21                  Q.   Yeah.

22                  A.   -- the Mohawk feathers and things like

23      that to represent, you know, but.

24                  Q.   Yeah.

25                  A.   So --.
```

Associated Reporters Int'l., Inc.

1                    Fox v Lee - 9-6-2017 - Javell Fox

2              Q.   I'm sorry.  I -- I just -- I'm just

3    trying to keep this on point.

4              A.   Okay.  I'm just trying to -- or I was

5    just trying to give you a brief history.  I'm not trying

6    to lose you or anything.

7              Q.   With respect to your current

8    hairstyle, why is it that you can't maintain any other

9    hairstyle as an Anunnaki priest?

10             A.   Well, as an Anunnaki priest, you know,

11   it's important for me to be able to show that I'm a symbol

12   of light.  And one way is through my hairstyle as well as

13   the fact that the Mohawk is a representation of the

14   subconscious and the consciousness coming together as one.

15   And, you know, the Mohawk hairstyle is that dictation.

16             Q.   All right.  In your papers your

17   original complaint you said the Mohawk was a cultural

18   representation of your heritage as a Native American.  So

19   I'm just confused as to what it -- which one it is.

20             A.   Well, like I said it's -- it's both.

21             Q.   All right.  It's both.

22             A.   Native African and Native American,

23   because like I said, they're offshoots of my religion.  I

24   was just trying to give a clear example because nobody's

25   familiar with my religion.  So I was trying to give a

1                   Fox v Lee - 9-6-2017 - Javell Fox

2        clear example of the core relation.

3                        Q.   Okay.

4                        A.   Because the natives they follow almost

5        like seventy percent of the same pattern as Anunnaki even

6        in America.  Even in Mexico.  And this is why you see a

7        lot of feathers and things like that as symbols.  However,

8        the Anunnaki we represented it in our hair and we let our

9        hair lock up.

10                       Q.   So after you were registered as Nation

11       of Islam in order to attend an event your friends were

12       attending, did you at some point change your religious

13       affiliation within DOCCS?

14                       A.   In 2016 I believe -- what year I

15       changed back to Rastafarian?  I can't remember.  I changed

16       it back to Rastafarian maybe in 2016.  Yeah, 2016 around

17       May.

18                       Q.   Okay.  So prior to being Nation of

19       Islam you were Rastafarian?

20                       A.   Yes.

21                       Q.   Have you -- have you identified with

22       any other religion within DOCCS other than Nation of Islam

23       or Rastafarian?

24                       A.   No.

25                       Q.   Okay.

1               Fox v Lee - 9-6-2017 - Javell Fox

2               A.   Moorish Science Temple.  Yes, Moorish

3     Science Temple.

4               Q.   I'm sorry.

5               A.   Moorish Science Temple of America.

6               Q.   Morris?

7               A.   Moorish -- Moorish with a -- with a H

8     at the end?

9               Q.   Moorish?

10              A.   Yes.  Science Temple of America.

11              Q.   Science Temple.

12              A.   Of America, yes.  They believe in the

13    sciences and -- and the rituals and things like that.  You

14    know, they all -- they also offshoot of the Anunnaki.

15    They come from Morocco.

16              Q.   Okay.

17              A.   They teach -- come from Morocco from -

18    -.

19              Q.   All right.  But did you ever identify

20    as Moorish within the DOCCS facility?

21              A.   Yes.

22              Q.   Okay.  When -- when was that?

23              A.   Maybe 2007.

24              Q.   Okay.  With respect to your current

25    prison sentence though you've only been Nation of Islam

800.523.7887                          Associated Reporters Int'l., Inc.

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox
 2    and Rastafarian, correct?
 3                    A.    Correct.
 4                    Q.    Okay.  With respect to your
 5    disciplinary history, and I'm only talking about your
 6    current incarceration, have you had any tier three
 7    hearings?
 8                    A.    Yes, I have.
 9                    Q.    How many?
10                    A.    I would say maybe three or four.
11    Maybe -- maybe four or five.  I can't -- can't totally
12    recall.
13                    Q.    All right.  Were they all related to
14    your hairstyle or were they different things?
15                    A.    No, two of them were.
16                    Q.    Two of them were hairstyle related?
17                    A.    No.  Three of them -- I'm -- I'm going
18    to give you exact -- exact as many -- many was my
19    hairstyle.  Three.  Three was related to my hairstyle.
20    Two weren't.
21                    Q.    Two were not, right?
22                    A.    Yes.
23                    Q.    Okay.  Two -- I know one of the two
24    was related to contraband or marijuana possession within
25    the DOCCS facility?
```

```
 1                   Fox v Lee - 9-6-2017 - Javell Fox
 2            A.    Yes.  And on that they planted that.
 3            Q.    Uh-huh.
 4            A.    Out of retaliation.  I didn't have any
 5     marijuana and they put that as point zero zero zero one of
 6     a gram.  That's not even anything and then Sergeant Bay
 7     (phonetic spelling) told me he made a mistake.  He made
 8     them put one gram --
 9            Q.    Okay.
10            A.    -- down there because that's what he
11     was trying to set me up with.
12            Q.    Okay.
13            A.    I didn't have --.
14            Q.    And with respect to the second tier
15     three hearing --
16            A.    Yes.
17            Q.    -- what -- what was that concerning?
18            A.    That was some papers that I seen at
19     the hearing briefly and that you sent to me stating that I
20     made a false document with a judge's name on it.  At that
21     time I was keep locked, never off keep lock.  I don't have
22     no access to no technology like that to do any forgeries.
23     And when they confiscated my paper that's when they gave
24     me my paperwork period.  That's when they gave me that
25     misbehavior report at this facility.  That was I'm -- I'm
```

1                    **Fox v Lee - 9-6-2017 - Javell Fox**

2     **almost sure that was Counselor Schulley and that was**

3     **definitely the sergeant.  I got his name written down in**

4     **my next complaint.**

5                    Q.    Okay.  All right.  So with respect to

6     Defendants' Maddison, Bay (phonetic spelling), Waugh,

7     Webbe, Russo, Lee, Simmons, Wenlen (phonetic spelling),

8     Miller, Williamson, Cruz, Sullivan and Vanacore there's a

9     -- an alleged first amendment freedom of expression claim.

10                   A.    Yes.

11                   Q.    Okay.  When did that occur?

12                   A.    **That -- that -- it never stopped.  It**

13    **occurred all the way from September -- I mean, from,**

14    **excuse me, from November 9th all the way into I want to**

15    **say May 2015 -- May or June 2015.  And then they got the -**

16    **- the I.G.R.C. C.O.R.C. decision stating that, you know,**

17    **there was no reason for them basically to punish me for my**

18    **hairstyle.  That's when they stopped punishing me for the**

19    **hairstyle.  That's when they planted the marijuana on me.**

20    **But all -- all the dates is -- is -- is chronologically**

21    **put in.**

22                   Q.    All right.  When they say they planted

23    marijuana --

24                   A.    Yeah.

25                   Q.    -- who specifically?

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox
 2              A.    That -- that's -- that's not even
 3    pertaining to this because that's not even in the
 4    complaint.  But Sergeant Barber (phonetic spelling) is a
 5    part of that.  Officer Krantz, and I forget the other two
 6    officers' name.  The other one officer name but I got his
 7    name written down too but.
 8              Q.    All right.  But that's not a part of
 9    your lawsuit you're saying.
10              A.    No, it's not.  No, it's not.
11              Q.    Okay.  All right.  With respect to
12    Defendant Maddison what dates did he violate your first
13    amendment freedom of expression?  Tell me what he did
14    specifically just him.
15              A.    Okay.  When I was coming -- when I was
16    coming out of the barbershop on September -- on -- on
17    November 6th first he walked in the barbershop I was
18    getting the sides of my head shaved.  And Officer Skred
19    she was there.  She was the barbershop officer.  She let
20    me go first.  He came in, seen me getting a haircut.  He
21    ain't say nothing to me when I was in the barbershop.
22                    When I came out the barbershop he
23    stopped me.  I had my -- my queen -- my king's crown on.
24    He told me take my crown off.  He seen my hair.  He told
25    me that my hairstyle is not allowed.  I told him, listen,
```

|    | Fox v Lee – 9-6-2017 – Javell Fox |
|----|-----------------------------------|
| 1  |                                   |
| 2  | this is my religious hairstyle as well as this is my |
| 3  | freedom of expression as well as the fact that there's no |
| 4  | reason for me not to have my hairstyle like this because |
| 5  | there's no -- there's no logical reason.  There's no dread |
| 6  | to safety or security. |
| 7  | He told me my hairstyle is not |
| 8  | allowed.  I walked away.  The next week he sent Officer |
| 9  | Skred to write me a misbehavior report.  She lied stating |
| 10 | that my hair was braided and everything because he told |
| 11 | her to write the misbehavior report. |
| 12 | Q.   Who -- who's -- who's she again, I'm |
| 13 | sorry? |
| 14 | A.   Officer Skred. |
| 15 | Q.   Skra? |
| 16 | A.   Skred, S-K-R-E-D. |
| 17 | Q.   Okay. |
| 18 | A.   She's not a part of the lawsuit |
| 19 | because he forced her to.  She's in the facility where --. |
| 20 | Q.   All right.  Who forced her to? |
| 21 | A.   Lieutenant Maddison because she -- she |
| 22 | work in the barbershop.  She -- she know that my hair --. |
| 23 | Q.   And you saw this personally? |
| 24 | A.   She told me this personally and she |
| 25 | wrote it in the misbehavior report. |

| | | |
|---|---|---|
| 1 | | Fox v Lee -- 9-6-2017 -- Javell Fox |
| 2 | Q. | Okay. |
| 3 | A. | Lieutenant Maddison A. |
| 4 | Q. | He forced her? |
| 5 | A. | Coerced her.  How -- how you say it? |

6    Encouraged her.  Why wouldn't she ask -- stop -- why --

7    why would she let me -- that's just like you letting me

8    get my hair cut is no problem?  I'm in your barbershop

9    where you work at.

10                Q.   Were you -- were you there though

11   between the conversations -- to overhear the conversations

12   between Maddison and Skred?

13                A.   She told me.  She made me privy to it.

14                Q.   She told you.

15                A.   And it's inside of the report.

16                Q.   Got it.  All right.

17                A.   And then -- and then another incident

18   -- I'm giving you Lieutenant Maddison breakdown.

19                Q.   Yes.

20                A.   Then Lieutenant Maddison again got on

21   keep lock.  I came down this was -- I can't -- I ain't got

22   no paperwork in front of me but I'm going to go off of my

23   memory -- he -- he also before -- after I got -- after

24   Lieutenant Simmons' dismissed the misbehavior report

25   because he knew that nothing was wrong with my hair and

```
 1                  Fox v Lee - 9-6-2017 - Javell Fox
 2     that my hair wasn't braided.  And that that was a lie,
 3     Lieutenant Maddison and another prisoner walking by her
 4     and Lieutenant Maddison upset about me leaving a
 5     misbehavior report and I wrote the grievance against her
 6     for him sending Officer Skred and for him harassing me and
 7     retaliating about my haircut.
 8                            Officer Cruz, Officer Williamson
 9     and Officer Waugh was waiting for me by the lunchroom.
10     This was around say December -- December -- I'm going to
11     say December 5th on or around.
12                  Q.    Okay.
13                  A.    No, no, no, no.  Not December 5th.  On
14     or around November -- November 20th I'm going to say, 20
15     something.  Somewhere around there.  It's in my paperwork.
16     But they came, frisked me for no reason all because of my
17     hair.  Searched my cell all because of my hair.  Then
18     after they did that they told -- a friend told me they
19     heard Lieutenant Maddison state that and he wrote that
20     down as a -- as a declaration that he heard Lieutenant
21     Maddison complaining and basically, you know, putting the
22     word out that he's upset about that.  And since he's the
23     lieutenant Officer Cruz said that he was going to go give
24     me a misbehavior report.  And -- and certainly he did.
25                  Q.    Okay.
```

```
 1              Fox v Lee - 9-6-2017 - Javell Fox

 2              A.    And I got a misbehavior report for

 3    altered pants which was for a pair of pants they stated I

 4    a slit in them.  And because the pants be tight, some of

 5    the mediums, I cut the elastic.  When I cut the elastic

 6    they can't feel the elastic.  He's stating that he felt in

 7    -- in the sole (sic) of my pants elastic being cut or

 8    slits they called it unless he put his hands in my pants,

 9    but we'll get there.  That's -- that's another Lieutenant

10    Maddison.

11                   Then I think in was it March -- in

12    March I went down to the guardroom floor.  Lieutenant

13    Maddison had was it Sergeant -- oh, Sergeant Vanacore

14    write me a misbehavior report for my hair.  And then in

15    May he walked up and had Officer -- Officer -- I forget

16    his name -- but he had the officer write me another

17    misbehavior report.  That's Lieutenant Maddison.

18                   He seen my hair.  He said oh you

19    still didn't cut your hair, huh?  Okay.  Write him up.

20    Officer wrote me up and I was on that unit for two months

21    with that same officer.  And that officer never bothered

22    me.  He walked by my cell every day.  The officer came

23    back and said now I got to write you up.  He said --.

24              Q.    Which officer is this?

25              A.    Oh, man I forget his name but I got it
```

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox
 2      in -- in my -- in my reply to my summary judgement and --
 3      and maybe in my amended facts.  Forget his name though.
 4                  Q.   All right.  I'm going to maybe hold
 5      off on Maddison specifically at this point.  I want to
 6      move off to this claims against -- unreasonable search
 7      claims against Connor and Cruz.
 8                  A.   Yes.
 9                  Q.   What's that about?
10                  A.   Officer Cruz was searching me,
11      touching my privates and everything like that -- that's
12      for no logical reason.  I was going into a hearing and
13      they searched me inside the hair and this is common
14      practice.  Before I walk into the hearing room the officer
15      searched me.  He's designated there.  Officer Cruz knows
16      that.
17                       He begins to search me before I go
18      into the hearing just to harass me, just to retaliate
19      against me and just to violate me and abuse me.  And
20      during that search he's touching my privates.
21                  Q.   Okay.
22                  A.   Officer Williamson he frisked me
23      outside of the -- of the -- of the lunch.
24                  Q.   But you're -- you're jumping all over
25      the place.  Let me ask the questions because you're just
```

Associated Reporters Int'l., Inc.

```
1                    Fox v Lee - 9-6-2017 - Javell Fox
2      going and going and going and I can't followed you and
3      you're talking too fast and I -- it's -- it's -- you --
4      you -- I know you know what you're talking about but I'm
5      not there and I don't know what you're saying so let me --
6      .
7                    A.   I thought you told me about Cruz --.
8                    Q.   Let me -- let me lead your through.
9      You just -- you're just spewing and I want to keep you
10     focused on dates and times.  With respect to Cruz you said
11     before going into a hearing it's common practice to be
12     searched.  He searched you and you said he touched your
13     private areas.
14                   A.   Yes.
15                   Q.   What was the date of that incident?
16                   A.   Date of that incident was around March
17     20th.
18                   Q.   Do you remember the year?
19                   A.   2015.
20                   Q.   Okay.
21                   A.   The next incident --.
22                   Q.   Did you file a -- a grievance on that?
23                   A.   Yes, I did.
24                   Q.   Okay.  And did you bring it up to
25     CORC?
```

1              Fox v Lee - 9-6-2017 - Javell Fox

2              **A.    It don't go to CORC.  Sexual**

3     **harassment has its own grievance mechanism.  Once -- per**

4     **Directive Forty-forty once you filed a grievance on sexual**

5     **harassment they already -- they have their own private**

6     **investigation.**

7              Q.    Okay.

8              **A.    They exhaust their remedies.**

9              Q.    And what was the outcome of that

10    investigation?

11             **A.    They didn't get -- they don't tell**

12    **you.**

13             Q.    They don't tell you?

14             **A.    No, they don't.**

15             Q.    Okay.

16             **A.    It's weird.**

17             Q.    Did he -- all right.  So what you're

18    saying there is it's not that he's -- the fact that he

19    searched you that's the problem.  It's that he -- he

20    touched your private areas that -- that's the problem?  He

21    went too far in the search?

22             **A.    It's both.**

23             Q.    Okay.

24             **A.    Because he -- I'm not -- I'm not here**

25    **to be searched.  If I got to get searched then I got to**

 1                    **Fox v Lee – 9-6-2017 – Javell Fox**

 2     **get searched.  But if I don't don't -- don't searched me**

 3     **just because you want to harass me and retaliate against**

 4     **me and abuse me.**

 5                    Q.   Okay.  But you -- going into a hearing

 6     it's -- it's common practice to be searched, correct?

 7                    **A.   Correct.  And they have an officer**

 8     **designated for that.**

 9                    Q.   Okay.

10                    **A.   Yeah, escort officers they to escort**

11     **you to the hearing and you go into the room.**

12                    Q.   But you don't like it.

13                    **A.   It's not about what I like.  It's**

14     **about the practice.  Nobody likes to be searched.**

15                    Q.   Okay.  All right.  With respect to --.

16                    **A.   And that's not the only time.  I'm**

17     **going to give you more dates.  In -- in February, on**

18     **around February Officer Cruz searched me again on a sexual**

19     **harassment search.**

20                    Q.   Was this in February of 2015?

21                    **A.   2000 -- 2015, yes.  Twice in -- in**

22     **February 2015.**

23                    Q.   Okay.  So he searched you again.

24                    **A.   Yes.**

25                    Q.   Okay.

800.523.7887

Associated Reporters Int'l., Inc.

1          Fox v Lee - 9-6-2017 - Javell Fox

2               A.   Going to mental health he searched me

3     going to mental health and coming from mental health.  He

4     made -- and he spread my legs and I had a cane, pushing me

5     over, kicking my feet, rubbing against my private hard,

6     leaning up against my buttocks, rubbing up on my thighs

7     just to get me to -- provoking me and just -- just abusing

8     me.

9               Q.   Okay.

10              A.   And, again, in --.

11              Q.   All right.  With respect to the March

12    2015 incident where you say Cruz touched your privates

13    while searching you did you go and report this to anyone

14    in medical?

15              A.   I can't -- I can't --.

16              Q.   Did you go for medical treatment?

17              A.   No, I didn't.  I just wrote the report

18    -- the grievance report --

19              Q.   Okay.

20              A.   -- and they sent it to the

21    investigator.  Oh, I told Lieutenant Simmons --

22              Q.   Okay.

23              A.   -- when he -- when he searched me on

24    March 27th for another hearing.

25              Q.   Okay.  My question was did you go to

```
 1                      Fox v Lee - 9-6-2017 - Javell Fox
 2     medical.  And as far as I can tell you said no.
 3                A.   No.
 4                Q.   You didn't seek any medical treatment?
 5                A.   No.
 6                Q.   Okay.  With respect to the second
 7     incident with Cruz where he allegedly touched your
 8     privates in February of 2015 during a search and kicked
 9     your feet out, did you go to medical -- seek medical
10     treatment for that incident?
11                A.   Mental health.
12                Q.   You went to mental health?
13                A.   Yes.  I seek mental health treatment
14     for that.
15                Q.   All right
16                A.   I talked to mental health.
17                Q.   Had you ever sought mental health
18     treatment prior to February of 2015?
19                A.   Yes.
20                Q.   Okay.  When?  When was the first date
21     you sought mental health treatment?
22                A.   Maybe -- no, you're right.  Probably -
23     - probably February, yeah, I started seeking mental
24     health, yeah.  January or February.  I can't remember the
25     exact date.
```

800.523.7887                                Associated Reporters Int'l., Inc.

1                    Fox v Lee – 9-6-2017 – Javell Fox

2                    Q.    What was it before the Cruz incident

3       that you started seeing mental health --

4                    A.    Yes.

5                    Q.    -- because you were on your way to

6       mental health before that incident?

7                    A.    Yes.   Before the Cruz incident.   Yes,

8       it was.

9                    Q.    And what was the mental health for?

10                   A.    For the constant abuse about my hair.

11                   Q.    Okay.

12                   A.    Me being locked up.

13                   Q.    All right.   So you started seeing

14      mental health services because people abused you because

15      of your hairstyle?

16                   A.    Yeah, because I was being confined by

17      my hair and it began depressing, yes.

18                   Q.    Okay.   You -- at any point were you

19      put on any medications for your mental health?

20                   A.    I don't -- I don't take medication in

21      my religion.   But they offered me medication for

22      depression, anxiety but I turned it down.

23                   Q.    Okay.   When is the last date that you

24      sought mental health treatment?

25                   A.    They said that if I wouldn't get

1                    **Fox v Lee - 9-6-2017 - Javell Fox**

2    **medication then they really couldn't do anything for me,**

3    **so maybe in March or -- maybe April, May.**

4                    Q.    Of 2015?

5                    **A.    2015, yeah, I can't tell you.**

6                    Q.    So you haven't had any sort of

7    treatment for mental health issues since March or April of

8    2015?

9                    **A.    Yes.**

10                   Q.    All right.  All right.  So you -- you

11   described to me the second incident with respect to Cruz.

12   Was there a third?  Was there only two?

13                   **A.    And then it's another one on March**

14   **27th I told Lieutenant Simmons that Officer Cruz sexually**

15   **frisked me again and banged my head against the wall.  I**

16   **told Lieutenant Simmons that he need to move me from the -**

17   **- from the company with Officer Cruz.  And at the hearing**

18   **Lieutenant Simmons made a call because he seen the knot on**

19   **my head.  He made the call and he told them to move me to**

20   **B three away from Officer Cruz.  And Lieutenant Simmons**

21   **told me don't make no mention of what happened.  Let it**

22   **go, I'm going to B three and I be safe there.  And then on**

23   **March 27th when I got to B three I was so depressed I had**

24   **a heart attack.**

25                   Q.    So depression caused your heart

Associated Reporters Int'l., Inc.

1                    Fox v Lee - 9-6-2017 - Javell Fox

2    attack?

3              A.   Stress, emotion, stress, something

4    caused it.  Yeah, I had a heart attack, yeah.  And --

5    yeah, that was crazy.  I couldn't believe it.

6              Q.   Okay.  With respect to your heart

7    attack what treatment did you get?

8              A.   They put me on some type of stuff all

9    over my body and -- and taped things all over my body and

10   read -- read my pulses and --.

11             Q.   Did you go to the hospital?

12             A.   Yeah -- oh, yeah, yeah.  They rushed

13   me to the hospital.  They rushed me to medical, yes.

14             Q.   Which hospital?

15             A.   I went to medical in the facility.

16             Q.   Oh, just medical in the facility?

17             A.   Facility, yes.

18             Q.   Did you ever leave the facility for

19   medical treatment?

20             A.   No, I didn't have to leave the

21   facility.

22             Q.   And who told you had a heart attack?

23             A.   It was a -- a male heart attack.  Was

24   the nurse -- I forget her name.

25             Q.   Okay.

1                    Fox v Lee – 9-6-2017 – Javell Fox

2                 **A.    And I had documentation.  I sent that**

3    **to you as well.  It's in my records.**

4                 Q.    And what year did you have this heart

5    attack?  What date?

6                 **A.    March 27, 2015 at about ten thirty at**

7    **night.**

8                 Q.    Okay.

9                 **A.    It was a narrow one but it was heart**

10   **attack.**

11                Q.    Have you had any other heart attacks

12   since then?

13                **A.    No.  I don't smoke, drink, nothing.  I**

14   **exercise.**

15                Q.    Did you ever smoke?

16                **A.    No.**

17                Q.    You've never smoked in your life?

18                **A.    No.**

19                Q.    What about drinking?  You ever drink?

20                **A.    Yeah, took occasional drinks, yeah.**

21                Q.    Okay.  With respect to your claim that

22   Webbe, Lee and Simmons denied you access to reading

23   materials including religious reading materials, was that

24   in reference to these yoga magazines you talked about?

25                **A.    Yes.**

```
 1                 Fox v Lee - 9-6-2017 - Javell Fox
 2               Q.    So at some point did somebody search
 3   your cell and locate yoga magazines?
 4               A.    They located more than just yoga
 5   magazines.   They located magazines, newspapers and
 6   everything.
 7               Q.    How many magazines, newspapers did you
 8   have?
 9               A.    Books -- I had fourteen books because
10   you're allowed twenty-five books.   But I had fourteen
11   books and I had fifteen magazines and three newspapers.
12               Q.    How many magazines are you allowed?
13               A.    Fifteen.
14               Q.    And how many newspapers did you have?
15               A.    Three.
16               Q.    And how many of those were you
17   allowed?
18               A.    I'm not sure.   Probably lots.
19   Newspapers every day.   I don't think there's a limit on
20   newspapers.
21               Q.    All right.   And on what date did they
22   take your reading materials?
23               A.    Around -- sometimes in -- sometime in
24   May I believe.
25               Q.    May of 2015?
```

```
1                  Fox v Lee - 9-6-2017 - Javell Fox
2          A.    Yes.
3          Q.    And were these three magazines your --
4    were they all yoga magazines or what were they?
5          A.    Just two magazines were yoga
6    magazines.
7          Q.    What was the third one?
8          A.    What third one?  I said I had fifteen
9    magazines, three newspapers.
10         Q.    Oh, sorry.  Thank you.  So you had
11   fifteen magazines.
12         A.    Yeah.
13         Q.    Got it.  All right.  And two of them
14   were yoga magazines?
15         A.    Yes.
16         Q.    What other types of magazines did you
17   have?
18         A.    Magazines on enlightenment, bikes,
19   houses, boats, assortment.
20         Q.    Okay.
21         A.    National Geographic's.
22         Q.    How did you get these yoga magazines?
23         A.    Well, a friend of mine gave them to me
24   because he get a subscription.
25         Q.    Friend in prison?
```

1                Fox v Lee - 9-6-2017 - Javell Fox

2         **A.    Yes.**

3         Q.    Another inmate?

4         **A.    Yes.**

5         Q.    So another inmate has a subscription

6    to yoga magazines?

7         **A.    Yes.**

8         Q.    And he gave them to you?

9         **A.    Yes.**

10        Q.    Who was that?  What's his name?

11        **A.    I can't remember his name.  It's been**

12   **so long since I seen him.**

13        Q.    Where did he give these to you?  Which

14   facility?

15        **A.    Eastern.**

16        Q.    Was that at or about May of 2015 that

17   he gave them to you or had you had them a while?

18        **A.    Yeah, probably around May, yeah.  Yes.**

19        Q.    How long had you had them before they

20   were confiscated?

21        **A.    Maybe eight days, seven days.**

22        Q.    Okay.  And these yoga magazines, why

23   are you claiming that these are religious materials?

24        **A.    Well, because that's a part of my**

25   **religion, yoga, meditation.  That's part of my religion.**

```
 1                    Fox v Lee — 9-6-2017 — Javell Fox
 2      It's just like a Christian getting a book called the Daily
 3      Bread.   That's their religious material even though it's a
 4      little magazine.
 5                       Q.    Okay.  Do you do yoga?
 6                       A.    Yes, I do.
 7                       Q.    How often?
 8                       A.    Now in prison I'm slacking.  Maybe
 9      three times a week.
10                       Q.    And prior to prison did you do yoga?
11                       A.    Yes, I did.
12                       Q.    Okay.  How often?
13                       A.    Maybe two times a day.
14                       Q.    Did you go somewhere specific for yoga
15      classes or did you just do them on your own?
16                       A.    Prior to prison I was running a
17      spiritual group of Anunnaki so I actually was teaching
18      yoga and meditation.
19                       Q.    All right.  So you ran a spiritual
20      group on Anunnaki.
21                       A.    Yes.
22                       Q.    Where was that at?
23                       A.    This was in Manhattan Harlem on 137th
24      Street between 5th Avenue and Madison.
25                       Q.    What years were you running this
```

1                    Fox v Lee - 9-6-2017 - Javell Fox

2      group?

3                    A.    From 2009 maybe till current -- till

4      my current incarceration.

5                    Q.    When you say you were running this

6      religious group, what -- what were you doing?

7                    A.    Instructing -- instructing in

8      basically what candles to light, what was good colors to

9      wear for certain energies, certain yoga positions and

10     mediation, dealing with the chakras.

11                   Q.    Did you have anyone assisting you in

12     this or was this just your own?

13                   A.    Yeah, this was just my own.  I didn't

14     have assistance.

15                   Q.    All right.  What was the address

16     again?  It was 137?

17                   A.    Between -- excuse me, between Lenox

18     and 59 -- not 59.  Lenox and 5th Avenue.

19                   Q.    So 137th Street you said Manhattan?

20                   A.    Yes.

21                   Q.    Is there an apartment number?

22                   A.    Yes.

23                   Q.    What number is it?

24                   A.    Two C.

25                   Q.    Was this being run out of your own

1                    Fox v Lee - 9-6-2017 - Javell Fox

2    personal apartment or was it a -- an actual business?

3                    A.    No, it's a -- a personal -- it's

4    personal.  It's not a business.

5                    Q.    Did you have people attending your

6    classes or was it just for your own personal benefit?

7                    A.    Yes.  I had probably about seven

8    people attending.

9                    Q.    Uh-huh.  Did you -- they pay you for

10   these services?

11                   A.    No, it's not a service.  It's just a -

12   - you know, for their own what you say religious

13   enlightenment.

14                   Q.    All right.  All right. With respect to

15   these -- the first amendment access to the court's claims

16   against Calao Jennings (phonetic spelling) and Lablatte

17   (phonetic spelling).

18                   A.    Yes.

19                   Q.    The access to the court claims you

20   were trying to appeal a criminal conviction to the Fourth

21   Department?

22                   A.    No, I wasn't trying -- I already had

23   an appeal and I had a supplemental brief to put in.  And -

24   - and that supplemental brief had a specific date.  And

25   Lablatte held that for maybe two weeks, mailed it.  And

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox
 2      since it was late it was dismissed.  And I had a -- a
 3      civil action against the City of Utica and that was
 4      already in the appellate division because the Defendants'
 5      appealed it.  The Supreme Court already ruled in my favor
 6      basically that I filed my complaint properly.
 7                          And they state in their since I
 8      didn't file a summons that I didn't have jurisdiction when
 9      the judge told me that all I had to do was file a verified
10      complaint.  And but that's what the judge said I should
11      have been able to argue that.  But since I couldn't get
12      copies, access to the court, I wasn't even able to argue
13      that or make copies of that paperwork to show to the judge
14      that the Defendants' appealed to as well as the fact that
15      I couldn't get Article Seventy-eights done or anything
16      because I had no access to the court.
17                     Q.   Yeah, but I -- I want to -- I want to
18      talk about specifically what you've alleged in this --
19                     A.   That's what I alleged though.
20                     Q.   -- hundred and eleven page complaint.
21                     A.   But that's what I alleged.  Article
22      Seventy-eights --.
23                     Q.   Yeah, but which -- which specific
24      action were you trying to appeal?
25                     A.   I wasn't trying to appeal anything.  I
```

```
 1              Fox v Lee - 9-6-2017 - Javell Fox
 2   already had my -- my action in the appellate division.  I
 3   wasn't trying to appeal --.
 4              Q.   Okay.  So you had already filed an
 5   appeal with the appellate division --
 6              A.   Yes.
 7              Q.   -- fourth department, right?
 8              A.   Yes, I did.
 9              Q.   And you were trying to file a
10   supplemental brief?
11              A.   Yes.
12              Q.   So you had already appealed it and
13   perfected the appeal?
14              A.   Yes.
15              Q.   You were trying to brief it further,
16   correct?
17              A.   Not -- not brief it further.  It was
18   already had a date for my supplemental brief to be in.
19              Q.   Okay.
20              A.   And I missed that deadline because
21   Diane Lablatte and Ms. Jennings kept on holding the mail
22   not sending it out.  Q.   So you owed money in postage?
23              A.   Huh?
24              Q.   Did you owe money in postage?
25              A.   Yes.
```

1             Fox v Lee - 9-6-2017 - Javell Fox

2             Q.   Okay.

3             A.   But that don't stop the fact of

4    mailing because it goes through disbursement.  I write

5    that Calao letter know them know about I need access to

6    the law library and he don't do anything.  I need copies,

7    he don't do anything.

8             Q.   Okay.  On what date do you claim that

9    you were denied access to the court by Calao Jennings and

10   Lablatte?  Give me the dates.

11            A.   November -- November -- April 2015.

12   April 2015, November 2014 and all throughout as far as me

13   not being able to fill out certain Article Seventy-eights

14   as far as what -- the issues with the disciplinary with my

15   hair.  So I had no way to file Article Seventy-eights as

16   they didn't want to file my grievances pertaining to the

17   due process violation because they were stating that it

18   was an issue with disciplinary.

19                     So they didn't want to file it.

20   And only remedy I had was Article Seventy-eight.  But

21   since I couldn't get proper access to the court from Dep.

22   Calao I couldn't even do research or do a proper Article

23   Seventy-eight on the issue.  And I wasn't able to get

24   copies either about that.  Then she threw away my mail.

25            Q.   Okay.  You have filed Article Seventy-

Associated Reporters Int'l., Inc.

1                          Fox v Lee - 9-6-2017 - Javell Fox

2       eights however have you not?

3                     A.     No, I didn't.

4                     Q.     You've never filed an Article Seventy-

5       eight?

6                     A.     I never filed an Article Seventy-eight

7       at Eastern, no, I have not.  Especially not pertaining to

8       my issues in my hair.

9                     Q.     Okay.

10                    A.     Anyone I filed was an issue that I

11      already researched.  And this one is a brand new one I

12      filed at Attica right now.

13                    Q.     All right.  So if I understand you

14      correctly you're saying you were denied access to the

15      courts because Calao wouldn't make copies.  Makes copies

16      of what specifically?

17                    A.     He wouldn't -- specifically he

18      wouldn't make copies of the -- the decision and order from

19      the Supreme Court judge stating that I was only given

20      instructions to file a verified complaint.  He wouldn't --

21      he wouldn't -- yeah, basically he wouldn't make copies of

22      the briefs or anything because I got to do ten briefs.

23      And then on top of that he wouldn't allow me access to the

24      court so I could research how to do Article Seventy-eight

25      pertaining to my hair issue.  And I wouldn't be able to

```
 1                  Fox v Lee - 9-6-2017 - Javell Fox
 2     get copies anyway because he was taking me through a
 3     runaround.
 4                      Q.    Prior to your time at Eastern had you
 5     filed an Article Seventy-eight?
 6                      A.    Yes, I did.  I filed one in Auburn.
 7                      Q.    Okay.
 8                      A.    And I had ample access to the law
 9     library.
10                      Q.    Let's talk about the excessive force
11     claim you have against Cruz.  You've got an Eighth
12     Amendment excessive force claim and sexual harassment
13     claim against Cruz.  You're not -- you're not saying that
14     he beat you up or caused you physical injury, right?
15     You're saying that he inappropriately touched you during
16     frisking?
17                      A.    No, I told you that March 27th he
18     banged my head against the wall by restriction.  No, no,
19     no, not March 27th.  Excuse me.  I'm sorry about that.  He
20     ends up searching me in February, excuse me.  He searched
21     me in February and he banged my head against the wall in
22     February when I was coming to go to keep lock recreation.
23                      Q.    All right.  This was in February 2015?
24                      A.    Yes.  I don't -- like I said I don't
25     remember the date.
```

```
 1                  Fox v Lee - 9-6-2017 - Javell Fox
 2                  Q.    So when he was searching you he banged
 3      your head against the wall?
 4                  A.    Yes, because I told since he had
 5      sexually harassed me I told him I didn't want him to
 6      search me.
 7                  Q.    Okay.
 8                  A.    And then he stated get on the wall.  I
 9      said listen I got the frisk officer waiting down there by
10      the -- by the keep lock recreation.  And since he's by the
11      keep recreation he search all keep lock prisoners.  There
12      was three of us going out.  Two guys walked past, Cruz
13      said nothing to them because he was no reason to search
14      them.  When I came he told me get on the wall.  I said
15      Cruz you keep on touching my private.  Cruz told me get on
16      the wall.  Other officer said don't worry about it, get on
17      the wall.  I got on the wall, Cruz lifted my pants up and
18      banged my head against the wall.
19                  Q.    Where -- where was this?
20                  A.    This was in Eastern Correctional
21      Facility.
22                  Q.    Yeah, but where in Eastern?
23                  A.    Oh, this was coming downstairs from B
24      -- from West wing.
25                  Q.    West wing?
```

1                    Fox v Lee - 9-6-2017 - Javell Fox

2              **A.    Yes.**

3                    Q.    Okay.  So he bumped your head against

4    the wall.  Did you go for medical treatment?

5              **A.    No.**

6                    Q.    With respect to the other two

7    incidences involving Cruz where were those located?  Those

8    were at Eastern, correct?

9              **A.    Yes.**

10                   Q.    Where were -- where was each incident

11   located within Eastern?

12             **A.    One was on the guard room floor.**

13                   Q.    Garvin floor?

14             **A.    Guard room floor.**

15                   Q.    Guard room floor.  And that was the

16   February 2015?

17             **A.    Both of them happened in February.**

18   **And one was on the guard room floor and the other one was,**

19   **like I told you, by -- coming before I go to recreation,**

20   **coming down West wing stairs.**

21                   Q.    Right.

22             **A.    And the third one was outside of the**

23   **frisk room.**

24                   Q.    Okay.  Just about done.  Just want to

25   take a minute and look through my notes.

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox
 2                    A.    And I not -- never went down.  That's
 3    why when I had went into the hearing in May -- March 22nd
 4    --.
 5                    (Off the record 1:00 p.m.)
 6                         THE COURT REPORTER:  She's off the
 7    record I think.
 8                         THE WITNESS:  All right.  Okay.
 9                         THE COURT REPORTER:  You off?  All
10    right.  Just hold on.
11                    (On the record 1:01 p.m.)
12    BY MS. LISI-MURRAY:  (Cont'g.)
13                    Q.    Mr. Fox, there's an allegation about a
14    period of time that you were allegedly confined to a cell
15    that had no slot in the door to pass food trays through.
16                    A.    Yes.
17                    Q.    Okay.  Where was that at?
18                    A.    That was on South Hall on twelve
19    company, eighteen cell.
20                    Q.    Which facility?
21                    A.    Eastern Correctional Facility.
22                    Q.    So you're claiming that there was a --
23    no slot in the door in which to pass food trays?
24                    A.    Yeah.
25                    Q.    Did somebody open the door to pass you
```

800.523.7887                                Associated Reporters Int'l., Inc.

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox
 2    your food tray?
 3                   A.   No.
 4                   Q.   So how did you get your food tray?
 5                   A.   The -- what they call the porter he
 6    bring the tray.  He slid -- he sit it on the window sill.
 7    What I got to do is because the officers all be downstairs
 8    but this is upstairs on the third floor, so they all hang
 9    downstairs.  What I got to do is grab it, slide it, grab
10    it, slide it, get on the chair, grab it, slide it, take
11    the top off, put it up, pull it all the way up to the
12    ceiling down and then come down off the chair and sit it
13    down, eat my food.  This is an everyday occurrence.
14                   Q.   And this porter is another inmate?
15                   A.   Yes.
16                   Q.   Okay.  And he's the one who hands your
17    food out?
18                   A.   Yes.
19                   Q.   Which -- what was this porter's name?
20                   A.   Oh, man, I forget but I -- I believe
21    his cell was maybe twenty or twenty-one cell.  I mean, I
22    used to talk to him all the time.  I never -- I don't
23    remember his name though.  And I meant to get a
24    declaration from him but they had moved me to another
25    side.
```

Associated Reporters Int'l., Inc.

1                    Fox v Lee - 9-6-2017 - Javell Fox

2                    Q.   Okay.  And you claim that the

3       conditions in this cell were cold and dirty.

4                    A.   Yes.

5                    Q.   And how cold was the cell?

6                    A.   Well, they were doing renovations on

7       the -- on the windows, so might have been -- might have

8       been literally like twenty degrees, eighteen degrees.

9       Even officers was wearing their hat, gloves and coat.  It

10      was freezing down there.  And the cell was just -- it was

11      just filthy.

12                   Q.   Anybody else complain about the cold

13      that you're aware of?

14                   A.   Yeah, every -- everybody.

15                   Q.   Every -- just everybody?

16                   A.   Even -- even officers, yeah.

17                   Q.   Okay.  You filed a grievance on that

18      didn't you?

19                   A.   Yes.

20                   Q.   Okay.  And somebody investigated that?

21                   A.   I don't believe there had to be an

22      investigation because they knew it was cold.  And they

23      just basically stated that due to renovations there was

24      nothing that could be done.

25                   Q.   How long was it cold?

800.523.7887

Associated Reporters Int'l., Inc.

Page 80

1                    Fox v Lee - 9-6-2017 - Javell Fox

2              A.    I probably was in that -- down in that

3     area for maybe -- oh, it was cold for maybe nine, ten

4     days.

5              Q.    Okay.

6              A.    Then -- and the heat, they put the

7     heat on.

8              Q.    And you're telling me it was below

9     freezing, twenty degrees in that cell?

10             A.    Yeah, not even just in the cell.  All

11    over the whole gallery.  Maybe twenty degrees --

12             Q.    Okay.

13             A.    -- twenty-five degrees, yeah.

14             Q.    Did you -- did you have any ability to

15    take the temperature or confirm the degrees?

16             A.    Well, I'm not -- I'm not a fool, you

17    know, so I know like what weather is.  You know, I'm

18    pretty much -- I could tell you the weather in here right

19    now probably.  I could -- I know the weather.

20             Q.    Did water freeze in your cell, Mr.

21    Fox?

22             A.    Did the water freeze over in the cell?

23             Q.    Yeah.

24             A.    The water was in the pipes.

25             Q.    Uh-huh.  Did the pipes freeze?  Were

Associated Reporters Int'l., Inc.

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox
 2    you able to run water in your cell?
 3              A.    It's impossible for the pipes to
 4    freeze because the pipes is behind walls.  So the pipes is
 5    not on the gallery.
 6              Q.    Okay.
 7              A.    That's like it being cold in here.  It
 8    might not be cold out there.
 9              Q.    Did you have access to running water
10    while in that cell?
11              A.    Yes.
12              Q.    Okay.  Did the water run?
13              A.    Yes.
14              Q.    Okay then.  With respect to -- with
15    respect to the -- the coldness and dirtiness of the cell
16    though you filed a grievance, right?
17              A.    Yes.
18              Q.    Did you appeal up to CORC?
19              A.    Well, they handled it as far as
20    administrative wise.  As far as facility level.
21              Q.    So it was not appealed to CORC?
22              A.    They never sent it to CORC because per
23    Directive Forty-forty if they remedy it then it's -- it's
24    -- is exhausted.  So they exhausted it due to facility
25    level.
```

1                     Fox v Lee - 9-6-2017 - Javell Fox

2              Q.   Okay.  So it's your testimony that the

3    facility remedied the situation with respect to the -- the

4    coldness and dirtiness of your cell?

5              A.   That's what they told me.  They moved

6    me to --

7              Q.   Okay.

8              A.   -- to another cell probably two, three

9    cells down because I didn't only write the grievance on

10   that.  I wrote the grievance on the fact that it took a

11   hour to open the cell to give me my food also.  So they

12   moved me to another cell.  And when they moved me since I

13   had the cane they had the porter come and clean the cell

14   for me.  And then they had feed up slot and I got my food

15   through the slot after that.  Because it's only two cells

16   on each company with feed up slots.

17             Q.   So you had a feed up slot once they

18   moved you out of that cell?

19             A.   Out of the cell upstairs.  They moved

20   me down to the flats, yeah, because I end up hurting

21   myself real bad and I was on a cane.

22             Q.   All right.  So how many days were you

23   without a feed up slot in your cell?

24             A.   Upstairs where I was probably thirty-

25   eight days probably.

1                    Fox v Lee — 9-6-2017 — Javell Fox

2              Q.   Okay.  And you said you had a cane

3     because you fell and hurt yourself if I remember correctly

4     in the complaint.

5              A.   Yes.

6              Q.   What happened?

7              A.   Because I was getting the feed up slot

8     -- feed up thing through the top I end up having to jerk

9     it and I end up slipping off the chair.  And they took me

10    to medical, gave me a steroid shot, admitted me into the

11    medical infirmary and kept me there for like three days.

12    Kept checking on me then they gave me a cane.

13             Q.   What was wrong with you?

14             A.   They don't know.  They just said that

15    I had a lump on my back and they can't really tell back

16    injuries what's wrong, so.

17             Q.   Okay.  I recall looking at your

18    medical records.  I sent you copies of them.  You fell on

19    ice at one point prior to that.

20             A.   No, and I didn't fall.  I ended up

21    going to recreational area and I almost fell --

22             Q.   You almost fell?

23             A.   -- because I had the cane -- yeah,

24    because I had the cane.  I never fell.

25             Q.   Okay.  When -- when did you first get

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox
 2    assigned a cane?
 3                    A.    I got assigned a cane December 26.
 4                    Q.    What year?
 5                    A.    2014.
 6                    Q.    And why were you assigned a cane?
 7                    A.    I was assigned a cane because I
 8    injured my back slipping.
 9                    Q.    How did you injure your back?
10                    A.    Slipping off the chair getting my feed
11    up slot.
12                    Q.    All right.
13                    A.    Get my feed up.
14                    Q.    So -- so you've never -- never had a
15    cane prior to that feed up slot fall?
16                    A.    No.
17                    Q.    When did you stop using a cane?
18                    A.    Maybe six weeks later so that might be
19    January, February?
20                    Q.    All right.  What sort of pain
21    medication did they give you if any?
22                    A.    I don't take no medication but they
23    tried to give me some medication.  I just refuse it
24    because I don't take medication.  I don't.
25                    Q.    You don't take it.
```

     1                    Fox v Lee - 9-6-2017 - Javell Fox

     2          A.    No.

     3          Q.    And they never told you what was

     4   wrong?

     5          A.    No.

     6          Q.    Did you ever have any injury to your

     7   back prior to the date you claim you fell off the chair --

     8   ?

     9          A.    Yeah.

    10          Q.    When did you injure your back prior to

    11   that?

    12          **A.    During an arrest injured like my upper**

    13   **back being struck in my back and having knees to my back.**

    14          Q.    When you were arrested?

    15          A.    Yeah.

    16          Q.    What year?

    17          A.    2011.

    18          Q.    Okay.  Did you get treatment for those

    19   injuries?

    20          A.    No.

    21          Q.    Okay.  Any other injuries to your back

    22   prior to the time you claim you fell in your cell?

    23          A.    No.

    24          Q.    You ever fall or injure your back at

    25   any time after the injury you allegedly sustained in your

```
 1                    Fox v Lee - 9-6-2017 - Javell Fox
 2      cell?
 3                A.    No.
 4                Q.    No other falls?
 5                A.    No.
 6                Q.    At no other time ever have you sought
 7      medical treatment for your back or back injuries?
 8                A.    No.
 9                Q.    Is it your testimony that you only
10      injured your back when you fell?
11                A.    Yes.
12                Q.    And it's your testimony that you don't
13      have any idea, at least in terms of your understanding,
14      what the medical diagnosis was?
15                A.    No.
16                Q.    And the cane that they gave you you
17      used it for about six weeks?
18                A.    Yes.
19                Q.    Any other treatment for that back
20      injury sustained?
21                A.    No.
22                Q.    What?
23                A.    No.
24                      MS. LISI-MURRAY:  All right.  Once
25      again just give me a minute to double check my notes.
```

800.523.7887                                    Associated Reporters Int'l., Inc.

```
 1                Fox v Lee - 9-6-2017 - Javell Fox
 2                (Off the record 1:10 p.m.)
 3                (On the record 1:11 p.m.)
 4    BY MS. LISI-MURRAY:  (Cont'g.)
 5                Q.   Mr. Fox, you indicated that you had
 6    meant to take a supporting deposition or a statement from
 7    another inmate.  I'm assuming you wanted to use this
 8    individual as a witness.
 9                A.   Yeah.
10                Q.   You don't recall his name?
11                A.   No, I don't.  But I know like, you
12    know, around that time he was the only person doing feed
13    up on that -- on that gallery, so he shouldn't be hard to
14    find.  I don't know his name though.
15                Q.   What other witnesses do you have
16    should this case go to trial?
17                A.   Only witness I have I sent you all
18    their names.  I -- I don't know their names by heart but I
19    sent you all of the paperwork.
20                Q.   So any names of witnesses are provided
21    in written materials that you've sent me?  Was that in
22    support of your summary judgement motion?
23                A.   Yes.
24                MS. LISI-MURRAY:  That's all I
25    have.  I'm all set.  Thank you.
```

Associated Reporters Int'l., Inc.

1                    **Fox v Lee — 9-6-2017 — Javell Fox**

2                        (Off the record 1:12 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Associated Reporters Int'l., Inc.

1               Fox v Lee - 9-6-2017 - Javell Fox

2

3    STATE OF                )
     COUNTY OF               )
4

5           I, Name of deponent, have read the foregoing
     record of my testimony taken at the time and place noted
     in the heading hereof and do hereby acknowledge:
6    (Please check one)
            ( ) That it is a true and correct transcript of
7    same.
            ( ) With the exceptions noted in the attached
8
     errata sheet, it is a true and correct transcript of same.
9
                            X
10                          Name of Deponent Caps

11   Sworn to before me this
     day of Month, 2015.
12   X_____
     NOTARY PUBLIC
13   My Commission Expires:
     _____
14

15

16

17

18

19

20

21

22

23

24

25

```
 1              Fox v Lee - 9-6-2017 - Javell Fox

 2

 3        I, JANET AXTON, do hereby certify that the foregoing
     testimony of JAVELL FOX was taken by me, in the cause, at
 4   the time and place, and in the presence of counsel, as
     stated in the caption hereto, at Page 1 hereof; that
 5   before giving testimony said witness(es) was (were) duly
     sworn to testify the truth, the whole truth and nothing
 6   but the truth; that the foregoing typewritten
     transcription, consisting of pages number 1 to 88,
 7   inclusive, is a true record prepared by me and completed
     by Associated Reporters Int'l., Inc. from materials
 8
     provided by me.
 9
     JANET AXTON, Reporter
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 91

1                     Fox v Lee - 9-6-2017 - Javell Fox

2

3              ASSOCIATED REPORTERS INTERNATIONAL, INC.
                           (800) 523-7887
4
     Date:
5    Case Name:  Fox v Superintendent Lee
     Index Number:  15-CV-0390
6    Deponent:  Javell Fox
     Deposition Date:  9-6-2017
7    Examining Attorney:  Ms. Lisi-Murray

8

     Dear Mr. Fox:
9
     Please read and make any changes and/or corrections in
10   your testimony and sign the transcript in the presence of
     a notary public.  Please do so within thirty (30) days.
11   If you fail to sign the transcript within thirty (30)
     days, it will be delivered to the appropriate parties
12   without signature.  Return the transcript with
     corrections, if any, to:
13        NYS OFFICE OF THE ATTORNEY GENERAL
          BY:  MARIA LISI-MURRAY
14        The Capitol
          Albany, New York
15
     CORRECTIONS:
16
     _____      Word or phrase:  _____
17                  Corrected to:    _____

18   _____      Word or phrase:  _____
                    Corrected to:    _____
     _____      Word or phrase:  _____
19                  Corrected to:    _____
     _____      Word or phrase:  _____
20                  Corrected to:    _____
     _____      Word or phrase:  _____
21                  Corrected to:    _____
     _____      Word or phrase:  _____
22                  Corrected to:    _____
     _____      Word or phrase:  _____
23
                    Corrected to:    _____

24   _____

     Date Signed                          _____
25
Associated Reporters Int'l, Inc.          Javell Fox      800.523.7887

**A**

**a.m** 5:2,4
**ability** 7:8  24:18  80:14
**able** 29:18  39:20  43:11  70:11,12
  72:13,23  73:25  81:2
**Absolutely** 29:12
**abuse** 6:13  38:23  54:19  57:4
  60:10
**abused** 60:14
**abusing** 58:7
**access** 9:20  15:24  47:22  63:22
  69:15,19  70:12,16  72:5,9,21
  73:14,23  74:8  81:9
**account** 22:20
**accounting** 22:22,23  23:6
**achieve** 23:5
**achieved** 23:3
**acknowledge** 89:5
**action** 7:24  10:9  70:3,24  71:2
**actual** 40:15  69:2
**add** 31:15
**addition** 13:7
**address** 6:21  68:15
**administration** 26:14
**administrative** 26:25  28:14
  81:20
**admitted** 83:10
**affiliate** 33:13
**affiliation** 33:5,7,11,12,21
  44:13
**affirm** 5:8
**African** 43:22
**ago** 40:7
**agree** 7:6  32:11,21
**agreed** 7:8  26:13,18
**ahead** 21:23
**ain't** 49:21  51:21
**al** 1:6  7:24
**Albany** 2:8  91:14
**allegation** 77:13
**allegations** 25:22,25  26:22
  38:14
**allege** 10:8
**alleged** 48:9  70:18,19,21
**allegedly** 59:7  77:14  85:25
**allow** 73:23
**allowed** 34:16  37:12,16,17  42:12
  49:25  50:8  64:10,12,17
**altered** 53:3

**amended** 25:19  30:21  31:2  54:3
**amendment** 48:9  49:13  69:15
  74:12
**America** 44:6  45:5,10,12
**American** 42:19  43:18,22
**ample** 74:8
**and/or** 91:9
**anger** 41:16
**answer** 6:15  8:19  9:3,4,8,10
  21:22  22:9
**answering** 22:11
**answers** 4:10
**Anunnaki** 35:6,7,8,9,23  36:8
  36:12  40:9,21,22,23  41:2,6,11
  41:22  42:11,12  43:9,10  44:5,8
  45:14  67:17,20
**anxiety** 60:22
**anybody** 38:24  79:12
**Anybody's** 34:5
**anyway** 33:24  74:2
**apartment** 68:21  69:2
**apologize** 10:23
**appeal** 28:13  30:9  69:20,23
  70:24,25  71:3,5,13  81:18
**appealed** 29:8,9  70:5,14  71:12
  81:21
**APPEARANCES** 2:2
**appellate** 70:4  71:2,5
**appropriate** 91:11
**approximately** 16:12
**April** 12:22  16:25  61:3,7  72:11
  72:12
**area** 80:3  83:21
**areas** 55:13  56:20
**argue** 70:11,12
**arrest** 20:10,12  85:12
**arrested** 13:7  85:14
**Article** 10:7  25:2,13  70:15,21
  72:13,15,20,22,25  73:4,6,24
  74:5
**artifact** 40:9
**ascertain** 42:3
**asked** 28:21
**asking** 31:25
**assigned** 7:22  84:2,3,6,7
**assistance** 68:14
**assistant** 7:22
**assisting** 68:11
**Associated** 90:7  91:3

| | |
|---|---|
| assortment 65:19 | belong 7:5 |
| assuming 87:7 | benefit 69:6 |
| attached 89:7 | Bey 41:19 |
| attack 61:24 62:2,4,7,22,23 | big 12:13 |
| 63:5,10 | bikes 65:18 |
| attacks 63:11 | birth 11:11 |
| attend 44:11 | boats 65:19 |
| attended 34:23 | body 62:9,9 |
| attending 44:12 69:5,8 | book 40:4,8 67:2 |
| Attica 11:24 17:19,25 27:17,18 | books 64:9,9,10,11 |
| 36:3 41:4 73:12 | bothered 53:21 |
| attorney 2:7 4:16 7:22 91:7,13 | braided 50:10 52:2 |
| attorneys 4:3 | braids 36:22 37:3,15 |
| Auburn 13:18,21 14:2,17,24 15:3 | brain 30:17 |
| 27:11 74:6 | brand 73:11 |
| August 18:8 | Bread 67:3 |
| authority 7:6 | breakdown 51:18 |
| authorize 7:6 | brief 43:5 69:23,24 71:10,15,17 |
| Avenue 67:24 68:18 | 71:18 |
| aware 24:17 29:19 41:3 79:13 | briefly 47:19 |
| | briefs 73:22,22 |
| **B** | bring 55:24 78:6 |
| B 31:11,12 61:20,22,23 75:23 | brings 10:20 |
| B-E-Y 41:21 | Buddhist 36:4 |
| bachelor's 22:19,21 23:5 | bumped 76:3 |
| back 17:6 19:6 21:9 32:12 33:15 | business 69:2,4 |
| 35:19 36:3 42:18 44:15,16 | buttocks 58:6 |
| 53:23 83:15,15 84:8,9 85:7,10 | |
| 85:13,13,13,21,24 86:7,7,10 | **C** |
| 86:19 | C 3:2 68:24 |
| bad 82:21 | C.O.R.C 26:12 29:16 48:16 |
| bag 12:11,13,14,15 | Calao 69:16 72:5,9,22 73:15 |
| banged 61:15 74:18,21 75:2,18 | call 41:8 61:18,19 78:5 |
| bangs 39:14,15 | called 5:22 40:4,4 53:8 67:2 |
| bankruptcy 11:18 | candles 68:8 |
| Barber 49:4 | cane 58:4 82:13,21 83:2,12,23 |
| barbershop 49:16,17,19,21,22 | 83:24 84:2,3,6,7,15,17 86:16 |
| 50:22 51:8 | capacities 31:9 |
| basically 9:19 25:12 26:13 | capacity 38:19 |
| 34:16 35:15 41:8,24 48:17 | Capitol 2:8 91:14 |
| 52:21 68:8 70:6 73:21 79:23 | Caps 89:10 |
| basis 9:18,19 | caption 90:4 |
| Bay 47:6 48:6 | Carolina 41:19 |
| bear 38:20 | case 7:23 8:2 9:5 32:2 87:16 |
| beat 74:14 | 91:5 |
| began 60:17 | cause 4:17 90:4 |
| begins 54:17 | caused 61:25 62:4 74:14 |
| belief 38:18 | ceiling 78:12 |
| believe 15:22 25:6 34:24 44:14 | cell 6:3 52:17 53:22 64:3 77:14 |
| 45:12 62:5 64:24 78:20 79:21 | 77:19 78:21,21 79:3,5,10 80:9 |

80:10,20,22 81:2,10,15 82:4,8
82:11,12,13,18,19,23 85:22
86:2
cells 82:9,15
certain 29:24 30:5,10,21 31:2
38:19 39:22 41:13 68:9,9
72:13
certainly 52:24
certifications 23:3
certified 4:17
certify 90:3
chair 78:10,12 83:9 84:10 85:7
chakras 68:10
chance 40:7
change 33:21 44:12
changed 33:22 44:15,15
changes 91:9
changing 26:16
charged 12:16
charges 13:6
Charlotte 41:18
check 86:25 89:6
checking 83:12
choice 42:17
chose 33:13
Christian 67:2
chronologically 19:6 48:20
circumstances 8:12 10:8
City 22:14 23:16 70:3
civil 4:5 7:24 8:15 70:3
civilian 41:9
claim 48:9 63:21 72:8 74:11,12
74:13 79:2 85:7,22
claiming 66:23 77:22
claims 30:21 31:2,6,6,10 54:6,7
69:15,19
clarification 10:17
classes 67:15 69:6
clean 82:13
clear 11:2 37:23 43:24 44:2
coat 79:9
cocaine 19:14 20:19
Coerced 51:5
cold 79:3,5,12,22,25 80:3 81:7
81:8
coldness 81:15 82:4
colors 68:8
come 45:15,17 78:12 82:13
comfortable 36:12

coming 43:14 49:15,16 58:3
74:22 75:23 76:19,20
Commission 89:13
common 54:13 55:11 57:6
company 61:17 77:19 82:16
complain 79:12
complaining 52:21
complaint 10:9 25:20,21,22,25
26:23 27:3 30:21 31:2 43:17
48:4 49:4 70:6,10,20 73:20
83:4
complaints 25:18
complete 22:23
completed 22:18 90:7
completely 39:10
Comstock 1:12
concerning 47:17
concerns 6:22
conditions 79:3
conference 28:5,6
confined 26:19 34:25 60:16
77:14
confirm 80:15
confiscated 47:23 66:20
confused 43:19
Connor 54:7
consciousness 43:14
consisting 90:6
constant 60:10
constantly 5:24
Cont'g 77:12 87:4
contact 6:11
contained 25:22,25
continue 21:22
contraband 46:24
control 7:4
controlled 12:6 13:4 18:10,16
19:11,16 20:14
conversations 51:11,11
convict 28:7
convicted 12:3,5
conviction 12:21 13:9 18:19
20:12,21 69:20
copies 28:25,25 70:12,13 72:6
72:24 73:15,15,18,21 74:2
83:18
copy 4:17
CORC 28:13,19 29:3,10,10,21
55:25 56:2 81:18,21,22

**core** 44:2
**cornrow** 36:22 37:2,15
**correct** 15:9,12 30:21 31:3,4
  34:10,11 36:7 46:2,3 57:6,7
  71:16 76:8 89:6,8
**Corrected** 91:16,18,19,20,21,22
  91:23
**correction** 38:25
**Correctional** 11:21,24 13:18,22
  16:21 17:19 26:8 27:6 33:17
  75:20 77:21
**corrections** 4:12 7:25 91:9,12
  91:15
**correctly** 73:14 83:3
**counsel** 1:13 90:4
**Counselor** 15:22 48:2
**county** 12:23,24 18:18,20 20:10
  20:11,22,23 89:3
**couple** 33:18
**court** 1:2 5:3,7,12,15,17 12:19
  21:24 30:25 31:7 69:19 70:5
  70:12,16 72:9,21 73:19,24
  77:6,9
**court's** 30:20 69:15
**courtesy** 7:7
**courts** 73:15
**cover** 26:15 40:8
**covering** 29:5
**coworkers** 29:6
**crack** 19:14
**crazy** 62:5
**creates** 32:22
**criminal** 12:5 13:3,7 18:10,15
  19:11,15 20:14,21 69:20
**cross** 31:19
**crown** 49:23,24
**Cruz** 48:8 52:8,23 54:7,10,15
  55:7,10 57:18 58:12 59:7 60:2
  60:7 61:11,14,17,20 74:11,13
  75:12,15,15,17 76:7
**cultural** 43:17
**current** 43:7 45:24 46:6 68:3,4
**currently** 18:4 25:3
**cut** 17:11 51:8 53:5,5,7,19

---
**D**
---

**D** 3:2,2
**Daily** 67:2
**damages** 31:8
**date** 1:11 11:10 18:2 25:5 55:15

55:16 59:20,25 60:23 63:5
  64:21 69:24 71:18 72:8 74:25
  85:7 91:4,6,24
**dates** 13:25 14:7 15:3,6 16:23
  19:22 20:5 21:8 23:9 48:20
  49:12 55:10 57:17 72:10
**day** 6:4 34:20,21 53:22 64:19
  67:13 89:11
**days** 13:16 14:14,15 15:13 16:11
  16:16,25 17:2 29:16,17 66:21
  66:21 80:4 82:22,25 83:11
  91:10,11
**deadline** 71:20
**dealing** 68:10
**Dear** 91:8
**December** 14:9 15:14 16:13,14,14
  52:10,10,11,13 84:3
**decided** 34:13
**decision** 30:20 48:16 73:18
**decisions** 30:25
**declaration** 52:20 78:24
**defend** 7:22
**defendant** 8:7,13 49:12
**defendants** 1:7,13 2:6 4:6 9:13
  9:16 31:9
**Defendants'** 48:6 70:4,14
**defense** 7:25
**definitely** 48:3
**degree** 12:7,8 13:4 18:16 19:16
  19:17 20:15 22:19,21 23:6
**degrees** 79:8,8 80:9,11,13,15
**delivered** 91:11
**denial** 9:20
**denied** 63:22 72:9 73:14
**Dep** 72:21
**department** 69:21 71:7
**deponent** 1:10 89:4,10 90:3 91:6
**deposition** 4:5,12,15,16,18 6:17
  6:20,24 8:3,4,10 10:21 17:21
  27:25 32:2,3 87:6 91:6
**depressed** 61:23
**depressing** 60:17
**depression** 60:22 61:25
**described** 20:24 61:11
**designate** 34:13
**designated** 35:4 54:15 57:8
**designation** 33:5 34:9
**despite** 35:3
**determined** 41:10

| | |
|---|---|
| **determines** 7:5 | **earth** 35:9 |
| **diagnosis** 86:14 | **ease** 6:16 |
| **Diane** 71:21 | **easier** 11:7 |
| **diary** 24:23 | **easily** 6:23 |
| **dictation** 42:7,9 43:15 | **Eastern** 13:22 14:5,16,21 15:6 |
| **difference** 42:4 | 26:8 27:6 33:17 40:11 41:7 |
| **different** 39:11 46:14 | 66:15 73:7 74:4 75:20,22 76:8 |
| **Direct** 3:3 7:19 | 76:11 77:21 |
| **directive** 30:7 37:19 56:4 81:23 | **eat** 78:13 |
| **directives** 37:13 | **education** 22:17 |
| **dirtiness** 81:15 82:4 | **effectively** 34:3,4 |
| **dirty** 79:3 | **eight** 20:7 26:17 32:17,18 37:6 |
| **disbursement** 72:4 | 66:21 73:5 82:25 |
| **disciplinary** 17:12 46:5 72:14 | **eighteen** 77:19 79:8 |
| 72:18 | **Eighth** 74:11 |
| **discriminating** 7:17 | **eights** 25:3 73:2 |
| **discrimination** 6:10 7:12,18 | **eighty** 10:5 |
| **discuss** 24:24 | **either** 8:25 9:3 72:24 |
| **dismiss** 9:5 10:2 22:2 | **elastic** 53:5,5,6,7 |
| **dismissal** 30:20 | **eleven** 5:4 35:23 36:9 41:22 |
| **dismissed** 9:22,23,25 31:10 | 70:20 |
| 51:24 70:2 | **Elmira** 13:14 |
| **dismissing** 31:2 | **else's** 29:11 |
| **district** 1:2,2 8:20,22 | **emotion** 62:3 |
| **division** 70:4 71:2,5 | **employment** 23:8,14,19 |
| **DOCCS** 7:4,8 33:21 34:14,16 | **Encouraged** 51:6 |
| 35:23 36:13 37:10,13,19 44:13 | **ended** 83:20 |
| 44:22 45:20 46:25 | **ends** 74:20 |
| **Docket** 25:20 31:6,13 | **energies** 68:9 |
| **document** 47:20 | **enlightenment** 38:22 65:18 69:13 |
| **documentation** 15:23 63:2 | **enter** 13:11,13 |
| **documents** 24:20 | **entirely** 9:5 |
| **doing** 68:6 79:6 87:12 | **entitled** 21:23 |
| **door** 77:15,23,25 | **equivalency** 23:6 |
| **double** 86:25 | **equivalent** 22:19,22 39:24 |
| **downstairs** 75:23 78:7,9 | **errata** 89:8 |
| **dread** 50:5 | **escort** 57:10,10 |
| **dreads** 32:8,10,15,18 34:5 | **Especially** 73:7 |
| **drink** 63:13,19 | **et** 1:6 7:24 |
| **drinking** 63:19 | **event** 33:18,19,22 34:14,14,15 |
| **drinks** 63:20 | 34:18,21,22,25 44:11 |
| **driver's** 11:16 | **everybody** 79:14,15 |
| **drug** 20:17 | **everyday** 78:13 |
| **due** 23:25 72:17 79:23 81:24 | **exact** 46:18,18 59:25 |
| **dug** 40:9 | **Examination** 3:3 7:19 |
| **duly** 4:15 90:5 | **Examining** 91:7 |
| | **example** 43:24 44:2 |
| **E** | **exceptions** 89:7 |
| **E** 3:2,2,2 31:11 | **excessive** 74:10,12 |
| **eagle** 38:21 | |

**excuse** 48:14  68:17  74:19,20
**exercise** 63:14
**exhaust** 26:25  28:13  56:8
**exhausted** 81:24,24
**Expires** 89:13
**explain** 38:12
**express** 39:13  42:7
**expression** 38:16  39:6,12,15,19
  48:9  49:13  50:3
**extent** 6:22

---

**F**

**F** 3:2
**facilities** 27:5,7,10
**facility** 6:12  11:21,24  13:13,18
  13:22  14:6  15:23  16:6,21
  17:19  18:4  26:7,8  27:6,15,16
  30:7,8,10,13  33:18  37:10
  45:20  46:25  47:25  50:19  62:15
  62:16,17,18,21  66:14  75:21
  77:20,21  81:20,24  82:3
**facing** 6:10
**fact** 17:20  34:9  35:4  43:13  50:3
  56:18  70:14  72:3  82:10
**Factory** 23:21
**facts** 10:8  54:3
**factually** 15:11
**fail** 91:11
**failed** 29:4
**fall** 83:20  84:15  85:24
**falls** 86:4
**false** 47:20
**familiar** 28:9  33:4  43:25
**family** 22:15
**far** 21:9  33:21  37:15,16  38:18
  38:20  39:22  41:13  42:9,18
  56:21  59:2  72:12,14  81:19,20
**fashion** 32:8
**fast** 55:3
**fault** 29:11
**favor** 70:5
**feathers** 42:22  44:7
**February** 16:14,15,19,25  57:17
  57:18,20,22  59:8,18,23,24
  74:20,21,22,23  76:16,17  84:19
**federal** 4:4  24:4
**feed** 82:14,16,17,23  83:7,8
  84:10,13,15  87:12
**feel** 15:9  36:12  39:19  42:5,6
  53:6

**feet** 58:5  59:9
**fell** 83:3,18,21,22,24  85:7,22
  86:10
**felt** 53:6
**fifteen** 31:11,12  41:23  64:11,13
  65:8,11
**fight** 22:5  39:2
**fighting** 22:6
**figured** 7:2
**file** 25:21,24  26:11,12  27:4
  28:18  29:5,18  30:6  55:22  70:8
  70:9  71:9  72:15,16,19  73:20
**filed** 8:16,18,23  10:4,6  11:18
  24:4  26:4,24  27:8,24  28:7,17
  28:20,21,23  29:3,3,7,15  30:25
  56:4  70:6  71:4  72:25  73:4,6
  73:10,12  74:5,6  79:17  81:16
**filing** 26:22  28:9
**fill** 72:13
**filthy** 79:11
**final** 25:11
**find** 87:14
**fine** 10:24
**first** 26:3  28:21  33:2  36:17
  48:9  49:12,17,20  59:20  69:15
  83:25
**five** 16:21,22,24  17:3  27:13
  37:7,7  46:11
**flats** 82:20
**floor** 53:12  76:12,13,14,15,18
  78:8
**focused** 55:10
**follow** 44:4
**followed** 30:19  55:2
**food** 77:15,23  78:2,4,13,17
  82:11,14
**fool** 80:16
**force** 74:10,12
**forced** 50:19,20  51:4
**foregoing** 89:4  90:3,6
**forged** 15:23
**forgeries** 47:22
**forget** 18:17  49:5  53:15,25  54:3
  62:24  78:20
**forgets** 11:8
**forgot** 8:25
**form** 4:9  34:2,5  35:17
**forth** 10:9  25:19
**forty** 5:4  13:16  14:14,14,15
  15:13  26:25  27:5

**Forty-forty** 30:7 56:4 81:23
**four** 37:18 38:3,4 46:10,11
**fourteen** 64:9,10
**fourth** 18:17 19:17,20 69:20
 71:7
**Fox** 1:1,1,4,10 2:1,1 3:1,1,3
 4:1,1 5:1,1,6,10,11,14 6:1,1
 7:1,1,23,24 8:1,1 9:1,1 10:1
 10:1 11:1,1,11 12:1,1 13:1,1
 14:1,1 15:1,1 16:1,1 17:1,1
 18:1,1 19:1,1 20:1,1 21:1,1
 22:1,1,5,10 23:1,1 24:1,1
 25:1,1 26:1,1 27:1,1 28:1,1
 29:1,1 30:1,1 31:1,1 32:1,1
 33:1,1 34:1,1 35:1,1 36:1,1
 37:1,1 38:1,1 39:1,1 40:1,1
 41:1,1 42:1,1 43:1,1 44:1,1
 45:1,1 46:1,1 47:1,1 48:1,1
 49:1,1 50:1,1 51:1,1 52:1,1
 53:1,1 54:1,1 55:1,1 56:1,1
 57:1,1 58:1,1 59:1,1 60:1,1
 61:1,1 62:1,1 63:1,1 64:1,1
 65:1,1 66:1,1 67:1,1 68:1,1
 69:1,1 70:1,1 71:1,1 72:1,1
 73:1,1 74:1,1 75:1,1 76:1,1
 77:1,1,13 78:1,1 79:1,1 80:1
 80:1,21 81:1,1 82:1,1 83:1,1
 84:1,1 85:1,1 86:1,1 87:1,1,5
 88:1,1 89:1,1 90:1,1 91:1,1,5
 91:6,8,25
**free** 15:9
**freedom** 38:15 39:6,12,13,19
 42:17 48:9 49:13 50:3
**freeze** 80:20,22,25 81:4
**freezing** 79:10 80:9
**friend** 40:6 52:18 65:23,25
**friends** 44:11
**frisk** 75:9 76:23
**frisked** 52:16 54:22 61:15
**frisking** 74:16
**front** 40:8 51:22
**full** 5:13
**fully** 26:18
**further** 4:8,11,14 30:9 71:15,17

---

**G**

---

**G** 3:2
**gallery** 80:11 81:5 87:13
**Garvin** 76:13
**general** 2:7 7:22 91:13

**Geographic's** 65:21
**getting** 40:12 49:18,20 67:2
 83:7 84:10
**give** 5:8 8:4 9:8,10 10:12 16:6
 43:5,24,25 46:18 52:23 57:17
 66:13 72:10 82:11 84:21,23
 86:25
**given** 73:19
**giving** 51:18 90:5
**glad** 34:7
**gloves** 79:9
**go** 6:6,7 13:17,21 14:5 15:17
 17:4,18 20:6 21:23 29:22 30:9
 33:18,19,22 34:14,19 35:25
 49:20 51:22 52:23 54:17 56:2
 57:11 58:13,16,25 59:9 61:22
 62:11 67:14 74:22 76:4,19
 87:16
**goes** 72:4
**going** 7:18 8:3 19:6 21:15,17,18
 21:23,25 29:25 30:6 35:15
 36:4 38:20,21 46:17 51:22
 52:10,14,23 54:4,12 55:2,2,2
 55:11 57:5,17 58:2,3 61:22
 75:12 83:21
**good** 68:8
**grab** 78:9,9,10
**gram** 47:6,8
**Great** 11:21 14:6,7,12 15:12,16
 27:20,21,22,24
**grievance** 26:3,10,15 29:3,9
 30:4 52:5 55:22 56:3,4 58:18
 79:17 81:16 82:9,10
**grievances** 25:21,24 26:21,25
 27:5,8 28:7,10,24 29:20,25
 30:5,6 72:16
**group** 67:17,20 68:2,6
**guard** 76:12,14,15,18
**guardroom** 53:12
**guess** 25:19
**guest** 33:20,20
**guided** 41:22,24
**guider** 41:12,17,18
**guilty** 12:3
**guys** 33:18 75:12

---

**H**

---

**H** 45:7
**hair** 17:11 32:13 34:2,4,5 36:24
 37:5 39:14 44:8,9 49:24 50:10

50:22 51:8,25 52:2,17,17
53:14,18,19 54:13 60:10,17
72:15 73:8,25
**haircut** 40:10 49:20 52:7
**hairstyle** 16:3 26:20 31:6 32:6
33:2,10 36:17,20 37:12,14,16
38:8,13,19 39:18 42:3,5,18
43:8,9,12,15 46:14,16,19,19
48:18,19 49:25 50:2,4,7 60:15
**hairstyles** 26:16,17 42:13
**Hall** 77:18
**hand** 5:5 38:24
**handled** 30:6 81:19
**hands** 40:8 53:8 78:16
**hang** 78:8
**happened** 61:21 76:17 83:6
**harass** 37:20 54:18 57:3
**harassed** 75:5
**harassing** 5:24 52:6
**harassment** 56:3,5 57:19 74:12
**hard** 58:5 87:13
**Harlem** 67:23
**Harris** 9:15
**hat** 79:9
**hazard** 34:4
**head** 32:23 49:18 61:15,19 74:18
74:21 75:3,18 76:3
**heading** 89:5
**health** 58:2,3,3 59:11,12,13,16
59:17,21,24 60:3,6,9,14,19,24
61:7
**heard** 52:19,20
**hearing** 4:17 25:10,11,12 47:15
47:19 54:12,14,18 55:11 57:5
57:11 58:24 61:17 77:3
**hearings** 46:7
**heart** 61:24,25 62:4,6,22,23
63:4,9,11 87:18
**heat** 80:6,7
**heaven** 35:8
**held** 23:9,18 33:13 34:14,15
35:24 69:25
**hereof** 89:5 90:5
**hereto** 90:4
**heritage** 43:18
**heroin** 12:12,13,17 18:14 19:13
**high** 41:7,11
**highest** 22:17
**history** 43:5 46:5

**hold** 35:9 38:23 39:23 54:4
77:10
**holding** 71:21
**home** 23:11
**hospital** 62:11,13,14
**hour** 82:11
**hours** 6:3
**housed** 28:7
**houses** 65:19
**housing** 15:18,19 16:7,10 17:5,7
17:15,18
**huh** 21:16 53:19 71:23
**hulk** 38:20
**hundred** 70:20
**hurt** 83:3
**hurting** 82:20

---

**I**

**I.G.R.C** 26:14 29:4 48:16
**I'm** 15:5 21:23 30:2 36:7 42:3
43:11 61:22 80:16
**ice** 83:19
**idea** 15:11 86:13
**identified** 35:22 36:8 44:21
**identify** 35:19,20,21 39:23
45:19
**impede** 24:18
**important** 43:11
**impossible** 81:3
**inappropriately** 74:15
**incarcerated** 18:24 23:12
**incarceration** 12:3 13:8 19:7
20:20 46:6 68:4
**inches** 32:11,17,19 37:6,7
**incidences** 76:7
**incident** 51:17 55:15,16,21
58:12 59:7,10 60:2,6,7 61:11
76:10
**including** 10:5,7 63:23
**inclusive** 90:7
**index** 25:7 91:5
**indicated** 87:5
**individual** 7:25 31:9 87:8
**individuality** 39:13
**individuals** 39:22
**infirmary** 83:11
**initiated** 41:21
**injure** 84:9 85:10,24
**injured** 84:8 85:12 86:10
**injuries** 83:16 85:19,21 86:7

injury 74:14  85:6,25  86:20
inmate 66:3,5  78:14  87:7
inside 6:4  51:15  54:13
insofar 31:8
instances 29:20
instructing 68:7,7
instructions 29:21  73:20
Int'l 90:7
intent 12:16
INTERNATIONAL 91:3
interpret 37:20
interpreted 37:19
intimately 28:8
investigated 79:20
investigation 56:6,10  79:22
investigator 58:21
involving 76:7
Islam 33:16  34:9,13  35:4,5,10
  35:20,25  44:11,19,22  45:25
Island 34:15
issue 12:19  72:18,23  73:10,25
issues 30:10  37:13  61:7  72:14
  73:8

### J

jail 21:3,3,4
janitor 23:12,19
January 59:24  84:19
Javell 1:1,4,10  2:1  3:1,3  4:1
  5:1,11,14  6:1  7:1,23  8:1  9:1
  10:1  11:1  12:1  13:1  14:1  15:1
  16:1  17:1  18:1  19:1  20:1  21:1
  22:1  23:1  24:1  25:1  26:1  27:1
  28:1  29:1  30:1  31:1  32:1  33:1
  34:1  35:1  36:1  37:1  38:1  39:1
  40:1  41:1  42:1  43:1  44:1  45:1
  46:1  47:1  48:1  49:1  50:1  51:1
  52:1  53:1  54:1  55:1  56:1  57:1
  58:1  59:1  60:1  61:1  62:1  63:1
  64:1  65:1  66:1  67:1  68:1  69:1
  70:1  71:1  72:1  73:1  74:1  75:1
  76:1  77:1  78:1  79:1  80:1  81:1
  82:1  83:1  84:1  85:1  86:1  87:1
  88:1  89:1  90:1  91:1,6,25
Jennings 69:16  71:21  72:9
jerk 83:8
judge 6:11  70:9,10,13  73:19
judge's 47:20
judgement 10:2,3  31:16,18,19
  54:2  87:22

jumping 54:24
June 13:12  14:3,16,17,24  15:4
  18:2,8  23:11  48:15
jurisdiction 70:8

### K

keep 19:6  26:19  34:24  43:3
  47:21,21  51:21  55:9  74:22
  75:10,11,11,15
kept 41:23  71:21  83:11,12
kicked 59:8
kicking 58:5
kids 21:12,19  22:2,3,4,10
kind 6:13  25:5  26:14
king's 49:23
knees 85:13
knew 51:25  79:22
knot 61:18
know 5:23  6:3  7:2  8:18  10:2,17
  15:9,24  25:12  26:15,25  27:2
  28:25  29:23,23  30:12,16  35:12
  35:14,15,16,17,24  36:5  39:17
  40:20  41:14,24,25  42:10,15,16
  42:17,20,23  43:10,15  45:14
  46:23  48:16  50:22  52:21  55:4
  55:4,5  69:12  72:5,5  80:17,17
  80:17,19  83:14  87:11,12,14,18
knows 54:15
Krantz 49:5

### L

lab 12:15
Lablatte 69:16,25  71:21  72:10
LastPageOfTranscript 90:7
late 33:22  70:2
law 9:20  72:6  74:8
lawsuit 7:12,18  8:7,15  9:18,19
  9:21  24:24  30:18,23  49:9
  50:18
lawsuits 10:4,6
lead 55:8
leaders 40:3
leaning 58:6
leave 62:18,20
leaving 52:4
led 13:8
Lee 1:1,6  2:1  3:1  4:1  5:1  6:1
  7:1,23  8:1  9:1  10:1  11:1  12:1
  13:1  14:1  15:1  16:1  17:1  18:1
  19:1  20:1  21:1  22:1  23:1  24:1

```
25:1 26:1 27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1 47:1 48:1
48:7 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1,22 64:1
65:1 66:1 67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1 81:1 82:1
83:1 84:1 85:1 86:1 87:1 88:1
89:1 90:1 91:1,5
```
**legs** 58:4
**length** 37:5
**Lenox** 68:17,18
**let's** 19:5,5 32:5 74:10
**letter** 72:5
**letting** 51:7
**level** 22:17 30:7,8,10,13 41:13
  81:20,25
**library** 9:20 72:6 74:9
**license** 11:16
**lie** 26:16 52:2
**lied** 26:14 50:9
**lieutenant** 50:21 51:3,18,20,24
  52:3,4,19,20,23 53:9,12,17
  58:21 61:14,16,18,20
**life** 35:22 63:17
**lifted** 75:17
**light** 43:12 68:8
**likes** 57:14
**limit** 64:19
**lion** 38:21
**Lisi-Murray** 2:7 3:3 5:16,18,20
  5:21,25 6:5,8,14,19 7:3,13,16
  7:20,21 77:12 86:24 87:4,24
  91:7,13
**listen** 49:25 75:9
**literally** 79:8
**little** 37:5 67:4
**live** 22:13,14
**local** 21:3,4
**locate** 64:3
**located** 64:4,5 76:7,11
**location** 1:12 17:22
**lock** 26:19 34:25 44:9 47:21
  51:21 74:22 75:10,11
**locked** 6:3 47:21 60:12
**locks** 40:15,15

**logical** 50:5 54:12
**long** 12:25 13:15,19,23 16:9,22
  17:14,24 19:21 32:11,14,15,19
  32:22 34:2 37:2,17 38:19
  66:12,19 79:25
**look** 38:8 76:25
**looking** 83:17
**looks** 32:7
**lose** 43:6
**loss** 29:18
**lot** 16:6 40:2 44:7
**lots** 64:18
**lump** 83:15
**lunch** 54:23
**lunchroom** 52:9

---

**M**

**Maddison** 48:6 49:12 50:21 51:3
  51:12,18,20 52:3,4,19,21
  53:10,13,17 54:5
**Madison** 67:24
**magazine** 67:4
**magazines** 40:11 63:24 64:3,5,5
  64:7,11,12 65:3,4,5,6,9,11,14
  65:16,18,22 66:6,22
**mail** 71:21 72:24
**mailed** 69:25
**mailing** 72:4
**maintain** 11:15 24:23 43:8
**maintained** 38:8,9
**male** 62:23
**man** 40:3 53:25 78:20
**Manhattan** 67:23 68:19
**March** 16:13 53:11,12 55:16
  58:11,24 61:3,7,13,23 63:6
  74:17,19 77:3
**Maria** 2:7 7:21 91:13
**marijuana** 46:24 47:5 48:19,23
**married** 21:10
**master** 41:13
**mastered** 41:15,15
**material** 67:3
**materials** 63:23,23 64:22 66:23
  87:21 90:8
**matter** 1:3 7:23 33:23 42:6
**Meadow** 11:21 14:8,12 15:12,16
  27:20,21,22,25
**Meadows** 14:6
**mean** 25:11 28:24 35:14 42:16
  48:13 78:21

**means** 35:8
**meant** 78:23  87:6
**mechanism** 56:3
**mediation** 68:10
**medical** 58:14,16  59:2,4,9,9
  62:13,15,16,19  76:4  83:10,11
  83:18  86:7,14
**medication** 60:20,21  61:2  84:21
  84:22,23,24
**medications** 24:14  60:19
**meditation** 66:25  67:18
**mediums** 53:5
**member** 35:23  41:6
**members** 35:7
**memory** 51:23
**mental** 58:2,3,3  59:11,12,13,16
  59:17,21,23  60:3,6,9,14,19,24
  61:7
**mention** 61:21
**Mexico** 44:6
**Miller** 48:8
**mine** 40:6  65:23
**minute** 76:25  86:25
**misbehavior** 47:25  50:9,11,25
  51:24  52:5,24  53:2,14,17
**missed** 71:20
**misstate** 15:8
**mistake** 47:7
**Mohammed** 35:14
**Mohawk** 32:8  40:10  42:18,22
  43:13,15,17
**Mohawks** 40:16
**monetary** 31:8
**money** 12:15  71:22,24
**month** 13:24  40:7  89:11
**months** 20:8  53:20
**Moorish** 35:25  45:2,2,5,7,7,9,20
**Morocco** 45:15,17
**Morris** 45:6
**Morrow** 29:24  30:4
**mother** 22:3
**motion** 9:5,25  21:24,25  31:16,18
  87:22
**move** 7:6  54:6  61:16,19
**moved** 6:23  17:21  31:19  78:24
  82:5,12,12,18,19

---

**N**

**N** 3:2,2
**N.O.I** 33:22  34:22

---

**N.Y.C.R.R** 37:18,23,25
**name** 5:13  7:21  30:3  41:19  47:20
  48:3  49:6,6,7  53:16,25  54:3
  62:24  66:10,11  78:19,23  87:10
  87:14  89:4,10  91:5
**NameOfReporter** 90:3,9
**names** 87:18,18,20
**narrow** 63:9
**Nation** 33:15  34:9,13,15  35:4,20
  35:25  44:10,18,22  45:25
**National** 65:21
**Native** 42:19  43:18,22,22
**natives** 44:4
**need** 30:9,9  42:6  61:16  72:5,6
**never** 15:23  38:24  47:21  48:12
  53:21  63:17  73:4,6  77:2  78:22
  81:22  83:24  84:14,14  85:3
**new** 1:2,12  2:8  8:20  11:15  18:23
  20:11  22:14  23:16  28:10  39:3
  73:11  91:14
**newspapers** 64:5,7,11,14,19,20
  65:9
**night** 63:7
**nine** 80:3
**Nineteen** 10:5  31:11,12
**Nishi** 41:9
**nobody's** 43:24
**nod** 11:3
**North** 41:18
**northern** 1:2  8:20,22
**notarized** 12:18
**notary** 4:13  89:12  91:10
**note** 21:21
**noted** 89:5,7
**notes** 24:24  76:25  86:25
**November** 25:6  26:5,5  48:14
  49:17  52:14,14  72:11,11,12
**number** 7:24  25:7,20  31:7  68:21
  68:23  90:6  91:5
**nurse** 62:24
**NYS** 2:7  91:13

---

**O**

**O** 3:2,2
**oath** 10:12
**object** 9:2,7,9
**objection** 21:21  22:8
**objections** 4:8
**obtained** 20:21
**occasion** 18:13

Associated Reporters Int'l., Inc.

occasional 63:20
occur 48:11
occurred 48:13
occurrence 78:13
October 11:12 14:9,21 15:7,13
  23:12
offer 36:14
offered 60:21
OFFICE 2:7 91:13
officer 49:5,6,18,19 50:8,14
  52:6,8,8,9,23 53:15,15,16,20
  53:21,21,22,24 54:10,14,15,22
  57:7,18 61:14,17,20 75:9,16
officers 5:23 8:2 17:10 37:20
  57:10 78:7 79:9,16
officers' 49:6
official 31:9 38:25
offshoot 35:12 36:5,12 45:14
offshoots 36:3 43:23
offspring 33:24 35:8
oh 10:23 14:15 20:22 27:18
  31:21 40:13 53:13,18,25 58:21
  62:12,16 65:10 75:23 78:20
  80:3
okay 5:3,25 6:5,8 7:15 8:6,9,15
  8:24 9:10,13,25 10:11,20
  11:10 12:20,23 14:5 15:2,5,10
  15:16,25 16:9,19,22 17:17,24
  18:3,7,15,18,21 19:10,15,19
  20:2,9 21:10,21 22:12 23:13
  23:25 24:4 26:3,21 27:7,12,14
  27:22,24 28:8,12 29:13 30:11
  30:18 31:5,17 32:10,18,25
  33:9 34:7,12,18 36:6,16,20
  37:9,22 38:4,12,17 39:4 40:13
  40:17 41:5 42:2,4 43:4 44:3
  44:18,25 45:16,22,24 46:4,23
  47:9,12 48:5,11 49:11,15
  50:17 51:2 52:12,25 53:19
  54:21 55:20,24 56:7,15,23
  57:5,9,15,23,25 58:9,19,22,25
  59:6,20 60:11,18,23 62:6,25
  63:8,21 65:20 66:22 67:5,12
  71:4,19 72:2,8,25 73:9 74:7
  75:7 76:3,24 77:8,17 78:16
  79:2,17,20 80:5,12 81:6,12,14
  82:2,7 83:2,17,25 85:18,21
old 40:2
once 38:19,24 41:12 56:3,4
  82:17 86:24

Oneida 12:24 18:20 20:22,23
open 77:25 82:11
operative 25:21
opportunity 23:14 30:24
order 28:13 33:19 34:13 37:20
  39:22 41:8,15,22 44:11 73:18
ordered 31:7
orders 30:20,25
original 4:14,18 43:17
outcome 26:9 56:9
outside 54:23 76:22
overhear 51:11
owe 71:24
owed 71:22

### P

P 3:2
p.m 77:5,11 87:2,3 88:2
page 31:13 70:20 90:4
pages 90:6
pain 84:20
pair 53:3
pants 53:3,3,4,7,8 75:17
paper 47:23
papers 31:18,22 43:16 47:18
paperwork 47:24 51:22 52:15
  70:13 87:19
parameters 36:13
parole 21:7 25:10,16
part 7:25 26:13 39:18 49:5,8
  50:18 66:24,25
parties 4:4 91:11
pass 77:15,23,25
passed 42:18
pattern 44:5
pay 69:9
peace 35:10,11,11
pending 25:3,5,6
people 39:15 60:14 69:5,8
percent 44:5
perfected 71:13
period 47:24 77:14
person 39:13 87:12
personal 69:2,3,4,6
personally 50:23,24
pertaining 49:3 72:16 73:7,25
phone 6:7
phonetic 29:24 47:7 48:6,7 49:4
  69:16,17
phrase 91:16,17,18,19,20,21,22

**physical** 74:14
**pick** 33:6
**Pickle** 23:21
**pictures** 26:17
**pipes** 80:24,25 81:3,4,4
**place** 22:8 54:25 89:5 90:4
**plaintiff** 1:5 2:4 8:6,13,14
  31:8
**Planet** 40:5
**planted** 47:2 48:19,22
**please** 5:5,12 10:17 89:6 91:9
  91:10
**pled** 12:3
**pockets** 32:22 34:2,5
**point** 11:8 37:18 38:3,4 43:3
  44:12 47:5 54:5 60:18 64:2
  83:19
**pointed** 40:6
**Points** 16:21,23,24 17:3 27:13
**porter** 78:5,14 82:13
**porter's** 78:19
**pose** 37:17
**position** 23:19
**positions** 23:18 68:9
**possess** 18:12
**possession** 12:5,11 13:3,7,9
  18:10,16 19:11,16 20:14,18
  46:24
**postage** 71:22,24
**practice** 35:16 54:14 55:11 57:6
  57:14
**practices** 40:21
**practitioner** 35:5,20 41:3
**pre** 42:4
**preliminary** 25:10,11
**prepare** 24:21
**prepared** 90:7
**presence** 90:4 91:10
**present** 10:9 12:2 13:8 32:6
  33:2,10 36:17 38:9 39:20
**pretty** 25:7 30:12,16 32:13
  36:15 80:18
**priest** 39:25 40:9,10,15 41:7,11
  41:14 42:10 43:9,10
**priesthood** 42:8
**priests** 42:12,16,17,19
**prior** 17:22 19:7 20:2 28:2,4
  36:21 44:18 59:18 67:10,16
  74:4 83:19 84:15 85:7,10,22

**prison** 6:4 12:25 13:11 18:4,22
  18:23 19:7,21 20:3,5,24,25
  22:13,24 23:3,11,23 24:2
  28:10 33:6,14 39:2 40:24 41:3
  45:25 65:25 67:8,10,16
**prisoner** 38:24 52:3
**prisoners** 6:10 37:21 40:25
  75:11
**prisons** 39:2
**private** 55:13 56:5,20 58:5
  75:15
**privates** 54:11,20 58:12 59:8
**privy** 51:13
**Pro** 2:5
**probably** 21:7 28:23 29:2 32:12
  37:5,8 59:22,23 64:18 66:18
  69:7 80:2,19 82:8,24,25
**problem** 51:8 56:19,20
**problems** 17:12
**Procedure** 4:5
**proceedings** 10:7,8
**process** 6:20 28:9 72:17
**proper** 72:21,22
**properly** 70:6
**provided** 87:20 90:8
**provision** 29:18
**provoking** 58:7
**public** 4:13 89:12 91:10
**pull** 78:11
**pulled** 32:13
**pulses** 62:10
**punish** 48:17
**punishing** 48:18
**purpose** 7:9
**pursuant** 4:6 31:10
**pushing** 58:4
**put** 6:13 7:9 9:7 16:2 25:13
  42:20 47:5,8 48:21 53:8 60:19
  62:8 69:23 78:11 80:6
**putting** 52:21

---

**Q**

---

**Q-U-A-D-I-R** 41:21
**Quadir** 41:19
**queen** 49:23
**question** 6:15 9:9 58:25
**questions** 4:9 6:21 8:3 9:3,3,4
  9:6 10:15,25 21:23 22:8,9
  31:25 54:25
**quick** 5:19

800.523.7887
Associated Reporters Int'l., Inc.

## R

R 3:2
raise 5:4
raised 38:24
ran 67:19
rare 38:25
Rastafarian 33:14  36:2  44:15,16
  44:19,23  46:2
reached 29:10  42:8
read 4:11  62:10,10  89:4  91:9
reading 63:22,23  64:22
real 5:19  82:21
really 33:23  61:2  83:15
reason 48:17  50:4,5  52:16  54:12
  75:13
recall 13:25  26:22  30:12  31:24
  38:7  46:12  83:17  87:10
receive 31:22
received 25:16  31:18
record 5:2,4,13  9:8  11:2  21:22
  22:8  77:5,7,11  87:2,3  88:2
  89:5  90:7
records 63:3  83:18
recreation 6:7  74:22  75:10,11
  76:19
recreational 83:21
rediscovering 40:2
refer 40:18
reference 63:24
refrain 31:25
refuse 21:22  84:23
refused 26:11  28:18
refusing 17:11
registered 44:10
registering 36:12
regular 41:9
related 19:13  46:13,16,19,24
relation 44:2
relative 24:24  26:22
released 23:25
relevance 8:24  9:2
relief 27:2
relieve 7:11
religion 33:12,13,23,24  35:6,11
  35:16,24  36:3,5,11,13  38:13
  39:5,24  40:2,21  42:19  43:23
  43:25  44:22  60:21  66:25,25
religions 35:7,25
religious 33:5,6,10  34:9,16,19

35:7  36:4  38:18  39:21  42:7,9
  44:12  50:2  63:23  66:23  67:3
  68:6  69:12
remedied 82:3
remedies 27:2  28:14  56:8
remedy 30:8  72:20  81:23
remember 8:25  9:14  20:16  21:8
  44:15  55:18  59:24  66:11  74:25
  78:23  83:3
renovations 79:6,23
replied 31:23
reply 38:5  54:2
report 47:25  50:9,11,25  51:15
  51:24  52:5,24  53:2,14,17
  58:13,17,18
Reporter 5:3,7,12,15,17  77:6,9
  90:9
Reporters 90:7  91:3
represent 35:10  38:20  42:23
representation 43:13,18
represented 44:8
represents 38:21
require 10:17,21,24
required 10:13  22:9  38:13
research 72:22  73:24
researched 73:11
reserved 4:10
resided 17:22
resolved 30:10,13
respect 6:17  10:15  12:2  20:20
  25:15,16,18,21,25  28:9,16
  30:18,20,23  31:5,17  32:2,5,6
  32:25  34:8  42:2,4  43:7  45:24
  46:4  47:14  48:5  49:11  55:10
  57:15  58:11  59:6  61:11  62:6
  63:21  69:14  76:6  81:14,15
  82:3
respective 4:4
respond 29:17,17
response 10:25  11:2
responsiveness 4:9
restriction 74:18
retaliate 54:18  57:3
retaliating 52:7
retaliation 47:4
return 24:5  25:5  91:12
returned 4:16
review 24:20  30:25
right 5:5,18  7:3,15  10:18  11:5
  11:9,21  12:19  14:15,19,22,23

Associated Reporters Int'l, Inc.
800.523.7887

15:12 16:12,13 19:5 25:8
28:22 32:4 35:18 36:16 40:13
41:24 43:16,21 45:19 46:13,21
48:5,22 49:8,11 50:20 51:16
54:4 56:17 57:15 58:11 59:15
59:22 60:13 61:10,10 64:21
65:13 67:19 68:15 69:14,14
71:7 73:12,13 74:14,23 76:21
77:8,10 80:18 81:16 82:22
84:12,20 86:24
**rituals** 45:13
**RLUIPA** 31:6,10
**room** 54:14 57:11 76:12,14,15,18
76:23
**rubbing** 58:5,6
**rule** 10:21
**ruled** 70:5
**Rules** 4:5
**run** 68:25 81:2,12
**runaround** 74:3
**running** 67:16,25 68:5 81:9
**rushed** 62:12,13
**Russo** 48:7

---

**S**

**S** 3:2
**S-K-R-E-D** 50:16
**safe** 61:22
**safety** 34:3 37:17 50:6
**sale** 12:9,10
**saved** 28:25
**Saviors** 34:20,21
**saw** 50:23
**saying** 29:7 49:9 55:5 56:18
73:14 74:13,15
**Schulley** 15:22 48:2
**science** 36:2 45:2,3,5,10,11
**sciences** 45:13
**se** 2:5
**search** 54:6,17,20 56:21 57:19
59:8 64:2 75:6,11,13
**searched** 34:3,4 52:17 54:13,15
55:12,12 56:19,25,25 57:2,2,6
57:14,18,23 58:2,23 74:20
**searching** 54:10 58:13 74:20
75:2
**second** 47:14 59:6 61:11
**secrets** 35:9
**section** 31:11,12 37:24
**security** 11:13 34:4 37:18 50:6

**see** 8:24 32:5 38:23 39:25 40:9
40:10 44:6
**seeing** 38:7 60:3,13
**seek** 59:4,9,13
**seeking** 59:23
**seeks** 31:8
**seen** 47:18 49:20,24 53:18 61:18
66:12
**self-mastery** 41:14
**sell** 12:16
**send** 29:25
**sending** 52:6 71:22
**sent** 17:9 28:25 38:5 47:19 50:8
58:20 63:2 81:22 83:18 87:17
87:19,21
**sentence** 12:25 18:4 45:25
**separate** 19:3,4
**September** 1:11 14:4,20,21,24
15:4,6,7 48:19 49:16
**sergeant** 9:15 15:22 47:6 48:3
49:4 53:13,13
**serve** 19:21
**served** 18:3 19:7
**service** 34:16,19 69:11
**services** 60:14 69:10
**serving** 18:5
**set** 5:16,17 10:9 25:18 47:11
87:25
**settlement** 28:6
**seven** 66:21 69:7
**seventh** 20:15
**seventy** 17:2 44:5
**Seventy-** 25:2 72:25 73:4
**Seventy-eight** 25:13 72:20,23
73:6,24 74:5
**Seventy-eights** 70:15,22 72:13
72:15
**Seventy-eighty** 10:7
**Seventy-six** 25:20 37:18 38:3,4
**sexual** 56:2,4 57:18 74:12
**sexually** 61:14 75:5
**shake** 11:3
**shaved** 32:7 36:23 49:18
**sheet** 89:8
**shorter** 37:5
**shot** 83:10
**show** 26:17 43:11 70:13
**sic** 39:14 53:7
**side** 78:25

**sides** 32:7,13 36:23 49:18
**sign** 4:12 36:4 91:10,11
**signature** 91:12
**signed** 4:15 91:24
**sill** 78:6
**Simmons** 48:7 58:21 61:14,16,18
  61:20 63:22
**Simmons'** 51:24
**sir** 10:11
**sit** 11:20 16:7 24:14 29:19
  31:24 32:6 38:9 78:6,12
**Sitchin** 40:4
**situation** 82:3
**six** 31:13 84:18 86:17
**sixth** 20:15
**sixty** 16:11,16,25,25
**Skra** 50:15
**Skred** 49:18 50:9,14,16 51:12
  52:6
**slacking** 67:8
**slid** 78:6
**slide** 78:9,10,10
**slipping** 83:9 84:8,10
**slit** 53:4
**slits** 53:8
**slot** 77:15,23 82:14,15,17,23
  83:7 84:11,15
**slots** 82:16
**Slow** 14:22
**smoke** 63:13,15
**smoked** 63:17
**social** 11:13
**sole** 35:9 53:7
**solid** 35:17
**somebody** 12:16 29:11 64:2 77:25
  79:20
**soon** 23:10
**sorry** 10:23 15:2,5 22:21 30:2
  30:22 32:16 40:23 43:2 45:4
  50:13 65:10 74:19
**sort** 7:7 10:21,25 24:23 32:8,8
  61:6 84:20
**sought** 59:17,21 60:24 86:6
**South** 77:18
**special** 15:18,19 16:7,10 17:5,6
  17:14,17
**specialized** 23:2
**specific** 67:14 69:24 70:23
**specifically** 29:19 30:5 48:25
  49:14 54:5 70:18 73:16,17

**spell** 41:20
**spelling** 29:24 47:7 48:6,7 49:4
  69:16,17
**spent** 18:23 20:24
**spewing** 55:9
**spiritual** 39:22 67:17,19
**spread** 58:4
**stairs** 76:20
**start** 5:20 7:18 33:2 36:17
**started** 33:9 59:23 60:3,13
**state** 5:13 11:15 13:11 18:23
  24:5 28:10 39:3 52:19 70:7
  89:3
**stated** 53:3 75:8 79:23 90:4
**statement** 12:17 26:15 34:2 87:6
**states** 1:2 30:7
**stating** 12:17 47:19 48:16 50:9
  53:6 72:17 73:19
**status** 9:21 39:23
**steps** 41:13,15
**steroid** 83:10
**STIPULATED** 4:3,8,11,14
**STIPULATIONS** 4:2
**stone** 40:16
**stop** 51:6 72:3 84:17
**stopped** 48:12,18 49:23
**Street** 23:15 67:24 68:19
**stress** 62:3,3
**strike** 10:5 29:8
**struck** 85:13
**studies** 41:24
**stuff** 62:8
**subconscious** 43:14
**subpoena** 4:7
**subscription** 65:24 66:5
**substance** 12:6 13:4 18:11,12,16
  19:12,16 20:15
**sued** 6:19 22:7
**suit** 29:18
**Sullivan** 48:8
**summary** 10:2,3 31:16,18,19 54:2
  87:22
**summons** 70:8
**Superintendent** 1:6 7:23 91:5
**supervisor** 26:14 29:4 30:5
**supplemental** 69:23,24 71:10,18
**support** 87:22
**supporting** 87:6
**supreme** 38:21 70:5 73:19

**sure** 14:23 19:18 29:2 48:2
  64:18
**sustained** 85:25 86:20
**swear** 5:7
**sworn** 3:3 5:11 89:11 90:5
**symbol** 39:21 42:10 43:11
**symbols** 44:7
**symptoms** 33:6
**System** 28:10

---

**T**

T 29:24 30:4
**take** 6:20,23 8:2 11:3 38:8
  42:18 49:24 60:20 64:22 76:25
  78:10 80:15 84:22,24,25 87:6
**taken** 1:13 4:6 89:5 90:3
**talk** 7:17 70:18 74:10 78:22
**talked** 59:16 63:24
**talking** 30:19,24 36:8 39:10
  46:5 55:3,4
**taped** 62:9
**tax** 24:5
**teach** 35:11 45:17
**teaching** 67:17
**technology** 47:22
**tell** 21:15,17,18 22:2,3 40:14
  49:13 56:11,13 59:2 61:5
  80:18 83:15
**telling** 35:3 80:8
**temperature** 80:15
**Temple** 36:2 45:2,3,5,10,11
**ten** 13:2 28:23 31:7,13 41:15
  63:6 73:22 80:3
**tens** 41:13
**term** 19:7,22 20:3,6
**terms** 7:4 11:2,2 18:22 20:24
  23:19 39:19 86:13
**tested** 12:15
**testified** 8:4,10 18:22
**testify** 24:18 90:5
**testimony** 5:8 10:12 24:21 34:12
  82:2 86:9,12 89:5 90:3,5
  91:10
**Thank** 5:15 65:10 87:25
**theirself** 39:14
**thighs** 58:6
**thing** 39:11 83:8
**things** 19:3 40:3 42:22 44:7
  45:13 46:14 62:9
**think** 15:13 19:17,20 20:11,15

53:11 64:19 77:7
**third** 12:8 13:4 18:16,17 19:16
  61:12 65:7,8 76:22 78:8
**thirty** 26:24 27:4 29:16,17 63:6
  91:10,11
**thirty-** 82:24
**thirty-five** 13:16
**thought** 55:7
**threat** 37:17
**three** 10:5 19:24 31:14 32:11
  46:6,10,17,19,19 47:15 61:20
  61:22,23 64:11,15 65:3,9 67:9
  75:12 82:8 83:11
**threw** 72:24
**tier** 46:6 47:14
**tight** 53:4
**till** 20:7 68:3,3
**time** 4:6,16 9:11 16:6,7 17:15
  18:3,23 19:6,25 21:3,4,4
  25:12 27:25 28:2,4,6 35:5
  47:21 57:16 74:4 77:14 78:22
  85:22,25 86:6 87:12 89:5 90:4
**times** 8:9 55:10 67:9,13
**today** 5:8 10:12 11:20 24:15,18
  24:21,24 29:20 30:19,24 32:7
  34:12 38:9
**Today'sDate** 90:10
**told** 29:24 30:5 47:7 49:24,24
  49:25 50:7,10,24 51:13,14
  52:18,18 55:7 58:21 61:14,16
  61:18,21 62:22 70:9 74:17
  75:4,5,14,15 76:19 82:5 85:3
**tomorrow** 22:13
**top** 6:2 32:8,16,23 73:23 78:11
  83:8
**totally** 25:6 46:11
**touched** 55:12 56:20 58:12 59:7
  74:15
**touching** 54:11,20 75:15
**training** 23:2
**transcript** 89:6,8 91:10,11,12
**transcription** 90:6
**transfer** 7:7
**transferred** 6:16 11:23 15:20,21
**transmit** 29:23
**transmitted** 29:21
**travel** 6:17,23
**tray** 78:2,4,6
**trays** 77:15,23

**treatment** 58:16  59:4,10,13,18
  59:21  60:24  61:7  62:7,19  76:4
  85:18  86:7,19
**trial** 4:10,17  87:16
**tried** 84:23
**true** 35:11  38:22  89:6,8  90:7
**truth** 5:9,9,9  90:5,5,6
**truthful** 10:13
**truthfully** 24:18
**trying** 33:19  36:7  42:3,3  43:3,4
  43:5,5,24,25  47:11  69:20,22
  70:24,25  71:3,9,15
**turned** 60:22
**Twelfth** 40:5
**twelve** 28:24  37:18  38:3,4  77:18
**twenty** 78:21  79:8  80:9,11
**twenty-** 31:13
**Twenty-eight** 31:11,12
**twenty-five** 64:10  80:13
**twenty-four** 6:3
**twenty-one** 78:21
**Twice** 57:21
**two** 13:20  17:16  18:21  19:3,4
  24:12  28:17,21  31:11  32:11
  40:10  46:15,16,20,21,23,23
  49:5  53:20  61:12  65:5,13
  67:13  68:24  69:25  75:12  76:6
  82:8,15
**type** 6:10  15:24,24  62:8
**types** 65:16
**typewritten** 90:6

### U

**U.S.C** 31:11,12
**Uh-huh** 5:21  16:4  39:16  47:3
  69:9  80:25
**unconstitutional** 26:18
**understand** 10:11,16  28:12  31:7
  31:13  36:7  38:2,14  73:13
**understanding** 86:13
**unit** 15:18,19  16:8,10  17:5,7,15
  17:18  53:20
**United** 1:2  23:20
**universe** 35:10
**unreasonable** 54:6
**upper** 85:12
**upset** 52:4,22
**upstairs** 78:8  82:19,24
**Upstate** 15:18  17:5,6,14,17
**use** 87:7

**Utica** 70:3

### V

**v** 1:1,5  2:1  3:1  4:1  5:1  6:1  7:1
  8:1  9:1  10:1  11:1  12:1  13:1
  14:1  15:1  16:1  17:1  18:1  19:1
  20:1  21:1  22:1  23:1  24:1  25:1
  26:1  27:1  28:1  29:1  30:1  31:1
  32:1  33:1  34:1  35:1  36:1  37:1
  38:1  39:1  40:1  41:1  42:1  43:1
  44:1  45:1  46:1  47:1  48:1  49:1
  50:1  51:1  52:1  53:1  54:1  55:1
  56:1  57:1  58:1  59:1  60:1  61:1
  62:1  63:1  64:1  65:1  66:1  67:1
  68:1  69:1  70:1  71:1  72:1  73:1
  74:1  75:1  76:1  77:1  78:1  79:1
  80:1  81:1  82:1  83:1  84:1  85:1
  86:1  87:1  88:1  89:1  90:1  91:1
  91:5
**Vanacore** 48:8  53:13
**verbal** 10:25
**verified** 70:9  73:20
**versus** 7:23
**violate** 49:12  54:19
**violation** 21:7  25:10,16  72:17
**violent** 38:24

### W

**Wait** 33:15
**waiting** 52:9  75:9
**walk** 54:14
**walked** 49:17  50:8  53:15,22
  75:12
**walking** 52:3
**wall** 23:14  61:15  74:18,21  75:3
  75:8,14,16,17,17,18  76:4
**walls** 40:16  81:4
**want** 8:19  9:6  35:18  37:20  39:25
  48:14  54:5  55:9  57:3  70:17,17
  72:16,19  75:5  76:24
**wanted** 16:5,6  33:18,25  34:19
  40:14  87:7
**wasn't** 12:10  29:25  30:6  52:2
  69:22  70:12,25  71:3  72:23
**watch** 29:22
**water** 80:20,22,24  81:2,9,12
**Waugh** 48:6  52:9
**way** 6:11  28:13,18  29:3,10  43:12
  48:13,14  60:5  72:15  78:11
**we'll** 53:9

Associated Reporters Int'l., Inc.

**we're** 5:4 7:17 11:20 24:24 30:19,23
**wear** 68:9
**wearing** 33:2,10 79:9
**weather** 80:17,18,19
**weave** 32:22
**Webbe** 48:7 63:22
**week** 50:8 67:9
**weeks** 17:16 69:25 84:18 86:17
**weird** 56:16
**Wenlen** 48:7
**went** 17:6 26:12 28:18 30:14 53:12 56:21 59:12 62:15 77:2 77:3
**weren't** 33:15 35:4 46:20
**West** 75:24,25 76:20
**Williamson** 48:8 52:8 54:22
**window** 78:6
**windows** 79:7
**wing** 75:24,25 76:20
**wisdom** 38:22
**wise** 81:20
**witness** 4:11,15 5:14,19,22 6:2 6:6,9,18,25 7:11,15 77:8 87:8 87:17
**witness(es)** 90:5
**witnesses** 87:15,20
**word** 52:22 91:16,17,18,19,20,21 91:22
**work** 23:20 50:22 51:9
**worked** 34:8
**world** 39:20
**worry** 75:16
**worst** 39:2
**wouldn't** 51:6 60:25 73:15,17,18 73:20,21,21,23,25
**write** 14:23 50:9,11 53:14,16,19 53:23 72:4 82:9
**written** 48:3 49:7 87:21
**wrong** 36:7 51:25 83:13,16 85:4
**wrote** 12:17 17:10 40:4 50:25 52:5,19 53:20 58:17 82:10

| X |
|---|

**X** 3:2 89:9,12
**XXX-XX-8941** 11:14

| Y |
|---|

**yeah** 5:22 6:18,22,25,25,25 7:2 9:9 11:9 16:16,18 19:4,20

24:8,10 25:4 27:17 28:20 32:20 37:7 40:18 42:21,24 44:16 48:24 57:10 59:23,24 60:16 61:5 62:4,4,5,12,12,12 63:20,20 65:12 66:18,18 68:13 70:17,23 73:21 75:22 77:24 79:14,16 80:10,13,23 82:20 83:23 85:9,15 87:9
**year** 12:21 13:11,24 14:13 44:14 55:18 63:4 84:4 85:16
**years** 13:2,20 18:7 19:24 23:22 24:7,12 35:23 67:25
**yoga** 40:11 63:24 64:3,4 65:4,5 65:14,22 66:6,22,25 67:5,10 67:14,18 68:9
**York** 1:2,12 2:8 8:21 11:15 18:23 20:11 22:14 23:16 28:10 39:3 91:14
**you're** 5:8

| Z |
|---|

**Zecharia** 40:4
**zero** 47:5,5,5

| 0 |
|---|

| 1 |
|---|

**1** 90:4,6
**1:00** 77:5
**1:01** 77:11
**1:10** 87:2
**1:11** 87:3
**1:12** 88:2
**11:40** 5:2
**137** 68:16
**137th** 67:23 68:19
**14** 9:11
**15-C.V.-0390** 7:24
**15-CV-0390** 1:5 91:5
**15th** 16:14
**1982** 11:12

| 2 |
|---|

**20** 52:14
**2000** 18:24 19:2 20:3,7 23:23 24:10 57:21
**2001** 20:7 24:10
**2005** 18:25 19:2,8,22,23 20:2,20 20:22
**2006** 23:7

```
2007 45:23                          9-6-2017 1:1  2:1  3:1  4:1  5:1
2008 19:23  23:24                     6:1  7:1  8:1  9:1  10:1  11:1
2009 23:24  68:3                     12:1  13:1  14:1  15:1  16:1  17:1
2010 18:8  19:7                      18:1  19:1  20:1  21:1  22:1  23:1
2011 12:22  18:8  23:10,11,12        24:1  25:1  26:1  27:1  28:1  29:1
  24:8,9,10  85:17                   30:1  31:1  32:1  33:1  34:1  35:1
2012 12:22  13:12  14:3,16,18,24     36:1  37:1  38:1  39:1  40:1  41:1
  15:4                               42:1  43:1  44:1  45:1  46:1  47:1
2013 9:11  33:3,4,9,15  34:8         48:1  49:1  50:1  51:1  52:1  53:1
  35:20,21  36:18,19,21  38:10       54:1  55:1  56:1  57:1  58:1  59:1
  42:4,8                             60:1  61:1  62:1  63:1  64:1  65:1
2014 14:4,10,20,21,24,24  15:4,7     66:1  67:1  68:1  69:1  70:1  71:1
  26:6  28:16,23  72:12  84:5        72:1  73:1  74:1  75:1  76:1  77:1
2015 14:11,12,21  15:7,13,14         78:1  79:1  80:1  81:1  82:1  83:1
  16:13,13,17,19  48:15,15  55:19    84:1  85:1  86:1  87:1  88:1  89:1
  57:20,21,22  58:12  59:8,18        90:1  91:1,6
  61:4,5,8  63:6  64:25  66:16     9th 26:6  48:14
  72:11,12  74:23  76:16  89:11
2016 18:2  44:14,16,16
2017 1:11
2023 24:3
20th 52:14  55:17
22nd 77:3
26 11:12  84:3
27 63:6
27th 58:24  61:14,23  74:17,19

────────────── 3 ──────────────
30 91:10,11
3rd 23:12  25:6

────────────── 4 ──────────────

────────────── 5 ──────────────
523-7887 91:3
59 68:18,18
5th 52:11,13  67:24  68:18

────────────── 6 ──────────────
6 1:11
6th 49:17

────────────── 7 ──────────────
7 3:3
7th 26:5

────────────── 8 ──────────────
800 91:3

────────────── 9 ──────────────
```