# CERTIFICATION

I, Rachael Seguin, being employed by the New York State Department of Corrections and Community Supervision (DOCCS) in the position of Assistant Director, Inmate Grievance Program, have reviewed the attached documents and hereby state and certify pursuant to New York CPLR 2307, 4518(c) and 4540, and FRE Rule 902, that they are the complete, true and exact copy of lists showing any grievances appealed to the Central Office Review Committee (CORC) by inmate Javell Fox, DIN #12-B-1626, as of August 15, 2017. The attached records are maintained in the regular course of business of DOCCS and, with regard to the attached records that were created by employees of DOCCS, I certify that those records were made in the regular course of business of DOCCS; that it was in the regular course of business of DOCCS to make them at the time of the condition, act, transaction, occurrence or event documented in such records, or within a reasonable time thereafter; and that the employees who created the records had a duty to truthfully record such condition, act, transaction, occurrence or event.

Witness my hand and seal on this \_\_\_16th\_\_\_ day of \_\_August\_\_, 20 17.

_____Rachael Seg_____
Rachael Seguin

Sworn to before me this
16th day of August 2017.

\_\_\_\_\_Theresa Boulanger\_\_\_\_\_
Notary Public

[apply seal]

> THERESA BOULANGER
> Notary Public, State of New York
> Registration #01BO6289895
> Qualified In Orange County
> Commission Expires Oct. 7, 2017

Department of Corrections and Community Supervision                          Lindsey B. Chiboucas ▾ | ⚙ | ?

 Inmate Grievance | Group Acknowledge | Committee Meeting | Index of Opinions | Help | Project Summary | Search

## Closed Cases

| ☐ Case Number | Grievant Last Name | Grievant DIN Number | Case Code | Title | Date Filed | Schd Date | Received Date |
|---|---|---|---|---|---|---|---|
| Count= 2 | | | | | | | |
| ECF-26147-14 | FOX | 12B1626 | 49 - Staff Conduct | Harassment/Retaliation | 12/10/2014 | 4/29/2015 | 2/12/2015 |
| ECF-26217-15 | FOX | 12B1626 | 49 - Staff Conduct | Retaliation/Sexual Harassment | 2/23/2015 | 7/8/2015 | 6/4/2015 |

✚ Add new item

Department of Corrections and Community Supervision                                   Lindsey B. Chiboucas ▾ | ✱ | ?

NEW YORK STATE | Inmate Grievance | Group Acknowledge | Committee Meeting | Index of Opinions | Help | Project Summary | Search

## Active Cases

| ☐ Case Number | Grievant Last Name | Grievant DIN Number | Case Code | Title | Date Filed | Received Date | Schd Date |
|---|---|---|---|---|---|---|---|
| Count= 2 | | | | | | | |
| A-67133-16 | FOX | 12B1626 | 25 - Search and Seizure/Frisks/Contraband | Disagrees With Frisk | 8/19/2016 | 11/21/2016 | 7/5/2017 |
| A-67216-16 | FOX | 12B1626 | 16 - Religion | Denied Meal For Religious Festival | 9/8/2016 | 11/21/2016 | 8/16/2017 |

✥ Add new item