26217-15

**Mauro, Thomas A (DOCCS)**

| | |
|---|---|
| From: | Mauro, Thomas A (DOCCS) |
| Sent: | Wednesday, March 25, 2015 1:40 PM |
| To: | Russo, Anthony C (DOCCS) |
| Subject: | 26217-15, Fox, 12b1626 |

Sir,

Please be advised that I have not received a complete investigation for this grievance. It was sent to LT. Madison on 2/24/15. What I do have in my possession is a response memo fro SGT C. to you dated 2/3/15 in response to a complaint from the I/M. I am missing an investigation following the receipt of the "grievance complaint" and a memo from CO Cruz. This memo was provided to me in response to a complaint that was to be consolidated in the same. Again, the red folder with a complete investigation was not received by me. If you need a copy let me know! This complaint was also forwarded to you to be logged in PREA book.

Thanks, Tom

## Thomas A. Mauro
Inmate Grievance Program Supervisor

Department of Corrections and Community Supervision
Eastern New York Correctional Facility
30 Institution Road
PO Box 338
Napanoch, NY 12458-0338
(845) 647-7400 ext 4700/4705  Thomas.Mauro@doccs.ny.gov

www.doccs.ny.gov

0692

J.Avell FOX R81626  WEST WING 22-y
2/12/15

(44)
Alleges Retaliation
sexual Harrassment
& Unprofessional
Behavior

GRIEVANCE Nº 26217-15

EASTERN CORRECTIONAL FACILITY

Employee MANUEL §3 (3.4 FAISIFication
OF RECORDS

on January 30 2015 I was written a
Misbehavior report by officer Kozak, officer
Kozak wrote the Misbehavior report in
Retaliation of me using the Grievance process
against his peers on in Paticulars officer Cruz.
On February 12,2015 I was found not
guilty of the Misbehavior report. officer
Kozak is Malicious. And a criminal.

Javell Zo

Action Requested

OFFICER KOZAK NEEDS TO DE
ARRESTED, AND I NEED TO & MOVED
From WEST WING,

JAVELL FOX  RB16Z4     WEST WING 22-4
DATE February 12,2015

Grievance No. 262715

EASTERN CORRECTIONAL FACILITY

On January 26,2015 I was moved
to WEST WING. I dont know why.
Since I've been on west wing I've
been Harassed and sexually Harassed.
I was moved to WEST WING (the only
reason I could think of) as punishment,
a officer that control the block is
a officer that I've written 2 prior
grievances on, who would move me to a
block with a officer that I've written
2 prior grievances on and it had to be an
investigation because of it.

Javell F

Action Requested
To Be moved from WEST WING

Javell Fox  12131624   West Wing 22-4
February 12, 2015

Grievance No 36217-15

EASTERN CORRECTIONAL FACILITY

On January 26, 2015 officer Cruz told
me to get the fuck in my cell, he
DRAGGED my Blanket on the Dirty Floor.
On January 27, 2015 I had a call out,
he frisked me in A sexual way, but
aggressive, he Rubbed up my testicles
and pulled my Legs. The he Read my
legal Mail. This officer is insane.

Javell Fo

Action Requested

For officer Cruz to be ARRESTED
AND FIRED AND For me To be MOVED FROM
WEST WING.

000143

0543

JAVELL FOX  12B1626   West Wing 22-4   2B17-15

2-12-15

Grievance No

# EASTERN CORRECTIONAL FACILITY

officer cruz on the Above date conduc-
ted a pat frisk supposedly for safety and
security before I entered the room for
a Hearing, officer cruz Had me stand
in a wet spot and told me to spread
my legs he made me step back then he
began to pull the back of my pants down.
he stepped in between my legs and leaned
against my Buttocks, then he patted up my
legs rubbing my thigh and groping my penis
and testicles then he stated "he forgot my
pussy hurt. officer cruz smelled like Alchohol.
he was Drunk. these are violations of employee
manuel section 2.12, 2.18 conduct and activi-
ties of employees, this is sick behavior and i'm
not gonna tolerate it no more. I don't feel safe.
he also was kicking my feet.   Javell F∞

Action requested

I request that officer cruz be Arrested, he's
constantly staring in my assigned cell at times
when there is no reason to, these are Homo-
sexual activitys and I've seen violated,
I request to be moved from west wing or this whole

000144  see mental Health.

0544

Javell Fox  12B1626    west wing  22-4    269775
Febavary  12- 2015

On  12-10-15  officer Rodriguez
told me I'm  looking Foxy, this is
A Homoseaver comment, And I'm furious.
At his Advances.

Janell F.

Action Requested.

To Be Removed From west wing
And officer Rodriguez Arrested
And Fired.

000145

0545

2/27/15

Javell Fox 12B1626     west wing 22-4

2-12-15

Grievance No

EASTERN CORRECTIONAL FACILITY

SGT Cerciari fails To Do investigation.
he tells me if this was 1998 he would
Drag me out of the cell and whatever
happens, happens. he allows officers to
do whatever they want and he covers
up for them. and he trys to intimidate
me to stop me from using the grievance
system.

Javell Jr

Action Requested

Sgt Cericiari should be Demoted, I request
to be moved from west wing where
he supervises, and to never have him in-
vestigate none of my claims

000146                                          0546

Javell FOX   12B1626   WW 22-04        26217-15

February 24, 2014                     Consolidate

                      Grievance No,

EASTERN CORRECTIONAL FACILITY

Employees MANUEL § 2
CONDUCT AND ACTIVITIES OF EMPLOYEES

2.2  Lawful comportment

      Dated te February 12, 2015  in a
a complaint stating  2.18 sexual abuse
I made superintendant aware that
I was sexually violated by officer
cruz pulling the back of my pants
down, rubbing against my Buttocks, and
rubbing my thighs and groping my
penis and testicles I requested to be
moved from west wing where officer
cruz is the escort officer, However
I've been left around the officer that
violated my MANHOOD and who comes to
work Drunk, not in an alert state
of mind. why I'm I being left in west
wing around this officer who violates
me  I request to be moved immediately

                       000147

26217-15

Janell Jr

Action Requested

To Be MOVED FROM VEST WING
Away from Officer Cruz or placed
in Protective custody under officer
Cruz.

# EASTERN CORRECTIONAL FACILITY

## IGRC OFFICE ACKNOWLEDGEMENT RECEIPT

TO: _FOX_     DIN: _12B1626_     CELL: _22-4_

This notice is to inform you that your grievance(s) dated _2/12_

was/were filed on_____

Log # ECF- _26217-15_          FEB 2 3 REC'D

CODE: _49_

TITLE: _Alleges Retaliation, Sexual Harassment_

*Your log number, DIN, and cell location must be included on any inquiries made concerning your grievance.*

Upon completion of an investigation and if not resolved you will be scheduled for an IGRC hearing within 16 calendar days of the filing date. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC can hold a hearing in absentia. If 3 scheduled hearings are missed due to legitimate reasons the IGRC can hold the hearing in absentia. When a grievant is keep locked over thirty (30) days a hearing can be held in absentia.

If your grievance is numbered as part of a consolidate issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Grievances coded 25.1, 25.2 or 49 are passed directly through to the Superintendent for action. An investigation will be conducted and the Superintendent should respond within 25 days of the filing date. No IGRC hearing will be held.

If a response is considered untimely then the IGRC Office may contact you to ask for an extension or you can request in writing that it be appealed to the next level.

_____

_____

_____

IGRC Clerk _____ IGP Supervisor_____ IGRC Sergeant_____

EA004 (09/14)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**EASTERN NEW YORK CORRECTIONAL FACILITY**
NAPANOCH, NEW YORK  12458

*LT- to Conduct investigation (Allegation against Sgt- Corciani -) Thanks, Tom*

TO:  *LT. MADISON*

FROM:  **THOMAS A. MAURO, I.G.P. SUPERVISOR**

DATE:  *2/24/15*

SUBJECT:  **GRIEVANCE COMPLAINT ECF #:** *26217-15*

The attached grievance complaint concerns your department. Please investigate and report your findings on the attached IGRC Investigation Form.  Directive 4040 mandates that a hearing is to be held within sixteen (16) calendar days from the file date.

Make sure your signature, title, and date of investigation are included in your response.

Your investigation is due back in IGRC by: _____ *3/3/15* _____ COB.

Attachment   *FOR, RB1626*

cc: File

0550

26217-15

Mauro, Thomas A (DOCCS)

From:             Mauro, Thomas A (DOCCS)
Sent:             Wednesday, March 25, 2015 1:40 PM
To:               Russo, Anthony C (DOCCS)
Subject:          26217-15, Fox, 12b1626

Sir,

Please be advised that I have not received a complete investigation for this grievance. It was sent to
LT. Madison on 2/24/15. What I do have in my possession is a response memo fro SGT C. to you
dated 2/3/15 in response to a complaint from the I/M. I am missing an investigation following the
receipt of the "grievance complaint" and a memo from CO Cruz. This memo was provided to me in
response to a complaint that was to be consolidated in the same. Again, the red folder with a
complete investigation was not received by me. If you need a copy let me know! This complaint was
also forwarded to you to be logged in PREA book.

Thanks, Tom

## Thomas A. Mauro
Inmate Grievance Program Supervisor

**Department of Corrections and Community Supervision**
Eastern New York Correctional Facility
30 Institution Road
PO Box 338
Napanoch, NY 12458-0338
(845) 647-7400 ext 4700/4705   Thomas.Mauro@doccs.ny.gov

www.doccs.ny.gov

0551



26262-15

STATE OF NEW YORK
## DEPARTMENT OF CORRECTIONS
## AND COMMUNITY SUPERVISION

### EASTERN NEW YORK CORRECTIONAL FACILITY

**ANTHONY J. ANNUCCI**
**ACTING COMMISSIONER**

PO BOX 338
30 INSTITUTION ROAD
NAPANOCH, NEW YORK 12458
(845) 647-7400

**WILLIAM A. LEE**
**SUPERINTENDENT**

TO:     A. Russo, DSS.

From:  A. Ciorciari, Sgt.

RE:    Fox-12B1626 complaint

Date:   2/3/15

Sir,

In the above mentioned inmates complaint, inmate Fox-12B1626 alleges that Officer S. Cruz has been harassing him by using insolent language and by dragging his property on the dirty floor. He also alleges that Officer S. Cruz had him stretch his legs out too far and lean forward during a pat frisk in which this inmate stated Officer Cruz rubbed his hands roughly across his penis and testicles. This inmate had also made allegations of not being afforded opportunities to take keeplock showers.

I interviewed this inmate on 2/3/15 at approximately 10:30am at his cell 21-29. He stands by this complaint as factual, offering no evidence, witnesses, or any further information to support his allegations.

I spoke with Officer S. Cruz who stated to me that he never dragged this inmates property on any floor. He also stated to me that he never harassed this inmate by using abusive or insolent language while dealing with him. Officer Cruz did infact conduct a pat frisk on this inmate upon entering his call out. Officer Cruz did state that he ordered the inmate to put his hands on the wall on step back so he could perform a pat frisk. He added that at no time did he have to inmate step back too far. He also stated at no time did he ever rub his hands roughly over inmate Fox's penis or testicles. The pat frisk was done in accordance with directive 4910, page 3, section B. Officer Cruz told me at no time denied this inmate a chance to take a shower.

Prior to inmate Fox's transfer from South Hall to West Wing, Officer Rziemiencki offered this inmate a keeplock shower at approximately 10:30am. Inmate Fox refused the shower and it was logged in the block log book.

Based on my investigation, information retrieved from the log book, and staff memorandums, I find no evidence to substantiate the allegations fabricated by this inmate. Inmate Fox attempted to manipulate staff by refusing a shower in South Hall and file a complaint that he was denied a shower in West Wing. Officer Cruz conducted himself in a professional manner at all times while dealing with this inmate. Lastly, I find this complaint to be baseless and without any merit.

Respectfully submitted,

Sgt. A. Ciorciari

## EASTERN NEW YORK CORRECTIONAL FACILITY
## NAPANOCH, NEW YORK 12458
## INTERDEPARTMENTAL COMMUNICATION

DATE: 2/23/15

TO:      W. LEE, Superintendent

FROM:    T. MAURO, Inmate Grievance Supervisor

SUBJ.:   PERSONAL CONDUCT – ECF# 26217-15

    Per Directive #4040, please review the attached grievance that is being forwarded to your office for Code determination.

_____: Not considered Code 49, process as a regular grievance

_X_: Process as Code 49, Staff Conduct

*A Copy to DSS —*

Superintendent _WMath_

Dated _2/23/15_

*Copy to DSS for PREA Log Frisk Complaint*

000153

0553

## Eastern NY Correctional Facility
## CASE HISTORY AND RECORD

**GRIEVANCE:** ECF #26217-15

**NAME:** Fox, Javell

**DIN:** 12B1626

**TITLE:** Alleges Retaliation/Sexual Harassment

**INSTITUTIONAL/DEPARTMENTAL CODE:** I-49

**DATE FILED:** 2/23/15

**IGRC HEARING DATE:** None

**SUPERINTENDENT DATE:** 4/21/15

**APPEAL DATE:** 4/22/15

**INVESTIGATION**

    **IGRC INVESTIGATION DATE:** _____

    **FACILITY POLICY #** _____

    **SUPERVISIOR DATE:** _____

    **EMPLOYEE DATE:** _____

    **PRIOR CORC:** _____

    **OTHER:** _____

_____
**Mr. Mauro, IGP Supervisor**

0317

## EASTERN NEW YORK CORRECTIONAL FACILITY
## CASE HISTORY

**NAME:** Fox, Javell, Din# 12B1626 (2)       **CODE:** I-49
**ECF:** #26217-15                          **REFERANCE:**
**TITLE:** Alleges    Retaliation/Sexual    **SUPT.:** W. Lee
Harassment

**GRIEVANCE:** [February 12 & 24, 2015] Grievant files multiple complaints regarding his interaction with staff and suggests that he is being targeted because he has filed grievances in the past. In one complaint which allegedly took place on 12/10/15 he claims that C.O. Rodriguez "told [him he's] looking sexy" and felt it was sexual harassment. In another complaint which does not indicate when the incident allegedly occurred, he claims that Sgt. Cerciari intimidated and threatened him when he was suppose to be investigating his complaint. On another complaint which allegedly happened on 1/26/15 and 1/27/15 he claims that C.O. Cruz used profane language towards him. On1/27/15 the C.O. Cruz sexually assaulted him during a pat frisk and read his legal mail. Grievant also accuses C.O. Kozak of falsifying a misbehavior report on 1/30/15 in retaliation for the grievance he filed against C.O. Cruz. Grievant claims he is afraid for his life, and that C.O. Cruz was drunk on alcohol when the incident occurred.

**ACTION REQUESTED:**
    1) Grievant wants employees arrested for violating the law;
    2) he wants to be moved from West Wing where C.O. Cruz is stationed;
    3) he wants protective custody because he fears for his life;
    4) he wants to see a mental health professional;
    5) he wants the Sgt. to be demoted.

**INVESTIGATION:** The investigation included an interview with the grievant and identified staff: staff denies all claims made against them.

**RESPONSE OF IGRC:** None.

**SUPERINTENDENTS RESPONSE:** [April 21, 2015] Grievance is Denied. The superintendent rejects all of the grievant's claims and accepts the denials of his staff.

**APPEAL TO CORC:** [April 22, 2015] Grievant asserts his claims and adds that the superintendent is "covering up for officer."

  **APPEAL CLERK**

## EASTERN NEW YORK CORRECTIONAL FACILITY
## NAPANOCH, NEW YORK 12458
## INTERDEPARTMENTAL COMMUNICATION

**DATE: 2/23/15**

**TO:**   W. LEE, Superintendent

**FROM:**   T. MAURO, Inmate Grievance Supervisor

**SUBJ.:**   PERSONAL CONDUCT – <u>ECF# 26217-15</u>

Per Directive #4040, please review the attached grievance that is being forwarded to your office for Code determination.

_____: Not considered Code 49, process as a regular grievance

__X__: Process as Code 49, Staff Conduct

⚡ C•PY to DSS —

Superintendent _____

Dated _____2/23/15_____

000156                                                                         0319

JAvell FOX  RB1626  WEST WING 22-4
2/12/15

(49)

Alleges Retaliation
Sexual Harrassment
& Unprofessional
Behavior

GRIEVANCE No  26217-15

EASTERN CORRECTIONAL FACILITY

Employee MANUEL §3(3.4 FAISIFICATION
                          OF RECORDS


     On January 30 2015 Ia was written a
Misbehavior report by officer kozak. officer
kozak wrote the Misbehavior Report in
Retaliation of me using  the Grievance process
against his peers on in paticular officer Cruz.
     On February 12, 2015 I was found not
guilty of the Misbehavior report. officer
kozak is MALICIOUS, And a Criminal.

                              Javell Zo


Action Requested
     OFFICER KOZAK NEEDS TO BE
ARRESTED, AND I NEED TO BE MOVED
FROM WEST WING,

JAVELL FOX   RB1624    WEST WING 22-4
DATE February 12, 2015

Grievance NO. 762175

EASTERN CORRECTIONAL FACILITY

On January 26, 2015 I was moved
to WEST WING. I DON'T know why.
Since I've been on west wing I've
been Harassed and sexually Harassed.
I was moved to WEST WING (the only
reason I could think of) as punishment,
a officer that control the block is
a officer that I've written 2 prior
grievances on, who would move me to a
block with a officer that I've written
2 prior grievances on and it had to be an
investigation because of it.

Javell F[.]

Action Requested

To Be moved from WEST WING

Javell Fox 12B1626   west wing 22-4      2647-15
Febavary 12-2015


On  12-10-15 officer Rodriguez
told me I'm looking Foxy, this is
A Homoseaual Comment, And I'm Furious
At his Advances.

Javell F

Action Requested.

To Be Removed from west wing
And officer Rodriguer Arrested
AND FIRED

2|21|15

Javell Fox  12B1626  west wing 22-4

2-12-15

EASTERN CORRECTIONAL FACILITY

Grievance No

SGT Cerciari fails to do investigation.
he tells me if this was 1998 he would
Drag me out of the cell and whatever
happens, happens. he allows officers to
do whatever they want and he covers
up for them. and he trys to intimidate
me to stop me from using the grievance
system.

Javell Fox

Action Requested

sgt Cericiari should be Demoted, I request
to be moved from west wing where
he supervises, and to never have him in-
vestigate none of my claims

000160

0323

JAVELL FOX  12B1626   West wing 22-4   2B217-15
2-12-15

Grievance No

EASTERN CORRECTIONAL FACILITY

OFFicer cruz on the Above date conduc-
ted a pat frisk supposedly for safety and
security before I entered the room for
a Hearing. officer cruz Had me stand
in a wet spot and told me to spread
my legs he made me step back then he
began to pull the back of my pants down.
he stepped in between my legs and leaned
against my Buttocks, then he patted up my
legs rubbing My thigh and groping my penis
and testicles then he stated "he forgot my
pussy hurt. officer Cruz smelled like Alchohol.
he was Drunk. these are violations of employee
manuel section 2.12, 2.18 conduct and activi-
ties of employees; this is sick behavior and i'm
not gonna tolerate it no more. I don't feel safe.
he also was kicking my feet.         Javell I₤

Action requested
I request that officer cruz be Arrested, he's
constantly staring in my assigned cell at times
when there is no reason to, these are homo-
sexual activitys and I've seen violated,
... or to be moved from west wing or this WHole

000161                                    0324

Javell Fox 12B1624    west wing 22-4
february 12, 2015

Grievance No 367115

EASTERN CORRECTIONAL FACILITY

On January 26, 2015 officer cruz told
me to get the fuck in my cell, he
DRAGGED my Blanket on the DIrty floor.
On January 27, 2015 I had a call out,
he frisked me in A sexual way, but
aggressive, he Rubbed up my testicles
and pulled my Legs. the he Read my
legal Mail. this officer Is insane.

Javell Fox

Action Requested

for OFFicer cruz to be ARRESTED
AND FIRED AND For me To be MOVED FROM
WEST WING,

Javell FOX   12B1626   WW 22-04

26217-15

February 24, 2014

Consolidate

Grievance NO,

EASTERN CORRECTIONAL FACILITY

EMPLOYEES MANUEL § 2
CONDUCT AND ACTIVITIES OF EMPLOYEES

2.2   Lawful comportment

        Dated ꝉe February 12, 2015  in a
a complaint stating  2.18 sexual abuse
I made superintendant aware that
I was sexually Violated by officer
cruz pulling the back of my pants
down, rubbing against my Buttocks, and
rubbing my thighs and Groping my
penis and testicles. I requested to be
moved from west wing where officer
cruz is the escort officer, However
I've been left around the officer that
violated my MANHOOD and who comes to
work Drunk, not in an alert state
of mind. why I'm I being left in west
wing around this officer who violates
_____ to be moved immiediely

090163

0326

26217-15

Janell Jr

Action Requested

TO BE MOVED FROM VEST WING
Away from OFFICER CRUZ or placed
In Protective custody under OFFICER
CRUZ,

0327

| GRIEVANT FOX, JAVELL | DIN # 12B1626 | HOUSING UNIT B3-29-001 |
|---|---|---|
| **NEW YORK STATE** Corrections and Community Supervision | GRIEVANCE NO. 26217-15 | DATE FILED 2/23/15 |
| | FACILITY Eastern Correctional Facility | POLICY DESIGNATION I |
| **INMATE GRIEVANCE PROGRAM** | TITLE OF GRIEVANCE Alleges Retaliation/Sexual Harassment | CLASS CODE 49 |
| SUPERINTENDENT  WILLIAM A. LEE | SUPERINTENDENT'S SIGNATURE | DATE 4/21/15 |

Grievant alleges retaliation and sexual harassment.

The investigation included an interview with the grievant and identified staff.  During the interview grievant provided no evidence or witnesses to corroborate his grievance.  Staff recollected pat frisking the grievant in accordance with DIR # 4910 but denied the allegations of unprofessional behavior. The grievant was again reminded to come into compliance regarding his hairstyle. Based on this information there is no evidence to substantiate this grievance.

***Grievance is denied.

WL: AR/ tm

---

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign and date below and return this copy your Inmate Grievance Clerk to the IGRC Office.  You have seven (7) calendar days from receipt of this notice to file your appeal.*  Please state why you are appealing this decision to C.O.R.C..

correction staff Had no reason to frisk me first
of all, because I get frisked before the Hearing
start in the Hearing officer correction staff have
many or numerous complaint of Harassment and probably
sexual Harassment. sexual Harassment touch of my penis and testicles
is not proper superintendant is covering up for officer.

GRIEVANT'S SIGNATURE  Javell Fox  4/22/15  DATE

GRIEVANCE CLERK'S SIGNATURE  DATE 4-24-15

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g).

26217-15

**Mauro, Thomas A (DOCCS)**

| | |
|---|---|
| From: | Mauro, Thomas A (DOCCS) |
| Sent: | Wednesday, March 25, 2015 1:40 PM |
| To: | Russo, Anthony C (DOCCS) |
| Subject: | 26217-15, Fox, 12b1626 |

Sir,

Please be advised that I have not received a complete investigation for this grievance. It was sent to LT. Madison on 2/24/15. What I do have in my possession is a response memo fro SGT C. to you dated 2/3/15 in response to a complaint from the I/M. I am missing an investigation following the receipt of the "grievance complaint" and a memo from CO Cruz. This memo was provided to me in response to a complaint that was to be consolidated in the same. Again, the red folder with a complete investigation was not received by me. If you need a copy let me know! This complaint was also forwarded to you to be logged in PREA book.

Thanks, Tom

# Thomas A. Mauro
Inmate Grievance Program Supervisor

**Department of Corrections and Community Supervision**
Eastern New York Correctional Facility
30 Institution Road
PO Box 338
Napanoch, NY 12458-0338
(845) 647-7400 ext 4700/4705  Thomas.Mauro@doccs.ny.gov

www.doccs.ny.gov

0329



76J02-15

STATE OF NEW YORK

**DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION**

**EASTERN NEW YORK CORRECTIONAL FACILITY**

**ANTHONY J. ANNUCCI**
ACTING COMMISSIONER

PO BOX 338
30 INSTITUTION ROAD
NAPANOCH, NEW YORK 12458
(845) 647-7400

**WILLIAM A. LEE**
SUPERINTENDENT

TO:    A. Russo, DSS.

From:  A. Ciorciari, Sgt.

RE:    Fox-12B1626 complaint

Date:  2/3/15

Sir,

    In the above mentioned inmates complaint, inmate Fox-12B1626 alleges that Officer S. Cruz has been harassing him by using insolent language and by dragging his property on the dirty floor.  He also alleges that Officer S. Cruz had him stretch his legs out too far and lean forward during a pat frisk in which this inmate stated Officer Cruz rubbed his hands roughly across his penis and testicles.  This inmate had also made allegations of not being afforded opportunities to take keeplock showers.

    I interviewed this inmate on 2/3/15 at approximately 10:30am at his cell 21-29.  He stands by this complaint as factual, offering no evidence, witnesses, or any further information to support his allegations.

    I spoke with Officer S. Cruz who stated to me that he never dragged this inmates property on any floor.  He also stated to me that he never harassed this inmate by using abusive or insolent language while dealing with him.  Officer Cruz did infact conduct a pat frisk on this inmate upon entering his call out.  Officer Cruz did state that he ordered the inmate to put his hands on the wall on step back so he could perform a pat frisk.  He added that at no time did he have to inmate step back too far.  He also stated at no time did he ever rub his hands roughly over inmate Fox's penis or testicles.  The pat frisk was done in accordance with directive 4910, page 3, section B.  Officer Cruz told me he at no time denied this inmate a chance to take a shower.

    Prior to inmate Fox's transfer from South Hall to West Wing, Officer Rziemiencki offered this inmate a keeplock shower at approximately 10:30am.  Inmate Fox refused the shower and it was logged in the block log book.

    Based on my investigation, information retrieved from the log book, and staff memorandums, I find no evidence to substantiate the allegations fabricated by this inmate.  Inmate Fox attempted to manipulate staff by refusing a shower in South Hall and file a complaint that he was denied a shower in West Wing.  Officer Cruz conducted himself in a professional manner at all times while dealing with this inmate.  Lastly, I find this complaint to be baseless and without any merit.

Respectfully submitted,

Sgt. A. Ciorciari



**NEW YORK STATE**

# Corrections and
# Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

To:        Supt. W. Lee

From:     Lt. E. Madison

Subject:  Grievance # 26217-15 submitted by inmate Fox, J 12B1626

Sir:

I have interviewed inmate Fox in regard to his complaints filed on various Officers and Sergeant Ciorciari. Inmate Fox stated to me that he had no witnesses for me to interview and had no further statements to provide. During my interview and questions in regard to said complaints inmate Fox was uncooperative and refused to answer any questions.

I have also interviewed Sergeant Ciorciari and the following Officers obtaining responses from each that inmate Fox has submitted complaints against; W. Kozack, S. Cruz, M. Rodriguez as well as a response from Sergeant P. Barg.

I find no merit in the submitted grievance by inmate Fox, he was unable to support any claim against staff. His failure to cooperate with the investigation into his submitted complaints further supports my findings. Furthermore inmate Fox's failure to comply with staff direction on a continuous basis further substantiates my reasons for finding no merit in this complaint. His attempt to utilize the grievance system for his failure to follow staff direction is evident based upon the amount misbehaviors reports he has received recently.

Respectfully submitted

Lt. E. Madison



**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

To:      Lt. C. Haugen

From:    Sgt. A. Ciorciari

Subject: Fox-12B1626 complaint

Date:    2/20/15

Sir,

     On 2/12/15, I did in fact interview this above named inmate in regards to one of his previous complaints. During that interview, I asked the inmate several questions in regards to his complaint. I never at any time stated that back in 1998 he would have been dragged out of his cell and whatever happened, happened. I conducted myself in professional manner throughout the interview with this inmate.

                                                          Respectfully Submitted,

                                                           Sgt. A. Ciorciari

# NEW YORK STATE | Corrections and Community Supervision

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

To: Lieutenant Madison

From: Correction Officer W. Kozack

Subject: Inmate Fox  Din# 1281626

Date: 3/13/15

---

On January 30th, 2015, I, CO Kozack
wrote a misbehavior report on Inmate Fox
Din# 12B1626 because he was excerising with
his cane in the West Wing Keeplock
yard. According to the medical restriction
report written by Dr. Andola, Inmate
Fox was issued a cane because he had
a bad back and was not allowed because
medical restriction stated "no excerising
allowed." I, CO Kozack, am not aware
of any prior grievances made toward
other West Wing officers.

Respectfully submitted,
Correction Officer W. Kozack
Correction Officer W. Kozack



**NEW YORK STATE** | **Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## M E M O R A N D U M

**To:** Sgt. Barg

**From:** C.O. S. Cruz

**Subject:** Inmate Fox 12B1626 Grievance #26217-15

**Date:** 03/16/15

---

On 2/12/15 I, Officer S. Cruz, escorted Inmate Fox 12B1626 to West Wing court. To maintain safety all keep lock Inmates are pat frisked before being escorted out of the block. I did not grope, rub or pat frisk Inmate Fox in a sexual manner. The pat frisk was conducted in compliance with Directive #4910. I did not kick Inmate Fox's feet, pull down his pants or try to provoke him in any manner. At no time did I make inappropriate comments to Inmate Fox. While on duty at Eastern Correctional Facility I conduct myself in a professional manner at all times.

Respectfully Submitted,

S. Cruz

# STATE OF NEW YORK
## DEPARTMENT OF CORRECTIONAL SERVICES
## EASTERN CORRECTIONAL FACILITY

TO       :   SGT. BARG

FROM     :   C/O M. RODRIGUEZ

SUBJECT  :   INMATE FOX 12B1626 (22-4)

DATE     :   3/16/15

I Officer M. Rodriguez was not working in West Wing on 12/10/15. At no time I made any comments or advances toward inmate Fox 12B1626.

Respectfully
Submitted,

M. Rodriguez

 **Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## MEMORANDUM

**To:** Sgt. Barg

**From:** C.O. S. Cruz

**Subject:** Inmate Fox 12B1626 Grievance #26217-15

**Date:** 03/16/15

---

On January 26, 2015 I C.O. S. Cruz was on duty as the #2 officer in West Wing. Inmate Fox did move to 21-29 cell from South Hall. I did help inmate Fox move his property due to the fact inmate Fox was walking with a cane. I picked inmate Fox's mattress up and never dragged it on the floor. When I unlocked inmate Fox's cell I didn't say or use any obscene vulgarity towards inmate Fox. All these allegations inmate Fox has stated are all false. I did escort inmate Fox to the guard room floor for a call out. Before entering his call out I conducted a pat frisk on him and his personal property (envelope with legal paper work in it) per Directive# 4910. At no time have I harassed, or deny him a keep lock shower. While on duty at Eastern Correctional Facility I conduct myself in a professional manner at all times.

Respectfully Submitted,

C.O. S. Cruz

0336



**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Lt. E. Madison

From: P. Barg Sergeant

Subject: Fox 12B1626 conduct grievance#26217-15

Date: March 20, 2015

Sir:

I have conducted an investigation into inmate Fox's 12B1626 4 combined grievances and can not find any merit or substance to this inmate's allegations. I interviewed the inmate and he nothing to add or retract from any of the grievances. I asked the inmate if he had any witnesses to the alleged incidents and he claimed to. When asked to supply names so I could interview them he stated they don't want to talk to security. He additionally stated that he needs to be protected from staff.

I interviewed Officer M. Rodriguez and he stated that he has made no comments or advances towards inmate Fox. He additionally stated that he has not had the opportunity to work in West Wing on 12-10-15 since it has not occurred yet. If the inmate meant 12-10-14 and he is only reporting it on 2-12-15 the grievance is untimely.

I also interviewed Officer Cruz about the allegations and he denies all of them. He pat frisked the inmate prior to a tier Hearing which is good correction practice according to Directive 4910. He has also ordered the inmate to come into compliance with grooming standards due to his hair style. The inmate refused and he was written up by Officer Cruz which I feel why these allegations are being brought.

Finally the one thing that carries all the way through all 4 of the grievances is that the inmate does not like the fact that he houses in West Wing.

**Respectfully Submitted**

P. Barg Correction Sergeant

Eastern NY Correctional Facility, 30 Institution Road, P.O. Box 338, Napanoch, NY 12458-0338 | (845) 647-7400 | .........



**NEW YORK STATE** | **Corrections and Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

## MEMORANDUM

**To:** Sgt. Barg

**From:** C.O. S. Cruz

**Subject:** Fox 12B1626 Grievance# 26217-15

**Date:** 03/21/15

On January 26, 2015 Inmate Fox 12B1626 was South Hall to West Wing and was in Keeplock status. I never harassed or sexually harassed inmate Fox. One of my duties as the West Wing #2 officer is to assist the #1 officer and maintain movement on and off the block. I don't no why inmate Fox was moved to West Wing that is controlled by the movement Sergeant. While on duty at Eastern Correctional Facility I conduct my self in a professional manner at all times.

Respectfully Submitted,

C.O. S. Cruz



**Corrections and
Community Supervision**

**ANDREW M. CUOMO**
Governor

**ANTHONY J. ANNUCCI**
Acting Commissioner

To:   Lt. E. Madison

From:   Sgt. A. Ciorciari

Subject:   Inmate Fox 12B1626 grievance 26217-15

Date:   3/25/15

Sir,

    On the date in question, 2/12/15, I did in fact interview the above named inmate in regards to one of his complaints. I asked the inmate a series of questions that pertained to the nature of his allegations towards staff. At no time during that interview did I ever mention to this inmate what he alleges. I never stated if this was 1998 I would drag him out of his cell and whatever happens, happens. I do not allow Officers to do whatever they want, nor do I cover up for them. I have never tried to intimidate this inmate or any other inmate.

    This inmate filed a complaint on 2/12/15 alleging the same accusations. That complaint was answered by me on 2/20/15. It is this writer's belief this inmate is attempting to manipulate staff and the grievance system by repeatedly filing the same grievance.

    As a supervisor I have never conducted myself in any manner that could be considered unprofessional and or disrespectful towards any inmate or staff member. To state that I have acted inappropriate and or confrontational is a complete misrepresentation of myself, and the level of professionalism I display while on duty.

Respectfully Submitted,

Sgt. A. Ciorciari

0339

0340



**Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

# MEMORANDUM

FROM:     Karen Bellamy, Director, Inmate Grievance Program

SUBJ:     Receipt of Appeal

J FOX  12B1626  6/20/2015
Eastern NY Correctional Facility
Your grievance ECF-26217-15 entitled
Retaliation/Sexual Harassment
was rec'd by CORC on 6/4/2015

A disposition will be sent to you after the grievance is reviewed by CORC
The Harriman State Campus, 1220 Washington Avenue, Albany, NY 12226-2050 | (518) 457-8126 | www.doccs.ny.gov

000178

0341



**NEW YORK STATE**

## Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

### MEMORANDUM

TO:      Office of Special Investigations

FROM:   Karen Bellamy, Director, Inmate Grievance Program

DATE:    July 8, 2015

SUBJ:    CORC Decision: ECF-26217-15

---

The attached decision is forwarded to you for **information**.

CORC notes that the grievant (J. Fox, #12-B-1626) filed a grievance regarding a matter that is currently being investigated by your office under case #SCU-15-0123. A copy is being forwarded for whatever action is deemed necessary.

KRB/cl
Attachment

cc:   Grievance File - ECF-26217-15
      William Lee, Superintendent, Eastern NY Correctional Facility
      Thomas Mauro, IGP Supervisor, Eastern NY Correctional Facility

| NEW YORK STATE Corrections and Community Supervision | Grievance Number ECF-26217-15 | Desig /Code I/49 | Date Filed 2/23/15 |
|---|---|---|---|
| | Associated Cases | | Hearing Date 7/8/15 |
| ANDREW M. CUOMO Governor   ANTHONY J. ANNUCCI Acting Commissioner | Facility Eastern NY Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance Retaliation/Sexual Harassment | | |

## GRIEVANT'S REQUEST UNANIMOUSLY DENIED AS WITHOUT MERIT

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby denied as without merit. CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that Officer R... denies making sexual comments to the grievant on 12/10/14, Officer K... denies writing a false misbehavior report on 1/30/15, and Sergeant C... denies threatening or intimidating him on 2/12/15. In addition, Officer C... denies verbally harassing him, reading his legal paperwork or dragging his personal property on the floor on 1/26/15, or pat frisking him in a sexual manner on 1/27/15 and 2/12/15. CORC notes that his allegations of voyeurism and inappropriate touching during a 2/12/15 personal search are currently being investigated by the Office of Special Investigations. CORC finds insufficient evidence of retaliation or malfeasance by staff.

CORC notes that Directive #4040, § 701.1, states, in part, that the grievance program is not intended to support an adversary process, and upholds the discretion of the Superintendent to assign supervising security staff to conduct grievance investigations. CORC asserts that the dismissal of a misbehavior report or charges in a report does not necessarily mitigate the circumstances of the incident, confirm malfeasance by staff, or call in to question the appropriateness of issuing the report as a means of documenting what transpired. CORC also asserts that there is no provision in Department policy for an inmate to request protective custody from staff, and that the grievant is not entitled to house where he chooses. It is noted that he was moved from the West Wing to B block, effective 3/27/15.

In regard to the grievant's appeal, CORC upholds the discretion of facility staff to determine when to conduct a pat frisk. He should address security issues to an area supervisor at the time of the incident and mental health concerns to OMH staff.

RAS/cl

FOX    12|5|626        27-5     B3

| | Grievance Number ECF-26217-15 | Desig./Code I/49 | Date Filed 2/23/15 |
|---|---|---|---|
| **NEW YORK STATE** Corrections and Community Supervision | Associated Cases | | Hearing Date 7/8/15 |
| ANDREW M. CUOMO Governor    ANTHONY J. ANNUCCI Acting Commissioner | Facility Eastern NY Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance Retaliation/Sexual Harassment | | |

## GRIEVANT'S REQUEST UNANIMOUSLY DENIED AS WITHOUT MERIT

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby denied as without merit. CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that Officer R... denies making sexual comments to the grievant on 12/10/14, Officer K... denies writing a false misbehavior report on 1/30/15, and Sergeant C... denies threatening or intimidating him on 2/12/15. In addition, Officer C... denies verbally harassing him, reading his legal paperwork or dragging his personal property on the floor on 1/26/15, or pat frisking him in a sexual manner on 1/27/15 and 2/12/15. CORC notes that his allegations of voyeurism and inappropriate touching during a 2/12/15 personal search are currently being investigated by the Office of Special Investigations. CORC finds insufficient evidence of retaliation or malfeasance by staff.

CORC notes that Directive #4040, § 701.1, states, in part, that the grievance program is not intended to support an adversary process, and upholds the discretion of the Superintendent to assign supervising security staff to conduct grievance investigations. CORC asserts that the dismissal of a misbehavior report or charges in a report does not necessarily mitigate the circumstances of the incident, confirm malfeasance by staff, or call in to question the appropriateness of issuing the report as a means of documenting what transpired. CORC also asserts that there is no provision in Department policy for an inmate to request protective custody from staff, and that the grievant is not entitled to house where he chooses. It is noted that he was moved from the West Wing to B block, effective 3/27/15.

In regard to the grievant's appeal, CORC upholds the discretion of facility staff to determine when to conduct a pat frisk. He should address security issues to an area supervisor at the time of the incident and mental health concerns to OMH staff.

RAS/cl

EASTERN C.F.

AUG 1 9 REC'D

INMATE GRIEVANCE

26198-151
26147-14

**Mauro, Thomas A (DOCCS)**

| | |
|---|---|
| From: | Mauro, Thomas A (DOCCS) |
| Sent: | Tuesday, April 28, 2015 11:56 AM |
| To: | Vanbergen, Chris M (DOCCS) |
| Subject: | FW: ECF 26147-14, FOX, 12B1626 |

I should also note that for some reason the grievant darkened his photocopied signature and the date on the original copy of this 12/29/14 document.

---

**From:** Mauro, Thomas A (DOCCS)
**Sent:** Tuesday, April 28, 2015 11:50 AM
**To:** Vanbergen, Chris M (DOCCS)
**Subject:** RE: ECF 26147-14, FOX, 12B1626

I reviewed the folder from IGRC office as well. There were no previous pages dated 12/29/14 contained in that folder either. This was one of the many copies of documents submitted by the grievant as part of his appeal for ECF 26147-15. Everything else was accounted for. I also checked the folders for ECF 26198-15. This "last page" dated 12/29/14 was not part of that grievance either. I will add a copy of the document in question to that folder (ECF 26198-15) as it pertains to the issue with his advance requests. It should be noted to date I have not received an appeal for ECF 26198-15 to CORC for Supt. response dated 4/9/15.

Tom

---

**From:** Vanbergen, Chris M (DOCCS)
**Sent:** Monday, April 27, 2015 4:06 PM
**To:** Mauro, Thomas A (DOCCS)
**Subject:** RE: ECF 26147-14, FOX, 12B1626

Okay, thank you Tom.
Chris

---

**From:** Mauro, Thomas A (DOCCS)
**Sent:** Monday, April 27, 2015 2:54 PM
**To:** Vanbergen, Chris M (DOCCS)
**Subject:** RE: ECF 26147-14, FOX, 12B1626

I see what you are referring to. I don't have anything in my folder. I will check out back to see if any preceding pages were submitted by the grievant dated 12/29/14 that are in context with line 1.

Tom

---

**From:** Vanbergen, Chris M (DOCCS)
**Sent:** Monday, April 27, 2015 1:49 PM
**To:** Mauro, Thomas A (DOCCS)
**Subject:** RE: ECF 26147-14, FOX, 12B1626

Good afternoon Tom,

0345

26 198-15
26 147-15

I'm basically done with the initial review of this case, but it looks like I am also missing part(s) of one of his CORC appeals.  I have the last page of one that is dated 12/29/14, and begins "...is instructing the mailroom to hold my mail pertaining to the real issues...".  Could you provide me with any other pages for this appeal at your earliest convenience?

This case is scheduled to be heard by CORC on 4/29/15.

Thank you!

Chris

---

**From:** Mauro, Thomas A (DOCCS)
**Sent:** Friday, March 27, 2015 12:10 PM
**To:** Vanbergen, Chris M (DOCCS)
**Subject:** FW: ECF 26147-14, FOX, 12B1626

Hi Chris,

Request is attached.  Have a good weekend!  FYI-I don't return to work until Wednesday 4/1/15.

Tom

---

**From:** Mauro, Thomas A (DOCCS)
**Sent:** Friday, March 27, 2015 11:06 AM
**To:** Mauro, Thomas A (DOCCS)
**Subject:** ECF 26147-14, FOX, 12B1626

0346

26198-15 /
26147-14

is instructing the mailroom to Hold my mail pertaining to
the real issues, so the mailroom is holding my mail and not
sending it to commissioner, the governer and prisoners legal
service, I also wrote a grievance on the superintendant
and sent it to the commissioner of corrections so your
office could refer to that as well, the superintendant is
falsifieing Documents, my Grooming standards (ocurrent Hair-
style) was never reviewed by a imam, what kind of people
is working for DOCCS, this is sick, As you could see this
whole packet, 40 pages that has to be reviewed and the
superintendant fails to investigate in order to cover up
for the captain, DS.S Lt, sgt and officers, this is
clear gang activity, How could I meet grooming standards
on both misbehavior reports, I was found Not guilty
and in compliance, now because I'm filing grievances for
Harassment DSS, and captain states I'm not in compliance
I have to cut my hair, thats there order, but they
are not man enough to put that on papper because they
know they Have no authority to tell me to Do so in there
official capacity, so verbally they tell me to cut my
Hair, exceeding the scope of there Duty acting then in
there personal capacity with intentions to Harm me,
and inflict cruel and unusual punishment on me,

Jowell Jp
12-29-14

0347

Javell Fox   12B1626   5H   12-18

December 25, 2014

26198-15

26197-14

( Ex 6 )

GRIEVANCE No,

EASTERN CORRECTIONAL FACILITY

On December 24 I received a letter from Diane Labbate, steward Dated December 23 2014, making me aware that she could not send out my legal mail with Advanced Disbursement because I'm over my Allowed Advance which is 20.00¢ per Directive 2788 So she, claims, However I sent off legal mail ~~I requested out~~ on December 17, and the 18, 1, to the Governor, 2 to Prison legal services 3 to Commission of corrections, 4 to Appellate Division Fourth Department, 5 to Peter J Digiorgio Attorney At law, 6 District Attorney, and 4 miscellaneous mail to friends. And family to make them Aware of the Abuse that been inflicted on me at this facility, and a week later she is informing me that it cant be mailed out, and on top of that my legal mail have not been returned to me yet (Im Furious) this is the Second Deadline that I've missed because of this Azy untrained inconsiderate mail room. I'm being Denied Access To the court, and I believe the mailroom is conspiring with officials   Javell Fox
to stop and stefnete me from getting   Action Requested
mail out reporting this facility

In the future there should be no reason A Indigent inmate should have to send out A Disbursment if there is no MONEY TO DISBURSE; THIS IS COMMON SENSE. An Advance Disbursement is the proper Disbursement for A Indigent, Advance, loan Etc.., and the mailroom need to send out mail when they get it, and if there not gonna send it out dont inform me and still Hold my mail.



**Mauro, Thomas A (DOCCS)**

| | |
|---|---|
| **From:** | Mauro, Thomas A (DOCCS) |
| **Sent:** | Friday, April 17, 2015 3:34 PM |
| **To:** | 'christopher.hummel@ag.ny.gov' |
| **Cc:** | Vanbergen, Chris M (DOCCS) |
| **Subject:** | FW: ecf 26198-15/26147-14, FOX, 12B1626 |
| **Attachments:** | [Untitled].pdf |

Good afternoon,

Per your request ECF 26198-15 is attached for review.  It pending appeal (of Supt. response) by I/M.
To date a CORC appeal for it has not been received.

I have reviewed the folders for both complaints above.  Copies of the documents (attachment G)
contained within the CORC appeal for ECF 26147-14 have been placed in the folder for ECF 26198-
15.  Four of the 5 documents were not a part of ECF 26198-15.  Only 1(a letter from D. Labbate dated
12/23/14) was included.  It should be noted that the correspondence (grievance) dated Dec. 25 (note:
DATE APPEARS TO HAVE BEEN CHANGED/ALTERED) that he submitted as part of exhibit G for
his appeal to ECF 26147-14 as it appears was never received.  We did ,however, receive a like
(rewritten) complaint from him dated Dec. 25 regarding the same subject which was with few
exceptions pretty much word-for-word the same complaint.  This was filed as part of 26198-15.

I requested but was not provided with additional documentation from both IRC and Correspondence
regarding the documents in exhibit G.  Both areas stated they had nothing further to provide other
than what they had already provided nor did they have copies of the two documents the grievant
provided that came from their respective offices.

If you have not received them already…IRC has indicated you should be receiving all of the copies
you previously requested soon.

Should you have any other requests, questions or concerns please let me know.

Have a great weekend!

Tom

# Thomas A. Mauro
Inmate Grievance Program Supervisor

Department of Corrections and Community Supervision
Eastern New York Correctional Facility
30 Institution Road
PO Box 338
Napanoch, NY 12458-0338
(845) 647-7400 ext 4700/4705  Thomas.Mauro@doccs.ny.gov

www.doccs.ny.gov

0349

26198-15
26147-15

**From:** Mauro, Thomas A (DOCCS)
**Sent:** Friday, April 17, 2015 2:22 PM
**To:** Mauro, Thomas A (DOCCS)
**Subject:** FW: ecf 26198-15, FOX, 12B1626

SEND!

**From:** Mauro, Thomas A (DOCCS)
**Sent:** Thursday, April 16, 2015 3:52 PM
**To:** Mauro, Thomas A (DOCCS)
**Subject:** ecf 26198-15, FOX, 12B1626

0350

26198-15

26147-14

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
EASTERN NY CORRECTIONAL FACILITY

(Ex G)

TO:       Fox, Javell 12B1626
FROM:     Diane Labbate, Steward
SUBJ:     Legal Postage Advances
DATE:     12/23/14

As per Directive 2788, justification is required to approve the attached postage advance forms. Your requested advance and balance of unpaid previous advances for legal mail exceed $20.00. Exceeding the $20 limit shall only be approved if you can show by court rules, a statute of limitations, or other legal deadline applicable to your individual circumstance that the legal mail must be sent prior to receipt of the next week's free postage allowance. Until your legal mail advances fall below $20, please continue to provide this documentation for all future requests in order to expedite the approval process.

CC: file

ex from CORC appeal docs for 26147-14

 **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**RECEIVED**
NYS OFFICE OF THE

SEP 1 4 2015

ATTORNEY GENERAL
LITIGATION BUREAU

September 09, 2015

*Lisi-Murray*
*15-192968-*

Maria Lisi-Murray, Assistant Attorney General
Office of the Attorney General
Litigation Bureau
The Capitol
Albany, NY   12224-0341

RE:   FOX, Javell
DIN:   12B1626
15-CV-0390 (TJM)(CFH)

Dear AAG Lisi-Murray:

    Enclosed please find certified copies of the grievances in reference to the above captioned case.

    If you need further documentation or have any questions, please do not hesitate to contact me at 845-647-7400 Ext. 4100.

Very truly yours,

Valerie R. Phillips
Inmate Records Coordinator II

cc:   file

EASTERN NEW YORK CORRECTIONAL FACILITY
CORRESPONDENCE UNIT

_26198-15_
_26147-19_

Name: _Fox Javell_    Din: _12B1626_    Loc: _12-18_

Date: _12/23/14_      _( EXG )_

This piece of mail is being returned to you in accordance with Directives #4421 and #4422.

* Inmate to inmate mail, business mail, and Free Matter for the Blind mail must be submitted unsealed.

* All mail to other inmates must be approved in advance by your Counselor.

* Your name, din, and Eastern New York Correctional Facility must appear on the front and back of your envelope.

* You are allowed to mail 5 Free Legal Letters or a total allotment of $2.40 per week.  Any legal mail submitted after you have used your weekly allotment will be returned to you for stamps or a disbursement form.  During this week, you used a total of _____ in free legal postage.

* Name or address on this legal mail is not listed in the New York Lawyers Diary and Manual, please send verification that this is in fact a legal address.

* When using an Advance Authorization Form #2078, an original Disbursement Form #2706 must also be attached.

* Disbursement Form or Advance Form is not allowed to be used for 49 cents postage – use a stamp.

      You need to add _____ postage or a disbursement form.

* Your GED/ High School Diploma/ Transcript has arrived and has been forwarded to the Academic Office.

* Your study correspondence program information from _____ has arrived and has been forwarded to the Academic Office for review.

* The following has arrived at this facility for you and has been sent to the Inmate Records office for placement in your personal property:

      o   Social Security Card          o   Certificate
      o   Driver's License             o   Birth Certificate
      o   Marriage License             o   Other

* This company is on our current Disapproved Vendor List (list can be viewed in the Library)

_____
_____
_____
_____

0352

26198-15 (Ex G)
26147-14

**EASTERN NEW YORK CORRECTIONAL FACILITY**
**PO BOX 338**
**NAPANOCH, NEW YORK 12458**

**MEMORANDUM**

TO:          FOX, J       12B1626          12-18

FROM:     E. Jennings, Inmate Records Coordinator I

DATE:      December 26, 2014

RE:          Legal Mail

Attached you will find 3 letters which have disbursements and advances attached. Please be advised that these letters do NOT fit the criteria of Legal Mail. Therefore, you need to supply stamps.

3 letters were returned however all of my legal mail is still being held pertaining to the violations of this facility and its officials, this is not right.

/emj

cc:      file

ex from core appeal docs for 26147-14