# Exhibit A

| GRIEVANT<br>FOX, JAVELL | DIN #<br>12B1626 | HOUSING UNIT<br>B3-29-001 |
|---|---|---|
| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO.<br>26198-15 | DATE FILED<br>1/26/15 |
| | FACILITY<br>Eastern Correctional Facility | POLICY DESIGNATION<br>I |
| INMATE GRIEVANCE PROGRAM | TITLE OF GRIEVANCE<br>Issues With Advances | CLASS CODE<br>36 |
| SUPERINTENDENT WILLIAM A. LEE | SUPERINTENDENT'S SIGNATURE<br>[signature] | DATE<br>4/9/15 |

Grievant complains that his requests for advanced copies were not being processed in a timely fashion.

The investigation indicates that the Facility Steward, Ms. L., made every effort to address the grievant's requests and to clarify any confusion. All requests for legal photocopies are reviewed and processed in accordance with DIR # 2788. DSP C. sent the grievant a memorandum dated 3/25/15 regarding his most recent request. To avoid any unnecessary delays the grievant should provide supporting documentation with his initial request(s).

***Grievance is denied.

WL: RW/ tm

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign and date below and return this copy your Inmate Grievance Clerk to the IGRC Office. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C..

GRIEVANT'S SIGNATURE — DATE

GRIEVANCE CLERK'S SIGNATURE — DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g).



ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

TO: J. Fox 12B1626 22-4

FROM: K. Colao, Deputy Superintendent for Program Services

DATE: March 25, 2015

SUBJECT: Legal Advances

---

Be advised that I am returning your legal advance request. I will need the court document reflecting an active case with a document deadline so I can review appropriately.

Please advise what documents are in need of copying.

KC:tat

Cc: W. Lee, Supt.
T. Mauro, IGP Supv.
Guidance File
File

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**EASTERN NY CORRECTIONAL FACILITY**

**TO:** T. Mauro, IGRC
**FROM:** Diane Labbate, Steward
**SUBJ:** Pending Grievance for J Fox 12B1626 #26198-15
**DATE:** February 2, 2015

This is to clarify any previous correspondence with inmate Fox, 12B1626, when stating any document or mailing was returned to him.

All correspondence with inmates are received and returned through the correspondence unit. The correspondence unit sorts mail for inmates by housing units. And my understanding is that each day, officers pick up the mail for the housing unit in which they are working, and distribute it to the inmates who lock there.

When I state that an item was returned to inmate Fox, I am not testifying that I put the documents in his hand. I am stating that items being returned to inmates are sent to the Correspondence Unit and the above process is expected to occur. I no way am I attempting to "falsify a document with the intent to defraud". Nor do I have any desire delay inmate Fox's or any other inmate's mail. Quite the opposite, my staff and I do all that we can to process all disbursements as quickly as possible.

Additionally, Inmate Fox states that his disbursement was submitted on Saturday, December 19th 2014 and mailed Sunday January 4, 2015. It couldn't have been mailed on a Sunday. Perhaps he meant Monday January 5th, 2015. If this is the case, then it took exactly 10 business days from the date submitted to be mailed out. Directive 2798 states that all disbursements, other than legal copies, should be processed within 10 business days of receipt in the Business Office. Since the entire process appears to have taken ten business days, then any disbursement related to it was obviously processed timely.

We do normally request a disbursement form to accompany any advance form. This is to ensure there is no processing delay if an inmate account is not insufficient. If sufficient are available we must have the disbursement form to process the transaction. It also protect the inmate as there is a source are signature on a disbursement that provide verification that the inmate filing out the disbursement is the inmate submitting the disbursement. Advance forms do not have this safeguard. Both reasons are for the benefit of the inmate. At this time it is not required by directive to submit both, thus if Inmate Fox does not wish to submit disbursement forms with his advance forms he need not. As long is his account is indeed insufficient, and he meets any other Directive requirement for an advance to be approved, we will process his advance request without a disbursement.

:31:46 Thursday, January 15, 2 5

KICSM33 ICAS SYSTEM 10 - EASTERN 01/15/15
289-TRANSACTIONS - CURRENT AND PREVIOUS MONTH 12:31:29
FOR DIN NUMBER - 12B1626 FOX JAVELL

| FACILITY | TRANS DATE | TRANSACTION DESCRIPTION | COMMENT / TRAN NUMBER | TRANSACTION AMOUNT |
|---|---|---|---|---|
| EASTERN | 12/04/14 | PAYROLL RECEIPT | 042626 | 1.80 |
| EASTERN | 12/05/14 | STRT ADV-POSTAGE ADV | | 2.08 |
| EASTERN | 12/11/14 | PAYROLL RECEIPT | 042626 | 2.25 |
| EASTERN | 12/18/14 | PAYROLL RECEIPT | 042626 | 2.25 |
| EASTERN | 12/24/14 | PAYROLL RECEIPT | 042626 | 2.25 |
| EASTERN | 12/24/14 | DISB ADV-LEGL COPIES | PAYROLL | 8.90 |
| EASTERN | 12/29/14 | STRT ENC-RESTITUT | STATE PANTS (4) | 44.32 |
| EASTERN | 12/31/14 | PAYROLL RECEIPT | 066626 | .00 |
| ---------------- END OF LAST MONTHS TRANSACTIONS ---------------------- | | | | |
| EASTERN | 01/08/15 | PAYROLL RECEIPT | 066626 | .00 |

<< THIS IS THE END >>

MENU - <PF1> 208 SCRN - <PF5> UP - <PF7> DWN - <PF8> LFT - <PF10> RHT - <PF11>

# EASTERN CORRECTIONAL FACILITY

IGRC OFFICE ACKNOWLEDGEMENT RECEIPT

TO: Fox DIN: 12B1629 CELL: 16-4

This notice is to inform you that your grievance(s) dated 1/25, 1/23, 11/18

was/were filed on 1/26.

Log # ECF- 26198-15

CODE: 36

TITLE: Issues with Advances (3)

***Your log number, DIN, and cell location must be included on any inquiries made concerning your grievance.***

Upon completion of an investigation and if not resolved you will be scheduled for an IGRC hearing within 16 calendar days of the filing date. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC can hold a hearing in absentia. If 3 scheduled hearings are missed due to legitimate reasons the IGRC can hold the hearing in absentia. When a grievant is keep locked over thirty (30) days a hearing can be held in absentia.

If your grievance is numbered as part of a consolidate issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Grievances coded 25.1, 25.2 or 49 are passed directly through to the Superintendent for action. An investigation will be conducted and the Superintendent should respond within 25 days of the filing date. No IGRC hearing will be held.

If a response is considered untimely then the IGRC Office may contact you to ask for an extension or you can request in writing that it be appealed to the next level.

Complaint re: processing of grievances is consolidated under the Log # above.

IGRC Clerk [signature] IGP Supervisor______ IGRC Sergeant______

# INMATE GRIEVANCE INVESTIGATIVE LOG FORM

| GRIEVANCE NO. 26198-15 | DATE FILED: |
|---|---|
| FACILITY: ECF | DUE DATE: |
| GRIEVANT'S NAME: FOX | DIN: 12B1626 |
| SIGNATURE OF REPORT WRITER | DATE: |

## NAME OF PERSON (S)/TITLE AND/OR DEPARTMENT INVOLVED

1. DSP Colao
2. 
3. 
4. 

## INVESTIGATION REPORTS STATEMENT

(PLEASE SPECIFY NAME OF PERSON(S) WHOM YOU HAVE RECEIVED THE VARIOUS FACTS FROM)

Letter was sent out 3/20/15 regarding [illegible] to Slow he has an [illegible] [illegible] with a deadline Along with Items to be copied for reference to noted [illegible] with A deadline by the Court

## RELEVANT DOCCS/FACILITY POLICY –CORC/COMMISSIONER DECISION

## ADDITIONAL PERTINENT STATEMENTS BY GRIEVANT

rell Fox 12B1626 S. 12-18
ember 25, 2014

(36)

FM - Issued with Advances

Grievance No,

EASTERN CORRECTIONAL FACILITY

On December 24. I received A letter from Diane Labbate, Steward, Dated December 23, 2014, Making me Aware that she couldn't send out my legal mail with Advanced Disbursement because I'm over my Allowed Advance which is 20.00$ per Directive 2788, so She Claim, However I Sent off that legal on December 17, and December 18, 1. to the Governor 2, to Prison legal Services 3, to Commission of Correction, 4 to Appellate Division, Fourth Department, 5, to peter J Digiorgio Attorney At Law, 6: District Attorney, and 4 miscellanious mail to friend And Familys to make them Aware of the Abuse thats been inflicted on me at this facility, and now one week later She is informing me that it cant be mailed out, and on top of that my legal mail have not been mailed out back to me yet, they still got it, where they do that it (I'm furious) this is they second Deadline that I've missed because of this lazy, untrained, Inconsiderate mailroom thats prejudice toward indigents. I'm being denied access to the courts, and I believe that the mailroom is conspiring with officials to stop or stagnate me from getting mail out that pertains to this facilitys officials violating my Rights.

Jarrell Fox

Action Requested

In the Future, there should be no reason I An indigent inmate should have to send out A Disbursement, if there is NO MONEY TO DISBURSE, THIS IS COMMON SENSE, Just like A inmate that has money does not send out an Advance Disbursement because its no need for an advance. the mail room need to process my Advance form as soon As they get it, And if its a reason they cant send it out, don't just inform me, and hold my mail BACK, bo...king my mail, this makes me

Javell Fox 12B1626 southhall 16-4
11/18/15

Consolidate

Grievance No

EASTERN NY CORRECTIONAL FACILITY

IGP supervisor is not processing my Grievances properly, My Grievance against the mail room (pertaining to them not sending out my mail to High Administration and conspiring with High ranking officials to stop me from contacting the proper channels to remedy the abuse I'm receiving At this prison pertaining to my first amendment rights to religion) is missing and I never received a notification that my appeal was sent to the CORC which is IGP supervisors duty, these "Blocks" are deniens me the ability to exhaust my rights and in turn is denieng my right to the court. and conspiring with officials and official misconduct, 4040 is in violation of directive Appeal to CORC plus All 40 exhibits attached to it.

Javell Fox

Action requested

that my Grievance against the mailroom is produce and filed with proof furnished to me, and that I receive Notice of my Appeal being sent to CORC. If not NewYork State Police need to be contacted and IGP supervisor need to be arrested for conspiracy and official misconduct,

# INMATE GRIEVANCE INVESTIGATIVE LOG FORM

| GRIEVANCE NO. | DATE FILED: |
|---|---|
| FACILITY: ECF | DUE DATE: |
| GRIEVANT'S NAME: Fox | DIN: 12B1626 |
| SIGNATURE OF REPORT WRITER | DATE: 1/20/15 |

## NAME OF PERSON (S)/TITLE AND/OR DEPARTMENT INVOLVED

1. J. Cassidy – KBS( Mail Room
2. 
3. 
4. 

## INVESTIGATION REPORTS STATEMENT

(PLEASE SPECIFY NAME OF PERSON(S) WHOM YOU HAVE RECEIVED THE VARIOUS FACTS FROM)

① Allowed Advance was over $20.00

## RELEVANT DOCCS/FACILITY POLICY –CORC/COMMISSIONER DECISION

## ADDITIONAL PERTINENT STATEMENTS BY GRIEVANT

# INMATE GRIEVANCE INVESTIGATIVE LOG FORM

| GRIEVANCE NO. 26198-15 | DATE FILED: |
| --- | --- |
| FACILITY: ECF | DUE DATE: |
| GRIEVANT'S NAME: FOX | DIN: 12B1626 |
| SIGNATURE OF REPORT WRITER T. MAURO, IGPS | DATE: 1/22/15 |

## NAME OF PERSON (S)/TITLE AND/OR DEPARTMENT INVOLVED

1. ______________________ 2. ______________________

3. ______________________ 4. ______________________

## INVESTIGATION REPORTS STATEMENT

(PLEASE SPECIFY NAME OF PERSON(S) WHOM YOU HAVE RECEIVED THE VARIOUS FACTS FROM)

Contact with the business office indicates they have made every effort to respond to the grievant and address his issues. I identified the grievant's complaints as a resolveable issue and have made every effort to have his issues investigated and addressed.

## RELEVANT DOCCS/FACILITY POLICY –CORC/COMMISSIONER DECISION

## ADDITIONAL PERTINENT STATEMENTS BY GRIEVANT

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**EASTERN NY CORRECTIONAL FACILITY**

**TO:** Fox, Javell 12B1626 SH12-18
**FROM:** Diane Labbate, Steward
**SUBJ:** Legal Postage Advances
**DATE:** 12/23/14

Please be advised that as per Directive 2798, inmate accounts processes all disbursements other than legal copies within 10 working days. No one is holding your mail, nor slowing your access to court. We are just following Directives and doing our best to keep up with work flow. It is in our best interest to not to have to handle things twice. That is why I asked of you in my previous response to include the information required in Directive 2788 for any legal mail advance requests that you submit while your advance balance exceeds $20. This will expedite processing of your advance forms. I have also attached a page from Directive 2788 pertaining to legal mail advances for your records. There are currently only 3 letters of yours pending processing by inmate accounts. They are to Delores Denman, Attorney Peter Digiorgio, and Scott O McNamara. I am returning them to you as your account is insufficient and no documentation, as required by Directive 2798, accompanies your advance forms. Any other mailings received have been returned through correspondence. Please realize that these advance request are not being denied, they are just incomplete. I simply need some kind of justification that satisfies the conditions of Directive 2798 and we will process them expeditiously.

Please address any further questions you have regarding your mail to the Correspondence Unit. Questions regarding disbursements, advance requests, or account questions may be addressed to inmate accounts or myself. I thank you for your cooperation and expect there should be no further issues. If you have any questions, please feel free to write back.

CC: file

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**EASTERN NY CORRECTIONAL FACILITY**

**TO:** Fox, Javell 12B1626
**FROM:** Diane Labbate, Steward
**SUBJ:** Legal Postage Advances
**DATE:** 12/23/14

As per Directive 2788, justification is required to approve the attached postage advance forms. Your requested advance and balance of unpaid previous advances for legal mail exceed $20.00. Exceeding the $20 limit shall only be approved if you can show by court rules, a statute of limitations, or other legal deadline applicable to your individual circumstance that the legal mail must be sent prior to receipt of the next week's free postage allowance. Until your legal mail advances fall below $20, please continue to provide this documentation for all future requests in order to expedite the approval process.

CC: file

26198-15

JAVELL FOX 12B1626 WW-22-04
February 24, 2015

Consolidate

Grievance No.

EASTERN NY CORRECTIONAL FACILITY

EMPLOYEE MANUEL § 2 CONDUCT AND ACTIVITIES OF EMPLOYEES 2.2 Lawful Comportment

I wrote Dep of programs and sent him a disbursement and advance disbursement. I made him aware that I have been denied Advanced copies and because of it I ~~[illegible]~~ Have missed Two civil Deadlines. I wrote the Dep of Programs nearly 3 weeks ago making him aware also that I neep copies for A legal issue that have a deadline pursuant to 1000.13 NYCRR. the deadline was the 18th of ~~march~~ February and would have had to be in the court by that day. Dep of program told me on the 23rd of February that I have to send them my deadline or write it By HAND, this is in violation of Directive 2788. Dep of programs and the civilian that is in charge of processing Disbursements is

JV

Jouell T

Action Requested

To RECEIVE unlimited Copys upon request As Directive 2788 States in Order to Effectively have Access to the court, in order to exercise my 1st Amendment right under the United States constitution,

:03:26 Tuesday, March 17, 2015

KICSM23 ICAS SYSTEM 10 - EASTERN 03/17/15
289-TRANSACTIONS - CURRENT AND PREVIOUS MONTH 10:03:21
FOR DIN NUMBER - 12B1626 FOX JAVELL

| FACILITY | TRANS DATE | TRANSACTION DESCRIPTION | COMMENT / TRAN NUMBER | TRANSACTION AMOUNT |
|---|---|---|---|---|
| EASTERN | 02/05/15 | PAYROLL RECEIPT | 066626 | .00 |
| EASTERN | 02/12/15 | PAYROLL RECEIPT | 066626 | .00 |
| EASTERN | 02/19/15 | STRT ADV-POSTAGE ADV | LEGAL MAIL | 1.61 |
| EASTERN | 02/19/15 | PAYROLL RECEIPT | 066626 | .00 |
| EASTERN | 02/26/15 | PAYROLL RECEIPT | 066626 | .00 |
| EASTERN | 02/27/15 | STRT ADV-POSTAGE ADV | DEADLINE 3/2/15 | 1.82 |
| --------------- END OF LAST MONTHS TRANSACTIONS --------------------- | | | | |
| EASTERN | 03/05/15 | PAYROLL RECEIPT | 066626 | .00 |
| EASTERN | 03/12/15 | STRT ADV-POSTAGE ADV | LEGAL DEADLINE | 2.50 |
| EASTERN | 03/12/15 | PAYROLL RECEIPT | 066626 | .00 |

<< THIS IS THE END >>

MENU - <PF1> 208 SCRN - <PF5> UP - <PF7> DWN - <PF8> LFT - <PF10> RHT - <PF11>

ECF# 26198-15 NAME FOX DIN# 12B1626 LOC [illegible] 2-2:9

Form 2131 (REVERSE) HEARING DATE 2/4/15

Response of IGRC: An investigation was conducted and shows at no time did business office hold or did not process grievant mail. Correspondence and business office followed Dir. 2788 when processing advances. Grievant should also beware when he passes $20 limit, so it can be submitted with required justification/documentation for it to be processed but at no time was it denied. Per Dir 4040 There will be no retaliation towards grievant for filing this grievance in good faith.

Date Returned to Inmate: 2/4/15 IGRC MEMBERS Sgt [illegible]

Chairperson [signature]

via facility mail

A.B.G.

[signatures]

*Return within 7 calendar days and check appropriate.*

- [ ] I disagree with IGRC's response and wish to appeal to the Superintendent
- [ ] I agree with the IGRC's response and wish to refer to Superintendent
- [ ] I have reviewed deadlocked responses. Pass-Thru to Superintendent.
- [ ] I wish to apply to the IGP Supervisor for review of dismissal

Signed ______________________ ______________
Grievant Date

______________________ ______________
Grievance Clerk's Receipt Date

*To be completed by Grievance Clerk*

Grievance Appeal to the Superintendent __________
Date

Grievance forward to the Superintendent for action __________
Date

** An exception to the time limit may be requested under Directive #4040, Section 701.6(g)

ECF# 26198-15 NAME FOX DIN# 12B1626 LOC CRW 2039 219

Form 2131 (REVERSE) HEARING DATE 2/4/15

Response of IGRC: An investigation was conducted and shows at no time did business office hold or did not process grievant mail. Correspondence and business office followed Dir 2788 when processing advances. Grievant should also beware when he passes $20 limit, so it can be submitted with required justification/documentation for it to be processed but at no time was it denied. Per Dir 4040 there will be no retaliation towards grievant for filing this grievance in good faith.

Date Returned to Inmate: 2/4/15 IGRC MEMBERS Sgt Leifeld [signature]

Chairperson [signature] [signature] K Crue

*Return within 7 calendar days and check appropriate.*

- [x] I disagree with IGRC's response and wish to appeal to the Superintendent
- [ ] I agree with the IGRC's response and wish to refer to Superintendent
- [ ] I have reviewed deadlocked responses. Pass-Thru to Superintendent.
- [ ] I wish to apply to the IGP Supervisor for review of dismissal

Signed [signature] 2-5-15
Grievant Date

Grievance Clerk's Receipt Date

*To be completed by Grievance Clerk*

Grievance Appeal to the Superintendent ________
Date

Grievance forward to the Superintendent for action ________
Date

** An exception to the time limit may be requested under Directive #4040, Section 701.6(g)

FORM 2131E (9/12) STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

# INMATE GRIEVANCE COMPLAINT

Grievance No. 26198-15

EASTERN CORRECTIONAL FACILITY

Date: 9/15/15

Name: FOX Dept. No.: 12B1626 Housing Unit: ____

Program: ____ AM ____ PM

*(Please Print or Type – This form must be filed within 21 calendar days of Grievance Incident)**

Description of Problem: (Please make as brief as possible)

(SEE ATTACHED)

Grievant Signature: ____

Grievance Clerk: ____ Date: ____

Advisor Requested ☐ YES ☐ NO Who: ____

Action requested by inmate: ____

The Grievance has been formally resolved as follows:

This Informal Resolution is accepted:
(To be completed only if resolved prior to hearing)

Grievant Signature: ____ Date: ____

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).

* An exception to the time limit may be requested under Dir. 4040, section 701.6(g).

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**EASTERN NY CORRECTIONAL FACILITY**

**TO:** T. Mauro, IGRC
**FROM:** Diane Labbate, Steward
**SUBJ:** Pending Grievance for J Fox 12B1626
**DATE:** January 20, 2015

Attached please find the letters I have sent to Inmate Fox addressing his postage advance requests. As per Directive 2788, and advance request for legal mail for an inmate who has an unpaid balance of over $20 must provide justification as to why this mailing cannot wait until receipt of next weeks free legal postage. His advance was not denied. It simply was submitted without the required justification/documentation for it to be processed in compliance with the Directive. It was returned for that documentation.

In regard to requiring disbursement forms to accompany advance forms, this is indeed our policy. Disbursement forms are needed for two reasons.

1- The disbursement form is attempted to be processed against the account first. If funds are available, it is processed and the advance form not used. In such an instance, without a disbursement form, this transaction could not be processed if all we have received is an advance form. But, if the account is insufficient, then the advance form is processed.

2- The disbursement form has a source area signature in which an employee verifies that the disbursement was filled out by the inmate, preventing forgery. Advance forms do not have this safeguard.

CC: file

Javell Fox 12B1626 southhall 16-4
January 23, 2015

Consolidate
26198-15

GRievance No.

EASTERN N.Y CORRECTIONAL FACILITY

I am aware of the letters that was sent to me from Diane Labatte steward and inmate records coordinator. I am not disputing Directive 2788, However I am disputing the fact that my papper work was never returned to me and in that case by steward stating it was, she is Falsifieng Documents with the intent to Defraud. (Ex A) which is proof of mailing legal Mail to the Appellate Division; District Attorney; and Attorney At Law Peter J DiGiorgio, And these legal MAils was sent, to be Mailed, with Disbursement, on December 19th 2014, and was Held and mailed January 4, 2015, And I MISSED A deadline that would of allowed me to be released from prison around may now i'll have to wait a extra Month or Two to be released from prison because the Hearing Date is pushed up (ExB) the advanced form could be processed without a Disbursement. this the only Jail that processes A Disbursement and Advance. if I

26198-15

An Advance bisbursement, no one is gonna Forge An Advance Disbursement, That will be senseless, the only reason An Advanced Disbursement is used is for legal Copys and legal MAIL, is someone really gonna commit forgery so Someone else could get legal copys or legal mail (lets be serious) The Disbursement and Advance process together for A indigent inmate like me is a unnecessary process that stagnates my legal correspondance to the court.

I Just Flipped the page, I never received the letter from Diane Labatte thats 2 paragraps. she is further falsifieng documents and Attempting to Derraud. the only letter I received back from Corresponsance was 3 letter 1) To Tene Garcia, 2) To Javell Fox JR) 3) Talibra Harrison. I received These on on the 26th of January (ExC) on december 25 I sent out a letter requesting my letters (ExD) still to DAte I never receiveD manille envelopes back that I sent to 1) Governor 2) The Commissioner 3) Prison legal services. I received Disbursements for them that stated on Disbursement nothing ATTACheD (Ex E) and mail from inmates to Commissioner and Governor is free so it should

26198-15

Jarrell I
Action Requested

It is clear that Diane Labatte intends to DEFRAUD inspecting Government. The steward is clearly committing perjury and falsifiens Documents. (Please come inspect All exhibits. I'll entrust IGRC to make copies of All exhibits named in above Grievance. Diane LaBatte and anyone Acting in concert with her need to be ARRESTED for Official Miscon-duct, falsifiens Documents And conspiracy. She also need to be suspended without pay maybe this will teach to handle my legal work with care and not to join in to conspire with High Ranking officials to Denie me access to the court and states men, thats why my mail wasn't returned, and thats why shes lian.

A. Postage – Mail

1. Legal Mail (Ref. Dir. #4421, "Privileged Correspondence"): To ensure that indigent inmates maintain their right of access to the courts, the facility shall approve an IAS 2708 advance request to pay for first class mail postage if the inmate has insufficient funds and if the following conditions are met:

   a. The mail is legal mail (e.g., it is addressed to a Judge, Clerk of Court, Attorney, or authorized legal representative; or is related to a potential or ongoing legal matter);

   b. Any balance of the inmate's free weekly postage allowance is applied to the legal mail postage costs; and

   c. The requested advance and the balance of unpaid previous advances for legal mail postage do not exceed $20.

   Advances for "special handling" (e.g., certified mail, return receipt, express mail, etc.) will not be approved unless required by a statute or court rule.

   Exceeding the $20 limit shall only be approved if the inmate can show by court rules, a statute of limitations, or other legal deadline applicable to his or her individual circumstance that the legal mail must be sent prior to receipt of the next week's free postage allowance. The inmate must provide justification for such advance.

   No request for a legal mail advance will be denied by facility staff without prior consultation with Department Counsel regardless of the unpaid previous balance. Any question whether a particular item qualifies as "legal mail," or whether an advance is allowable should be directed to Counsel.

2. Personal Postage (ref. Directive #4422, "Offender Correspondence Program"): Funds may be advanced for postage for one domestic first class one-ounce letter per month under the following circumstances:

   a. The inmate has been confined to SHU for discipline or administrative segregation for 30 days or more, and has insufficient funds; or

   b. The inmate has been in keeplock status for 30 days or more, has lost telephone privileges, and has insufficient funds; or

   c. The inmate has lost telephone privileges, has a zero balance or insufficient funds, and has not refused to accept available program assignments.

3. Postage for Disposition of Property: Funds may be advanced for postage to send disallowed property home or return it to a vendor at reception facilities, or postage to send contraband or disallowed items home when received at a new facility.

B. Medical Records: In accordance with Section 18 of Public Health Law, HIPAA privacy regulations, and DOCCS Health Services Policy 4.10, an inmate may request copies of his or her medical records. Charges are based on a flat fee of $.25 per page. If the inmate does not have sufficient funds to pay for the requested copies, a completed IAS 2708 advance request must be presented to the health unit.

C. Temporary Release: Funds may be advanced for specified temporary release program activities if sufficient funds are not available in the inmate's account. (See the Temporary Release Manual of Rules & Regulations.)

D. Adjustment Advances: Although DOCCS policy is not to "advance" funds to an inmate for an activity within the inmate's control other than those listed above, circumstances beyond the control of the inmate or errors at the facility may necessitate an advance when the inmate does not have sufficient funds. The advance to the inmate's account will be made immediately upon discovery of the error or outlay of funds in the minimum amount necessary. Examples are:

1. An unpaid returned check from the bank when the inmate has insufficient funds;

2. Commissary overbuys resulting from clerical or computer errors; and

3. Erroneous credits resulting from a clerical or computer error in posting a receipt, refund, or adjustment (Note: when two inmates' accounts are involved, the funds will be immediately disbursed from the incorrect account and deposited into the correct account; a copy of the original receipt should be filed in the daily transaction folder).

E. Legal Photocopies: Advances for legal photocopies will be authorized for inmates with insufficient funds if the following conditions are met:

1. The specific documents being copied are required by the courts and cannot be replicated longhand; and

2. The requested advance and the balance of unpaid previous advances for legal photocopies do not exceed $20.

Exceeding the $20 limit shall only be approved if the inmate can show by court rules, statute, or circumstances applicable to his or her individual case why the documents to be copied cannot be replicated longhand.

No request for a legal photocopy advance will be denied by facility staff without prior consultation with Department Counsel regardless of the unpaid previous balance. Any question as to whether a particular document qualifies for legal photocopies or whether an advance is allowable should be directed to Counsel.

F. Facility Required Items: Upon admission to the facility, funds may be advanced for specific items purchased in the Commissary that are required for an inmate to have at the facility where he or she is located, i.e., padlocks. These advances are authorized by the Business Office and do not require the inmate's signature.

IV. COLLECTION OF ADVANCES AND OBLIGATIONS

A. Advances and other obligations must be collected and paid via the encumbrance mechanism which is established on an inmate's account. No collection will be initiated, however, in any case where the sentencing court has ordered the deferral of a mandatory surcharge, sex offender registration fee, or DNA data bank fee, pursuant to Criminal Procedure Law section 420.40. An encumbrance creates a permanent record of moneys collected and paid on behalf of an inmate. The source/authorization documents listed above represent authorization to establish an encumbrance. The facility Business Office originating the encumbrance retains the Business Office copy of the documentation in the inmate account files even if the inmate transfers to another facility before the obligation is paid.

The encumbrance mechanism functions automatically through the Inmate Commissary Accounting System (ICAS). However, depending upon the type of obligation, it may be initiated automatically by ICAS or manually started by facility staff. The rates at which moneys are collected and the priority order for collections are also dependent on type, as detailed below.

B. Order and Rate of Collection

1. Advances: Advances are collected as first priority before automatic and manual collections. If more than one advance is owed, the oldest will be collected first.

Advances are collected at a rate of 100% of all receipts (payroll and outside).

2. Automatic ICAS Collections: As inmates qualify, the following types of obligations are collected automatically through ICAS. The automatic ICAS collection takes precedence over manual collections.

a. Lag Pay/"Gate Money:" For the first 15 weeks of payroll, 20% of the weekly payroll amount is withheld from all inmates' pay until a full three weeks of pay (15 days) has been withheld.

The first time a payroll transaction (340-manual or 341-automated) is processed, the computer automatically reduces the amount of the pay by 20%.

# INMATE GRIEVANCE INVESTIGATIVE LOG FORM

| | |
|---|---|
| GRIEVANCE NO. 26198-15 | DATE FILED: |
| FACILITY: ECF | DUE DATE: |
| GRIEVANT'S NAME: FOX | DIN: 12B1626 |
| SIGNATURE OF REPORT WRITER T. Mains, IGPS | DATE: 1/23/15 |

## NAME OF PERSON (S)/TITLE AND/OR DEPARTMENT INVOLVED

1. ______________________ 2. ______________________

3. ______________________ 4. ______________________

## INVESTIGATION REPORTS STATEMENT

(PLEASE SPECIFY NAME OF PERSON(S) WHOM YOU HAVE RECEIVED THE VARIOUS FACTS FROM)

In an effort to resolve the grievant's issue I presented my findings for his complaints regarding his correspondence. The grievant stated he would review the responses and add an updated complaint as a result. I notified the inmate that this was a good faith effort to resolve his complaint informally rather than file it immediately upon receipt. Because the grievant is keeplocked it is not always feasible to speak to him.

## RELEVANT DOCCS/FACILITY POLICY –CORC/COMMISSIONER DECISION

Grievant will be sent a receipt from CORC when received by the facility confirming it has been received.

## ADDITIONAL PERTINENT STATEMENTS BY GRIEVANT

# Eastern NY Correctional Facility
## CASE HISTORY AND RECORDS

GRIEVANCE: #26147-14

NAME: Fox, J

DIN: 12B1626

TITLE: Alleges harassment/retaliation

CODE: I-49 INSTITUTIONAL/DEPARTMENTAL: ECF

DATE FILED: 12/10/14

IGRC HEARING DATE: NONE

SUPERINTENDENT DATE: 12/24/14

APPEAL DATE: 12/26/14

INVESTIGATION

IGRC INVESTIGATION DATE: ____________

FACILITY POLICY # ____________

CAPTAIN DATE: ____________

SUPERVISIOR DATE: ____________

EMPLOYEE DATE: ____________

PRIOR CORC: ____________

OTHER: ____________

T. Mauro, IGPS

Mr. Mauro, IGP Supervisor

# EASTERN NEW YORK CORRECTIONAL FACILITY
# CASE HISTORY

**NAME: Fox, J**
**ECF: #26147-14**
**TITLE: Alleges harassment/retaliation**
**INVESTIGATION:**

**CODE: I-49**
**REFERANCE:**
**SUPT.: W. Lee**

GRIEVANCE: [12/10/14] Grievant contends that he is being continuously harassed and threatened due to his hair style.

ACTION REQUESTED: That investigation be held and suspend officers and members of administration. Wants to press criminal charges on administration. Wants to be left alone about hairstyle. No retaliation for this grievance.

IGRC RECOMMENDATIONS: [] NONE

SUPERINTENDENTS RESPONSE: [12/24/14] The grievant's grooming standards (current hairstyle) was reviewed by the Capt., DSS and Imam. In each case, the grievant was advised that his current hairstyle is not within established departmental guidelines. The grievant has been told on several occasions that his current hairstyle is considered to be a combination of two separate styles and is not in compliance. It should be noted that misbehavior reports can be written regardless of prior dismissals that occur during the hearing for like/similar charges if justified and are reviewed on an individual basis on their own merits. The grievants ability to meet standards at one particular time does not preclude staff from taking actions including disciplinary action on their occasions when he is not in compliance. The grievant is expected to maintain grooming standards at all times.
The grievant allegations could not be substantiated. No malice by staff is noted.

***Grievance is denied.

**APPEAL TO CORC**: [12/29/14] I never changed hairstyle, Supt. failed to hold officers accountable for abandoning there post, frisking me and my cell without a supervisor and Dep. and Supt. failed to investigate Dep. Of Security and Capt. For failure to investigate official misconduct. (See attached for continuation).

**P. APPEAL CLERK**

EASTERN CORRECTIONAL FACILITY
INMATE GRIEVANCE PROGRAM
Inter-Departmental Communication

TO: William A. Lee, Superintendent

FROM: Thomas Mauro, IGP Supervisor

DATE: 12/10/14

SUBJECT: Initial Superintendent Review of Grievance Coded 49

**Grievance Number: ECF - 26147-14**

Grievant's Name: Fox DIN 12B1626

Grievant's Name: ____ DIN ____

Grievant's Name: ____ DIN ____

Grievant's Name: ____ DIN ____

Grievant's Name: ____ DIN ____

Attached is a grievance pertaining to staff conduct (CODE 49). Please review within 24 hours, and note your findings:

Superintendent's Initials [initials]

Date Reviewed 12/10/14

X I concur with the filing of this grievance as being coded 49. An investigation by Capt. can proceed.

____ I <u>do not</u> concur with the filing of this grievance as being coded 49. The following action should be taken:

Please return the attached to the IGP Supervisor.

cc: File

Thank you.

STATE OF NEW YORK-DEPARTMENT OF CORRECTIONAL SERVICES
INMATE GRIEVANCE COMPLAINT

FORM 2131 (REV 9/14)

49 Alleges Harassment / retaliation -FM-

Grievance No. 26147-14

EASTERN N.Y. CORRECTIONAL FACILITY

Date 12-8-14

Name J. FOX Din# 12B1626 Housing Unit 8H-12-18
Program ______ AM ______ PM

*(Please Print or Type – This form must be filed within 21 days of Grievance Incident)*

Description of Problem: *(Please make as brief as possible)*

See Attached

EASTERN C.F.
DEC 10 REC'D
INMATE GRIEVANCE

Grievant's Signature ______
Grievance Clerk ______ Date: ______

Advisor Requested YES NO Who: ______

Action Requested by inmate: ______

This Grievance has been informally resolved as follows: ______

This Informal Resolution is accepted:
*(To be completed only if resolved prior to hearing)*

Grievant's Signature ______ Date: ______

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

STATE OF NEWYORK - DEPARTMENT
OF CORRECTIONAL SERVICES
INMATE GRIEVANCE COMPLAINT

Grievance No.

26147-14

Eastern correctional Facility

Javell Fox 12B1626 SH-12-18

on November 9, 2014 I was written a complaint Misbehavior Report by officer Skred on the 7-3PM shift. officer Skred stated that my hair was not in compliance with Directive 4914 of inmate grooming standerds. Lt madison sent her to investigate my hair and upon his orders she did so. on November 12, 2014 I was given a hearing on the ticket for Disobeying a Direct order. on that Date I was found not guilty of the charges and according to law and Directive 4914 my Hair is in compliance with grooming standard. I have locks and the sides of my hair cut. I also wear a religious head piece, I was registered Rasta and now I'm Registeded N.O.I, Religious Head pieces is also permitted. officers continuosly force me to remove my religious head wear. violating my Right to Religious practice.

on December 7th 2014 I was placed on keeplock status after officer Cruz Directed officer williamson on the 7-3 shift after lunch chow to pull me over and aggressively [illegible] taking off my boots, unbuttoning [illegible] I was

0031

nt back to my Gallery Housing unit officer williamson came to my Housed cell 15 or 10 minutes later to search the cell I'm Housed in, he asked me if I knew why he was here I told him no. he stated because officer Lieutenant Madison gave me a direct order last month and I Failed to comply, however officer lieutenant never saw my hair after he directed me to take my locks out of a corn row, which I did immediately and never put my locks back in a corn row. so for officer williamson and cruz to Harass in the manner of A pat search that was Degrading, cell Search that was Degrading and a misbehavior keep lock) report for the same issue I had a hearing on November 12, 2014 and Lt simmons per directive said Hair cut / style is permitted and that misbehavior report was Dismissed, officer cruz, officer williamson, and Lt Madison Are exceeding the scope of their Duty. when I made officer williamson aware

that Lt Simmons dismissed the ticket I received for this same issue, officer Williamson Stated that Lt Simmon "doesn't know anything, he doesn't know how things work around here, Lt Madison does." However Lt Madison happens to be white, Lt Simmons happens to be black and I'm black and officer williamson is white. so the black lieutenant is wrong at interpreting a Directive primarily Defining black hair but a white Lieutenant is not. this is clearly Harassment and a Racial Attack. I have witnesses that can varify my claims of officer williamson predudice against his own Lieutenant, this is also an infringement on my religion by officers constantly forcing me to take my religious headwear off. officer williamson also stated that he was searching me and officer cruz was not on his post

0032

action requested: I request that officer cruz and officer williamson get a Drug test and a mental evaluation. I request that No Drug or weapons be planted on my person or in my Assigned cell as well as no urine tests by officer's that coincidently comes up positive for Drugs, and I request to be free from officers Assaults and lies that I assaulted first so they protected themselves. these are all tactics that officers use to punish inmates for using the Grievance system, Lieutenant adison complained to officer cruz and officer cruz conspired officer williamson to write me complaint misbehavior reports, Searched my person and assigned cell in a Degrading manner, without permission from no Authority of them, this is gang activity. I request also to be left alone, and not harassed and released from keeplock status. officer cruz and williamson also need to be suspended. I would like to be Assisted in filing Harassment criminal charges against officer cruz and officer williamson and Lt wilson. I fear for my safety.

cc I.G

cc commissioner

cc Attorney General

cc Governer

Furthermore sgT connor authorized officer williamson to search my assigned cell. so basicly because of my hair and the way I look sgT connor okayd further Harassement and also went against Lt simmons Disposition. sgt connor has harassed me in the past and also need a Drug TesT, mental evaluation and suspension. c.o cruz has numerous complaints of Assault and harassment against him, and continues to be a threat to inmates safety on november 30, 2017 c.o cruz told Lt madison that if he see me hes gonna write me up. since c.o cruz was not on his post and Abandoned his post to point me to c.o williamson and accompanying officers he couldn't write the ticket so he had officer williamson Do it. these are criminal behavior that lye within eastern by correctional officials. I notified my family and Attorney about the ongoing issue. they are prepared to notify the Governer Andrew Cuomo, the Attorney General and ABC News S0033 arah wallace to shine light

Javell Fox 12B1626 SH 12-18
12-14-14

Consolidate
26147-14

Grievance No

Eastern Correctional Facility

on 12-12-14 I was called out to speak to the security captain pertaining to a complaint that wrote about Lt Madison, C.O Cruz and C.O Williamson, and Grievance that I filed for retaliation and Harassment stemming from a ticket (Misbehavior report) that I received from officer Szkred ~~#~~ that I received from Lt madison. For Disobeying a Direct order from Lt madison. and a this ticket was given to me on 11-9-14 and the Hearing officer hearing was held on 11-12-14 and stated that Lt simmons found me not guilty and my Haircut / Hairstyle was Allowed per Directive 4914 and Law.

on 12-7-14 I received a misbehavior report For the same issue. on 12-12-14 Captain stated to me that my hair was not in compliance and he Clearly misintrepets the Directive that states ~~[illegible]~~ 'Dreadlocks' can not be woven, Twisted or corn rollede together.

The captain said that my locks are twisted therefore my hair is not in compliance. also my hair is cut on the side and said that that is

two different hairstyles and is in further non- 2614744
compliance. In the Directive Hairstyles states cornrow Braids and Dreadlocks, so I could understand if I had corn row braids on the side and locks on the top.. this would be a violation. by my hair being cut on the sides and lock on the top Neatly Groomed is one hair style.

My Religion is Rastafarian and I adhere to the strict custom of my Native Cherokee Ancestry and my Hairstyle is a cultural symbol, that represents the bear turning into the Hawk, which means from land to sky, spiritual rebirth.

captain also stated that if I dont cut my hair by thei time I go to my hearing I'm gonna be found guilty. so my hearing is now predetermined which is a violation of my constitutional Right to Due process by him being the investigation captain influencing the hearing officers decision and ability and obligation to be impartial Francis v Coughlin 891 F.2d 43,46 (2d cir 1989) and he is also infringing on my Right to Religion under Section 610(I) of the Newyork corrections law. my Hairstyle is a spiritual Religious symbol and is no threat to the order, safety or security of the Prison.

Furthermore I made captain aware verbally which he was already aware orally That I had been frisked physically by officers because of my Hairstyle, officer cruz abandoned his post to direct officers and show them who

was, and sgt ucayed officers to further 2614719
frisk my cell for no reason concerning safety
or security only to execute a cell to find
Item that I cant have or any little thing to
Add more charges to the misbehavior report to
assure that I confined to my cell after the
hearing.

captain was not concerned with this AND
justified the sgt and officers malicious
conduct, he had Predetermined to state that
my hair was not in compliance by Highligh-
ting the same subdivisions that the officer
quoted which is idiotic and violates my civil
and constitutional rights the captain is bias,
and by him influencing the hearing officer HE
Is breaking correction rules - I also told the capt
that when I came back from the Hearing officer cruz
and his co-worker was teasing me and telling me to say some-
thing now and making chicken quacks Jarell Ex
like they were Highschool teenage
bullys. capt DIDN'T CARE.

Action requested

I request to be allowed to wear my
hairstyle, it is a religious symbol of strength,
peace and growth, and for the captain to
be explained the importance of protecting
prisoners constitutional rights and by him
supporting or agreeing with officers Abandoning
there post, to point out a inmate, frisk him,
then the sgt okays a cell search all because
of a inmates hairstyle that poses no threat
to safety and security is a contradiction
of his Rank.

Dec-18-2014

Javell Fox 12B1626 SH-12-18

Consolidate 26147+4

Re: Superintendant
Eastern Corr Fac

Grievance No!

Today I spoke with Dep Russo, I was spoken to like a Degenerate Embasil, I come to that conclusion by the tone of his expression of words. He told me to take that off let me see, you hiding it, take that off, he's referring to my religious head wear; no respect at all, furthermore he already predetermined his ruling on what he thought my Hair should be, of course, not in compliance. he spoke about the captains Decision on my Hair and agreed, "of course", he spoke nothing about the captains failure to investigate and possibly covering for officers misconduct, The official staff heres Egotistical, they have no interest in me and do not see me as a human being just a peion, officials here from what I've been through only see each other as human and is only out to protect each others interest, no matter how much harm they cause me, if a samurai was superintendant ~~superintendant~~ to be housed in ~~your~~ this prison, and he had all his hair shaved off on the side part of the top and ... of the back and one ponytail with a braid representing his religious

26147-14

uiture, would you keep sending officials to nspect his hair or would you make a decision or Direct those of who you send to make a Decison based on Correction Law section 610(1) Right to Religion 1st Amendment, its common sense that the directive cant list every [illegible] / Haircut that entitles a Hairstyle. the Directive Donot say my Hairstyle is not permitted and NY Corr Law 610(1) allows me to express my religion As long as Im not Disrupting the order of the facility or threatening safety and security, I'm a true Descendant of the Cherokee Natives and I acknowledge Halle Salassie I the last king of Ethiopia as the true and living God which Holds the wisdom of the path that man should follow, my Hairstyle is Holy religious I request that you allow me to [illegible] Constitutional express my religion, thats A Constitutional Right. Dep Russo stated that if I dont cut my Hair or grow my Hair (of course he Did not say that me twisting my locks was against Directive like the captain DID) I'm gonna remain confined, who is he to Disregard correction Law 610(1) or do he know it and if he Dont he's not trained properly, However He should know the Constitution and Dep Russo is clearly violating my constitutional Right

Jauell [illegible]

Action requested: to be Allowed to Express My beliefs and reflect the Consciousness that require under the U.S Const N.Y State 610(1)

Avell Fox 12B1626 SH 12-18 12-20 4

Consolidate
Grievance No.
26147-14

Eastern Correctional Facility

On 12/18/14 I received a memorandum from Dep Russo pertaining to our meeting on 12-16-14. Dep Russo is falsifieng Documents intentionally, Dep Russo on Above Date at the lobby of South hall he conspired with a female officer. And concocted the lie At that time that states my Hair was ~~any~~ in A braided style that forms pockets. as the Dep of Security he's competent at crafting memos for his higher official that use the rules to punish me at the expense of him falsifieng documents, because a picture was taken of my Hair the same Day we spoke, that will prove Dep Russo is A liar, criminal and Has no integrity.

Action Requested

I want to file criminal ~~charges~~ charges in this matter, Equal protection of the law. If I break a Rule or the law I'm immediately punished, these official such as Dep Russo need to criminally investigated and punished after the fact findings to Deter future behaviors like falsifieng documents to lie for peers and [illegible] and sweep under the rug official miscon-[illegible], [illegible] a inmate: This is [illegible]

JAVELL FOX 12B1626 SH-12-18 (12/15/14) 26147-14
complaint FOR captain chetti
Consolidate
(49)
FM.
Grievance No.

EASTERN CORRECTIONAL FACILITY

I Received the outcome of captains investigation (of Grievances that I filed and complaints I wrote) in writing.

I am awestruck to see how incompetent the captain is acting and how much he lacks integrity, the superintendant has a liar for a captain and as a security captain he can not be trusted.

Captain states officer williamson gave a memo explaining that he pat frisked me and At that time he felt a slit on the inside the waistband forming pockets then he frisked my assign cell. However what was the reason he frisked me captain failed to state that, he also failed to investigate officer cruz for abandoning his post just to point me out to officer williamson and officer waugh, also officer waugh was not there when officer williamson came to frisk my assigned cell as captain stated he was sent by sgt. he never came because no sgt sent williamson I told him my cell location and he came on his own alone, and I have a witness that heard william say why he came (Because of my Hairstyle) and Heard officer williamson when he said to me he see a pattern in my pants they all have slits in them, then he left out of the cell, told me too get on the gate and he then felt my band to see if the pants I had on had slits in them which they DID.

He states that he finds no employee misconduct, ... a lot for him to ... hired, to find employee

2614719

I was, and sgt okayed officers to further frisk my cell for no reason concerning safety or security only to execute a cell to find Item that I cant have or any little thing to Add more charges to the misbehavior report to assure that I confined to my cell after the hearing.

captain was not concerned with this AND justified the sgt and officers malicious conduct. he had predetermined to state that my hair was not in compliance by Highlighting the same subdivisions that the officer quoted which is idiotic and violates my civil and constitutional rights the captain is bias, and by him influencing the hearing officer HE Is breaking correction rules - I also told the capt. that when I came back from the Hearing officer cruz and his co-worker was teasing me and telling me to say something now and making chicken quacks like they were Highschool teenage bullys. capt DIDN'T CARE.

Jamell Fox

Action requested

I request to be allowed to wear my hairstyle, it is a religious symbol of strength, peace and growth, and for the captain to be explained the importance of protecting prisoners constitutional rights and by him supporting or agreeing with officers Abandoning there post, to point out a inmate, frisk him, then the sgt okays a cell search all because of a inmates hairstyle that poses no threat to safety and security is a contradiction of his Rank.

sconduct and if he did not he would never got
ired, so since he was sent to do an investigation
id found no employee misconduct he should be sus-
ended. for one officer cruz abandoning his post
o point me out to get me searched if definately
employee misconduct, and for captain to not even
mention shows hes trying to cover for the employees
misconduct, which makes him an accomplice to officers
and lieutenant criminal action, 2 Captain never
spoke about why I was pat frisked and who okayed
that, why because no one okayed it and this is
Further him trying to cover up for employees
misconduct, and then making up an elaborate story
for why he came ("because of my pants having slits
in them) to the cell, but I have a witness that can
attest to him stating clearly why he came to frisk
my assigned cell (because of my hairstyle etc.) no sgt
gave permission he may have backlogged it with
sgts permission, I'm sure of that the captain covers
up for security staff, lieutents and sgts do the
same officers police themselve and act as tyrants
when ever they choose, and if captains like the
Captain that the superintendant sent to investigate
that'll cover up employee misconduct, Hes a criminal,
Bias prejudice, and his action are intentional not negligent
he also failed to speak about me telling him about cruz Harassing
and taunting me on 12/11/14 an incident in which I just filed a grievance on

Actions requested

captain needs to be suspended. I request
An employee rule book, and for the log of my frisk
and cell search to be put in file and preserved.

CC Commissioner
CC Governor
CC Attorney General
CC I.G

EASTERN
DEC 16 REC'D
INMATE GRIEVANCE

Javell Fox 12B1606 SH-12-18 12-14 12

Grievance No

26147-14

Eastern correctional facility -

On 12-11-14 officer cruz and his co-worker During the 7-3rm shift at south hall lobby saw me coming back from from my hearing and officer cruz began to tease me and taunt me calling me mr keeplock, and telling me to say something now in a provoking manner because he read the complaint I wrote About him Abandoning his post and Directing officers to frisk me because of my hairstyle, officer cruz co-worker the began to make chick quack noises at me and cruz continued to verbally annoy me by saying Yea I thought you aint have nothing to say. there actions were like teen age Highschool Bullys. Im begining to get headaches because of the constant Harassment.

Action requested

that officer cruz get a urine test and a mental evaluation, and be ordered to leave me alone.

EASTERN
DEC 16 REC'D
INMATE GRIEV.

26147-14

Received 12/29/14
Javell Fox

| GRIEVANT | DIN # | HOUSING UNIT |
|---|---|---|
| FOX, JAVELL | 12B1626 | ~~US-02-101~~ SH-16-004 |
| STATE OF NEW YORK | GRIEVANCE NO. 26147-14 | DATE FILED 12/10/14 |
| | FACILITY Eastern Correctional Facility | POLICY DESIGNATION I |
| DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION | TITLE OF GRIEVANCE Alleges Harassment/Retaliation | CLASS CODE 49 |
| INMATE GRIEVANCE PROGRAM<br>SUPERINTENDENT WILLIAM A. LEE | SUPERINTENDENT'S SIGNATURE [signature] | DATE 12/24/14 |

Grievant complains that he is being harassed and retaliated against as a result of his hairstyle.

The grievant's grooming standards (current hairstyle) was reviewed by the Captain, DSS and Imam. In each case the grievant was advised that his current hairstyle is not within established departmental guidelines. The grievant has been told on several occasions that his current hairstyle is considered to be a "combination" of two separate styles and is not in compliance. It should be noted that misbehavior reports can be written regardless of prior dismissals that occur during the hearing process for like/similar charges if justified and are reviewed on an individual basis on their own merits. The grievant's ability to meet standards at one particular time does not preclude staff from taking actions including disciplinary action on other occasions when he is not in compliance. The grievant is expected to maintain grooming standards at all times.

The grievant's allegations could not be substantiated. No malice by staff is noted.

***Grievance is denied.

WL: tm

APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent please sign and date below and return to the IGRC Office. You have seven (7) calendar days from receipt of this notice to file your appeal. Please state why you are appealing this decision to C.O.R.C.:

I never changed Hairstyle, superintendant failed to Hold officers Accountable for abadoning there post, frisking me and my cell without A supervisor and Dep and super intendant - Back Attached

[signature]
GRIEVANT'S SIGNATURE

[scribbled]
DATE

GRIEVANCE CLERK'S SIGNATURE

DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g).

Javert Fox 12B1 26 December 26, 2015 South Hall 1644

Superintendants Grievance

EASTERN CORRECTIONAL FACILITY

Superintendant failed to investigate Dep of security and Security captain for failure to investigate official misconduct, superintendant allowed officer Cruz to Abandon his post, he allowed officer Williamson and officer weugh to frisk me without Approval from there supervisor he also Allowed these same set of officers or Rather officer Williamson to frisk my cell without permission from his supervisor, all because of my Hair. Lt madison and officer cruz conspired this whole ordeal a week prior to it occurance I have a witness that attest to this. superintendant Allowed me to get an Affirmed Decision By DSS Russo who I wrote a grievance on and out of Retaliation he Affirmed my penalty of 30 Days keeplock, 30 Days loss of Rec, 30 Days loss of phones, and 30 Days loss of package, superintendant is Allowing officers and Higher officials to pressure me into cutting my Mohawk, with locks in it, which is properly groomed and a symbol of my Native Amerdicans Heritage, and Rastafarian Belief, protected under the Constitution and NY corr law 610, superintendant is also allowing for me to be Held Double Jeoperdy, on Lt name Simmons found my Dread Hawk / Bear Hawk to be in compliance and I got to Misbehavior report for the same thing. superintendant Also is not Assuring that the facility is safe, while I'm on keeplock I had to climb a chair and up the Bars to get my Breakfast lunch and Dinner, I ended up falling Down on the chair and having to be

carried to medical hospital in the facility given steroid shot to walk, and Hospitalized in Infirmary for 3 days from the 23rd of December to the 26th of December and Now I walk with A cain, because Eastern correctional cells at South Hall where I lock are not fit for keep-lock and After I got out of Hospital they put me right Back in south hall, where now I have to wait A hour for officers to open my cell so my food is cold when I get it, superintendant in my opinion is coercing the mailroom not to send out my mail because I have been trying to write you and the Governer and the Mailroom has been Holding the mail for 2 weeks, So I have to write you in some one elses name to assure you get the mail along with the governer.

Jawell J of

Action Requested

I request that an investigation be held about this matter and that officers get suspended and captain and Dep Russo as well as superintendant, and I wish to press charges on the mail room, officers captain Dep and Lieutenant and if superintendent gave the order for my mail to be held I want to press criminal charges on Him as well, and I would like you to order this facility and any other facility to leave me alone about my mohawk Hairstyle, it is not a risk to the order of A facility or safety And security and it is my culture and religious right under the constitution of the state of New York and the united states. ([crossed out])

is instructing the mailroom to Hold my mail pertaining to the real issues, so the mailroom is holding my mail and not sending it to commissioner, the governer and prisoners legal service, I also wrote a grievance on the superintendant and sent it to the commissioner of corrections so your office could refer to that as well, the superintendant is falsifieng Documents, my Grooming standards (current Hair-style) was never reviewed by a imam, what kind of people is working for DOCCS, this is sick, As you could see this whole packet, 40 pages that has to be reviewed and the superintendant fails to investigate in order to cover up for the captain, DSS Lt, Sgt and officers, this is clear gang activity, How could I meet grooming standards on both misbehavior reports, I was found Not guilty and in compliance, now because I'm filing grievances for Harassment DSS, and captain states I'm not in compliance I have to cut my hair, thats there order, but they are not man enough to put that on papper because they know they Have no authority to tell me to Do so in there official capacity, so verbally they tell me to cut my hair, exceeding the scope of there duty acting them in there personal capacity with intentions to Harm me, and inflict cruel and unusual punishment on me.

Jamell Ivy
12-29-14

# EASTERN CORRECTIONAL FACILITY

IGRC OFFICE ACKNOWLEDGEMENT RECEIPT

TO: Fox DIN: 12B1626 CELL: 12-18

This notice is to inform you that your grievance(s) dated 12/8

was/were filed on ____________.

EASTERN C.F.
DEC 10 REC'D
INMATE GRIEVANCE

Log # ECF- 26147-14

CODE: 49

TITLE: Alleges Harassment/Retaliation

*Your log number, DIN, and cell location must be included on any inquiries made concerning your grievance.*

Upon completion of an investigation and if not resolved you will be scheduled for an IGRC hearing within 16 calendar days of the filing date. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC can hold a hearing in absentia. If 3 scheduled hearings are missed due to legitimate reasons the IGRC can hold the hearing in absentia. When a grievant is keep locked over thirty (30) days a hearing can be held in absentia.

If your grievance is numbered as part of a consolidate issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Grievances coded 25.1, 25.2 or 49 are passed directly through to the Superintendent for action. An investigation will be conducted and the Superintendent should respond within 25 days of the filing date. No IGRC hearing will be held.

If a response is considered untimely then the IGRC Office may contact you to ask for an extension or you can request in writing that it be appealed to the next level.

IGRC Clerk [signature] IGP Supervisor ____________ IGRC Sergeant ____________

Javell Fox 12B16 southhall 16-4
December 26, 2014

EASTERN CORRECTIONAL FACILITY,

To whom it may concern

On November 9, 2014 I was given A misbehavior report (Ex A) about my Hair officer lied saying my locks were braided, I was found not guilty, by Lt Simmons, Hearing officer, on ~~December~~ November 12, 2014
On December 7, 2014 I was searched by officer williamson and officer waugh, officer Cruz Abandoned his post ~~a~~ to point me out to these officers, A week prior officer cruz told Lt Madison that when he see me Hes gonna give me another misbehavior report for the same thing (my Hair), in which I was found to be in compliance. (EXB) officers never got Approval from there supervisor to frisk me and then officer williamson came to my cell and frisked my cell still without Appoval from a supervisor, Just so he could find something to ADD on the ticket to make sure I was given keeplock time and suffered, he found 4 pair of state greens that was cut a quarter inch in the waist, I am now serving 30 days for those cut pants and had to pay 44.82 ¢ for used pants that were already in that condition when I got them from my last facility and these pant would've cost 2.00$ the most to repair, I wrote a Grievance on the Lt and officers, (EX C) captain webbe came to speak with me, immediately he covered up official misconduct, I wrote a grievance on the Captain for this clear assistance in failing to punish or speak to officers for Abandoning post and also covering up for them, (EX D) the Dep came to speak to me he covering for the captain and fails to investigate officer misconduct, I wrote a grievance on the Dep, (EX E) I Appealed the Tier II proceedings as excessive penalty and no proof to prove I cut the pants, the Dep Affirmed the penalty of 30 days, the same Dep I grieved. (EXF) I been trying to write to the commissioner and governor, however the mailroom is not sending out my mail and is Holding it so I cant access the proper channels, for remedy. (EXG) the keeplock status here is cruel and unusual, I had to climb on a chair, and up the

Bars to get my Breakfast, lunch and Din in Trays, on December 23, 2017 I slipped off the bar hit a chair fell back and had to be carried to the Hospital And given steroid shot to walk and then I was Hospitalized in the prison infirmary until December 26, 2014, and I Now (EX H) temporarily (Hopefully) walk with A cane, because I dont walk to good without it As of now, I am writing a grievance in the superintendant (EX I) i also asked officers All the time to open my cell and hand me my trey, they tell me to Climb or Dont eat (EX L), the superintendant Allows this jail to run out of control, the superintendant could of prevented this, plus I should of never been on keeplock for my HAIR and pants thats ripped that is not a safety and security issue, my hair is in A Mohawk Hairstyle I am Native American through my fathers mother and I am Rastafarian, my Hair is not All the way locked So its twisted as thats the only way to get modern locks, and they go back into a mohawk, I've been Harassed and keeplock for my HaiR since I been in this facility, now I'm being charged 44.82$ and 30 Days keep lock (ex J), loss phone, loss of package and loss of Rec, because of my HairTand I had to climb to get food like a Animal and now Im cripple, Because I fell, I should not have to be Abused and placed under such treatment, please contact this facility As the powers that be and Stop them from Abusing me, I enclosed A witness statement on my Behalf. Exhibit C. Exhibit E will Show the continued Harassment

cc Governor

cc commissioner

cc Good Morning America

cc Daily News

cc prison legal services

cc prison voices project

I wish to file criminal charges in this matter, please Assist me in Doing so.

3 copy
(Ex A)

Form 2171A (1/12)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

EASTERN CORRECTIONAL FACILITY

**Inmate Misbehavior Report – Informe De Mal Comportamiento Del Recluso**

| 1. Name of Inmate (Last, First) – Nombre Del Recluso (apellido, nombre) | No. – Num | Housing Location – Celda |
|---|---|---|
| FOX, JAVELL | 12B1626 | SH-12-8 |
| **2. Location of Incident – Lugar Del Incidente** | **Incident Date – Fecha** | **Incident Time – Hora** |
| YARD GATE | 11/9/2014 | APPROX 10:30AM |

3. Rule Violation(s) * Violaciones

106.10 DIRECT ORDER

4. Description of Incident – Descripcion Del Incidente

On 11/6/14 I, Officer J. Szkred, observed Inmate Fox 12B1626 with the sides of his head shaved and 1 large braid down the center of his head. I counseled Inmate Fox and ordered him to fix his hair to be in compliance with directive 4914 Inmate Grooming Standards. On 11/9/14 I observed Inmate Fox with the same hair style and when I questioned him about it he said "I'm not going to change my hair". Inmate Fox admitted that he is going to continue to defy the rules set forth in directive 4914.
Area Sergeant Fassetta was notified and Inmate Fox was placed on keeplock status.
It should be noted that Inmate Fox has been counseled for the same infraction by numerous security staff in the recent past, including Lt. E. Madison on 11/6/14.

| Report Date – Fecha | Reported by – Nombre De La Persona Que Hace El Informe | Signature – Firma | Title – Titulo |
|---|---|---|---|
| 11/9/2014 | J. Szkred | [signature] | C.O. |

5. Endorsements of other employee witnesses (if any) Endosos De Otros Empleados Testigos(s) hay) — Signatures: Firmas 1 ______ 2 ______ 3 ______

Note: Fold back page 2 on dotted line before completing below

6. Were other inmates involved? ☐ Yes ☐ No If yes, give name & #

7. At the time of this incident, was inmate under prior confinement/restriction? ☐ Yes ☐ No or
As a result of this incident, was inmate confined/restricted? ☒ Yes ☐ No

8. Was inmate moved to another housing unit? ☐ Yes ☐ No
If yes, (a) current housing unit ______ (b) Authorized by ______

9. Was physical force used? ☐ Yes ☐ No (If yes, file form 2104)

Area Supervisor Endorsement [signature]

Dist: WHITE - Disciplinary Office CANARY - Inmate (After review)

3 of 19

11/10/14 STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES PAGE 1
DCP004 DISCIPLINARY HEARING DISPOSITION RENDERED

(EX B)

EASTERN GEN TAPE NUMBER 14-189

DIN: 12B1626 NAME: FOX, JAVELL LOCATION: SH-12-018

INCIDENT DATE & TIME: 11/09/14 10:30 AM TIER 2

REVIEW DATE: 11/10/14 BY: LT CAPUTO

DELIVERY DATE & TIME: 11/10/14 09:15 AM BY: CO MAYR

HEARING START DATE & TIME: 11/12/14 10:47 Am BY: LT Simmons

HEARING END DATE & TIME: 11/12/14 11:03 Am BY: LT Simmons

| CHARGE NUMBER | DESCRIPTION OF CHARGES | REPORTED BY | DISPOSITION |
|---|---|---|---|
| 106.10 | REFUSING DIRECT ORDER | CO SZKRED | NG |

ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE INMATE.

| PENALTY CODE | DESCRIPTION | PENALTY MO DAYS | START DATE | RELEASE DATE | SUSPEND MO DAYS | DEFERRED MO DAYS | RESTITUTION $$$$ . ¢¢ |
|---|---|---|---|---|---|---|---|
| — | Dismissed — | | | | | | |

11/10/14 STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES PAGE 2 (EX B)
DCP004 DISCIPLINARY HEARING DISPOSITION RENDERED

DIN: 12B1626 NAME: FOX, JAVELL HEARING DATE: 11/12/14

A. STATEMENT OF EVIDENCE RELIED UPON:

~~The ... ISG~~ INSUFFICIENT EVIDENCE TO SUPPORT THE CHARGE. HAIR CUT/STYLE IS PERMITTED IAW DIR 4914.

B. REASONS FOR DISPOSITION:

C. SPECIAL INSTRUCTION ON CORRESPONDENCE RESTRICTIONS AND REFERRALS

I HAVE RECEIVED A COPY OF THIS HEARING DISPOSITION DATED: 11/12/14

[signature] [signature] 11/12/14 11:03 A

HEARING OFFICER SIGNATURE INMATE SIGNATURE DATE & TIME RECEIVED

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING APPEAL PROCEDURES:

✓ FOR TIER II HEARINGS-APPEAL TO SUPERINTENDENT WITHIN 72 HOURS.

____ FOR TIER III HEARINGS-APPEAL TO COMMISSIONER WITHIN 30 DAYS.

From: Javell Fox 12B1626 SH-12-18
Eastern NY correctional facility (Exc)
P.O Box 338
Napanock N.Y 12458.

To: Superintendant
Date: 12-7-14

on 11-9-14 I was given a misbehavior report by officer skred for refusing a Direct order. officer skred claimed that my hair was not in compliance with Directive 4914 of inmate Grooming standards. I have locks going, and the sides cut. at the hearing held on 11-12-14 Lt simmons found me not guilty and per Directive concluded that my haircut/style was in compliance on the ticket officer skred lied about how my hair was styled. when she saw me after the ticket was dismissed, she said she had to because Lt ~~[illegible]~~ MADISON gave her a order. (very unprofessional).

Lt ~~[illegible]~~ Madison gave me a order prior to that ticket not to braid my locks or cornrow my locks, which I [illegible] promptly followed.

On December 7, 2014 officer cruz directed officer williamson to search me, where he took off my shoes and had me in my sox in the hallway. I was then sent back to my assigned cell after the search of my person. 10 minutes later officer williamson arrived at my assigned cell, ordered me out and began to search, he asked me if I knew why he was there. I stated no, he said that LT ~~[illegible]~~ MADISON gave me a order, and I told him I followed it, and had a hearing for that order, and again a officer is being sent by Lt ~~[illegible]~~ MADISON. I told officer williamson that I had a hearing for that order and was found not guilty by hearing officer Lt. Simmons. officer williamson stated that Lt Simmons Doesn't know anything, and he don't know how things run around here. I also have witnesses ~~that heard~~ this statement. Lt simmons is Black, Lt ~~[illegible]~~ madison is white, officer williamson is white and Lt ~~[illegible]~~ MADISON and officer williamson is being Racist. Lt simmons is competent enough to interpret Black hair, and a grooming directive that Defines primarilly Black hair, I request to be released from [illegible] this ticket is not [illegible]

issue. It is no reason for me to be on keeplock status for my hair representing my culture and in compliance with Directive. I also Request not to be setup with Drugs or weapons or positive urine test or Assault by officers, I dont use Drugs, or sale Drugs, I dont make weapons or use weapons, I'm not violent, these are tactics officers use to punish inmates for using the Grievance system. its not far fetched, for my ticket being dismissed I been Harassed for a month by officers now leaving in a misbehavior report for my hair again and possibly another ticket. officer cruz left his post just to Harass me. I request to be Assisted in filing criminal charges against officer cruz, officer williamson and Lt madison. I fear for my safety at 6:15pm I was given a urine test, officers are going great lengths punish me for no reason, just because of my hairstyle. officer williamson even stated that he was searching my person and assigned cell because of my hair. Lt and officers are exceeding the scope of there Duty to the point of gang activity: officers and Lt are also violating my right to religion by constantly forcing to remove my religious head wear just to see my hair like I'm a freak show. I'm being Degraded and cruel and unusually punished. facility Grievance have been filed in this matter and a Notice of intent is being Prepared.

CC I.G
CC Commissioner
CC Attorney General
CC Governer

Jamell [signature]

also on November 30, 2014 a inmate overheard c.o cruz tell Lt willson that if he see me he gonna give me a ticket, this was conspired, and is a criminal act, and should not be tolerated.
I am indigent, I owe Advances for legal copys and I have a pending surcharge therefore the facility takes 100% of my idle pay, I request An Advance from the facility To get Hygiene Products, a drinking mug (because you ordered the c.o's to confiscate all water bottles, so now I cant get water to drink, and stamps so I could write my Relatives [illegible]

(EX C)

I Bennett Esquiled #98A4911 was sitting in my Cell on December 7, 2014, When I over heard the Conversation between the inmate in 12-18 and the officer who was frisking his Cell The officer gave a direct order to the inmate in 12-18, to step out of his Cell and place his hands above his head, so that he Could pat frisk," the inmate Complied with the order The officer than gave the inmate another order "to stand and face his Cell While he Conduct a Cell search of his Cell" The inmate Complied with that order also The officer than ask the inmate did he know why his cell was being search, "the inmate "replied that he didn't know why." The officer than stated; "that the reason why the inmate Cell was being search, is because he was given a direct order to cut his hair by the Lieutenant and that he was not in Compliance with the direct #4914 of hair styles, The inmate than replied to the officer "That he was in fact in Compliance with the direct #4914," and that he receive a misbehavior report for the same hair style before and that the Lieutenant who did his hearing dismiss all Charges against him being in Compliance with the direct #4914" The officer than ask the inmate "did he have the disposition of the hearing," the inmate replied "yes." The officer than stated that the hearing Lieutenant did not know what he was talking about and that the Lieutenant was wrong in his decision and that the other Lieutenant was right about his hair style not being in Compliance with the direct #4914, and that he will be keeplocked again for having that hair style.

B. Esquiled
98A4911

Dmb. 12/8/14

From: Javell Fox, 12B1626, South hall, 12-18, Eastern NY, Correctional Facility
To: Superintendant
Date: 12-14-14

(EXD)

On 12-12-14 a captain came to speak with me. he already was predetermined to rule that my hair was no in compliance, a conclude this because he had all subdivision under Dir 4914 highlighted that he used to tell me my Hair was not in compliance. captain told me that I could not twist my hair. I explained to him that all new growth must be twisted, or hair that isn't locked must continue to be twisted in order to Lock. captain misquoted "Directive 4914. Directive states ~~an inmate with~~ Dreadlocks may not be twist, wouve, or cornrolled "together" captain interpreted this to mean that Dreadlocks may not be twisted, and anyone seeking to have Dreadlocks cannot because an inmate cannot twist there hair, I explained to captain that the Directive meant Two or more DreadLocks can not be twisted together, I understand why for safety and security, hair can be used to smuggle contraband, if Dreadlocks Are Twisted, wouven or cornrolled "together". Dreadlocks and Together is the words. captains misinterpretation is an infringement on my federal and state right to religion.

Also the Directives states that you cant have two hair styles, meaning cornrolls and Dreadlocks, which would not make Since. However my Hair being cut on the sides do not constitute a hairstyle, it's constitutes a hair cut with my locks on top and in the back which pays reverence to my Native American Heritage that I acknowledge through my fathers, mother who passed away

(EX D)

my haircut on the sides and my locks on the top and back constitutes a hairstyle; a hairstyle that is popular amongst minoritys and whites of the punk Rock culture.

captain is clearly misinterpreting the Directive and told me futhermore that I have to cut my hair all together, he also said that when I go to my hearing I can not have any hair on top because are not fully Dreadlocked and some parts that is not locked is twist, And if I dont comply at the time of my ~~hearing I will be found guilty~~ so basicly my hearing is predetermined and shows proof of bias by influence from the investigation officer over the hearing officer which will prevent the hearing officer from being Impartial which is a violation of my due process, under state and federal constitution, francis v. coughlin 891 F.2d 43, 46 (2d cir 1989) this is also cruel and unusual

furthermore I complained about the officer by the name of cruz leaving or abandoning his post and conspiring with officers who on 12-7-14 stopped me in the hallway took off my boots and frisked me for no reason pertaining to me being a threat to safety and security frisked my cell just to find anything to add charges to the misbehavior report, this kind of behavior does not concern the captain, I'm being frisked and confined because of a harstyle, that poses no threat to safety and security. Superintendent you are my caretaker commisioned by the state, I ask you to please allow me to exercise ... mission and culture in fact by the hairstyle ... neetly groomed.

I am Registered in eastern your facility as (Ex D) N.O.I, however this was done because I wanted to be a part of saviours day which is a N.O.I Holiday, we get 3 times to visit a religious function as a guest then we cant go no more. I could just be a guest because I would of needed to be a guest for 5 weeks instead per directive its 3 weeks and the event was 5 weeks away I could sign up last minute (on the 3 week I would not have made the Term) because I RASTA is my Religion as well call out, however as the science prescribed by the Natives and Ancient Africans.

Please Assist me in being relieved from violation of my Due process and confinement for expressing my culture and religion, I was found not guilty in a hearing for my hair and Direct order by the same hearing officer who Adjourned my hearing that ~~was held on~~ 12/11/14 for no reason other then he new I was gonna meet with the captain on Friday 12/12/14, so that the captain could predetermine the out-come of my hearing and also the captain is taking the side of security staff Lt madison and officers mention in my previous letter to you the captain is ~~clearly~~ bias.

CC Governor Andrew Cuomo
CC Commissioner





STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION

EASTERN NEW YORK CORRECTIONAL FACILITY
PO BOX 338
30 INSTITUTION ROAD
NAPANOCH, NEW YORK 12458
(845) 647-7400

ANTHONY J. ANNUCCI
ACTING COMMISSIONER

WILLIAM A. LEE
SUPERINTENDENT

# 12B1626 Fox, J.
SH-12-18

12 December 2014

I am in receipt of you letter of complaint dated 07 December 2014. I have requested and received memos from all identified Staff.

I meet with you on 12 December 2014, the interview took place in the computer room, located on the Guard room floor. During the interview the following items were discussed.

1) Directive # 4914 Grooming standards.
2) CORC decision, concerning "corn rows and ponytails".
3) The misbehavior report, dated, 09 November 2014.
4) Identified "Lt. Wilson" to be in fact Lt. Madison.
5) When you received direction from Lt. Madison and when you complied with same.
6) What exactly your current hair style is and what you determine it is called.
7) The interpretation of the wording "twisted" in directive # 4914.
8) Why and what exactly you meant by the statement, " I fear for my safety".

During the interview, you removed your head covering to display your current hair style, at which time I advised you that you were not in compliance with Directive # 4914. I showed you the directive and pointed out to you where the violations were. You stated to me several things. First, that the hair style you have is a dreadlock style. I indicated and showed you Directive # 4914, page 3 of 4, heading 2, sub-heading (a). "The dreadlock hairstyle is allowed. When worn, dreadlocks must extend naturally from the scalp and may not be woven, twisted, or braided together forming pockets that can not be effectively searched".

We also discussed the 08 allowable basic haircuts. You stated to me that, you had a "basic hair cut". I advised you that per directive # 4914, page 3 of 4, heading 2, sub heading (b). "Inmates may wear only one approved hair style; no combination of approved hairstyles is allowed". Your combination of a "short" haircut on the sides and "dreadlocks" on the top, constitutes a "combination" of two approved hair styles and per Directive # 4914, is not allowed.

(EX D)

Pg. 2 of 2
webbe/fox

We then discussed your concerns, based on the recent misbehavior report you received, as well as a cell frisk and urinalysis request. Your statement to me was, that the "single braid" hair style, you had on 06 November 2014, as observed by Lt. Madison and Officer Szkred, was not the same as what you had on 09 November 2014, nor was it the same style on 12 November 2014, the day of you disciplinary hearing. When asked if the hair style you had on the 9th of November, was the same as you had on this date, 12 December, you stated "yes". I then advised you that your current hair style was not in compliance, based on Directive # 4914.

We next discussed the pat frisk, as performed by Officer Williamson on 07 December 2014. Officer Williamson submitted a memo and advises, that on that date he pat frisked you and during said frisk, a small slit was discovered in the waist band of your pants, next to the snap. Officer Williamson continued the pat frisk and reported his findings to the Area Sergeant, who authorized Officer's Williamson and Waugh to perform a cell frisk. During the cell frisk the following items of contraband were recovered.

1) 4 – State green pants, w/ slits cut in the waistband, forming a pocket.

The items of contraband were confiscated and secured and a misbehavior report generated. You were keep locked for this infraction and as of this writing, remain keep locked pending a disciplinary hearing. Based on this information, a urinalysis request was submitted.

We spoke about your concerns for your safety and I asked you to elaborate, you stated to me that your "freedom" was in jeopardy. You further stated that because of all these recent events, you felt these incidents were escalating.

We also spoke about your religious denomination, which at the time of this writing is Nation of Islam and not Rastafarian, which you now claim to be.

I have read the memos supplied by Staff and I have looked at the documents involved, ie: misbehavior reports, frisk log/cell search log and I find no inconsistencies with good security practices. I do not find any Employee misconduct and I find no basis for your statement that you, "fear for your safety".

I do find, that while the original misbehavior report was dismissed, per Directive # 4914, your hair is still not in compliance, as stated in a recent misbehavior report dated 07 December 2014 and my interview and observation of you on today's date. While you were not charged with this infraction, the fact remains, you must get into compliance with Directive # 4914, or a misbehavior report will be issued.

As for your other allegations, I find them without merit. I advise you to come into compliance with the Directive and display a more positive attitude towards having contraband items in your possession.

(Ex D)

Javell Fox 12B1626 SH 12-18
12-14-14

Grievance No

Eastern Correctional Facility

on 12-12-14 I was called out to speak to the security captain pertaining to a complaint that wrote about Lt Madison, C.O Cruz and C.O Williamson, and Grievance that I filed for retaliation and Harassment stemming from a ticket (Misbehavior report) that I received from officer Szkied = For Disobeying a Direct order from Lt madison. this ticket was given to me on 11-9-14 and a hearing was held on 11-12-14 and the Hearing officer Lt simmons found me not guilty and stated that my Haircut / Hairstyle was Allowed per Directive 4914 and Law.

~~on 12-7-14 I received a misbehavior report~~ For the same issue. on 12-12-14 captain stated to me that my hair was not in compliance and he clearly misintrepets the Directive that states 'Dreadlocks' can not be woven, Twisted or ~~[illegible]~~ corn rollede together.

The captain said that my locks are twisted therefore ~~my hair~~ is not in compliance, also my hair is cut on the side and said that that is

(Ex D)

Two different hairstyles and is in further in-compliance. In the Directive Hairstyles states cornrow Braids and Dreadlocks, so I could understand if I had corn row braids on the side and locks on the top this would be a violation. by my hair being cut on the sides and lock on the top Neatly Groomed is one hair style.

My Religion is Rastafarian and I adhere to the strict custom of my Native Cherokee Ancestry and my Hairstyle is a cultural symbol, that represents the bear turning into the Hawk; which means from land to sky, spiritual rebirth. captain also stated that if I don't cut my hair by the time I go to my hearing I'm gonna be found guilty. so my hearing is now predetermined which is a violation of my constitutional Right to Due process by him being the investigation captain influencing the hearing officers decision and ability and obligation to be impartial Francis v. Coughlin 891 F.2d 43,46 (2d cir 1989) and he is also infringing on my Right to Religion under section 610(I) of the NewYork corrections law, my Hairstyle is a spiritual Religious Symbol and is no threat to the order, safety or security of the Prison.

Furthermore I made captain aware verbally which he was already aware orally That I had been frisked physically by officers because of my Hairstyle-, officer cruz abandoned his post to direct officers and show them who

I was, and sgt okayed officers further (GXD) frisk my cell for no reason concerning safety or security only to execute a cell to find item that I cant have or any little thing to Add more charges to the misbehavior report to assure that I confined to my cell after the hearing.

captain was not concerned with this AND justified the sgt and officers malicious conduct. he had predetermined to state that my hair was not in compliance by Highlighting the same subdivisions that the officer quoted which is idiotic and violates my civil and constitutional rights the captain is bias, and by him influencing the hearing officer HE is breaking correction rules. I also told the capt that when I came back from the Hearing officer cruz and his co-worker was teasing me and telling me to say something now and making chicken quacks like they were Highschool teenage Bullys. capt Didn't care. Jaell Gx

Action requested

I request to be allowed to wear my hairstyle, it is a religious symbol of strength, peace and growth, and for the captain to be explained the importance of protecting prisoners constitutional rights and by him supporting or agreeing with officers Abandoning there post, to point out a inmate, frisk him, then the sgt okays a cell search all because of a inmates hairstyle that poses no threat to safety and security is a contradiction of his Rank.

JAVELL FOX 12B1026 54-12-18 (12/15, 14) (Ex D)

Grievance No.

EASTERN CORRECTIONAL FACILITY

I Recelved the outcome of captains investigation (of Grievances that I Filed and complaints I wrote) in writing.

I am awestruck to see how incompetent the captain is acting and how much he lacks integrity, the superintendant has a liar for a captain and as a security captain he can not be trusted.

Captain states officer williamson gave a memo explaining ~~[illegible]~~ that he pat frisked me and At that time he felt a slit on the inside the waistband forming pockets then he frisked my assign cell, However what was the reason he frisked me captain failed to state that he also failed to investigate officer Cruz for abandoning his post just to point me out to officer williamson and officer waugh, also officer ~~[illegible]~~ waugh was not there when officer williamson came to frisk my assigned cell as captain stated he was sent by sgt, he never came because no sgt sent williamson I told him my cell location and he came on his own alone, and I have a witness that heard william say why he came (Because of my Hairstyle) and Heard officer williamson when he said to me he see a pattern in my pants they all have slits in them, then he left out of the cell, told me to get on the gate and he then felt my band to see if the pants I ~~[illegible]~~ had on had slits in them which they DID.

He states that he finds no employee misconduct, if this was A test for him to get hired, to find employee

misconduct and if he did not he would [i never got (Ex D)] fired, so since he was sent to do an investigation and found no employee misconduct he should be suspended. for one officer ceuz abandoning his post to point me out to get me searched if definitely employee misconduct, and for captain to not even mention shows hes trying to cover for the employees misconduct, which makes him an accomplice to officers and lieutenant criminal action, 2 captain never spoke about why I was pat frisked and who okayed that, why because no one okayed it and this is further him trying to cover up for employees misconduct, and then making up an elaborate story for why he came ("because of my pants having slits in them) to seach me, but I have a witness that can attest to him stating clearly why he came to frisk my assigned cell (because of my hairstyle etc.) no sgt gave permission he may have backlogged it with sgts permission, I'm sure of that the captain covers up for security staff, lieutenants and sgts do the same officers police themselve and act as tyrants when ever they chose, and it captains like the captain that the superintendant sent to investigate that'll cover-up employee misconduct, Hes a criminal, Bias prejudice,

Actions requested

captain needs to be suspended. I request An employee rule book,

Javell Fox 12B1626 SH-12-18 Dec-18-2014

To: Superintendent (Ex E)

Today I spoke with Dep Russo, I was spoken to like a Degenerate embasil, I come to that conclusion by the tone of his expression of words. He told me to take that off let me see, you hiding it, take that off, he's referring to my religious head wear, no respect at all, furthermore he already predeter-mined his ruling on what he thought my Hair should be, of course, not in compliance. he spoke about the captains Decision on my Hair and agreed, of course, he spoke nothing about ~~the~~ captains failure to investigate and possibly covering for officers misconduct ... egotistical, The official staff here do not see me as a human being just a peion, officials here from what I've been through only see each others interest, and is only out to protect each other as human no matter how much harm they cause me. superintendent if a Samurai was to be housed in your prison, and he had all his hair shaved off on the side part of the top and the back and one ponytail with a braid representing his religious ... 1,0067

culture, would you keep sending officials to (Exe) inspect his hair or would you make a decision or Direct those of who you send to make a Decison based on Correction Law section 610(1) Right to Religion 1st Amendment, its common sense that the Directive cant list every ~~hairstyle~~ / Haircut that entitles a Hairstyle. the Directive Donot SAY my Hairstyle is not permitted and NY Corr LAW 610(1) allows me to express my religion As long as I'm not Diserupting the order of the facility or threatening safety and security, I'm a true Descendant of the Cherokee Natives and I acknowledge Halle Salassie I the first king of Ethiopia as the true and living GOD which Holds the wisdom of the path that man should follow; my Hairstyle is Holy religious I request that you allow me to ~~[illegible]~~ express my religion, thats A Constitutional Right. Dep Russo stated that if I dont cut my Hair or grow my Hair (of course he did not say that me twisting my locks was) I'm gonna remain confined, who is he to Disregard correction Law 610(1) or do he know it and if he Dont He's not trained properly, However He should know the Constitution and Dep Russo is clearly violating my Constitutional Right.

Action requested! to be Allowed to express my beliefs and reflect the Consciousness that I acquire under the U.S Const N.Y. State 610(1)

[signature]

Javell Fox 12B1626 SM 12-18 12-20 14

(Ex E)

Grievence No.

Eastern Correctional Facility

On 12/19/14 I received a MEMORANDUM from Dep Russo pertaining to our meeting on 12-16-14. Dep Russo is falsifieng Documents intentionally, Dep Russo on Above Date at the lobby of South hall he conspired with A female officer And concocted the lie At that time that states my Hair was in A braided style that forms pockets. as the Dep of Security he's competent at crafting memos for his higher official that use the rules to punish me at the expense of him falsifiens Documents. because a picture was taken of my Hair the same Day we spoke, that will prove Dep Russo is A liar, criminal and He's no integrity.

Action Requested.

I want to fyle criminal charges in this matter, Equal protection of the law. if I break a Rule or the law I'm immediately punished, these official such as Dep Russo need to criminally investigated and punished after the fact findings to Deter future behaviors like falsifieng Documents to lie for peers and ... up and sweep under the rug official miscon... on a inmate. this is

FORM 2178 (12/11) STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

**APPEAL FORM TO THE SUPERINTENDENT**
**VIOLATION (TIER I) AND DISCIPLINARY HEARINGS (TIER II)***

EASTERN NY C.F.
SUPERINTENDENT'S OFFICE
2014 DEC 18 AM 8 35

(EX F)

Name: Javell Fox DIN: 12B1626

Housing Location: South Hall 12-18 eastern Correctional Facility

I wish to appeal my ☐ Tier I ☒ Tier II hearing completed on 12/17/14

**STATE SPECIFIC GROUNDS FOR APPEAL:** excess penalty, cruel and unusual punishment, no evidence to impose penalty.
on 12-17-14 I was given 30 Days keeplock, loss of Rec, loss of commissary, loss of packages, and loss of phones. for excess/ Altered clothes 113.20. for one I did not get the pants that were in my possession that had a cut that was not even a quarter inch, in the waist band and I was also charged $44.32 for the 4 pants. since I did not receive the pants from this facility, Hearing officer can not prove that I Altered/Damaged them. also 30 Days of keeplock and loss of all privileges plus $44.32 Restitution for Damaged used pants that Hearing officer Did not prove I Damaged is cruel and unusual punishment. I request that the penalty of 30 days keeplock and loss of privileges as be reversed and the restitution of $44.32 be deposed. also I stated on the record That I received those pants the way they were used, from Auburn State Shop, and this disposition is cruel and unusual punishment.

*NOTE: Tier I appeals must be submitted within 24 hours of hearing.
Tier II appeals must be submitted within 72 hours of hearing.

****************************************************************************

**SUPERINTENDENT'S REPLY**

Your appeal of the Tier II Hearing conducted on 12/17/14 has been reviewed by me. The decision of the hearing officer is hereby:

☒ Affirmed ☐ Reversed ☐ Modified

[signature] DSS 12/23/14

(Superintendent or Designee) (Date)

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
EASTERN NY CORRECTIONAL FACILITY

(Ex G)

**TO:** Fox, Javell 12B1626
**FROM:** Diane Labbate, Steward
**SUBJ:** Legal Postage Advances
**DATE:** 12/23/14

As per Directive 2788, justification is required to approve the attached postage advance forms. Your requested advance and balance of unpaid previous advances for legal mail exceed $20.00. Exceeding the $20 limit shall only be approved if you can show by court rules, a statute of limitations, or other legal deadline applicable to your individual circumstance that the legal mail must be sent prior to receipt of the next week's free postage allowance. Until your legal mail advances fall below $20, please continue to provide this documentation for all future requests in order to expedite the approval process.

CC: file

EASTERN NEW YORK CORRECTIONAL FACILITY
CORRESPONDENCE UNIT

Name: Fox, Jarell Din: 12B1626 Loc: 12-18

Date: 12/23/14 (Ex 6)

This piece of mail is being returned to you in accordance with Directives #4421 and #4422.

* Inmate to inmate mail, business mail, and Free Matter for the Blind mail must be submitted unsealed.

* All mail to other inmates must be approved in advance by your Counselor.

* Your name, din, and Eastern New York Correctional Facility must appear on the front and back of your envelope.

* You are allowed to mail 5 Free Legal Letters or a total allotment of $2.40 per week. Any legal mail submitted after you have used your weekly allotment will be returned to you for stamps or a disbursement form. During this week, you used a total of ________ in free legal postage.

* Name or address on this legal mail is not listed in the New York Lawyers Diary and Manual, please send verification that this is in fact a legal address.

* When using an Advance Authorization Form #2078, an original Disbursement Form #2706 must also be attached.

* Disbursement Form or Advance Form is not allowed to be used for 49 cents postage – use a stamp.

  You need to add ____________ postage or a disbursement form.

* Your GED/ High School Diploma/ Transcript has arrived and has been forwarded to the Academic Office.

* Your study correspondence program information from ______________________ has arrived and has been forwarded to the Academic Office for review.

* The following has arrived at this facility for you and has been sent to the Inmate Records office for placement in your personal property:

  - o Social Security Card
  - o Driver's License
  - o Marriage License
  - o Certificate
  - o Birth Certificate
  - o Other

* This company is on our current Disapproved Vendor List (list can be viewed in the Library)

Javell Fox 12B1626 5H 12-18
December 25, 2014

(Ex G)

GRIEVANCE NO.

EASTERN CORRECTIONAL FACILITY

On December 24 I received A letter from Diane Labbate, steward Dated December 23 2014, making me aware that she could not send out my legal mail with Advanced Disbursement because I'm over my Allowed Advance which is 20.00 per Directive 2788 so she claims, However I sent off legal mail ~~[illegible]~~ ~~out~~ on December 17, and the 18, 1, to the Governor, 2 to Prison legal Services, 3 to Commission of corrections, 4, to Appellate Division Fourth Department, 5 to Peter J Digiorgio Attorney at law, 6 District Attorney, and 4 miscellaneous mail to friends And family to make them Aware of the Abuse that been inflicted on me at this facility, and a week after she is informing me that it cant be mailed out, and on top of that my legal mail have not been returned to me yet (Im Furious) this is the Second Deadline that I've missed because of this A.Z.Y untrained inconsiderate mail room. I'm being Denied Access To the court, and I believe the Mailroom is conspiring with officials to stop and stagnate me from getting mail out reporting this facility

Javell Fox

Action Requested

In the future there should be no reason A Indigent inmate should have to send out A Disbursment if there is no MONEY TO DISBURSE, THIS IS COMMON SENSE. An Advance Disburse ment is the proper Disbursement for A Indigent, Advance, loan etc.., and the Mailroom ... mail ... they get it, and if there not ... and still Hold my mail

TO: Diane Labbate, steward (Ex. G)
From: Javell Fox, 12B1626, SH 12-18
Date: 12-25-14

I received your letter Dated 12-23-14, I sent you majority of the Advance forms and mail last week, around the 17th and 18. first off, by you Just holding my mail you are slowing up my access to the court, legal support and to statesmen, 2nd of all if you weren't gonna mail out my mail why are you holding it? and why are you waiting so long to inform me? send me my mail, you should get this letter from me on 12-26-14 which is Friday at 10:00am on or around, when you put the mail together to send to the population please add my mail with it. this is the second Dead-line I have missed because your office is not processing or returning my mail in a expeditious manner.

MAIL THAT NEED TO BE RETURNED TO ME TODAY 12-26-14 ARE AS Follows:

1 Appellate Division Fourth Department Rochester N.Y
2 Peter J DiGiorGio, utica Newyork
3 Oneida County District Attorney, utica NY
4 PRison Legal services, Albany Newyork - (Manilla envelope)
5 Governor Andrew Cuomo N.Y N.Y - (Manilla envelope)
6 Commissioner of corrections, Albany N.Y (Manilla envelope)
7 Tene Garcia, middletown N.Y
8 Javell Fox Jr (I/c/o sylvia smith) Rome N.Y
9 Talibra Harrison, Bronx N.Y
10 Bradi Miyummi, Monticello N.Y

I Have returned to SouthHall(12-18) so Please send my mail there,

CC File

STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**EASTERN NEW YORK CORRECTIONAL FACILITY**
PO BOX 338
30 INSTITUTION ROAD
NAPANOCH, NEW YORK 12458
(845) 647-7400

(EX H)

TO: Housing Unit Officer

FROM: Medical Health Unit: Dr. [illegible] (RN/MD/DDS)

SUBJECT: MEDICAL LIMITATIONS

DATE: [illegible]

NAME: Fox, [illegible] DIN: [illegible]

- [ ] Inmate should remain in his cell:
- [x] Shower on block per block routine. x 1 month (6/26/14 - 1/26/15)
- [x] No strenuous exercise or competitive physical sports. [illegible] month (6/26/14 - [illegible])
- [ ] Move to Flats/First Tier.
- [ ] No lifting more than ______ lbs.
- [ ] No work.
- [ ] May return to work and full program.
- [ ] Bottom bunk only. [ ] No double bunking.
- [x] Permit for medical appliance: Cane x [illegible] ([illegible])

TO RETURN APPLIANCE BY: [illegible] / [illegible] / 15

- [x] Others: No program x [illegible] ([illegible] - [illegible])

Duration: Date From: ______ Expiration Date: ______

[illegible signature]
Signature of Inmate

**Note: This pass shall be rescinded if inmate is found to participate in activities or sports not consistent with the pass. All passes expire on stop date. Renewal of pass shall be granted solely on the basis of medical condition.**

**I have verbally demonstrated understanding of the above to health care provider listed above.**

**Distribution:** White - Medical Record
Green - Program Assignment
Pink - Housing Unit Officer
Yellow - Yard Sergeant
Goldenrod - Inmate

Javell Fox 12B1626 December 26, 2014 South hall 16-4

Superintendants Grievance (EX I)

EASTERN CORRECTIONAL FACILITY

Superintendant failed to investigate Dep of security and Security captain for failure to investigate official misconduct, superintendant allowed officer Cruz to Abandon his post, he allowed officer Williamson and officer Waugh to frisk me without Approval from there supervisor he also Allowed these same set of officers or Rather officer Williamson to frisk my cell without permission from his supervisor, Lt Madison and officer Cruz all because of my Hair. Lt Madison a week prior to it occurence conspired this whole ordeal to this. superintendant I have a witness that attest to this. Decision By DSS Russo Allowed me to get an Affirmed Decision on and out of Retaliation who I wrote a grievance on 30 Days keeplock, 30 Days loss of Rec, 30 Days loss of phones, and 30 Days loss of package, he Affirmed my penalty of 30 Days keeplock. superintendant is Allowing officers and Higher officials to pressure me into cutting my Mohawk, with locks in it, which is properly groomed and a symbol of my Native American Heritage, and Rastafarian Belief protected under the Constitution and NY corr law 610, superintendant is also allowing for me to be Held Double Jeopardy, on Lt name Simmons found my Dread Hawk / Bear Hawk to be in compliance and I got a misbehavior report for the same thing. Superintendant Also is not Assuring that the facility is safe. while I'm on keeplock I had to climb a chair to get my Breakfast lunch and Dinner,

(Ex G)

EASTERN NEW YORK CORRECTIONAL FACILITY
PO BOX 338
NAPANOCH, NEW YORK 12458

MEMORANDUM

TO: FOX, J 12B1626 12-18

FROM: E. Jennings, Inmate Records Coordinator I

DATE: December 26, 2014

RE: Legal Mail

Attached you will find 3 letters which have disbursements and advances attached. Please be advised that these letters do NOT fit the criteria of Legal Mail. Therefore, you need to supply stamps.

3 letters were returned however all of my legal mail is still being held pertaining to the violations of this facility and its officials, this is not right.

/emj

cc: file

arried to medical hospital in the facility, given steroid not to walk, and Hospitalized in Infirmary for 3 days rom the 23rd of December to the 26th of December nd Now I walk with A cain, because Eastern correctional ells at South Hall where I lock are not fit for keep- ack and After I got out of Hospital they put me right BAck in south hall, where now I have to wait A our for officers to open my cell so my food is cold when I get it, Superintendant in my opinion s coercing the mailroom not to send out my mail because I have been trying to write you and the Governer and the MAilroom has been Holding the mail for 2 weeks, so I have to write you in some one elses name to assure you get the mail along with the governer

Jaiell J.4

Action Request

I request that an investigation be held about this matter and that officers get suspended and captain and Dep Russo as well as superintendent, and I wish to press charges on the mail room, officers and lieutenant and if superintendant captain Dep and lieutenant and if superintendent gave the order for my mail to be held I want to press criminal charges on Him as well, and I would you to order this facility and any other facility to leave me alone about my mohawk Hairstyle, it is not a risk to the order of A facility or safety and security and it is my culture and religious right under the constitution of the state of New york and the united states. (let my mohawk fly)

FORM 2171B (1/12)
Side 2

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION (EX J)

EASTERN Correctional Facility

# INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| 1. NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Fox, J. | 12B1626 | 5.H. 12-18 |
| 2. LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
| OUTSIDE MESS HALL #1 / CELL 12-18 | 12-7-14 | approx. 11:25 AM |

3. RULE VIOLATION(S) ♦ VIOLACIÓN/ES

106.10 - DIRECT ORDER
113.20 - ALTER STATE CLOTHING
116.10 - DESTROY OR DAMAGE STATE PROPERTY

4. DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

ON THE ABOVE DATE AND APPROXIMATE TIME, C.O. WILLIAMSON AND MYSELF CONDUCTED A RANDOM PAT FRISK ON INMATE FOX 12B1626 OUTSIDE OF MESS HALL #1. UPON REMOVAL OF HIS HEAD COVERING IT WAS DISCOVERED HE HAD AN UNAUTHORIZED HAIR STYLE OF A MOHAWK WITH DREAD LOCKS. THIS IS IN VIOLATION OF DIRECTIVE 4914 - INMATE GROOMING STANDARDS III-B-2-a,h. UPON FURTHER INVESTIGATION IT WAS DISCOVERED THIS INMATE HAD PREVIOUSLY BEEN ORDERED TO FIX HIS HAIRSTYLE BY LT. MADISON. THIS ORDER HAS YET TO BE OBEYED. DURING A SUBSEQUENT CELL SEARCH OF ~~FOX'S~~ CELL, AUTHORIZED BY SGT CONNER, INMATE WAS FOUND TO BE IN POSSESSION OF 4 PAIRS OF STATE PANTS THAT HE HAD ALTERED BY PUTTING A SLIT IN THE WAIST BAND CREATING A POCKET. PANTS WERE CONFISCATED AND BROUGHT TO WEST WING COURT. VALUE OF PANTS IS $11.08 PER PAIR. AREA SUPERVISOR NOTIFIED. INMATE FOX PLACED IN KEEP LOCK STATUS.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TÍTULO |
|---|---|---|---|
| 12-7-14 | J. WAUGH | [signature] | C.O. |

5: ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (If any) ♦ ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay)

SIGNATURES: ♦ FIRMAS: 1. [signature] R. Williamson C.O.

2. ______ 3. ______

NOTE: Fold back Page 2 on dotted line before completing below.

DATE AND TIME SERVED UPON INMATE ♦ FECHA HORA DADO AL RECLUSO: 12/8/14 7:57 AM

NAME AND TITLE OF SERVER ♦ NOMBRE Y TÍTULO DEL QUE ENTREGA: [signature]

You are hereby advised that no statement made by you in response to the charges or information derived therefrom may be used against you in a criminal proceeding. ♦ Por este medio se le informa que no se puede usar ninguna declaración hecha por usted como respuesta al cargo o la información derivada de ella en una demanda criminal.

## NOTICE ♦ AVISO

**REVIEWING OFFICER (DETACH BELOW FOR VIOLATION HEARING ONLY)**

You are hereby notified that the above report is a formal charge and will be considered and determined at a hearing to be held. ♦ Por este medio se le norifica que el informe anterior es un carge formal el cual se considerará y determinará en una audiencia a celebrarse.

The inmate shall be permitted to call witnesses provided that so doing does not jeopardize institutional safety or correctional goals. ♦ Se le permitirá al recluso llamar testigos con tal de que al hacerlo no pondrá en peligro la seguridad de la institución o los objectivos del Departamento.

If restricted pending a hearing for this misbehavior report, you may write to the Deputy Superintendent for Security or his/her designee prior to the hearing to make a statement on the need for continued prehearing confinement. ♦ Si está res[...] pendiente a una audiencia por este informe de mal comportamiento, puede

12/08/14 STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES PAGE 1
DCP004 DISCIPLINARY HEARING DISPOSITION RENDERED

(EX J)

EASTERN GEN

TAPE NUMBER 14-207
14-208

DIN: 12B1626 NAME: FOX, JAVELL LOCATION: SH-12-018

INCIDENT DATE & TIME: 12/07/14 11:25 AM TIER 2

REVIEW DATE: 12/08/14 BY: LT SCHOEP

DELIVERY DATE & TIME: 12/08/14 07:54 AM BY: CO OSTERHOUDT

HEARING START DATE & TIME: 12/11/14 10:07A BY: LT Simmons

HEARING END DATE & TIME: 12/17/14 9:55A BY: LT Simmons

| CHARGE NUMBER | DESCRIPTION OF CHARGES | REPORTED BY | DISPOSITION |
|---|---|---|---|
| 113.20 | EXCESS/ALTERED CLOTHES | CO J WAUGH | G |
| 106.10 | REFUSING DIRECT ORDER | | NG |
| 116.10 | PROPERTY DAMAGE OR LOSS | | NG |

ANY GUILTY DISPOSITION WILL RESULT IN A MANDATORY DISCIPLINARY SURCHARGE IN THE AMOUNT OF FIVE($5.00) DOLLARS BEING ASSESSED AUTOMATICALLY AGAINST THE INMATE.

| PENALTY CODE | DESCRIPTION | PENALTY MO DAYS | START DATE | RELEASE DATE | SUSPEND MO DAYS | DEFERRED MO DAYS | RESTITUTION $$$$ . ¢¢ |
|---|---|---|---|---|---|---|---|
| B | RL | 30 | 12/7/14 | 1/6/15 | | | |
| D | LOR | 30 | 12/7/14 | 1/6/15 | | | |
| F | J000 Comm | 30 | 12/7/14 | 1/6/15 | | | |
| E | Pkgs | 30 | 12/7/14 | 1/6/15 | | | |
| G | Phones | 30 | 12/7/14 | 1/6/15 | | | |
| R | Spec E | 30 | 12/7/14 | 1/6/15 | | | |
| U000 | Confiscation | | | | | | ~~44.32~~ |
| K000 | Restitution 4 pairs of State Pants | | | | | | 44.32 |

12/08/14 STATE OF NEW YORK - DEPARTMENT OF CORRECTIONAL SERVICES PAGE 2 (EX J)
DCP004 DISCIPLINARY HEARING DISPOSITION RENDERED

DIN: 12B1626 NAME: FOX, JAVELL HEARING DATE: 12/17/14

A. STATEMENT OF EVIDENCE RELIED UPON:

THE WRITTEN MISBEHAVIOR REPORT AND ~~YOUR~~ THE EVIDENCE PRESENTED SHOWING SMALL CUTS IN THE WAISTBAND OF YOUR PANTS NEAR THE FASTENER.

B. REASONS FOR DISPOSITION:

TO IMPRESS UPON YOU AND THE POPULATION THAT YOU MAY NOT ALTER/DAMAGE STATE ISSUED ITEMS.

C. SPECIAL INSTRUCTION ON CORRESPONDENCE RESTRICTIONS AND REFERRALS

I HAVE RECEIVED A COPY OF THIS HEARING DISPOSITION DATED: 12/17/14

[signature] X Javell Fox, 12/17/14 955A

HEARING OFFICER SIGNATURE INMATE SIGNATURE DATE & TIME RECEIVED

YOU ARE HEREBY NOTIFIED OF THE FOLLOWING APPEAL PROCEDURES:

✓ FOR TIER II HEARINGS-APPEAL TO SUPERINTENDENT WITHIN 72 HOURS.

____ FOR TIER III HEARINGS-APPEAL TO COMMISSIONER WITHIN 30 DAYS.

***SUCCESSFUL PRINT COMPLETION***

Javell Fox 12B1626 SH-12-18 (Exhibit K)
Date: December 25, 2014

Grievance No,

EASTERN CORRECTIONAL FACILITY

On December 23, 2014 SGT Bey sent officer Cotton to my Assigned in Southhall 12-18 to bring me downstairs to speak with me, at that time The officer whom I dont know his Name Aggressively frisked me while sgt and officers stood around in an intimated fashion on this day after the frisk was complete sgt Bey told me that I have a week to cut my Hair or I'm gonna get a Tier 3 Ticket, I dont know How thats possible, to get A tier 3 ticket for something that doesn't have to do with safety and security. Sgt Bey also made me Aware that his superiors sent him.

Javell F

Action Requested

To stop being Harrassed, and my constitutional Rights to freedom of religion be respected, I also gave the Superintendent Notice of my constitutional Rights, so officials cant claim negligence, they will answer and argue and be held liable in there personal compasity, I request that Superintendent also pass this notice to officials. And for no officers .00821 Thanks/weapons, drug, or

Favell Fox 12B1626 - 6th Hall 12-18
December 25, 2014

(Ex L)

Grievance No.

EASTERN CORRECTIONAL FACILITY

I informed officers, several officers that I cant get my food through the bottom slot, the feed up Trey wont fit, and I asked to be moved to Diffent cell, OR if they could open the Door and pass me the trey, they tell me they gonna look into it, in order to get my food I had to climb a chair then put my foot on the gate to grab it through the top like a monkey, some officers even watched in amusement like officer Henry and officer cotton.

On December 23, I climbed to get my trey (As I had to do for the past 16 Days plus 3 Day Prior) and As I pulled the trey through the top I slipped Hit my head And pulled my back out of Place, I am now admitted in the Hospital and Have been given a cain to walk, I'm in excruciating pain, All because officers are lazy, incompassionate, not properly trained and have superiority complexes, and cell is not fit for keeplock.

Favell F

Action Requested

That officers open my cell if I Return to SH 12-18, and that in the Alternative I be moved somewhere where I could get my keeplock treys normal and Dont have to climb.

Javell Fox 12B.026 S.H 12-18 12/18/14
Eastern Correctional Facility, P.O.Box 338, Napanoch NY 12458
To: Superintendant, Commissioner, Attorney General, Governer

U.S Constitution 1st Amendment and NewYork STATE CONSTITUTION: "NOTICE"

Congress shall make no law prohibiting the exercise of religion, therefore my hairstyle is a exercise of that law guarenteeing me a Right to freedom of Religion; that can only be limited in the Department of Corrections if it poses a threat to security, safety or the order of the Facility. My Hairstyle poses no threat to safety or security or the order of the Facility, so if any officials infringe on my Right to exercise my religion through the expression of my Hairstyle these officers or officials will be held to proceed in Answer and Argument in there official capacity for not being trained properly and made aware of the Right to prisoners, Ny Corr law 610(1) under the constitution, Period! but primarily in regards to Freedom of religion practice, Exercise and Expression. They will also be held to Answer and Argue in there personal capacity, I am making you aware of my Right, any further Violations there of is intentional infringement. You are the principle, you Have been notified, notice to the principle is Notice to the Agent - Amaker V. Goord, 2012 (W.D.N.Y. Aug 16, 2012).

Javell Fox 12B 26 SH-12-18
EASTERN CORR FAC
P.O. Box 338
Napanoch N.Y 12458

26147-14 DSS-
Please fwd & Respond to inmate

EASTERN NY C.F.
SUPERINTENDENT'S OFFICE
2014 DEC 8 AM 10 10

To: Superintendant

Date: 12-7-14

on 11-9-14 I was given a misbehavior report by officer skred for Refusing a Direct order. officer skred claimed that my hair was not in compliance with Directive 4914 of inmate Grooming standards. I have locks going back and the sides of my hair cut. at the hearing held on 11-12-14 Lt simmon found me not guilty, and per directive concluded that my haircut / hairstyle was in compliance. on the ticket officer skred lied about how my hair was styled. when she saw me she said she had to because Lt madison gave her a order. (very unproffesional).

LT wilson gave me a order prior to that ticket not to braid my locks or cornrow my locks, which I promptly followed.

on December 7, 2014 officer cruz directed officer williamson to search me, where he took off my shoes and had me in my sox in the hallway. I was then sent back to my assigned cell after the search. 10 minutes later officer williamson Arrived at my assigned cell, ordered me out and began to search. he asked me if I knew why he was there, I stated no, he said that Lt madison gave me a order and I told him, I followed it, and had a hearing for that order; and again a officer is being sent by Lt wilson: I told officer williamson that I had a hearing and was found not guilty by hearing officer Lt simmons. and by Law and Directive 4914 my Hair is in compliance. officer williamson stated that Lt Simmons Doesn't know anything, and he dont know how things run around here. I also have witnesses that heard this statement. Lt Simmons is Black, and Lt wilson is white, officer williamson ... so officer w0085mson and Lt madison ...

ssue. it is no reason for me to be on keep'ck status for my hair representing my culture and in compliance with Directive. I also Request not to be setup with Drugs or weapons or positive urine test or Assault by officers, I dont use Drugs, or sale Drugs, I dont make weapons or use weapons, I'm not violent. these are tactics officers use to punish inmates for using the Grievance system. its not far fetched, for my ticket being dismissed I been Harassed for a month by officers, now leaving in a misbehavior report for my hair again and possibly another ticket. officer cruz. left his post Just to Harass me. I request to be Assisted in filing criminal charges against officer cruz, officer williamson and Lt. madison. I fear for my safety at 6:15PM I was given a urine test, officers are going great lengths punish me for no reason, Just because of my hairstyle: officer williamson even stated that he was searching my person and assigned cell because of my hair. Lt and officers are exceeding the scope of there Duty to the point of gang activity. officers and Lt. are also violating my right to religion by constantly forcing to remove my religious head wear Just to see my hair like I'm a freak show. I'm being Degraded and cruel and unusually punished. facility Grievance have been filed in this matter and a Notice of intent is being Prepared.

CC I.G
CC Commissioner
CC Attorney General
CC Governer

J81147-14

Jamell Ivy

I am indigent, I owe Advances for legal copys and I have a pending surcharge therefore the facility takes 100% of my idle pay. I request An Advance from the facility To get Hygiene Products, a drinking mug (because you ordered the C.o's to confiscate all water bottles, so now I cant get water to drink; and stamps so I could write my Relatives and the Newspapper and inform them of the atrocitys

... in ... on November 30, 2014



26147-14

STATE OF NEW YORK

DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION

EASTERN NEW YORK CORRECTIONAL FACILITY
PO BOX 338
30 INSTITUTION ROAD
NAPANOCH, NEW YORK 12458
(845) 647-7400

ANTHONY J. ANNUCCI
ACTING COMMISSIONER

WILLIAM A. LEE
SUPERINTENDENT

TO: T. Mauro, Grievance Supervisor

FROM: W.J.Webbe, Captain

SUBJECT: Grievance # 26147-14

DATE: 16 December 2014

In regards to the above mentioned grievance, I submit the following response. On 09 November 2014, Inmate Fox, J. #12B1626, received a misbehavior report for refusing a direct order (106.10). The report was processed and Inmate Fox had a hearing on 12 November 2014. The Hearing officer was Lieutenant Simmons, with the information Lt. Simmons had at the time of the hearing and the fact no witnesses to the incident were called, Lt. Simmons dismissed the charges. Lt. Simmons based his decision on the hairstyle Inmate Fox had at the time of his hearing.
* refer to memo; webbe/fox dated 12 December 2014, pg.2 of 2, first paragraph, which states, " Your statement to me was, that the single braid hair style you had on 06 November 2014, as observed by Lt. Madison and Officer Szkred, was not the same as what you had on 09 November 2014; nor was it the same as you had on 12 November 2014, the day of the Disciplinary hearing."

As far as Inmate Fox's statement that I'm misinterpreting the directive, it is my job and responsibility to interprete and enforce the directives. Inmate fox has the right to appeal, grieve, complain and litigate, but as stated, his hair is not in compliance and his state issued pants have been altered, these are facts as clearly written in the directives and in the misbehavior reports, as well as the Employees memos.

Inmates next statements are just bizarre and shows a clear intent to attempt to bypass Department directives. he claims to be Rastafarian, yet his religion on record, as of 17 September 2014 is Nation of Islam. He then claims to be a Native American, "Cherokee" and his hair is now a symbol of his heritage. This claim is not substantiated by any documentation or record.

I never stated to Inmate Fox, if you don't cut your hair, by the time you go to your hearing, you're going to be found guilty. What I stated was, "The fact remains, you must get into compliance with directive # 4914, or a misbehavior report will be issued.
refer to memo; webbe/fox dated 12 December 2014, pg. 2 of 2, end of seventh paragraph.

Inmate Fox states he wants to be allowed to wear his "hairstyles", because of religious, heritage and personal believes, he states his interpretation of the directive. All of his "claimed" reason for his hairstyles have been addressed by the directive, each claim is covered in section 2a and 2b. Inmate Fox does not want to come into compliance with this directive and has attempted to go around it by citing every protected class and hairstyle. The fact remains, that his hairstyles are not permitted, per the directive.

26447-14

As for highlighting the specific parts of the directive, that was for Inmate Fox's benefit he was asked to identify specifically what his hairstyles were called and then shown where those particular hairstyles violated directive # 4914. The word "twisted" was used by Inmate Fox, not me. Inmate Fox stated to me that he had dreadlocks and that the sides were a basic cut, "short" by definition. This is a combination of two hairstyles, which is clearly delineated by Directive # 4914, heading 2, sub heading b.
Refer to memo; webbe/fox dated 12 December 2014; pg 1 of 2, forth paragraph.

Inmate Fox's statement that he advised me of harassment by Officer Cruz and that I didn't care, is false. Inmate Fox's allegations have been addressed and Officer Cruz has submitted memos. Inmate Fox states, admittedly that his pants had slits in them, this is what precipitated the cell search, as well as the misbehavior report and the urinalysis request.

Inmate Fox states, that he has a witness to statements allegedly made by the Officer who searched his cell and co-signed the misbehavior report. Inmate Fox has not identified the witness, but, per directive # 4932, 253.5, Inmate Witnesses, Inmate Fox has the right to call this witness and have him testify at his hearing.

As stated in my response to Inmate Fox dated 12 December 2014, I find no instance of Employee misconduct, Inmate's claim of harassment and persecution are without merit, substance or fact.
Inmate Fox needs to get into compliance with Department directives. His complaints as well as this grievance are disingenuous in nature and an attempt to circumvent Department directives to wear his Hairstyles in whatever way he chooses.



26147-14

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION

EASTERN NEW YORK CORRECTIONAL FACILITY
PO BOX 338
30 INSTITUTION ROAD
NAPANOCH, NEW YORK 12458
(845) 647-7400

ANTHONY J. ANNUCCI
ACTING COMMISSIONER

WILLIAM A. LEE
SUPERINTENDENT

**To:** Capt. Webbe

**From:** Sgt. J. Connor

**Subject:** Inmate Fox

**Date:** 12/18/14

On 12/7/14 during a random pat frisk Officer Williamson found a slit-cut into the waistband of inmate Fox's state pants. As a result of of Officer Williamson's findings there was a reasonable suspicion that there was contraband contained in inmate Fox's housing unit 12-18, I Sgt J. Connor then authorized a cell search of his living quarters.

Respectfully Submitted

Sgt J. Connor

26147-14

# Eastern New York Correctional Facility

## Memorandum

**To:** Captain Webb

**From:** C.O. S. Cruz

**Date:** 12/16/14

**Subject:** Inmate Fox 12B1626 Grievance #26147-14

On December 11, 2014 I C.O. S. Cruz worked in South Hall running 16 company. I did see inmate Fox in the lobby being escorted by another corrections officer and all I said to inmate Fox was your keep locked (this was phrased as a question). At no time did I provoke, tease, or taunt inmate Fox. While on duty at Eastern Correctional Facility I conduct myself in a professional manner at all times.

Respectfully Submitted,

C.O. S. Cruz

26147-14

STATE OF NEW YORK

**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**EASTERN NEW YORK CORRECTIONAL FACILITY**

PO BOX 338
30 INSTITUTION ROAD
NAPANOCH, NEW YORK 12458
(845) 647-7400

**ANTHONY J. ANNUCCI**
ACTING COMMISSIONER

**WILLIAM A. LEE**
SUPERINTENDENT

# 12B1626 Fox, J.
SH-12-18

12 December 2014

I am in receipt of you letter of complaint dated 07 December 2014. I have requested and received memos from all identified Staff.

I meet with you on 12 December 2014, the interview took place in the computer room, located on the Guard room floor. During the interview the following items were discussed.

1) Directive # 4914 Grooming standards.
2) CORC decision, concerning "corn rows and ponytails".
3) The misbehavior report, dated, 09 November 2014.
4) Identified "Lt. Wilson" to be in fact Lt. Madison.
5) When you received direction from Lt. Madison and when you complied with same.
6) What exactly your current hair style is and what you determine it is called.
7) The interpretation of the wording "twisted" in directive # 4914.
8) Why and what exactly you meant by the statement, " I fear for my safety".

During the interview, you removed your head covering to display your current hair style, at which time I advised you that you were not in compliance with Directive # 4914. I showed you the directive and pointed out to you where the violations were. You stated to me several things. First, that the hair style you have is a dreadlock style. I indicated and showed you Directive # 4914, page 3 of 4, heading 2, sub-heading (a). "The dreadlock hairstyle is allowed. When worn, dreadlocks must extend naturally from the scalp and may not be woven, twisted, or braided together forming pockets that can not be effectively searched".

We also discussed the 08 allowable basic haircuts. You stated to me that, you had a "basic hair cut". I advised you that per directive # 4914, page 3 of 4, heading 2, sub heading (b). "Inmates may wear only one approved hair style; no combination of approved hairstyles is allowed". Your combination of a "short" haircut on the sides and "dreadlocks" on the top, constitutes a "combination" of two approved hair styles and per Directive # 4914, is not allowed.

26147-14

Pg. 2 of 2
webbe/fox

We then discussed your concerns, based on the recent misbehavior report you received, as well as a cell frisk and urinalysis request. Your statement to me was, that the "single braid" hair style, you had on 06 November 2014, as observed by Lt. Madison and Officer Szkred, was not the same as what you had on 09 November 2014, nor was it the same style on 12 November 2014, the day of you disciplinary hearing. When asked if the hair style you had on the 9th of November, was the same as you had on this date,12 December, you stated "yes". I then advised you that your current hair style was not in compliance, based on Directive # 4914.

We next discussed the pat frisk, as performed by Officer Williamson on 07 December 2014. Officer Williamson submitted a memo and advises, that on that date he pat frisked you and during said frisk, a small slit was discovered in the waist band of your pants, next to the snap. Officer Williamson continued the pat frisk and reported his findings to the Area Sergeant, who authorized Officer's Williamson and Waugh to perform a cell frisk. During the cell frisk the following items of contraband were recovered.

1) 4 – State green pants, w/ slits cut in the waistband, forming a pocket.

The items of contraband were confiscated and secured and a misbehavior report generated. You were keep locked for this infraction and as of this writing, remain keep locked pending a disciplinary hearing. Based on this information, a urinalysis request was submitted.

We spoke about your concerns for your safety and I asked you to elaborate, you stated to me that your "freedom" was in jeopardy. You further stated that because of all these recent events, you felt these incidents were escalating.

We also spoke about your religious denomination, which at the time of this writing is Nation of Islam and not Rastafarian, which you now claim to be.

I have read the memos supplied by Staff and I have looked at the documents involved, ie: misbehavior reports, frisk log/cell search log and I find no inconsistencies with good security practices. I do not find any Employee misconduct and I find no basis for your statement that you, "fear for your safety".

I do find, that while the original misbehavior report was dismissed, per Directive # 4914, your hair is still not in compliance, as stated in a recent misbehavior report dated 07 December 2014 and my interview and observation of you on today's date. While you were not charged with this infraction, the fact remains, you must get into compliance with Directive # 4914, or a misbehavior report will be issued.

As for your other allegations, I find them without merit. I advise you to come into compliance with the Directive and display a more positive attitude towards having contraband items in your possession.

2647-14

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
EASTERN NEW YORK CORRECTIONAL FACILITY

TO: CAPTAIN WEBBE
FROM: LIEUTENANT MADISON
SUBJECT: INMATE COMPLAINT FOX, J. 12B1626
DATE: 12/10/2014

Sir:

On 11/06/2014 while on rounds I had observed inmate Fox 12B1626 in the facilities barber shop receiving a hair cut. Inmate Fox had the sides of his head shaved leaving a "MOHAWK" style hair cut on top of his head. Inmate Fox also had his hair that remained in this "MOHAWK" style cut braided in sections and joined each braided section together linking all the braids together. Inmate Fox attempted to state to me that he did not have braids, but he had "dreadlocks", with my 26 years in the department I have learned to distinguish the difference between dreadlocks and braids.

Per departmental Directive 4914 Section III REGULATIONS subsection B 2. Hair a. Only basic haircuts will be allowed, see attached Directive 4914. In regard to the braid that inmate Fox had woven together in one continuous braid. I had instructed Fox of the proper way that braids were to be worn, which is "corn row" style. I informed Fox that his complete hair style as he was wearing was not in compliance at all with Directive 4914. I had also indicated that if in fact he did have dreadlocks he was not permitted to weave, twist, or braid them together as per Directive 4914. I then gave Inmate Fox a direct order to put himself in compliance with Directive 4914 Inmate Grooming Standards. By inmate Fox having this type of hair style he has also changed his appearance from what his ID card indicates as having a full head of hair. Inmate Foxes failure to follow staff direction and his disregard for departmental rules and regulations is the reason he has been written any misbehavior reports.

At no time have I Harassed this inmate or any other inmate at no time have I violated this inmate's religious right. The fact that Lt. Simmons is black and that I am white has no bearing on me performing my job. At no time have I continued to send Officers to this inmate's cell to harass him. I conduct myself in a professional manner at all times always maintaining care, custody, and control as well as being firm, fair, and consistent.

Respectfully Submitted,

L. E. Madison

Lt. E. Madison

26147-14

TO CAPT WEBBE
FM LT SIMMONS, DISCIPLINARY
SUBJ LTR OF COMPLAINT
DATE 12/11/14

RE LTR DTD 12-7-14 (12B1626 FOX)

ON 11/12/14 I CONDUCTED A TIER II HEARING ON 12B1626 FOX FOR AN INCIDENT DATE OF 11/9/14; CHARGING 106.10 REFUSING DIRECT ORDER.

UPON VIEWING THE INMATE AT THE HEARING AND REVIEWING DIR ~~4910~~ 4914, I DETERMINED THAT HIS HAIR STYLE WAS WITHIN THE GUIDELINES AND FOUND HIM NOT GUILTY OF THE CHARGE.

RESPECTFULLY SUBMITTED

[signature]

ENCL

2647-14

STATE OF NEW YORK

**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**EASTERN NEW YORK CORRECTIONAL FACILITY**
PO BOX 338
30 INSTITUTION ROAD
NAPANOCH, NEW YORK 12458
(845) 647-7400

**ANTHONY J. ANNUCCI**
ACTING COMMISSIONER

**WILLIAM LEE**
SUPERINTENDENT

To: Lt. Madison
From: C.O. J.Szkred
Date: 12/11/14
Re: Misbehavior report on Fox, Javell #12B1626

On Thursday, November 6, 2014 at approximately 12:45PM, I correction officer Szkred counseled inmate, Fox #12B1626 about his hair style not being in accordance to the grooming standards in directive #4914. Inmate Fox had a Mohawk styled cut with one braid from front to back and the sides were shaved, in the back of his head at the bottom of his single braid there were multiple strands of braids hanging loose. It was clearly a designer hair style.

On November 9th of 2014, I had followed up on inmate Fox to find, he did not comply and wrote him a misbehavior report for disobeying a direct order at which time he was placed in keep lock status and area Sgt. was contacted.

Respectfully Submitted

Szkred C.O.

Correction Officer, J. Szkred

26047-14

# Eastern New York Correctional Facility

## Memorandum

**To:** Lt. Madison

**From:** C.O. S. Cruz

**Date:** 12/10/14

**Subject:** Inmate Fox 12B1626 - Complaint

On December 10, 2014 I C.O. S. Cruz was working in West Wing as the #2 officer. When inmate movement is going on I stand in the West Wing corridor. During the afternoon chow run C.O. Williamson was conducting random pat frisks by mess hall #1. I did not tell C.O. Williamson to pat frisk inmate Fox 12B1626. I stood behind C.O. Williamson while he conducted the pat frisk. At no time have I done any of these allegations that inmate Fox has stated nor have I threaten, harassed, or verbal abused inmate Fox. While working at Eastern Correctional Facility I conduct myself in a professional manner at all times.

Respectfully Submitted,

C.O. S. Cruz

Pg (1)
26147-14

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
**EASTERN NEW YORK CORRECTIONAL FACILITY**
NAPANOCH, NEW YORK 12458

To: LT. Madison

From: R. Williamson C.O.

Date: 12-10-14

Re: INMATE FOX- 12B1626, Complaint.

RW

Sir on 12-09-14 I performed a random pat frisk of INMATE Fox - 12B1626 as he Exited The messhall. I performed a proper frisk of inmate fox. I had inmate Fox remove his headware, Place his hands on The Wall, and STep back for his pat frisk. I discovered a small slit in The WaistBand of his pants next To his snap. There RW Inmates smuggle Contraband in places like This. I ordered inmate Fox To Lift his Left Foot. I removed his boot, and searched for Contraband. I placed his boot back on his foot so he could slide his foot back into The boot. I did The same with his right foot. Inmate fox Complied with The Pat frisk, and Left with no incident. I reported my finding of The small slit in The WaistBand of inmate Fox's Pants, To Sgt. Connor. Sgt. Connor Gave me direction To Search inmate Fox's Cell. I ordered inmate fox To Exit his cell, I Pat Frisked

Pg-(2)
26177-14

NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES
**EASTERN NEW YORK CORRECTIONAL FACILITY**
NAPANOCH, NEW YORK 12458

To: LT. Madison

From: R. Williamson Co.

Date: 12-10-14

Re: Inmate Fox 12B1626, Complaint

Fox again, I did not Escort Fox To his Cell. I Searched. Inmate Fox's Cell. I Found and Confiscated (4) pair of State Issue Green Pants from Inmate Fox. The pants All (4) of Them had a small Slit in The Waistband next To The snaps, and one pair also had a Slit in The Zipper fold, I brought all Items To Sgt. Connor. The Watch Commander had been informed of all information, and Fox - 12B1626 had been placed on Keeplock Status at That Time. Sir I performed my duties in a professional manner, and confiscated all Contraband Items as per Directive 4910, Control, and Search for Contraband. I at no Time spoke in an unprofessional manner Towards any Supervisor during This Cell Search.

Respectfully Submitted.
R. Will CO.
R. Williamson C.O.

26147-14

(1/12)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION

EASTERN CORRECTIONAL FACILITY

**Inmate Misbehavior Report – Informe De Mal Comportamiento Del Recluso**

| Name of Inmate (Last, First) – Nombre Del Recluso (apellido, nombre) | No. – Num | Housing Location – Celda |
|---|---|---|
| FOX, JAVELL | 12B1626 | SH-12-8 |
| Location of Incident – Lugar Del Incidente | Incident Date – Fecha | Incident Time – Hora |
| YARD GATE | 11/9/2014 | APPROX 10:30AM |

3. Rule Violation(s) – Violaciones

106.10 DIRECT ORDER

4. Description of Incident – Descripcion Del Incidente

On 11/6/14 I, Officer J. Szkred, observed Inmate Fox 12B1626 with the sides of his head shaved and 1 large braid down the center of his head. I counseled Inmate Fox and ordered him to fix his hair to be in compliance with directive 4914 Inmate Grooming Standards. On 11/9/14 I observed Inmate Fox with the same hair style and when I questioned him about it he said "I'm not going to change my hair". Inmate Fox admitted that he is going to continue to defy the rules set forth in directive 4914. Area Sergeant Fassetta was notified and Inmate Fox was placed on keeplock status. It should be noted that Inmate Fox has been counseled for the same infraction by numerous security staff in the recent past, including Lt. E. Madison on 11/6/14.

| Report Date – Fecha | Reported by – Nombre De La Persona Que Hace El Informe | Signature – Firma | Title – Titulo |
|---|---|---|---|
| 11/9/2014 | J. Szkred | [signature] | C.O. |

5 Endorsements of other employee witnesses (if any) Endosos De Otros Empleados Testigos (si hay)

Signatures: Firmas

1 ______

2 ______

3 ______

Note: Fold back page 2 on dotted line before completing below

6. Were other inmates involved? ☐ Yes ☒ No If yes, give name & #

7. At the time of this incident, was inmate under prior confinement/restriction? ☐ Yes ☒ No or

As a result of this incident, was inmate confined/restricted? ☒ Yes ☐ No

8. Was inmate moved to another housing unit? ☐ Yes ☒ No

If yes, (a) current housing unit ______ (b) Authorized by ______

9. Was physical force used? ☐ Yes ☒ No (if yes, file form 2104)

Area Supervisor Endorsement [signature]

Dist: WHITE - Disciplinary Office CANARY - Inmate (After review)

FORM 2171A (1/12)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION 2-6147-14

EASTERN Correctional Facility

# INMATE MISBEHAVIOR REPORT ♦ INFORME DE MAL COMPORTAMIENTO DEL RECLUSO

| NAME OF INMATE (Last, First) ♦ NOMBRE DEL RECLUSO (Apellido, Nombre) | NO. ♦ NÚM. | HOUSING LOCATION ♦ CELDA |
|---|---|---|
| Fox, J. | 12B1626 | S.H. 12-18 |
| LOCATION OF INCIDENT ♦ LUGAR DEL INCIDENTE | INCIDENT DATE ♦ FECHA | INCIDENT TIME ♦ HORA |
| OUTSIDE MESS HALL #1 / CELL 12-18 | 12-7-14 | approx. 11:25 Am |

RULE VIOLATION(S) ♦ VIOLACIÓNES

106.10 - DIRECT ORDER
113.20 - ALTER STATE CLOTHING
116.10 - DESTROY OR DAMAGE STATE PROPERTY

DESCRIPTION OF INCIDENT ♦ DESCRIPCIÓN DEL INCIDENTE

ON THE ABOVE DATE AND APPROXIMATE TIME, C.O. WILLIAMSON AND MYSELF CONDUCTED A RANDOM PAT FRISK ON INMATE FOX 12B1626 OUTSIDE OF MESS HALL #1. UPON REMOVAL OF HIS HEAD COVERING IT WAS DISCOVERED HE HAD AN UNAUTHORIZED HAIR STYLE OF A MOHAWK WITH DREAD LOCKS. THIS IS IN VIOLATION OF DIRECTIVE 4914 - INMATE GROOMING STANDARDS III-B-2-a,b. UPON FURTHER INVESTIGATION IT WAS DISCOVERED THIS INMATE HAD PREVIOUSLY BEEN ORDERED TO FIX HIS HAIRSTYLE BY LT. MADISON. THIS ORDER HAS YET TO BE OBEYED. DURING A SUBSEQUENT CELL SEARCH OF FOX'S CELL, AUTHORIZED BY SGT CONNOR, INMATE WAS FOUND TO BE IN POSSESSION OF 4 PAIRS OF STATE PANTS THAT HE HAD ALTERED BY PUTTING A SLIT IN THE WAIST BAND CREATING A POCKET. PANTS WERE CONFISCATED AND BROUGHT TO WEST WING COURT. VALUE OF PANTS IS $11.08 PER PAIR. AREA SUPERVISOR NOTIFIED. INMATE FOX PLACED IN KEEP LOCK STATUS.

| REPORT DATE ♦ FECHA | REPORTED BY ♦ NOMBRE DE LA PERSONA QUE HACE EL INFORME | SIGNATURE ♦ FIRMA | TITLE ♦ TITULO |
|---|---|---|---|
| 12-7-14 | J. WAUGH | [signature] | C.O. |

ENDORSEMENTS OF OTHER EMPLOYEE WITNESSES (if any) / ENDOSOS DE OTROS EMPLEADOS TESTIGOS (si hay) — SIGNATURES: / FIRMAS: 1. [signature] C.O. R. Williamson C.O.

2. ________ 3. ________

NOTE: Fold back Page 2 on dotted line before completing below.

WERE OTHER INMATES INVOLVED? YES ☐ NO ☒ IF YES, GIVE NAME & #
¿HUBO OTROS RECLUSOS ENVUELTOS? SÍ ☐ NO ☐ DE SER SÍ DÉ LOS NOMBRES Y DIN

AT THE TIME OF THIS INCIDENT, WAS INMATE UNDER PRIOR CONFINEMENT/RESTRICTION? YES ☐ NO ☒
¿ESTUVO EL RECLUSO CONFINADO/RESTRINGIDO PREVIO AL INCENDENTE? SÍ ☐ NO ☐

OR ♦ O

AS A RESULT OF THIS INCIDENT, WAS INMATE CONFINED/RESTRICTED? YES ☒ NO ☐
¿SE CONFINÓ/RESTRINGIÓ AL RECLUSO COMO RESUTADO DE ESTE INCIDENTE? SÍ ☐ NO ☐

WAS INMATE MOVED AT ANOTHER HOUSING UNIT? YES ☐ NO ☒
¿MUDARON AL RECLUSO A OTRA UNIDAD DE VIVIENDA? SÍ ☐ NO ☐

IF YES, (a) CURRENT HOUSING UNIT ________ (b) AUTHORIZED BY ________
DE SER SÍ, (a) UNIDAD DE VIVIENDA ACTUAL ________ (b) AUTORIZADO POR ________

WAS PHYSICAL FORCE USED? YES ☐ NO ☒ (IF YES, FILE FORM 2104) ________
¿SE USÓ FUERZA FISICA? SÍ ☐ NO ☐ (DER SER SÍ, SOMETA EL FORMULARIO No. 2104) ________

AREA SUPERVISOR ENDORSEMENT [signature]

96

2-6147-14

| DATE | NAME | DIN | OFFICER | TIME | CELL | AUTHOR |
|---|---|---|---|---|---|---|
| 12-6-14 | Malaussona | 05A4835 | Vavricka | 1:30pm | 15-12 | DSS |
| 12-6-14 | Garcia | 16A2548 | Vavricka | 1:55pm | 16-19 | DSS |
| 12/6/14 | SCOTT | 95A7777 | SHERIDAN | 7:10 PM - 8:30 PM | 10-27 | DSS |
| 12-7-14 | Fox | 12B1626 | Williamson | 12:25pm | 12-18 | Sgt Conn |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| 12-7-14 | Nieves Andino | 04A2998 | Vavricka | 1:15pm | 16-14 | DSS |
| 12/7/14 | Casares | 10A5787 | T. Sheridan | 8:10 PM - 8:45 PM | 12-17 | DSS |
| 12/8/14 | Philpotts | 07B5430 | T. Sheridan | 8:30 P - 9:30 P | 11-16 | DSS |
| 12-9-14 | Rogue | 07A1002 | Vavricka | 1:35p | 10-5 | DSS |
| 12-9-14 | Carter | 03A2664 | Vavricka | 2:00p | 16-10 | DSS |
| 12-9-14 | Bosch | 07A1476 | G. Fisher | | 13-6 | DSS |
| 12/9/14 | Barnes | 04A4858 | T. Sheridan | 8:30 P - 9:15 P | 15-16 | DSS |
| 12/10/14 | | | LOC | Review | | |
| 12/10/14 | Swiderski | 09B0460 | RFlynn | 1:40p | 9-3 | DSS |
| 12/10/14 | Taber | 01B1433 | R. Flynn | 2:10p | 16-8 | DSS |
| 12/11/14 | Rodriguez | 10A0880 | S. Rivera | 10:36 AM | 13-27 | DSS |
| 12/11/14 | Carter | 01A4447 | S. Rivera | 11:00 AM | 12-24 | DSS |
| 12-10-14 | ADAMS | 96A7280 | [illegible] | 7:10 pm | 16-26 | DSS |
| 12-11-14 | Campos | 98A6849 | [illegible] | 7:04 pm | 9-25 | DSS |

26147-14

97

CONTRABAND / COMMENTS

(1) xtra ext. cord, (2) Highliters

NCF

(1) Damaged Elec. Ext. Cord, State Handsoap, State Green Scrub pad.

(1) altered State Green Pants, slit cut in waistband and zipper Flap.

NCF

NCF

NCF — Note! I/M missing his State Winter Coat, Form 2645 submitted

NCF

(1) xtra Ext. Cord, (1) Xtra can opener

(2) Scrub pads

NCF

NCF

~~(3) rolls of scotch tape (3) sugar packets (2) large combs with handles~~

(1) cigar box 4 rubber bands (1) packet of Stick on hooks

NCF

NCF

wires

Coffee filters, GARBAGE BAG, Mirror

South Wall Cell Search

26147-14

| STATE OF NEW YORK<br>DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION<br>**DIRECTIVE** | TITLE<br>Inmate Grooming Standards | | NO.<br>4914<br>DATE<br>3/1/2013 |
|---|---|---|---|
| SUPERSEDES<br>DIR #4914 Dtd. 03/16/2012 | DISTRIBUTION<br>A B | PAGES<br>PAGE 1 OF 4 | DATE LAST REVISED |
| REFERENCES (Include but are not limited to)<br>Directive #4910 | APPROVING AUTHORITY<br>[signature] | | |

I. **DESCRIPTION:** This directive establishes the basic grooming standards (including criteria for beards, mustaches, and length of hair) for inmates.

II. **PURPOSE:** It is the purpose of this directive to ensure that inmate appearance will be regulated sufficiently to maintain accurate identification of each individual.

III. **REGULATIONS**

A. Grooming Standards at Reception: Initial shaves and haircuts shall be required of all newly committed male inmates and returned parole violators unless exempted as set forth below. These are required for reasons of health and sanitation, as well as to permit the taking of the initial identification photograph.

1. Shaves: Inmates or returned parole violators who have beards upon reception shall be permitted the option to use an electric razor, hand razor, hand clippers, or a depilatory to remove their beards.

2. Exemptions to Shaves: The initial shave regulation applies to all inmates and returned parole violators, unless:

a. The inmate possesses a Court Order restraining the Department from such enforcement. Any inmate or returned parole violator covered by this exemption shall be classified and transferred in the standard manner and cannot be disciplined or placed in administrative segregation for their refusal to have an initial shave.

b. The inmate or returned parole violator professes to be of a religion that would not allow him to shave and thus refuses the initial shave based on a religious objection. The inmate or returned parole violator's objection shall be referred to the Deputy Superintendent for Reception/Classification or equivalent, who shall conduct a review and may consult with the Division of Ministerial, Family and Volunteer Services or Counsel's Office as needed, to determine if a religious exemption to the initial shave is required. The Deputy Superintendent for Reception/Classification will make a recommendation to the Superintendent who will make the final determination. If the Superintendent determines that the inmate or returned parole violator should be exempt from the initial shave, then he shall be classified and transferred in the standard manner and cannot be disciplined or placed in administrative segregation. Further, Counsel's Office shall be contacted to determine if a beard permit should be issued based on his religious objection to shaving.

c. The returned parole violator had a Court Order upon initial entry or a verifiable beard permit from the Department that was issued during his current term of imprisonment and there is an acceptable identification photograph of him without a beard in the Department's possession sufficient to provide an accurate identification. The Deputy Superintendent for Reception/Classification shall be responsible for verifying that the parole violator had a Court Order or beard permit during his current term of imprisonment and that the photograph of him on file is sufficient to provide an accurate identification. Any returned parole violator covered by the exemption shall be classified and transferred in the standard manner and cannot be disciplined or placed in administrative segregation for his refusal to have an initial shave.

26147-14

3. Refusal to Shave: Inmates or parole violators who refuse the initial shave and do not possess a valid Court Order and do **not** qualify for an exemption to the initial shave shall be subject to appropriate discipline for failing to follow Departmental policy and procedures.

   NOTE: Identification photographs of any inmate or returned parole violator who has an exemption to shave or has refused to have his initial shave shall be taken in accordance with the procedures developed to allow for digitally enhanced photographs. Whenever the procedure for digitally enhanced photographs is utilized, the Deputy Commissioner for Correctional Facilities shall be notified of the inmate and the reason for utilizing the digitally enhanced process.

4. Haircuts: Hair length upon completion of this initial haircut shall not exceed one (1) inch on any part of the head.

5. Exemption to Haircuts: Any reception inmate or returned parole violator who professes to be a Rastafarian, Taoist, Sikh, Native American, Orthodox Jew, or member of any other religious sect of a similar nature and refuses to have an initial haircut cannot be forced to comply with the initial haircut requirements. In addition, any reception inmate or parole violator who refuses to comply with the initial haircut regulation on religious grounds and who has a Court Order restraining the Department from enforcing the initial haircut regulation cannot be forced or ordered to comply with the initial haircut regulation.

   NOTE: Any inmate or returned parole violator covered by the above exemption shall be classified and transferred in the standard manner and cannot be disciplined or placed in administrative segregation for their refusal on religious grounds to have an initial haircut.

   Identification photographs of any inmate or returned parole violator who has not had their hair cut shall be taken in accordance with the following:

   - For the frontal view, the hair shall be pulled back away from the face and ears.
   - For the side view (profile), the hair shall be pulled back and to the side.

6. Refusal for Initial Haircut: Inmates or parole violators who refuse to comply with the initial haircut regulation and do not possess a valid Court Order and do **not** qualify for an exemption to the initial haircut, shall be subject to appropriate discipline for failing to follow Departmental policy and procedures. This applies even though the identification photographs were obtained with the hair pulled back.

7. An inmate shall not be placed in administrative segregation or disciplinary confinement pending the review of his objection to the initial shave or haircut by the Deputy Superintendent for Reception/Classification or equivalent such as Deputy Superintendent.

B. General Grooming Standards: After the initial haircut and shave, general grooming standards as set forth below are applicable to all inmates except those inmates participating in the Department's Shock Incarceration Program.

1. Beards and Mustaches: An inmate may grow a beard and/or mustache, but beard/mustache hair may not exceed one (1) inch in length unless:

   NOTE: Patterns, designs or braids are not allowed.

   a. The inmate has a Court Order restraining the Department from enforcement; or

26147-14

b. The inmate has requested and received an exemption based upon his or her documented membership in a religion which has an established tenet against the trimming of beards including, but not limited to, inmates who are Rastafarian, Orthodox Jew, or Muslim. All inmate requests for such exemption shall be referred to and reviewed by Counsel's Office after consultation with the facility Chaplain. After such review, Counsel's Office will make a recommendation to the Deputy Commissioner for Correctional Facilities. If the request is approved by the Deputy Commissioner for Correctional Facilities, a permit will be issued to the inmate.

Further, pending Counsel's Office's determination of requests for exemption from the one (1) inch rule, inmates shall not be required to cut or trim their beards, disciplined for refusing the order to shave, or subject to repeat orders to shave.

An inmate who refuses to comply with this rule will be given 14 days from the date of the written order to shave in which to request an exemption. If the inmate fails to submit a request for an exemption within 14 days, he may be disciplined for refusal to obey such order.

Copies of the written order, an inmate's request for exemption, and the exemption will be filed in the inmate's legal file.

2. Hair

a. Only basic haircuts will be allowed. Only one straight part will be allowed with no other lines, designs, or symbols cut into the hair. In accordance with established barbering guidelines of the Department's Occupational Training Program, basic haircuts are defined as:

- Short, medium, and long
- Short, medium, and long pompadour
- Crew
- Flat top
- Butch
- Quo vadis (bald)
- Afro-natural, and
- Elevation

Hair may be permitted to grow over the ears to any length desired by the inmate. The hair must be neatly groomed and kept clean at all times.

The only braids allowed are the corn row style. Corn row-braids may only be woven close to the scalp in straight rows from the forehead to the back of the neck and braids may not extend beyond the hairline. No designs or symbols may be woven into the hair.

The dreadlock hairstyle is allowed. When worn, dreadlocks must extend naturally from the scalp and may not be woven, twisted, or braided together forming pockets that cannot be effectively searched. Inmates wearing below shoulder length dreadlocks must tie them back in a ponytail with barrette, rubber band, or other fastening device approved by the Superintendent. **Note:** Inmates of the Rastafarian religious faith may wear their dreadlocks in an approved religious head covering.

See Section III-B-2-d below for inmates assigned to work near machinery or food.

b. Inmates may wear only one approved hairstyle; no combination of approved hairstyles is allowed.

c. Long hair is defined as below shoulder length.

d. Inmates wearing long hair assigned to work near machinery or food shall be required to wear a hair net. Any other inmate assigned to work near food shall be required to wear either a hat or a hair net.

e. All inmates wearing long hair will be required to have the hair tied back in a ponytail at all times with a barrette, rubber band, or other fastening device approved by the Superintendent.

26147-14

Exemption: Native Americans involved in scheduled and approved Native American cultural ceremonies do not have to comply with this restriction.

f. An inmate may be subjected to a hair search when there is reason to believe that contraband may be discovered by such a search. An inmate may be subjected to such search at any time that a pat frisk, strip search, or strip frisk is being conducted. Consistent with Directive #4910, "Control of & Search for Contraband," during a pat frisk, an inmate will be required to run fingers through their hair. During a strip search, an inmate may be subjected to an inspection of his or her hair. During a strip frisk, an inmate will run his or her hands through the hair.

C. Photographs: If, in the opinion of a Correction Officer or supervisor, an inmate drastically changes his or her appearance by changing the length, style, and/or color of his or her hair, or growing or shaving a beard and/or mustache, he or she will be re-photographed for identification purposes. All such re-photographs will be at the expense of the inmate.

0:56:56 Tuesday, December 09, 2014

26147-14

```
12/09/14  C100T1M           DISCIPLINARY SYSTEM                KDCPM40
10:56:23  C100N099         100     EASTERN GENERAL              PAGE      1
                        DISCIPLINARY INCIDENT SUMMARY      MANUAL RECS N

DIN:  12B1626   NYSID: 09387063Y  NAME:  FOX, JAVELL
CURRENT FACILITY:  100  EASTERN GEN    CURRENT HOUSING LOCATION:  SH-12-018
  ----------------------------------------------------------------------
  TIER 2  INCIDENT: 12/07/14 11:25 AM  CO   J WAUGH            EASTERN GEN
  113.20 EXCESS/ALTERED CL 106.10 DIRECT ORDER    116.10 LOSS/DAMAGE PROP
  ----------------------------------------------------------------------
  TIER 2  INCIDENT: 12/20/13 07:10 AM  CO   VENDITTI           AUBURN GENER
          HEARING : 12/26/13 10:18 AM  LT   VASILE             AUBURN GENER
  106.10 DIRECT ORDER     112.21 COUNT VIOLATION
       6D KEEPLOCK    PACKAGE    COMMISSARY   SERVICE DTES 12/20/13 12/26/13
       6D PHONE                               SERVICE DTES 12/20/13 12/26/13
  ----------------------------------------------------------------------

                                                        NEXT DIN:

<CURSOR + ENTER> INC DETAIL
<ENTER>    <PF3>  EXIT(FUNCT)    <PF7>  BACKWARD    <CLEAR>  EXIT(SYSTEM)
```

ROI 9/17/2014

26147-14

# Braids & Ponytail

CORC # CL-59343-09 I/47 8/31/09

**CORC cites its disposition CL-57214-08, dated 8/20/08, which states, in part, i.e.**

**CORC** notes that the grievant was wearing his hair in cornrows, with ends loose, extending below the hairline. CORC asserts that there no provision for this hairstyle in Directive #4914

**Allow Corn Rows Past Hairline CAY-13419-03**

**CORC** asserts that braided hair which extends beyond the hairline is not allowed. The grievant may wear long, unbraided hair in a ponytail, in accordance with Directive #4914

**Change Memo on Corn Rows CX-10983-05**

The only braids allowed in Corn Row style. Corn Row braids may only be woven close to the scalp in straight rows from the forehead to the back of the neck. No designs or symbols may be woven into the hair and the corn row braids may not extent below the hairline.

**Corn Below The Neck Line SHG-21446-05 I/47**

**CORC** cites Directive #4914, Section III., B., 2., a., dated 4/25/05, which states, in part, i.e.; The only braids allowed are the corn row style. Corn row braids may only be woven close to the scalp in straight rows from the forehead to the back of the neck. No designs or symbols may be woven into the hair and the corn row braids may not extend below the hairline.

**Allow Corn Rows Past Hairline 1/6/03**

**CORC** asserts that braided hair which extends beyond the hair line is not allowed. The grievant may wear long, unbraided hair in a ponytail, in accordance with Directive #4914

| GRIEVANT<br>FOX, JAVELL | DIN #<br>12B1626 | HOUSING UNIT<br>WW-22-004 |
|---|---|---|
| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO.<br>26187-15 | DATE FILED<br>1/15/15 |
| | FACILITY<br>Eastern Correctional Facility | POLICY DESIGNATION<br>I |
| INMATE GRIEVANCE PROGRAM | TITLE OF GRIEVANCE<br>Resolve Issues In Housing Unit (6) | CLASS CODE<br>23 |
| SUPERINTENDENT WILLIAM A. LEE | SUPERINTENDENT'S SIGNATURE<br>[signature] | DATE<br>3/19/15 |

Grievant's complaints contain multiple issues including not being issued feed-ups in a timely fashion, the block being cold, being pat frisked aggressively, having pants confiscated, not receiving a fair tier assistance and being denied a phone call.

The investigation by SGT C. included an interview of the grievant, statements by named staff and relevant documentation. Staff denied the allegations of any wrongdoing. The investigation did not substantiate the grievant was inappropriately denied anything he was entitled to nor was any malice by staff indicated.

***Grievance is denied.

WL: AR/ tm

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign and date below and return this copy your Inmate Grievance Clerk to the IGRC Office. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C..

GRIEVANT'S SIGNATURE — DATE

GRIEVANCE CLERK'S SIGNATURE — DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g).

Fox 12B1626 WK-21-795 ECF ~~[illegible]~~ 2/4/15 26187-15 TM

FORM 2131E (REVERSE) (9/12)

Response of IGRC: Please be advised that every attempt should be made to distribute feed up trays in a timely manner. Grievant should also be advised that a window renovation project is taking place at the time & the living environment in the housing unit is accommodating to minimum standard of Directive #4009; minimum ~~standard~~ Provisions for Health & Morale. Grievants other concerns are outside the purview of this committee.

Date Returned to Inmate: 2/4/15 IGRC Members: Sgt B. LeFald

Chairperson: [signature]

It was not accomodating to minimum standard, when its below 0 weather at the time grievance was written, no extra blankets or heat was on. any issue out of purview please forward to CORC

Return within 7 calendar days and check appropriate boxes.*

- [x] I disagree with IGRC response and wish to appeal to Superintendent. any issue out of purview please forward to CORC
- [ ] I agree with the IGRC response and wish to appeal to the Superintendent.
- [ ] I have reviewed deadlocked responses. Pass-Thru to Superintendent.
- [ ] I apply to the IGP Supervisor for review of dismissal.

Signed: [signature] 2-5-15
Grievant Date

Grievance Clerk's Receipt Date

*To be completed by Grievance Clerk.*

Grievance Appealed to the Superintendent: ____________
Date

Grievance forwarded to the Superintendent for action: ____________
Date

* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

26187-15

New York State Department of Correctional Services
Eastern New York Correctional Facility
**Memorandum**

**TO: Sgt. Ciorciari**

**FROM: Sgt. Leifeld**

**SUBJECT: Grievance complaint inmate Fox 12B1626**

**DATE: January 18, 2015**

Sir;

On the above date I reviewed the letter of complaint written by inmate Fox 12B1626 dated 1/8/15. In this document the inmate alleges that his meals are arriving late everyday and sometimes not at all. He claims that the food trays are being left outside his cell for nearly an hour before being given to him. Fox also made accusations that windows are left open and the block is cold.

I had an opportunity to address Fox's complaint dealing with his food trays (feed-up). On January 7th I was conducting Grievance business in South Hall when inmate Fox called me to his cell and told me that his "feed-up" is arriving late everyday. He stated that the trays are left outside his cell for nearly an hour before the Officer opens his cell door and gives them to him. I reviewed the block log book and found that the food arrives to the block and it's distributed without delay. The time may be different each day, but that has no effect on the distribution of the meal. I also spoke with the Officers that handle the feed-up and they told me that as soon as the food arrives it's handed out with the aid of an inmate porter, and this process takes less then ten minutes to complete. I find this is a reasonable amount of time to feed the keep-lock inmates in the block, which at times can be ten or more. Inmate Fox also expressed his complaint that the block was cold and he couldn't sleep because of it. The temperature of the block that day was comfortable I estimated it to be around 67 to 71 degree. South Hall is an old block and was under a window renovation project at the time of his complaint. Inmate Fox has an active medical order to remain on the ground floor (flat-order) and the company he's locking on fits that order. I moved him to a cell closer to the front of the company for security reasons; it's easier to maintain observation throughout security rounds of an inmate in a disciplinary setting if he's in the first couple of cells then the last cells of a company.

Upon conclusion to this memo I find that Fox's accusations are exaggerated, his food arrives to him in a reasonable amount of time and the living environment in the housing unit is accommodating to minimum standard of Directive #4009, "Minimum Provisions for Health and Morale".

***Respectfully Submitted***

*Sgt. B.Leifeld*
B Leifeld

26187-15

**EASTERN NEW YORK CORRECTIONAL FACILITY**

NAPANOCH, NEW YORK 12458

**TO:** Sgt. Ciorciari
**FROM:** R. McGrath C.O.
**DATE:** 1/17/15
**SUBJECT:** Fox 12B1626

On January 1st 2015 I was assigned to Small Side Armory 16 company. At approximately 11 03 am I escorted 16 company to Mess Hall 1 for chow. The Keep lock feed-up was delivered to South Hall and distributed at approximately 11 10 am. I returned to South Hall from Mess Hall 1 with 16 company at approximately 11 28 am to conduct the count. At no time did I see a feed-up tray on the window sill on 16-4 cell or have inmate Fox 12B1626 ask me to open his cell door.

Respectfully Submitted
[signature] CO
R. McGrath C.O.



26187-15

STATE OF NEW YORK
**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**EASTERN NEW YORK CORRECTIONAL FACILITY**
PO BOX 338
30 INSTITUTION ROAD
NAPANOCH, NEW YORK 12458
(845) 647-7400

**ANTHONY J. ANNUCCI**
ACTING COMMISSIONER

**WILLIAM A. LEE**
SUPERINTENDENT

TO: P. Sullivan, Lt.

From: A. Ciorciari, Sgt.

RE: Fox 12B1626 complaints

Date: 1/26/15

Sir,

On 1/15/15, I was given a series of complaints to investigate that were written by inmate Fox 12B1626. I spoke with this inmate at his cell 16-2 on 1/16/15 regarding his multiple complaints. Inmate Fox stands by his complaints as factual, offering no evidence or any further information pertaining to his complaints. Inmate Fox alleges that he was subjected to an aggressive pat frisk while a Sergeant and officers watched in an intimidating fashion. He alleges he wasn't being issued his keeplock feed-up meals properly. He alleges his state green pants were taken and he was issued pants several sizes too big. He alleges the block is freezing cold and its unbareable for him to sleep, and he also alleges that while being provided with assistance, his assistant didn't get paperwork for him and was bias and prejudice against him.

I spoke with Sergeant Bey, Officer VanAken, and Officer Cotton in regards to this inmates complaint about being subjected to an aggressive pat frisk while Officers watched in an intimidating fashion. Sergeant Bey informed me he went over to South Hall to interview this inmate. He directed Officer Cotton to remove this inmate from his cell and escort him downstairs. Once downstairs, he directed Officer VanAken to pat frisk this inmate. Officer VanAken performed a routine pat frisk on inmate Fox. That pat frisk was done in accordance with directive 4910. Sgt. Bey did not observe an aggressive pat frisk, nor did he witness or partake in anyone standing around in an aggressive fashion. I spoke with Officer Cotton regarding this matter and he stated to me that he was directed by Sgt. Bey to escort this inmate from his cell downstairs to be interviewed. He also stated that he did not witness an aggressive pat frisk, nor did he see anyone standing around in an aggressive manner. I spoke with Officer VanAken pertaining to this complaint and she stated to me that she did conduct a routine pat frisk on inmate Fox under the direction of Sgt. Bey. She stated she conducted a routine pat frisk and no time performed an aggressive pat frisk. She also stated that she did not observe anyone standing around in an aggressive manner.

I spoke with Sgt. Leifeld, and Officers R. McGrath and B. Cotton regarding his complaint about not being issued his keeplock feed-ups properly. Sgt. Leifeld stated to me that while he was in South Hall on grievence business, this inmate called him to his cell and told him about his complaints. Sgt. Leifeld reviewed the logbook in the block and found that the food arrives to the block and is distributed without delay. Sgt. Leifeld also explained to me that South Hall was under a window renovation project at the time of the inmates allegations. I spoke with Officer McGrath and he stated to me that while he was perfoming his duties on 16 company he has never witnessed a feed up tray on the window sill of this inmates cell, nor has this inmate ever asked him to open his cell door. I spoke with Officer Cotton who explained to me that he assists with the distributing of the feed up trays. He told me if the cell has no feed up slot, he opens the cell door and hands the tray to the inmate. He stated he never seen inmate Fox attempt to get his tray through the top of his window.

I spoke with Officer R. Williamson in regards to the inmates allegations of having his state green pants taken from him. Officer Williamson explained to me that he confiscated 4 pairs of state green pants from this inmate he found during a cell sear[ch. Th]e inmate had altered his pants by cutting slits in

the waistband of his pants. The inmate was written a misbehavior report for these pants. He then issued the inmate 2 pairs of state green pants that were the same size as the ones he had confiscated.

I spoke with vocational instructor Bracken regarding this inmates allegations of being denied assistance. He stated to me he met with this inmate and gave him the items his requested. He also told me that the inmate asked for material that the assistant isn't required to provide per directive 4933, therefore he did not provide the inmate with such material. He stated he didn't act in a bias or prejudice manner to this inmate.

Based on my investigation, information retrieved from the block log book, and staff memorandums, I find no evidence to substantiate this inmates allegations on any of his complaints. All staff involved conducted themselves in a professional manner at all times while dealing with this inmate. Due to the fact this inmate was issued several misbehavior reports pertaining to his complaints, I believe all of these complaints are in retaliation for the misbehavior reports written. Lastly, I find these complaints to be baseless and without any merit.

Respectfully Submitted,

Sgt. A. Ciorciari

7618775



26187-15

STATE OF NEW YORK

**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**EASTERN NEW YORK CORRECTIONAL FACILITY**
PO BOX 338
30 INSTITUTION RD
NAPANOCH, NY 12458
(845)647-7400

**A.Annucci**
**Commissioner**

**W. Lee**
**Superintendent**

TO: Lt Sullivan

FROM: Sgt. Bey

SUBJECT: Fox 12B1626

DATE: 01/23/2015

---

On December 23 2014 at 12:15 pm I reported to South Hall per direction of Capt Webbe. I directed Officer Cotton to remove inmate Fox 12B1526 from his cell 12-18 and escort him down stairs so I could interview him by the South Hall storage area. Upon his arrival downstairs I directed Officer Van Aken to Pat Frisk inmate Fox prior to initiating my interview. I observed a routine Pat Frisk conducted by Officer Van Aken. At no time did I witness or partake in any aggressive frisk. At no time did I witness or partake in anyone standing around in an intimidating fashion. After the pat frisk was complete I sent the officers back to the Officers Station so I could conduct my interview with inmate Fox in private. I performed a visual inspection of his hair on his head. I observed that inmate Fox was not in compliance with Departmental Directive 4914, Inmate Grooming Standards. His hair was comported in the following fashion: closely shaven on the sides of his head above his ears bilaterally, the top of his head he has a Mohawk style with his hair grown long and manipulated into multiple braids. These braids were tied together forming pockets. The pockets he created caused a safety and security concern because they were readily capable of concealing contraband.

I gave inmate Fox a Direct order to come into compliance with Directive 4914 within seven days. I advised him he is not allowed to wear two different hair styles, shaved on the sides and braids on top. Braids are allowed but must be worn in a corn row style woven close to the scalp. Dreadlocks are allowed but must extend naturally from the scalp and can not be woven, braided or twisted forming pockets. I told him if he failed to comply with my order he would in fact receive a Misbehavior report. I do not have the ability to tier or influence the tiering of any Misbehavior Report.

Inmates allegations of harassment and retaliation are false and unsubstantiated. He as well as all inmates are expected to comply with the all the rules regulations and directives of the Department.

Respectfully Submitted
Sergeant D. Bey

Sgt. D. Bey



26187-15

STATE OF NEW YORK

**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**EASTERN NEW YORK CORRECTIONAL FACILITY**

PO BOX 338
30 INSTITUTION ROAD
NAPANOCH, NEW YORK 12458
(845) 647-7400

**ANTHONY J. ANNUCCI**
ACTING COMMISSIONER

**WILLIAM A. LEE**
SUPERINTENDENT

TO: Sgt. Ciorciari

From: A. VanAken, CO

RE: Inmate Fox 12B1626

Date: 1/26/15

Sir,

On 12/23/14, I was directed to pat frisk inmate Fox 12B1626 by Sgt. Bey upon his arrival downstairs in South Hall. I performed a routine pat frisk on this inmate. At no time did I conduct an aggressive pat frisk on this inmate. At no time did I stand around in an aggressive manner, or did I witness any other officer stand around in an aggressive fashion. The pat frisk was done in accordance with directive 4910. At no time did I act in an unprofessional manner.

Respectfully Submitted,

A. VanA

A. Van Aken

26187-15

**EASTERN NEW YORK CORRECTIONAL FACILITY**

**NAPANOCH, NEW YORK 12458**

**TO:** Sgt. Ciorciari
**FROM:** CO. Cotton
**DATE:** 1/17/15
**SUBJECT:** Inmate Fox 12B1526

On 12/23/14 at approximatley 12:15pm I, CO. Cotton, assisted Sgt. Bey when he counseled Inmate Fox 12B1526. I escorted Inmate Fox from his cell to the bottom floor to see Sgt. Bey. At no time did I or any other officer stand around in a intimidating manor during the counseling nor did I give or witness a aggressive pat frisk on Inmate Fox. I always conduct myself in a professional manner while working.

Respectfully Submited
CO. Cotton
B. [signature]

26187-15

**EASTERN NEW YORK CORRECTIONAL FACILITY**

NAPANOCH, NEW YORK 12458

**TO:** Sgt. Ciorciari
**FROM:** Co. Cotton
**DATE:** 1/17/15
**SUBJECT:** Inmate Fox 12B1526

I, Co. Cotton, assist with handing out the Feed UPS for Keep lock inmates in South Hall. If there are no feed up hatches on a Keep lock inmates cell I will open the cell so the inmate can retrieve his feed up. I have never watched in amusement while Inmate Fox 12B1526 or any other inmate tried to get a feed up tray through the top of a cell window. When Inmate Fox needed his Feed up. I opened his cell so he could retrieve it.

Respetfully Submited
Co. Cotton
[signature]

26187-15

→ 1-7-15 Tour II continued from page #156.
7:59AM 11, 14, & 15 Companies to Chow, (51). In-Lists & Rounds made.
8:01AM C.O. Vargas is escorting 9-21 Logan #03A0572 to the Cage for a Medical Trip.
8:03AM C.O. Fuller picked up Commissary Sheets.
8:06AM C.O. Otis is escorting 9-3 Swiderski #09B0460 out for an overnight Medical Trip.
8:08AM 12 & 13 Companies to Chow, (40). In-Lists and Rounds made.
8:25AM Fire and Safety Check is complete. Pull Stations, O.K. Rounds.
8:31AM Go Back from South Hall Rec. Rounds made.
8:40AM Keeplock Feed-up arrived and distributed.
8:50AM 9-3 Swiderski #09B0460 is now a Hold Live to Wende C.F. The Total Block Count is 211.
8:52AM C.O. Torres picked up the mail.
8:54AM C.O. Checksfield is relieving C.O. Rzemieniecki for the Blood Drive. C.O. Rzemieniecki is back at 10 15 AM.
9:07AM (2) maint. workers fixing the Light in the 16 Co. Slop Sink. Out at 9 18 AM.
9:22AM Visit called. 15-24 Jones #98A3363. Did not return.
9:27AM (3) out for callouts.
9:28AM (2) maint. Workers in to fix the light switch in 13-22. Out 9 52 AM.
9:30AM C.O. Otens is doing a Bar & Hammer check on 9 Co.
9:32AM C.O. Checksfield is taking 13-19 Small out for Keeplock Exercise. The other (4) refused.
9:33AM (6) in from Commissary. Rounds made.
9:37AM Recycling picked up.
9:45AM Garbage taken out. Back at 9 57 AM.
9:55A [illegible]
9:56AM Keeplock Showers started. Completed at
9:58AM (3) porters and Commissary returns to the Yard.
10:03AM (7) in from Commissary and the Kitchen. Rounds made.
10 23 A [illegible] LT [illegible]
10:30AM C.O. Rzemieniecki is back with (1) from Exercise.
10:33AM (3) in from Commissary. Rounds made.
10:36AM (4) Mess Hall workers to the Kitchen. Rounds made.
11:00AM [illegible]

made
rs

 0484

26187-15

1-7-15 Tour II continued from page #157.

11:34AM The Go Back is complete. Block Count started.
9Co. In 24 Out 1, TL 25. 13Co. In 27 Out Ø, TL 27.
10Co. In 18 Out 8, TL 26. 14Co. In 26 Out 1, TL 27.
11Co. In 27 Out Ø, TL 27. 15Co. In 13 Out 13, TL 26.
12Co. In 27 Out Ø, TL 27. 16Co. In 24 Out 2, TL 26.

11:30AM Mr. Brakken is in for a Tier III Assistance for 16-4 Fox #12B1526. Out at 11:46AM.
11:49AM Block Count Totals, In 186 Out 25 Total 211.
12:24PM Visit called. 14-9 Aquino #09A3785. Left at 12:34PM.
12:25PM Count Cleared by Eastern #500.
12:35PM Chow run called. Rounds made.
12:40PM 9-21 Logan #03A0572 returned from a Med. Trip.
12:41PM 9, 10, & 16 Companies to Chow, (56). In-Lists & Rounds made
12:50PM 11, 14, & 15 Companies to Chow, (49). In-Lists & Rounds made
12:59PM 12 & 13 Companies to Chow, (49). In-Lists & Rounds made
1:00PM C.O. Owens is doing the Bar & Hammer Check on 16 Co.
1:14PM C.O. Rzemieniecki is escorting 10-2 Cartasquillo to Keeplock Medication. Back at
1:15PM Go Back from South Hall Rec. Rounds made.
1:21PM Keeplock feed-up arrived and distributed.
1:25PM Cell Changes. 10-21 Quinones #08A4342 to 15-2.
10-24 Barden #10A4817 to 5-20.
15-18 McNeil #03B1608 to 2-13.
10-27 Scott #95A7777 to ~~10-24~~ 15-18.
2-13 Diaz #03A1333 to 10-24.
21-4 Freeman #10A4322 to 10-27.
9-21 Logan #03A0572 is admitted to WB2B in the Hospital. The Block Count is now 210.
1:57PM C.O.'s Allison and Brown are out with (9) Control. The List and Phone Rm. are secured.
1:58PM (6) ~~Mess~~ Porters to the Yard.
2:04PM (13) Kitchen workers back. Rounds made.
2:23PM Notified by Sgt. Bradey that 16-8 Taber #01B143 was injured in the Yard. Sgt. Bradey wants Taber's Cell Searched.

Tour II continued on page #159

26187-15

9-6-15 Tour II continued from page #152.

8:15AM C.O. Allison is in with C.O. Otis and (3) window contractors. They have the Phone Rm keys (#15B) with them. Lift being used on 16 Company.

8:22AM Fire & Safety Check is complete. All Pull Stations are O.K. Rounds made in the Block.

8:25AM Daily Cleaning Supplies delivered.

8:33AM C.O. DeJesus is on the G.R.F. to run the Notary callout. (South Hall #3). Back at 9:20 AM.

8:34AM Go Back from South Hall Rec. Rounds made.

8:42AM Keeplock Feed-up arrived and distributed.

8:52AM The Corridors are closed for a move from S.H.U. to the Cage Area. Opened at 9:08 AM.

8:57AM C.O. Torres picked up the mail.

9:08AM (6) out for callouts.

9:09AM Recycling picked up.

9:11AM (2) maint. plumbers working in 10-9 & 12-23. Out at 10:00 AM.

9:20AM Keeplock Linen Exchange completed.

9:32AM (2) porter out for callouts and the Yard.

9:34AM (5) in from Commissary.

9:50AM C.O. DeJesus is taking 13-19 small to Keeplock Exercise. The other (3) refused. Exercise back at 10:05 AM.

9:51AM C.O. Torres is in with Pest Control. Out at 9:56 AM.

9:56AM C.O. Otens started Bar & Hammer Checks. Rounds made.

10:05AM (14) in from Commissary and the Mess Hall. Rounds made.

10:17AM Team #1 called to F.R.P. C.O. Otens responding.

10:20AM Team Response Cleared by Sgt. Parkhurst.

10:24AM C.O. Otens back in the Block.

10:30AM (5) Mess Hall workers to the Kitchen. Rounds made.

11:14AM Go Back from the Yard and Programs. Rounds made.

11:26AM The Go Back is complete. Block Count Started.

9 Co. In 26, Out Ø, TL 26. 13 Co. In 26 Out 1, TL 27.
10 Co. In 19, Out 7, TL 26. 14 Co. In 25, Out 2, TL 27.
11 Co. In 27, Out Ø, TL 27. 15 Co. In 14, Out 13, TL 27.
12 Co. In 27, Out Ø, TL 27. 16 Co. In 25, Out Ø, TL 25.

Tour II Continued on Page #153

26187-15

→ 1-6-15 Tour II continued from page #152.

11:54AM Block Count Totals In 189, Out 23, Total 212.
12:15PM Count Cleared by Eastern #500.
12:27PM Chow run called. Rounds made.
12:34PM 9, 10, & 16 Companies to Chow (61). In-Lists and Rounds mad
12:41PM 11, 14, & 15 Companies to Chow (56). In-Lists and Rounds mad
12:50PM 12 & 13 Companies to Chow (47). In-Lists and Rounds made.
12:58PM Mr. Mills from OGS is in to look at cell Lighting on 9 Company. Out at 1:30 PM.
1:15PM Go Back from South Hall Rec. Rounds made.
1:20PM Keeplock Feed-up arrived and distributed.
1:21PM C.O. DeJesus is eskorting 10-2 Cartasquillo to Keeplock Medication. Back at
1:22PM (1) maint. plumber back for work in 10-9.
1:25PM Cell Changes. 16-13 Perkins #00A3607 to 10-19, 15-25 Jackson #95A4891 to 1-2. 15-21 Snyder #00A5784 to 3-6. 10-15 Herrera #03A6195 to 15-25. (DKL). 1-2 Bertoa #92A8614 to 16-10. 3-6 Wahedi #99A2365 to 16-13. The Total Block Count is still 212.
1:33PM (2) out for callouts.
2:04PM (11) in from the Mess Hall. Rounds made.
2:05PM (6) porters to the Yard.
2:20PM C.O. Otens is working on Bar & Hammer Checks. Rounds ma
2:38PM C.O.'s Allison and Otis are out with (3) window Contracte
2:39PM Medical Emergency called at the Yard Gate. C.O. Otens is responding. Team Response cleared, 2:
2:42PM C.O. Otens is back in the Block.
2:44PM Mr. Bracken is in for a Tier Assistance with 16-4 Fox #12B1526. Out at 2:58PM.
2:58PM Go Back from the Yard and Programs.
3:10PM The Go Back is complete and the Corridors are closed. Final rounds made.
3:30PM End of Tour II.

26187-15

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
EASTERN CORRECTIONAL FACILITY

TO : Sgt. Ciorciari
FROM : R. Williamson C.O.
SUBJECT : inmate Fox - 12B1626 Complaint.
DATE : 1-17-15

Sir on 12-7-14 I confiscated 4 pair of State issue pants from inmate Fox - 12B1626. Fox had altered the pants by cutting slits in the waist band of all the pants near the snap. Fox also cut a slit on the inside of the zipper of one pair. I found the pants as part of a cell search authorized by Sgt. Conner. Fox received a misbehavior report, and was placed on keeplock status due to his altering the clothes. I went down to the SHU clothing room, and found two pair of State pants, that where the same size as the pants that had been confiscated. I issued the two pair of pants to Fox, and gave him direction to fill out a State shop request for his third pair.

Respectfully Submitted
R. Williamson CO
R. Williamson CO

2618715

**EASTERN NEW YORK CORRECTIONAL FACILITY**
NAPANOCH, NEW YORK 12458

MEMORANDUM

TO: Whom it may concern

FROM: Larry Bracken Vocational Instructor

DATE: 1/23/15

SUBJECT: Inmate Fox Tier Assistant

I first met with Inmate Fox (12B1626) on 1/6/15 for a Tier Assistance. Inmate Fox requested Directive 4914, forms to find out who his counselor was and if they could attend his hearing. I met again with inmate Fox (12B1626) on 1/7/15 to provide the information he requested. At the second meeting He then asked me to read a previous ticket he had gotten. I told him that it did not apply to what I was helping him with now. He also asked me for Correction law 610 sections 1 + 3. I told him that was not available to me to provide for him. When I asked him to sign the assistant he began to write alot of stuff about bias bias to him. I went to the Lt office to ask if he could do this and was told he could not. They gave me a new assistant form for him to sign and when this was presented to him he refused to sign

[signature]

Larry Bracken



7b187-15

STATE OF NEW YORK
**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**
Eastern New York Correctional Facility

**TO: Lt. Sullivan**

**FROM: Sgt. W. Sherman**

**DATE: 1/27/15**

**SUBJECT: Fox 12B1626**

**I did speak to inmate Fox in regards to getting a phone call while on keeplock status pending his disciplinary hearing. I informed Fox that there were no provisions in either departmental directive or facility policy and procedure for in inmate to use the telephone while confined pending disciplinary and therefore did deny the phone call.**

**Respectfully Submitted,**

[signature], Sgt

**W. Sherman, Sgt.**

26187-15

**EASTERN NEW YORK CORRECTIONAL FACILITY**

NAPANOCH, NEW YORK 12458

**TO:** Lieutenant Sullivan
**FROM:** Correction Officer T. Sheridan
**DATE:** 26 Jan, 2015
**SUBJECT:** Grievance by Inmate Fox 12B1626
Regarding: Not given (Loss of Recreation) Phone Call on 1/7/15

On 7 Jan, 2015, while doing rounds inmate Fox 12B1626, locking in 16-2 he wanted to make a phone call. At the time, Inmate Fox was confined pending a misbehavior report. I told inmate Fox that I would talk to my area supervisor. At no time did I deny Inmate Fox a phone call.

Respectfully Submitted,

T. Sheridan, CO

2618775

**EASTERN NEW YORK CORRECTIONAL FACILITY**

**NAPANOCH, NEW YORK 12458**

**TO:** Lieutenant Sullivan
**FROM:** C.O. R. Henry
**DATE:** 1-26-2015
**SUBJECT:** Grievance from Inmate Fox #12B1626 dated 1-8-2015

At no time did I deny inmate Fox a phone call. Fox informed me of his situation and due to the fact that he was serving pre-hearing confinement for a subsequent misbehavior report I told him that I would refer to my area supervisor. Area Sergeant Sherman conferred with inmate Fox at my request.

Sincerely
R. H[signature] CO
R Henry C.O.

Jarell Fox 12B1626 SH-12-18

(23)

FM. Resolve Issues re: Housing Unit Staff

Grievance No.

Eastern Correctional Facility 26187-15

On December 23, 2014 Sgt Bey sent Officer Cotton to my Assigned cell in South hall 12-18 to bring Me Downstairs to speak with me. at that time the Officer whom I Dont know his Name Aggressive Frisked me while Sgt and officers stood Around in an intimated Fashion, on this Day after the frisk was complete, Sgt Bey told me that I Have a week to cut My Hair, IR I'm gonna be getting A Tier 3 Ticket. I dont know how thats possible to get a tier 3 ticket for something that doesn't have anything to do with safety and security. ST Bey Also MADE Me Aware that his Superiors Sent him, roving continuous HARASSment.

Jarell

Action Requested

To Stop Being Harassed, and my Constitutional Rights to Freedom of Religion be respected. I also gave the superintendant notice of my constitutional Right under My CORR Law 610(1), so officer cant claim negligence, the will Answer and Argue, and be held liable in there personal capacity, I request that superindent pass this notice to officials. And for no officers to Take My Razor, set me up with shanks/weapons, drugs, dirty urines of Assaults, these are the tactics that officers use for further Retaliation. I'm A Honor inmate.

JAVELL FOX 12B162 - South hall 16-4
January 7, 2015

GRIEVANCE NO 26187-15

EASTERN CORRECTIONAL FACILITY 7-3 Shift
Negligence

On January 7 a Sgt did A Round on the 7-3 shift I made him aware that I couldn't recieve my food there is no slot and I have to wait on A regular basis nearly A hour if not sometime being denied totally to recieve my food and it just sits outside the cell where officers open my cell when they feel like it, he stated that on the 8th of January 2015 he will have me moved to another cell with a slot, its only one cell with A slot. he said hes moving me to make it easier for the officers so basicly forget about me, this is a statement of clearly a lack of compassion. I walk with A cane and have A BAD BACK, the windows have seen open in some form on this company where I lock for A week and it's freezing cold as if I'm sleeping outside, so my back is stiffening and I will now have to carry my property, send over. and pick things up, my eyes are tearing just thinking about it. I'm sick and tired of the abuse

Javell [signature]

Action requested

That officers be trained and slots be built in all of the bars

Javell Fox 12B1626 southhall 16-4
January 8, 2015

GRIEVANCE NO. 26187-15

EASTERN CORRECTIONAL FACILITY

DENIED PROCEDURAL DUE PROCESS RIGHT AND RIGHT TO FAIR Hearing

on January 7, 2015 I was seen by An assistant for the second time. on that DAY I was made aware that the prior Assistant was being informed of my misbehavior reports by Lt. Capt, or Dep sec. when I spoke with him because of this information he was bias, prejudice against and ineffective in assisting me, he refused to get papperwork pertaining to the Missbehavior report or seek out witness.

Javell F

Action requested for correction officials to be better trained in Ethics, Ethics and Ethnic inter-actions and the constitution in order to safe guard my rights and Act in A more professional manner when it comes to due process matters.

Javell Fox 12B1626 South hall 16-
January 8-2015

GRIEVANCE NO. 26187-15

EASTERN CORRECTIONAL FACILITY

8-11
Staff

CRUEL AND UNUSUAL PUNISHMENT
DENIED DUE PROCESS RIGHT

On January 7 2015 I was Done with a 30 Day penalty of keeplock that was also concurred with a penalty of 30 Days loss of phone privelages on January 7, 2015. I had my phone privelages reinstated As well. even though I was keeplocked pending a ticket that received on 1/5/15 I Didn't Have A Hearing for that ticket therefore my privelages were still afforded to me, however I was Denied a phone call, officer Henry, sgt sherman and officer sheridan Did not know whether I was suppose to get A phone call, when I have my privaleges and my privaleges can only be taken by a fair Hearing Determination (Due process) And I haven't had a Hearing.

Javell Fox

Action requested

for officials to be trained in upholding my constitutional rights instead of just being trained to oppress me, I request a immediate make up phone call.

Javell Fox 12B1626 South Hall 12-18
December 25 2014

Grievance No.
26187-15

Eastern Correctional Facility

I informed officers, several officers that I cant get my food through the bottom slot, the feed up trey wont fit, and I asked to be moved to a Different cell, or if they could open the Door and pass me the trey, they tell me they gonna look into it. in order to get my food I had to climb a chair then put my foot on the gate like a monkey take the top off where Dust, Hair or particles always got in my food once I slid it through the top. Some officers even watched in Amusement like officer terry and officer cotton.

On December 23. I climbed to get my trey (As I had to do for the past 16 Days plus 3 Days Prior) and as I pulled the trey through I slipped hit my head and pulled my back out place, I had to be carried down stairs on A medical chair, given A shot in my But just to walk on I reached the Hospital, now I'm Admitted in the Hospital and have been given a cane Just to walk, I'm in excruciating Pain, officers were called to bring me underclothes, towel washcloth and my Showershoes from my Housing unit instead they brought my Dirty clothes bag with sox in it thats Dirty, some sweatpants, 3 long sleeve dirty shirts and a coat, so I took a shower no shoes because I had to because I piss on my self a little when I fell, so now I got Athletes Feet, a pulled back, headaches All because officers Are lazy, incompassionate, Not properly Trained, have superiority complexes and cell was not fit for keep lock.

Javell Fox

Action Requested

that officers open my cell if I Return to SH 12-18 and that in the Alternative, I be moved somewhere I could get my keep lock
[illegible] and [illegible] [illegible] r10133 [illegible] I ever end up in the [illegible]

Javell Fox 12B1626 1/2/15
Southhall 16-4

Grievance No. 2618775

Eastern Correctional Facility
CRUEL AND UNUSUAL PUNISHMENT

on January 1 2015 on the 7-3 shift at lunch time, I asked Both officer To hand me my lunch trey, they have to open my gate, thats the only way for me to get my trey. they both refused to hand me my trey. ther officer with the skin haircut when I asked him asked me was I out of my mind, I asked him why because I want to eat, he just walked away, my trey was sitting outside the gate from 11:30 Am until 3:00 pm at that time I declined the trey, everyday my feed up trey sits out side the gate for a hour before I get it, and I've been having to eat my food cold. Also officer willlamson took all my Green pants and brought me a pair 2 sizes too Big and i've been wearing these pants for Almost A month with no other pants,

Javell F

Action Requested

For officers to open my gate AS soon AS my feed up trey comes so I dont have to eat cold food, And to be given 3 pair of state green pants just like my pants was taken;

1 40:57 Tuesday, March 17, 20

26187-15

03/17/15 LOCATOR SYSTEM KLOCM6B

INTERNAL MOVEMENT HISTORY DISPLAY

10 EASTERN

DIN 12-B-1626 NYSID 09387063-Y FACILITY EASTERN GEN LOCATION WW-22-004

NAME FOX, JAVELL DOB 10/26/82 SEX M E/R NB

| FACILITY | EFFECTIVE DATE | DATE ENTERED | FROM | TO |
|---|---|---|---|---|
| EASTERN GEN | 12/23/14 | 12/23/14 | SH-12-018 | HS-02-I01 |
| | 12/26/14 | 12/26/14 | HS-02-I01 | SH-12-018 |
| | 12/26/14 | 12/26/14 | SH-12-018 | SH-16-004 |
| | 01/08/15 | 01/08/15 | SH-16-004 | SH-16-002 |
| | 01/26/15 | 01/26/15 | SH-16-002 | WW-21-29S |
| | 02/04/15 | 02/04/15 | WW-21-29S | WW-22-004 |

** AT END OF REQUESTED HISTORY SCAN **

<ENTER> CONTINUE <PF3> EXIT(FUNCTION) <PF4> RETURN <CLEAR> EXIT(SYSTEM)

<PF7> SCROLL BACKWARD <PF8> SCROLL FORWARD

EASTERN CORRECTIONAL FACILITY

IGRC OFFICE ACKNOWLEDGEMENT RECEIPT

TO: Fox DIN: 12B1626 CELL: SH-12-18

This notice is to inform you that your grievance(s) dated 12/23

was/were filed on ____________.

Log # ECF- 26187-15

CODE: 23

TITLE: Resolve Issues Re: Housing Unit Staff

***Your log number, DIN, and cell location must be included on any inquiries made concerning your grievance.***

Upon completion of an investigation and if not resolved you will be scheduled for an IGRC hearing within 16 calendar days of the filing date. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC can hold a hearing in absentia. If 3 scheduled hearings are missed due to legitimate reasons the IGRC can hold the hearing in absentia. When a grievant is keep locked over thirty (30) days a hearing can be held in absentia.

If your grievance is numbered as part of a consolidate issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Grievances coded 25.1, 25.2 or 49 are passed directly through to the Superintendent for action. An investigation will be conducted and the Superintendent should respond within 25 days of the filing date. No IGRC hearing will be held.

If a response is considered untimely then the IGRC Office may contact you to ask for an extension or you can request in writing that it be appealed to the next level.

IGRC Clerk [signature] IGP Supervisor ____________ IGRC Sergeant ____________

| GRIEVANT<br>FOX, JAVELL | DIN #<br>12B1626 | HOUSING UNIT<br>WW-22-004 |
|---|---|---|
| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO.<br>26197-15 | DATE FILED<br>1/26/15 |
| | FACILITY<br>Eastern Correctional Facility | POLICY DESIGNATION<br>I |
| INMATE GRIEVANCE PROGRAM | TITLE OF GRIEVANCE<br>Alleges Procedural Issues | CLASS CODE<br>28 |
| SUPERINTENDENT WILLIAM A. LEE | SUPERINTENDENT'S SIGNATURE<br>Wm A Lee | DATE<br>3/19/15 |

Grievant's complains of issues pertaining to a MBR he received on 1/4/15 and the resulting TIER III hearing proceedings on 1/16/15.

Grievant is reminded he need not file a grievance regarding disciplinary decisions to exhaust his "administrative remedies." He can utilize the disciplinary appeal mechanism which extends beyond the facility. Disciplinary decisions are beyond the purview of the IGRC. Records indicate the MBR in question was affirmed on appeal. To avoid MBRs the grievant is advised to comply with departmental and institutional policy.

***Grievance is denied.

WL: AR/ tm

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign and date below and return this copy your Inmate Grievance Clerk to the IGRC Office. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C..

_______________________________________________

_______________________________________________

_______________________________________________

GRIEVANT'S SIGNATURE ______________________ DATE ______________

GRIEVANCE CLERK'S SIGNATURE ______________________ DATE ______________

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g).

:11:22 Tuesday, March 17, 2015

76197-B

```
03/17/15  C100T1M            DISCIPLINARY SYSTEM                  KDCPM40
12:10:56  C100N099        100      EASTERN GENERAL                PAGE     1
                        DISCIPLINARY INCIDENT SUMMARY     MANUAL RECS N

DIN:  12B1626   NYSID: 09387063Y  NAME:  FOX, JAVELL
CURRENT FACILITY:  100  EASTERN GEN    CURRENT HOUSING LOCATION:  WW-22-004
---------------------------------------------------------------------------
  TIER 2  INCIDENT: 03/13/15 10:50 AM  SGT  VANACORE, T A       EASTERN GEN
  118.30 UNTIDY             106.10 DIRECT ORDER
---------------------------------------------------------------------------
  TIER 2  INCIDENT: 03/06/15 09:00 AM  CO   CRUZ, S R           EASTERN GEN
  118.30 UNTIDY             106.10 DIRECT ORDER
---------------------------------------------------------------------------
  TIER 3  INCIDENT: 01/04/15 12:45 PM  SGT  BEY, D S            EASTERN GEN
          REPORTED: 01/05/15
          HEARING : 01/16/15 10:54 AM  DSA  WENDLAND, R         EASTERN GEN
          APPEAL  : 03/04/15 AFFIRMED  ADIR VENETTOZZI          CENTRAL OFF
  106.10 DIRECT ORDER
      60D KEEPLOCK     PACKAGE      COMMISSARY    SERVICE DTES 01/05/15 03/06/15
      60D PHONE                                   SERVICE DTES 01/05/15 03/06/15
                                                        NEXT DIN:

<CURSOR + ENTER> INC DETAIL
<ENTER>     <PF3>  EXIT(FUNCT)     <PF7>  BACKWARD     <CLEAR>  EXIT(SYSTEM)
```

ECF# 26197-15 NAME FOX DIN# 12B1626 LOC WW-21-29

Form 2131 (REVERSE) HEARING DATE 1/30/15

Response of IGRC: Please be advised that grievant's actions requested concerning all 4 are outside the purview of this committee.

Date Returned to Inmate: 2/2/15 IGRC MEMBERS [signature]

Chairperson [signature] via facility mail [signature] [signature]

*Return within 7 calendar days and check appropriate.*

☐ I disagree with IGRC's response and wish to appeal to the Superintendent

☐ I agree with the IGRC's response and wish to refer to Superintendent

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I wish to apply to the IGP Supervisor for review of dismissal

Signed ______________________ ______________
Grievant Date

______________________ ______________
Grievance Clerk's Receipt Date

*To be completed by Grievance Clerk*

Grievance Appeal to the Superintendent ____________
Date

Grievance forward to the Superintendent for action ________
Date

** An exception to the time limit may be requested under Directive #4040, Section 701.6(g)

ECF# 26197-15 NAME FOX DIN# 12B1626 LOC WW-31-29

Form 2131 (REVERSE) HEARING DATE 1/30/15

Response of IGRC: Please be advised that grievants actions requested concerning all 4 are outside the purview of this committee.

Date Returned to Inmate: 2/2/15 IGRC MEMBERS [signature]

Chairperson [signature]

Please forward 4 Grievances to C.O.R.C for Decision superintendant is alleged in Grievance as a wrongdoier.

*Return within 7 calendar days and check appropriate.*

☐ I disagree with IGRC's response and wish to appeal to the Superintendent - conflict of interest

✓ I wish to appeal to C.O.R.C the superintendant is alleged in one of the Grievances, that would be a conflict of interest for him to decide it.

☐ I agree with the IGRC's response and wish to refer to Superintendent

☐ I have reviewed deadlocked responses. Pass-Thru to Superintendent.

☐ I wish to apply to the IGP Supervisor for review of dismissal

Signed [signature: Jarrell Fox] 2-3-15
Grievant Date

Grievance Clerk's Receipt Date

*To be completed by Grievance Clerk*

Grievance Appeal to the Superintendent ________
Date

Grievance forward to the Superintendent for action ________
Date

** An exception to the time limit may be requested under Directive #4040, Section 701.6(g)

STATE OF NEW YORK-DEPARTMENT OF CORRECTIONAL SERVICES
INMATE GRIEVANCE COMPLAINT

FORM 2131 (REV 9/14)

*Grievance No.* 26197-15

EASTERN N.Y. CORRECTIONAL FACILITY

Date ________

Name Fox Din# 12B1629 Housing Unit 16-4
Program ________ AM ________ PM

*(Please Print or Type – This form must be filed within 21 days of Grievance Incident)*

Description of Problem: *(Please make as brief as possible)*

(SEE ATTACHED)

Grievant's Signature ________
Grievance Clerk ________ Date: ________

Advisor Requested YES NO Who: ________

Action Requested by inmate: ________

This Grievance has been informally resolved as follows: ________

This Informal Resolution is accepted:
*(To be completed only if resolved prior to hearing)*

Grievant's Signature ________ Date: ________

If unresolved, you are entitled to a hearing by the Inmate Grievance Resolution Committee (IGRC).
* An exception to the time limit may be requested under Directive #4040, section 701.6(g).

26147-15

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
Eastern New York Correctional Facility
Napanoch, N.Y. 12458

**MEMORANDUM**

TO: FOX, # 12B1626; 16-4

FROM: Inmate Grievance Office

DATE: 1/22/15

SUBJECT: Grievance Return

**Your grievance is being returned to you for the following reason(s):**

{ } Needs *Action Requested* filled out

{ } Needs a Signature

{ } Grievance is unclear. Need specific details of your problem.

{ } Grievance is illegible. Please rewrite, or see clerk for assistance.

{ } Over the 21 day time limit

{ } All grievances MUST be written in ink because the copier will not show penciled writing.

{ } Grievance improperly filled out

{ } Claim related issue, not a grievance. Enclosed is a claim form.

{X} Non-grievable issue. Issue has its own appeal mechanism.

PLEASE MAKE THE APPLICABLE CHANGES AND RETURN THIS FORM TO THE I.G.R.C. OFFICE, OR GIVE THIS FORM TO THE I.G.R.C. CLERK

Inmate Grievance Resolution Committee

1/23/15 - spoke to grievant who stated he wished to proceed with filing the complaint

T-Moor

Javell Fox 12B1626 South hall 16-4

1/18/15

(28) 26197-15

TM: Alleges Procedural Issues

Grievance No.

EASTERN CORRECTIONAL FACILITY

CONSPIRACY, OFFICIAL MISCONDUCT

LT Sullivan made a infraction that has nothing to Do with safety, security or the order of the Facility @ Tier III. this is insane. someone practicing and expressing there religion through a hairstyle can not even be a infraction let alone the worst one. Lt Sullivan conspired with Sgt Bey, Capt, Vebbe, Dep of Sec and Supt to give me the Highest infraction to get me removed, but my arguments at the Hearing prohibited it. this is criminal behavior and abuse of review.

Javell F

Actions requested

THAT Lt Sullivan be removed from being A review officer and that the Newyork STATE Police Be contacted, Lt Sullivan Need to be arrested for Conspiracy and Official Misconduct

Javell Fox 12B1626 southhall 16-4
1/18/15

Grievance No. 26197-15

EASTERN CORRECTIONAL FACILITY
CRUEL AND UNUSUAL PUNISHMENT
FREEDOM OF RELIGION IN PRISON
CONSPIRACY, OFFICIAL MISCONDUCT

SGT BEY CONSPIRED with CAPTAIN WEBBE AND LT SULLIVAN To give me a Tier III for expressing my religion by my HAIRSTYLE. SGT Bey gave me A Direct order To cut My HAIR WHICH violates my FIRST Amendment Right to Religion Amaker v Goord 2012 WL 4718661. ("RLUIPA") Then SGT Bey writes me A Misbehavior report while Im in my cell serving confinement from prior Harassment by officers. at the hearing SGT Bey MAKES False STATEMENTS About my Hairstyle being in braids, the record reflects these false statements. before the Hearing began sgt Bey conspired with DEP Wendland on How to find me guilty.

Javell Fox

Action Requested

I Request THAT THE New York STATE Police Be contacted SGT BEY Need To ARRESTED FOR CONSPIRACY, FALSE STATEMENTS AND Harassment. Maybe THAT'll teaching him to Stop his criminal behavior

South Hall 16-4

Javell Fox 12B162.
11/18/15

Grievance No. 26197-15

EASTERN NY CORRECTIONAL FACILITY
CRUEL AND UNUSUAL PUNISHMENT
CONSPIRACY

On 11/16/15 I found out that captain
webbe sent Sgt Bey to interview me, threaten
me and then write misbehavior report on
for not being in compliance and tell me to
cut my hair in violation of directives and
constitutional 1st Amendment.
I wrote a grievance on captain webbe and
superintendent removed him from the investi-
gation into harassment issues complained about
by me. So by captain webbe sending sgt Bey
to interview me threaten me with Tier III
Then give me Tier III while I was in my
cell all because captain webbe ordered him is
malicious and retaliation and unethical, un-
professional, and unreasonable. this is criminal
behavior captain also conspired with Lt Sullivan
to give a Tier III all because Javell I'm expressing
my religion

Action Requested

I request that the New York State Police
be contacted captain webbe need to be
arrested under PL 195.00 plus conspiracy.

JCwell Fox 12B162 Southhall ~~[illegible]~~ 16-11
1/18/15

Grievance No. 26197-15

EASTERN N.Y CORRECTIONAL FACILITY
DUE PROCESS, CRUEL AND UNUSUAL PUNISHMENT
OFFICIAL MISCONDUCT, FRAUD & CONSPIRACY

From 1-9-1-16 Dep Wendland failed to be impartial at my Hearing, she was racist, prejudice and bias. she failed to take my witness testimony into consideration on the fact of how my hair was styled, my witness was a Black counselor, ~~[illegible]~~ who had the same kind of hairstyle like me locks. she asked my witness was she a Beautician in attempt to discredit her, however her sgt who is white testified to my hairstyle and she did not ~~[illegible]~~ if he was a stylist, ask him ~~[illegible]~~ testimony which was perjured but merely took his testimony into consideration.

Dep Wendland investigated and inquire into matters that had nothing to do with the misbehavior report, she was not fair or impartial, she made a decision to find me guilty because of my grievances against Dep of sec. capt. and superintendent.

she made perjurious statements on the record. she lied about not seeing me with a cane when she told me to plug in a recorder like im some slave, she found me guilty by not using the misbehavior report as evidence and failed to uphold my first amendments right. she also spoke to her witness off the record

outside of my presence before the hearing started on 1-16-15. She also allowed a witness sgt bey who authored the misbehavior report give testimony after she was made aware that captain webbe sent him to interview me on the first interview illegally because the grievance was a harassment issue against a Lt a sgt shouldn't have been there and the only person who had authority to send an official was the superintendant per Directive 4040, and I wrote a grievance against capt webbe so him sending sgt was only out of ill intent. sgt gave me a misbehavior report not being in complience with grooming standards while I was in my cell, my living quarters. he also gave me order to cut my hair, I showed her in federal case law and correction law where that order is illegal, however she use her position as a hearing officer to violate my constitutional rights in retaliation for grievances written against her co workers, she is not fair and impartial and also failed to use evidence submitted from Lt Simmons stating my hair style is allowed why because He Black.

26197-15

Jamel Ty

Action Requested

I request that the Newyork state Police be contacted. she need to be arrested under PL 195.00 Official misconduct, the position entrusted in her expects for her to uphold the constitution and be liberal fair and impartial, not to use her position to retaliate and violate inmates constitutional rights.

Jquell Fox 12B1626 southhall 16-4
January 23, 2015

Consolidate 2614775

GRIEVANCE NO.

EASTERN CORRECTIONAL FACILITY

IGRC supervisor is denieng me my due process right to procedurally exhaust my administrative remedys. I wrote a grievance on the Dep of Admin, captain webbe, Lt sullivan, sgt Bey, superintendent and Dep Russo pursuant to the procedures they to discipline me which violated my constitutional right and were against policy and procedure of corrections. Lt Sullivan is making misbehavior reports a tier III thats not a risk to the safety security or the order of the facility, this violates the Directive on Behavior and time Allowance. he also conspired with the sgt, Dep and superintendant to make that decision which was imposed on me. captain webbe sent sgt Bey to interview me after superintendant removed him from the investigation and Assigned Dep Russo this is a violation of section 701-8 (c) HARASSMENT. Sgt Bey gave me a misbehavior report while I was in my cell for grooming standard. this is cruel and unusual punishment.

26197-15

and violates and abuses the Directive on Grooming standards and cell Attire, so this is A Grievable issue and High Administration needs to be alerted of this Abuse, However IGP supervisor is blocking me Dep of Administration was not fair and impartial, she Displayed Racism, bias and prejudice, again this violates the Directive on Hearing officer, which is a procedure however IGP its supervisor is Attempting to Guard these officials because of there rank, however he is becoming A partie, by violating my Constitutional right, by stopping me from Exhausting My Administrative Remedys and in turn Deniend me Access to the court. IGP supervisor still haven't sent me notice of my appeal to C.O.R.C with all Document Attached (along with the Grievance Against the superintendent) Pursuant to Directive 4040 Page 8 Section (d) subdivision (3)

[signature]

Action Requested

That I.G.P supervisor stop violating my Rights And stop trying to cover up for High Ranking officials And if not I request that the New York STATE Police BE Contacted

(RFH

# INMATE GRIEVANCE INVESTIGATIVE LOG FORM

| GRIEVANCE NO. 26197-15 | DATE FILED: 1/26/15 |
|---|---|
| FACILITY: ECF | DUE DATE: |
| GRIEVANT'S NAME: FOX | DIN: 12B1626 |
| SIGNATURE OF REPORT WRITER T. Meyer IGPS | DATE: 1/23/15 |

NAME OF PERSON (S)/TITLE AND/OR DEPARTMENT INVOLVED

1. ______________________ 2. ______________________

3. ______________________ 4. ______________________

**INVESTIGATION REPORTS STATEMENT**

(PLEASE SPECIFY NAME OF PERSON(S) WHOM YOU HAVE RECEIVED THE VARIOUS FACTS FROM)

I spoke to the grievant on the above date and advised him to utilize the disciplinary appeal mechanism to address his concerns. After a healthy debate the complaint was filed after the grievant expressed that his complaint was based on procedure not the sanctions imposed. Received a follow-up complaint from the grievant dated 1/23/15. Again, grievant can address issues by utilizing disciplinary appeal mechanism.

At no point have I covered for staff or discriminated against the grievant. I merely notified the grievant that he could best address his complaint by utilizing the disciplinary appeal mechanism. Grievant will be provided

with acknowledgment (receipt) that his appeal was received by CORC when it is received by the facility (IGP Supervisor).

# EASTERN CORRECTIONAL FACILITY

## IGRC OFFICE ACKNOWLEDGEMENT RECEIPT

TO: Fox DIN: 12B1626 CELL: 16-4

This notice is to inform you that your grievance(s) dated 1/23
was/were filed on 1/26.

Log # ECF- 26197-15
CODE: 28
TITLE: Alleges Procedural issues

***Your log number, DIN, and cell location must be included on any inquiries made concerning your grievance.***

Upon completion of an investigation and if not resolved you will be scheduled for an IGRC hearing within 16 calendar days of the filing date. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC can hold a hearing in absentia. If 3 scheduled hearings are missed due to legitimate reasons the IGRC can hold the hearing in absentia. When a grievant is keep locked over thirty (30) days a hearing can be held in absentia.

If your grievance is numbered as part of a consolidate issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Grievances coded 25.1, 25.2 or 49 are passed directly through to the Superintendent for action. An investigation will be conducted and the Superintendent should respond within 25 days of the filing date. No IGRC hearing will be held.

If a response is considered untimely then the IGRC Office may contact you to ask for an extension or you can request in writing that it be appealed to the next level.

IGRC Clerk [signature] IGP Supervisor ______ IGRC Sergeant ______

Rev.10/14

**Eastern NY Correctional Facility**
**CASE HISTORY AND RECORD**

**GRIEVANCE:** ECF #26217-15

**NAME:** Fox, Javell

**DIN:** 12B1626

**TITLE:** Alleges Retaliation/Sexual Harassment

**INSTITUTIONAL/DEPARTMENTAL CODE:** I-49

**DATE FILED:** 2/23/15

**IGRC HEARING DATE:** None

**SUPERINTENDENT DATE:** 4/21/15

**APPEAL DATE:** 4/22/15

**INVESTIGATION**

**IGRC INVESTIGATION DATE:** ____________

**FACILITY POLICY #** ____________

**SUPERVISIOR DATE:** ____________

**EMPLOYEE DATE:** ____________

**PRIOR CORC:** ____________

**OTHER:** ____________

T. Mauro

Mr. Mauro, IGP Supervisor

**EASTERN NEW YORK CORRECTIONAL FACILITY**
**CASE HISTORY**

**NAME:** Fox, Javell, Din# 12B1626 (2)
**ECF:** #26217-15
**TITLE:** Alleges Retaliation/Sexual Harassment

**CODE:** I-49
**REFERANCE:**
**SUPT.:** W. Lee

**GRIEVANCE:** [February 12 & 24, 2015] Grievant files multiple complaints regarding his interaction with staff and suggests that he is being targeted because he has filed grievances in the past. In one complaint which allegedly took place on 12/10/15 he claims that C.O. Rodriguez "told [him he's] looking sexy" and felt it was sexual harassment. In another complaint which does not indicate when the incident allegedly occurred, he claims that Sgt. Cerciari intimidated and threatened him when he was suppose to be investigating his complaint. On another complaint which allegedly happened on 1/26/15 and 1/27/15 he claims that C.O. Cruz used profane language towards him. On1/27/15 the C.O. Cruz sexually assaulted him during a pat frisk and read his legal mail. Grievant also accuses C.O. Kozak of falsifying a misbehavior report on 1/30/15 in retaliation for the grievance he filed against C.O. Cruz. Grievant claims he is afraid for his life, and that C.O. Cruz was drunk on alcohol when the incident occurred.

**ACTION REQUESTED:**

1) Grievant wants employees arrested for violating the law;
2) he wants to be moved from West Wing where C.O. Cruz is stationed;
3) he wants protective custody because he fears for his life;
4) he wants to see a mental health professional;
5) he wants the Sgt. to be demoted.

**INVESTIGATION:** The investigation included an interview with the grievant and identified staff: staff denies all claims made against them.

**RESPONSE OF IGRC:** None.

**SUPERINTENDENTS RESPONSE:** [April 21, 2015] Grievance is Denied. The superintendent rejects all of the grievant's claims and accepts the denials of his staff.

**APPEAL TO CORC:** [April 22, 2015] Grievant asserts his claims and adds that the superintendent is "covering up for officer."

**APPEAL CLERK**

# EASTERN CORRECTIONAL FACILITY

IGRC OFFICE ACKNOWLEDGEMENT RECEIPT

TO: Fox DIN: 12B1626 CELL: 22-Y

This notice is to inform you that your grievance(s) dated 2/12

was/were filed on ________________.

Log # ECF- 26217-15 FEB 23 REC'D

CODE: 49

TITLE: Alleges Retaliation, sexual Harassment

***Your log number, DIN, and cell location <u>must</u> be included on any inquiries made concerning your grievance.***

Upon completion of an investigation and if not resolved you will be scheduled for an IGRC hearing within 16 calendar days of the filing date. According to Directive #4040 if you do not appear for the hearing without a legitimate reason, the IGRC can hold a hearing in absentia. If 3 scheduled hearings are missed due to legitimate reasons the IGRC can hold the hearing in absentia. When a grievant is keep locked over thirty (30) days a hearing can be held in absentia.

If your grievance is numbered as part of a consolidate issue, you may or may not be called for a hearing. However, you will receive a copy of the grievance committee's decision, and you may appeal any decision in accordance with Directive #4040.

Grievances coded 25.1, 25.2 or 49 are passed directly through to the Superintendent for action. An investigation will be conducted and the Superintendent should respond within 25 days of the filing date. No IGRC hearing will be held.

If a response is considered untimely then the IGRC Office may contact you to ask for an extension or you can request in writing that it be appealed to the next level.

IGRC Clerk [signature] IGP Supervisor________ IGRC Sergeant________

Rev.10/14

**EASTERN NEW YORK CORRECTIONAL FACILITY**
**NAPANOCH, NEW YORK 12458**
**INTERDEPARTMENTAL COMMUNICATION**

**DATE: 2/23/15**

**TO:** W. LEE, Superintendent

**FROM:** T. MAURO, Inmate Grievance Supervisor

**SUBJ.:** PERSONAL CONDUCT – ECF# 26217-15

Per Directive #4040, please review the attached grievance that is being forwarded to your office for Code determination.

____: Not considered Code 49, process as a regular grievance

X : Process as Code 49, Staff Conduct

+ copy to DSS –

Superintendent [signature]

Dated 2/23/15

**EASTERN NEW YORK CORRECTIONAL FACILITY**
**NAPANOCH, NEW YORK 12458**
**INTERDEPARTMENTAL COMMUNICATION**

**DATE: 2/23/15**

**TO:** W. LEE, Superintendent

**FROM:** T. MAURO, Inmate Grievance Supervisor

**SUBJ.:** PERSONAL CONDUCT – ECF# 26217-15

Per Directive #4040, please review the attached grievance that is being forwarded to your office for Code determination.

____: Not considered Code 49, process as a regular grievance

X: Process as Code 49, Staff Conduct

+ Copy to DSS –

Superintendent [signature]

Dated 2/23/15

Copy to DSS for PREA log: Frisk complaint

EA004 (09/14)

STATE OF NEW YORK - DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
**EASTERN NEW YORK CORRECTIONAL FACILITY**
**NAPANOCH, NEW YORK 12458**

CT- to Conduct investigation (Allegation against Sgt. Corciar...) Thanks, Tom

TO: LT. MADISON

FROM: **THOMAS A. MAURO, I.G.P. SUPERVISOR**

DATE: 2/24/15

SUBJECT: **GRIEVANCE COMPLAINT ECF#:** 26217-15

The attached grievance complaint concerns your department. Please investigate and report your findings on the attached IGRC Investigation Form. Directive 4040 mandates that a hearing is to be held within sixteen (16) calendar days from the file date.

Make sure your signature, title, and date of investigation are included in your response.

Your investigation is due back in IGRC by: 3/3/15 COB.

Attachment

FOX, 12B1626

cc: File

26217-15

**Mauro, Thomas A (DOCCS)**

**From:** Mauro, Thomas A (DOCCS)
**Sent:** Wednesday, March 25, 2015 1:40 PM
**To:** Russo, Anthony C (DOCCS)
**Subject:** 26217-15, Fox, 12b1626

Sir,

Please be advised that I have not received a complete investigation for this grievance. It was sent to LT. Madison on 2/24/15. What I do have in my possession is a response memo fro SGT C. to you dated 2/3/15 in response to a complaint from the I/M. I am missing an investigation following the receipt of the "grievance complaint" and a memo from CO Cruz. This memo was provided to me in response to a complaint that was to be consolidated in the same. Again, the red folder with a complete investigation was not received by me. If you need a copy let me know! This complaint was also forwarded to you to be logged in PREA book.

Thanks, Tom

**Thomas A. Mauro**
Inmate Grievance Program Supervisor

**Department of Corrections and Community Supervision**
Eastern New York Correctional Facility
30 Institution Road
PO Box 338
Napanoch, NY 12458-0338
(845) 647-7400 ext 4700/4705 Thomas.Mauro@doccs.ny.gov

www.doccs.ny.gov



NEW YORK STATE
Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Lt. E. Madison

From: Sgt. A. Ciorciari

Subject: Inmate Fox 12B1626 grievance 26217-15

Date: 3/25/15

---

Sir,

On the date in question, 2/12/15, I did in fact interview the above named inmate in regards to one of his complaints. I asked the inmate a series of questions that pertained to the nature of his allegations towards staff. At no time during that interview did I ever mention to this inmate what he alleges. I never stated if this was 1998 I would drag him out of his cell and whatever happens, happens. I do not allow Officers to do whatever they want, nor do I cover up for them. I have never tried to intimidate this inmate or any other inmate.

This inmate filed a complaint on 2/12/15 alleging the same accusations. That complaint was answered by me on 2/20/15. It is this writer's belief this inmate is attempting to manipulate staff and the grievance system by repeatedly filing the same grievance.

As a supervisor I have never conducted myself in any manner that could be considered unprofessional and or disrespectful towards any inmate or staff member. To state that I have acted inappropriate and or confrontational is a complete misrepresentation of myself, and the level of professionalism I display while on duty.

Respectfully Submitted,

Sgt. A. Ciorciari

 NEW
YORK
STATE

Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Lt. C. Haugen

From: Sgt. A. Ciorciari

Subject: Fox-12B1626 complaint

Date: 2/20/15

---

Sir,

On 2/12/15, I did in fact interview this above named inmate in regards to one of his previous complaints. During that interview, I asked the inmate several questions in regards to his complaint. I never at any time stated that back in 1998 he would have been dragged out of his cell and whatever happened, happened. I conducted myself in professional manner throughout the interview with this inmate.

Respectfully Submitted,

Sgt. A. Ciorciari

 **Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**To: Lt. E. Madison**

**From: P. Barg Sergeant**

**Subject: Fox 12B1626 conduct grievance#26217-15**

**Date: March 20, 2015**

**Sir:**

**I have conducted an investigation into inmate Fox's 12B1626 4 combined grievances and can not find any merit or substance to this inmate's allegations. I interviewed the inmate and he nothing to add or retract from any of the grievances. I asked the inmate if he had any witnesses to the alleged incidents and he claimed to. When asked to supply names so I could interview them he stated they don't want to talk to security. He additionally stated that he needs to be protected from staff.**

**I interviewed Officer M. Rodriguez and he stated that he has made no comments or advances towards inmate Fox. He additionally stated that he has not had the opportunity to work in West Wing on 12-10-15 since it has not occurred yet. If the inmate meant 12-10-14 and he is only reporting it on 2-12-15 the grievance is untimely.**

**I also Interviewed Officer Cruz about the allegations and he denies all of them. He pat frisked the inmate prior to a tier Hearing which is good correction practice according to Directive 4910. He has also ordered the inmate to come into compliance with grooming standards due to his hair style. The inmate refused and he was written up by Officer Cruz which I feel why these allegations are being brought.**

**Finally the one thing that carries all the way through all 4 of the grievances is that the inmate does not like the fact that he houses in West Wing.**

**Respectfully Submitted**

P. Barg Correction Sergeant

PBarg Sgt.

**STATE OF NEW YORK**
**DEPARTMENT OF CORRECTIONAL SERVICES**
**EASTERN CORRECTIONAL FACILITY**

TO : SGT. BARG
FROM : C/O M. RODRIGUEZ
SUBJECT: INMATE FOX 12B1626 (22-4)
DATE : 3/16/15

I Officer M. Rodriguez was not working in West Wing on 12/10/15. At no time I made any comments or advances toward Inmate Fox 12B1626.

Respectfully
Submitted,
M. Rodriguez



NEW YORK STATE
Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**MEMORANDUM**

**To:** Sgt. Barg

**From:** C.O. S. Cruz

**Subject:** Inmate Fox 12B1626 Grievance #26217-15

**Date:** 03/16/15

---

On 2/12/15 I, Officer S. Cruz, escorted Inmate Fox 12B1626 to West Wing court. To maintain safety all keep lock Inmates are pat frisked before being escorted out of the block. I did not grope, rub or pat frisk Inmate Fox in a sexual manner. The pat frisk was conducted in compliance with Directive #4910. I did not kick Inmate Fox's feet, pull down his pants or try to provoke him in any manner. At no time did I make inappropriate comments to Inmate Fox. While on duty at Eastern Correctional Facility I conduct myself in a professional manner at all times.

Respectfully Submitted,

S. CRUZ



Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**MEMORANDUM**

**To:** Sgt. Barg

**From:** C.O. S. Cruz

**Subject:** Inmate Fox 12B1626 Grievance #26217-15

**Date:** 03/16/15

On January 26, 2015 I C.O. S. Cruz was on duty as the #2 officer in West Wing. Inmate Fox did move to 21-29 cell from South Hall. I did help inmate Fox move his property due to the fact inmate Fox was walking with a cane. I picked inmate Fox's mattress up and never dragged it on the floor. When I unlocked inmate Fox's cell I didn't say or use any obscene vulgarity towards inmate Fox. All these allegations inmate Fox has stated are all false. I did escort inmate Fox to the guard room floor for a call out. Before entering his call out I conducted a pat frisk on him and his personal property (envelope with legal paper work in it) per Directive# 4910. At no time have I harassed, or deny him a keep lock shower. While on duty at Eastern Correctional Facility I conduct myself in a professional manner at all times.

Respectfully Submitted,

C.O. S. Cruz



NEW YORK STATE
Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

**MEMORANDUM**

**To:** Sgt. Barg

**From:** C.O. S. Cruz

**Subject:** Fox 12B1626 Grievance# 26217-15

**Date:** 03/21/15

On January 26, 2015 Inmate Fox 12B1626 was South Hall to West Wing and was in Keeplock status. I never harassed or sexually harassed inmate Fox. One of my duties as the West Wing #2 officer is to assist the #1 officer and maintain movement on and off the block. I don't no why inmate Fox was moved to West Wing that is controlled by the movement Sergeant. While on duty at Eastern Correctional Facility I conduct my self in a professional manner at all times.

Respectfully Submitted,

C.O. S. Cruz



26212-15

STATE OF NEW YORK
**DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION**

**EASTERN NEW YORK CORRECTIONAL FACILITY**
PO BOX 338
30 INSTITUTION ROAD
NAPANOCH, NEW YORK 12458
(845) 647-7400

**ANTHONY J. ANNUCCI**
**ACTING COMMISSIONER**

**WILLIAM A. LEE**
**SUPERINTENDENT**

TO: A. Russo, DSS.

From: A. Ciorciari, Sgt.

RE: Fox-12B1626 complaint

Date: 2/3/15

Sir,

In the above mentioned inmates complaint, inmate Fox-12B1626 alleges that Officer S. Cruz has been harassing him by using insolent language and by dragging his property on the dirty floor. He also alleges that Officer S. Cruz had him stretch his legs out too far and lean forward during a pat frisk in which this inmate stated Officer Cruz rubbed his hands roughly across his penis and testicles. This inmate had also made allegations of not being afforded opportunities to take keeplock showers.

I interviewed this inmate on 2/3/15 at approximately 10:30am at his cell 21-29. He stands by this complaint as factual, offering no evidence, witnesses, or any further information to support his allegations.

I spoke with Officer S. Cruz who stated to me that he never dragged this inmates property on any floor. He also stated to me that he never harassed this inmate by using abusive or insolent language while dealing with him. Officer Cruz did infact conduct a pat frisk on this inmate upon entering his call out. Officer Cruz did state that he ordered the inmate to put his hands on the wall on step back so he could perform a pat frisk. He added that at no time did he have to inmate step back too far. He also stated at no time did he ever rub his hands roughly over inmate Fox's penis or testicles. The pat frisk was done in accordance with directive 4910, page 3, section B. Officer Cruz told me he at no time denied this inmate a chance to take a shower.

Prior to inmate Fox's transfer from South Hall to West Wing, Officer Rziemiencki offered this inmate a keeplock shower at approximately 10:30am. Inmate Fox refused the shower and it was logged in the block log book.

Based on my investigation, information retrieved from the log book, and staff memorandums, I find no evidence to substantiate the allegations fabricated by this inmate. Inmate Fox attempted to manipulate staff by refusing a shower in South Hall and file a complaint that he was denied a shower in West Wing. Officer Cruz conducted himself in a professional manner at all times while dealing with this inmate. Lastly, I find this complaint to be baseless and without any merit.

Respectfully submitted,

Sgt. A. Ciorciari



ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Supt. W. Lee

From: Lt. E. Madison

Subject: Grievance # 26217-15 submitted by inmate Fox, J 12B1626

Sir:

I have interviewed inmate Fox in regard to his complaints filed on various Officers and Sergeant Ciorciari. Inmate Fox stated to me that he had no witnesses for me to interview and had no further statements to provide. During my interview and questions in regard to said complaints inmate Fox was uncooperative and refused to answer any questions.

I have also interviewed Sergeant Ciorciari and the following Officers obtaining responses from each that inmate Fox has submitted complaints against; W. Kozack, S. Cruz, M. Rodriguez as well as a response from Sergeant P. Barg.

I find no merit in the submitted grievance by inmate Fox, he was unable to support any claim against staff. His failure to cooperate with the investigation into his submitted complaints further supports my findings. Furthermore inmate Fox's failure to comply with staff direction on a continuous basis further substantiates my reasons for finding no merit in this complaint. His attempt to utilize the grievance system for his failure to follow staff direction is evident based upon the amount misbehaviors reports he has received recently.

Respectfully submitted

[signature]

Lt. E. Madison

NEW YORK STATE | Corrections and Community Supervision

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

To: Lieutenant Madison

From: Correction Officer W. Kozack

Subject: Inmate Fox Din# 12B1626

Date: 3/13/15

On January 30th, 2015, I, CO Kozack wrote a misbehavior report on Inmate Fox Din #12B1626 because he was excerising with his cane in the West Wing Keeplock yard. According to the medical restriction report written by Dr. Andola, Inmate Fox was issued a cane because he had a bad back and was not allowed because medical restrication stated "no excerising allowed." I, CO Kozack, am not aware of any prior grievances made toward other West Wing officers.

Respectfully submitted,
Correction Officer W. Kozack
Correction Officer W. Kozack

| GRIEVANT<br>FOX, JAVELL | DIN #<br>12B1626 | HOUSING UNIT<br>B3-29-001 |
|---|---|---|
| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO.<br>26217-15 | DATE FILED<br>2/23/15 |
| | FACILITY<br>Eastern Correctional Facility | POLICY DESIGNATION<br>I |
| **INMATE GRIEVANCE PROGRAM** | TITLE OF GRIEVANCE<br>Alleges Retaliation/Sexual Harassment | CLASS CODE<br>49 |
| **SUPERINTENDENT WILLIAM A. LEE** | SUPERINTENDENT'S SIGNATURE<br>[signature] | DATE<br>4/21/15 |

Grievant alleges retaliation and sexual harassment.

The investigation included an interview with the grievant and identified staff. During the interview grievant provided no evidence or witnesses to corroborate his grievance. Staff recollected pat frisking the grievant in accordance with DIR # 4910 but denied the allegations of unprofessional behavior. The grievant was again reminded to come into compliance regarding his hairstyle. Based on this information there is no evidence to substantiate this grievance.

***Grievance is denied.

WL: AR/ tm

**APPEAL STATEMENT**

If you wish to refer the above decision of the Superintendent please sign and date below and return this copy your Inmate Grievance Clerk to the IGRC Office. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please state why you are appealing this decision to C.O.R.C..

correction staff Had no reason to frisk me first of all, because I get frisked before the Hearing start in the Hearing office. correction staff have many or numerous complaint of Harassment and probably serval Harassment. sexual Harassment touch of my penis and testicles is not proper superintendant is covering up for officer.

[signature] 4/22/15

GRIEVANT'S SIGNATURE DATE

[signature] 4-24-15

GRIEVANCE CLERK'S SIGNATURE DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g).

JAVELL FOX 12B1626 WEST WING 22-4
2/12/15

(49)
Alleges Retaliation, sexual Harrassment & Unprofessional Behavior

GRIEVANCE NO 26217-15

EASTERN CORRECTIONAL FACILITY

Employee MANUEL §3 (3.4 FAISIFication OF RECORDS

on January 30 2015 I was written A misbehavior report by officer kozak, officer kozak wrote the misbehavior report in Retaliation of me using the Grievance process against his peers on in paticular officer Cruz. on February 12, 2015 I was found not guilty of the misbehavior report. officer kozak is malicious, And a criminal.

Javell Fo

Action Requested

Officer Kozak Needs To Be ARRESTED, AND I need To be moved from WEST WING,

JAVELL FOX RB1624 WEST WING 22-4
DATE February 12, 2015

Grievance NO. 26217-15

EASTERN CORRECTIONAL FACILITY

On January 26, 2015 I was moved to west wing. I dont know why. Since I've been on west wing I've been harassed and sexually harassed. I was moved to west wing (the only reason I could think of) as punishment. a officer that control the block is a officer that I've written 2 prior grievances on, who would move me to A block with a officer that I've written 2 prior grievances on and it had to be an investigation because of it.

Javell Fox

Action Requested

To Be moved from WEST WING

Javell Fox 12B1624 westwing 22-4
February 12, 2015

Grievance No 26217-15

EASTERN CORRECTIONAL FACILITY

on January 26, 2015 officer cruz told me to get the fuck in my cell, he DRAGGED my Blanket on the Dirty floor. on January 27, 2015 I had a call out, he frisked me in A sexual way, but aggressive, he Rubbed up my testicles and pulled my Legs. the he Read my legal MAIL. this officer is insane.

Javell Fe

Action Requested

FOR OFFICER CRUZ to be ARRESTED AND FIRED AND FOR ME TO BE MOVED FROM WEST WING.

JAVELL FOX 12B1626 West Wing 22-4 2617-15
2-12-15

Grievance No

EASTERN CORRECTIONAL FACILITY

Officer cruz on the Above date conducted a pat frisk supposedly for safety and security before I entered the room for a Hearing. Officer Cruz Had me stand in a wet spot and told me to spreed my legs he made me step back then he began to pull the back of my pants down. he stepped in between my legs and leaned against my Buttocks, then he patted up my legs rubbing My thigh and groping my penis and testicles then he stated, "he forgot my pussy hurt. officer cruz smelled like Alchohol. he was Drunk. these are violations of employee manuel section 2.10, 2.12, 2.18 conduct and activities of employees, this is sick behavior and i'm not gonna tolerate it no more. I don't feel safe. he also was kicking my feet.

Javell Fox

Action requested
I request that officer cruz be Arrested, he's constantly staring in my assigned cell at times when there is no reason to, these are Homosexual activitys and I've seen violated. I request to be moved from west wing or this whole ... see mental Health.

JAvell Fox 12B1626 west wing 22-4 2641715
Febauary 12- 2015

On 12-10-15 officer Rodriguez told me I'm looking Foxy, this is A Homosexual Comment, And I'm furious At his Advances.

Javell Fox

Action Requested.

To Be Removed From west wing And officer Rodriguez Arrested AND FIRED

21217-15

Javell Fox 12B1626 west wing 22-4

2-12-15

Grievance No

EASTERN CORRECTIONAL FACILITY

sgt Cerciari fails To Do investigation. he tells me if this was 1998 he would drag me out of the cell and whatever happens, happens. he allows officers to do whatever they want and he covers up for them. and he trys to intimidate me to stop me from using the grievance system.

Javell Jr

Action Requested

sgt cericiari should be Demoted, I request to be moved from west wing where he supervises, and to never have him investigate none of my claims

26217-15

Javell Fox 12B1626 WW 22-04
February 24, 2014

Consolidate

Grievance No,

EASTERN CORRECTIONAL FACILITY

EMPloyees MANUel § 2
CONDUCT AND ACTIVITIES OF EMPLOYEES

2.2 Lawful comportment

Dated ~~Je~~ February 12, 2015 in a a complaint stating 2.18 sexual abuse I made superintendant aware that I was sexually violated by officer cruz pulling the back of my pants down, rubbing against my Buttocks, and rubbing my thighs and groping my penis and testicles. I requested to be moved from west wing where officer cruz is the escort officer, However I've been left around the officer that violated my manhood and who comes to work Drunk, not in an alert state of mind. why I'm I being left in west wing around this officer who violated me. I request to be moved immediately

26217-15
Jarell Jr

Action Requested

TO BE MOVED FROM WEST WING Away from Officer Cruz or placed in protective custody under Officer Cruz.