UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JAVELL FOX
    Plantiff
  -against-
SUPERINTENDANT LEE., et al
    Defendant

DECLARATION AFFIDAVIT IN SUPPORT OF MOTION FOR CONTEMPT PURSUANT TO FRCP RULE 70 and 18 U.S.C § 401 (3) and 402

9:15-CV-0390 TJM/CFH

STATE OF NEW YORK )
                  ss
COUNTY CAYUGA )

Javell Fox being duly sworn deposes and says:

1. I am the plantiff in this action

2. On 5/3/17 Judgement was duly entered directing commissioner Annucci et al pursuant to Rule 65(d)(2) from punishing plantiff for his hairstyle which is a Mohawk with locks—through preliminary injunction and Restraining order.

3. A copy of the order was shown to all sgts at Auburn C.F on 8-20 - 8-28-18 by plantiff, plantiff also served a copy to the superintendant

1

4. On wendsday August 29, 2018 sgt Sheftic told plantiff that he copied a dismissal of his case. and he dont care if the case isn't over and the court order is still valid he stated hes gonna keeplock plantiff.

5. On 8-29-18 plantiff was keeplocked by sgt Sheftic for wearing his mohawk. sgt Sheftic stated hes not gonna allow no squawk haircut in his jail.

6. Sgt Sheftic gave no justification for keeplocking plantiff for his hairstyle

6. Plantiffs religion is Anunnaki. plantiffs hairstyle is a religious symbol. plantiff have furnished the court and the AAG with copies of his religious documents that show his significant religious symbol by way of his hairstyle, and make referance to the bible that bear witness to plantiffs belief.

7. There is no need to examine plantiffs religious views, relieng on McEachin v McGuinness (357 F.3d 197, 201 (2d cir. 2004) where the second circuit stated "our

2

Founding principles require that courts resist the dangerous Temptation to try to judge the significance of paticular devotional obligations to an observant practitioner of faith.

8. pursuant to Amaker v Goorl 2007 WL 4560595 defendant Annuccis Agent Sgt Sheftic is guilty of violating a court order which is contempt.

9. plantiff request $3,000.00 for Harassment, $10,000.00 for Racial Descrimination $15,000.00 for Religious Descrimination. $25,000.00 for violation of Plantiffs equal protection rights, $5,000.00 for free exercise violations, $5,000.00 for RLUIPA violations and $1,000.00 for Official Misconduct. amounting to $64,000.00, I declare under the penalty of perjury that the foregoing is true.

Jane

cc Lynn knapp Blake AAG

**AUBURN CORRECTIONAL FACILITY**
P.O. BOX 618
AUBURN, NEW YORK 13024

NAME: Javell Fox   DIN: 12B1626

Senior Dist. crt Judge
Hon. Thomas J McAvoy
U.S. D.C - N.D.N.Y
15 Henry St
Binghamton N.y 13901

LEGAL MAIL



AUBURN CORRECTIONAL FACILITY

SYRACUSE NY 130
30 AUG 18 PM 1

U.S. POSTAGE >> PITNEY BOWES
ZIP 13021 $ 000.47⁰
02 1W
0001387039 AUG 30 2018

13901-279855