

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN - 7 2019
AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

PRELIMINARY STATEMENT

oni July 13, 2018 Defendants filed a Reply to
Plantiffs Response to Defendants Motion For
Summary Judgement - Plantiff Was Denied a
Sur-reply Memorandum or law to address the
arguments Made by Defendants reply to Plantiff
opposition to Summary Judgement and to Further
Support his Motion, now Plantiff Submit these
arguments as an objection to Magistrate Judge
Hummels Report & Recommenzation of 12/18/2018.

DEFENDANTS MOTION FOR SUMMARY JUDGEMENT
WAS NOT MADE IN FULL COMPLIANCE WITH
THE

Defendants Motion must be denied because
It was made after the the November 14, 2017
Deadline for motions without request for
For extesion of time, or showing good cause
For the delay in filing Summary Judgement
Motion after deadline, pursvant to Fed.R.
civ. P 16(b)'S requirement that Scheduling
"Shall not be Modified except upon a
showing of good cause.me Fed.R.civ.P. 16(b)

Plantiffs July 17, 2017 Motion to Amend
his complaint is not an excuse for Defen-

1

Dants Failure to comply with the Motion Deadline for Summary Judgement Dated and set For November 14, 2017, and the courts sympathy should not deepen to the point of providing the defendants with a motion for Summary Judgement now,

As Rule 16(b)'s requirement that scheduling orders "shall not be Modified, except upon a showing of good cause. Defendants failed to request an extension of time to file Summary Judgement or show good cause that Summary Judgement ~~should~~ Motion Should be PROVIDED 90-120 days later. a mere Blanket Statement (in a Cross-Motion to dismiss pursuant FRCP 12(c)) that plantiff failed to exhaust his remedies is not good cause for a deadline court-ordered Modification of the deadline with-out even a Request for an extension of time to file motion for Summary Judgement,

Therefore Defendants Motion for Summary Judgement Must be denied as untimely pursuant to Fed.R.CIv.P Rule 16(b) also see Parker V Columbia Pictures industries, 204 f.3d 326 (2000)

2

Defendants allege that plantiff only filed Five grievances while Housed at Eastern C.F. Dkt 174-2 ll5; Dkt No 174-13 (Black Decl)

Plantiff through grievance exhibits will prove to the court that he file 30 or more grievances and he exhausted his administrative remedies before he filed this action.

By Mr Black declaring "that a review of the inmate records for grievances at eastern demonstrated that plantiff filed five grievances while housed at eastern between december 2014 and February 2015.

Plantiff will now show that Mr Black Declaration is a lie and further attempt to prevent Plantiff from receiving his remedy.

on December 10,2014 plantiff filed grievance ECF - 26147-14, alleging that he 1) received misbehavior reports, was keeplocked and Harassed and retaliated against by staff because of his religious hairstyle. staff replied and grievance was filed. see exhibit A 1st Grievance

on December 14,2014 plantiff filed a grievance on security captain for covering up for officers. Plantiff filed a second Grievance on captain on 12-15-14

3

see exhibit B 2nd grievance and reply from security captain, Attached 3rd Grievance, that was never filed.

On 12-20-14 plantiff filed a grievance against Dep Russo for falsifieng Documents in grievance investigation pertaining to plantiffs Hairstyle. see exhibit C 4th grievance, this grievance was not filed, purposely by IGP supervisor (at Eastern) Mauro to cover up for High officials.

On 1-23-15 plantiff wrote a grievance on IGP supervisor for failing to file My Grievance against Dep of security Russo see exhibit D 5th grievance. IGP supervisor failed to file this grievance as well even though he replied to it

On 12-14-14 plantiff filed a grievance on officer cruz for verbal Harassment see exhibit E 6th Grievance with reply attached.

On December 23, 2014 plantiff wrote a grievance on sgt Bey for Harassment, pursuant to Directive 4040 superintendants are to handle harassment grievances. This grievance was never filed or forwarded to superintendant by IGP supervisor and Superintendant was a part of covering up any way. see Exhibit F 7th Grievance

4

On December 24, 2014 plantiff wrote a grievance on Diane labatte steward for failure to mail out his mail to supervisory officials and the court. IGP supervisor failed to file it properly. as you could see the Reply from Miss labatte exhibit G  8th Grievance

On January 18, 2014 plantiff wrote a grievance on IGP supervisor Mauro for failing to file the grievance against Miss labatte see exhibit H 9th Grievance with attached reply from Mr Mauro in an attempt to cover up his wrongdoing and Miss labattes wrong doing. this grievance was not filed either.

On December 26, 2014 plantiff wrote a grievance against the superintendant for allowing officers and supervisory officials at Eastern violate plantiffs constitutional rights. plantiff filed grievance with IGP supervisor and sent grievance to commissioner, nothing was filed See exhibit I   10th grievance.

plantiff wrote a grievance requesting to be moved to a cell where he could set his feel up treys without having to climb as plantiff fell and injured his self. this grievance was written on 12-25-14 at the Hospital on 12-26- plantiff was released from the prison Hospital, and on said date plantiff was moved to a cell on the first level where officers could open his cell and plantiff could grab his food Treys. see exhibit J 11th Grievance with internal movement History Display sheet attached.

on January 8, 2015 plantiff wrote a grievance pertaining to phone issues see exhibit k   12th Grievance   with attached Reply from officials plantiff Grieved.

on Febuary 12, 2015 plantiff wrote a grievance against officer Rodriguez for making Homosexual comments to plantiff See exhibit L   13th Grievance   with reply attached.

on January 18, 2018 plantiff filed a grievance against Dep wendland. IGP Mauro

failed to forward or file plantiffs grievance and superintendant was covering up for his subordinates. plantiff wrote a grievance against the superintendant and IGP supervisor Mauro pertaining to this grievance see exhibit D and exhibit I . exhibit D - grievance against IGP supervisor, exhibit I grievance against superintendant. see exhibit M   14th grievance Dep wendlend

on January 18,2015 plantiff wrote a grievance against Lt Sullivan for making Plantiff hairstyle a Tier III violation. IGP supervisor failed to file it and superintendant was covering up for his subordinate and Plantiff wrote grievances pertaining to these issues against IGP Mauro for failing to file plantiffs grievance and against superintendant for covering up for his subordinates. See exhibit D grievance against IGP supervisor and exhibit I grievance against superintendant. exhibit N   15th grievance Lt Sullivan.

On 1-18-15 plantiff filed a grievance against sgt Bey for conspiring with Dep wendland at plantiffs Disciplinary hearing. see exhibit N   16th Grievance . This grievance was not filed purposely in order for IGP Mauro And superintendant to cover up for High ranking officials. plantiff wrote a grievance on IGP supervisor See exhibit D   and superintendant see exhibit I  for failing to file plantiffs grievance, and covering up for officials.

On 1-18-18 plantiff filed a grievance against captain Webbe for conspiring with Lt Sullivan to give plantiff a Tier III for his hairstyle, sending sgt Bey to harass plantiff and Threaten plantiff. see exhibit O   17th Grievance This grievance, was not filed in attempt to Denie plantiff exhaustion. plantiff wrote a grievance against IGP supervisor Mauro about this issue see exhibit D   and against superintendant for covering up for official see exhibit I

8

On February 24, 2015 Plantiff wrote a grievance against S.O. ~~Cruz~~ superintendant for failing to Move Plantiff from west wing where C.O cruz sexvally touched plantiff, after super-intendent was made aware. See exhibit P  18th Grievance. this grievance was not filed in an attempt to cover up for officials. plantiff wrote a grievance on IGP supervisor for failing to file Plantiffs grievances in the past ~~See~~ exhibit D grievance against IGP supervisor.

On January 23, 2015 plantiff wrote a second grievance against Diane labatte see exhibit Q  19th grievance   exhibit G first grievance on Miss lasatte. both grievances were not filed in a cover up attempt and they weren't forwarded. plantiff wrote a grie-vance against IGP supervisor for failure to file Plantiffs grievance See exhibit H grievance against IGP Mauro.

On 2/12/15 plantiff wrote a grievance on sgt cerciari pertaining to sgt cerciari attempting to intimidate plantiff from using grievance system see exhibit R   20th grievance  with attached Reply by sgt cerciari.

9

On ~~January 12~~ february 12, 2015, plantiff wrote a grievance about being moved to west wing with C.O Cruz who sexually touched plantiff on two occasions. and plantiff filed complaints pertaining to this issue. See exhibit S (21st grievance), that was not filed. plantiff wrote grievances against IGP Mauro for failure to file plantiffs grievances in the past. and superintendant was covering up for his suborcinates.

On febuary 12, 2015 plantiff wrote a grievance on officer Kozak for writing plantiff a false misbehavior report this grievance was not forwarded to C.O.R.C and labeled a 49 - to go directly to superintendant. see exhibit T   22nd grievance

On February 12, 2015 plantiff wrote a grievance against officer cruz for sexual touching. see exhibit U   23rd grievance

On february 12, 2015 plantiff wrote a grievance against c.o cruz for sexual touching and Harassment. see exhibit V   24th grievance

On December 18, 2014 plantiff wrote a grievance against Dep Russo see exhibit W

25th Grievance   this grievance was not filed plantiff wrote a grievance against IGP Mavro and superintendant for falling to hold officials accountables, see exhibit D IGP Mavro grievance see exhibit I Inmates superintendant grievance.

On January 2, 2015 plantiff wrote a grievance about confinement issues 1) getting his food up to a hour late due to c.o.s failure to open his gate. On 1-8-15 plantiff was moved to a cell where he could Receive his food treys through a feed up slot, 2) on 1-8-15 plantiff also wrote a grievance, inside the same grievance pertaining to state clothing issue, plantiff not having state pants and being left to wear the same state pants for a month, on 1-26-15 plantiff was escorted to state shop by the sgt to receive new state pants. See EXHIBIT X, 26th grievance with attached Internal Movement History. Therefore these issues were exhausted. Resolution through informal channels satisfys the exhaustion requirement, grieving through informal channels is an available remedy. see Marvin v Goord. 225 f.3d 40, 43 n.3 (2d cir. 2001)

On 1-8-15 plantiff wrote a grievance on sgt Bey this grievance was never filed, see exhibit y 27th grievance plantiff filed grievances against the IGP supervisor

for failing to forward affirmentioned grievance See exhibit D plantiff also wrote a grievance against the Superintendant for Blatent cover up of his subordinates See exhibit I

On January 8, 2015 plantiff wrote a grievance about the freezing cold conditions in His Housing unit against the area Sgt, Ove to construction and Broken windows. See exhibit Z 28th grievance on 1-26-15 Plantiff was Moved to west wing unit out of the cold into a cell with a Heater, therefore this issue is exhausted. Resolution through informal channels satisfies the Exhaustion requirement. grieving through informal channels is an available remedy see Marvin v Goord 225, F.3d 40, 43 n.3. also See internal Movement sheet and Replys to grievance attached.

On January 8, 2015 plantiff wrote a grievance on his tier Assistant. this Grievance was never filed see exhibit A 1 29th Grievance. plantiff wrote a grievance against IGP Mauro for failing to file said grievance see exhibit D and plantiff wrote a grievance on superintendant for allowing Plantiff Grievances to be blocked. See exhibit I

12

On February 24, 2015 plantiff wrote a grievance against Dep kalao. this grievance was never filed. plantiff wrote a grievance on IGP supervisor about the affirmentioned see exhibit D  plantiff also wrote a grievance against the superintendant for covering up for his subordinates see exhibit I , grievance against Dep of programs for deniens plantiff Access to the court is exhibit B1  30th arievance

On December 25, 2014 plantiff filed a grievance on SGT Bey for Retaliation, Harrasment and admitting that his supervisors sent him. see exhibit C1  31st Grievance , IGP supervisor failed to forward plantiffs grievance. plantiff wrote a grievance against IGP supervisor exhibit O  and superintendant failed to file plantiff grievance as well. as this was a superintendants grievance see exhibit I

PLANTIFF CONTENDS THAT HE EXHAUSTED HIS
ADMINISTRATIVE REMEDIES PURSUANT TO -
(PLRA).

Plantiff admits to to commencing this
Action on April 2, 2015 before CORCS final
determination of April 29, 2015 - Plantiff
Misinteprete the Grievance directive that
stated CORCS Deadline. and in so Plantiff
interpreted 30 days for CORCS decision that
had elapsed as a Denial and therefore
filed his suit. Plantiffs Misinterpretation
should not amount to dismissal see
Hemphill. 380 F.3d at 686 also see e.g. Giano
V Goord  380 F.3d 670, 675-76 (2d cir. 2004)

Further Defendants are estopped
from using exhaustion as an affirmative
Defense due to defendants ongoing
Harassment and Retaliation of Plantiff
and IGP Mauros dedication to cover up
for Defendants by failing to forward or
file plantiffs grievances at all or in

14
B

an attempt to stall the grievance process.

Plantiff filed a grievance on December 11, 2014 that IGP Mauro failed to forward.

Plantiff filed a grievance ~~one~~ November 9, 2014 that IGP Mauro failed to forward about Retaliation, Fourth Amendment violations, Denial of Religious exercise and freedom of expression. Pursuant Directive 4040 grievance policy. this grievance suppose to go to the Supt and then after 21 days forward to CORC.

Instead the Supt sends his subordinates to investigate and his subordinates covers up for the Defendants and IGP Supervisor and Supt stalls the Decision and cover up for Defendants as well.

Then CORC stalls Making a grievance Remedie impossible, and this process is do purposely to hinder future prisoner Suits. See Sandlin V poole 575 F.Supp. 2d 484, 488 (W.D.N.Y. 2008)

15

Furthermore plantiff contends that the actions he compalns is properly classified as a single, momentary matter in which-case no exhaustion is required.

The circumstances complained of does not affect everyone in the prison communlty For example, food, clothing, housing, recreational Facilities. See Neal v Goord, 267 F.3d 116 (2001) see Lawrence, 238 F.3d at 186, SEE Nussle, 224 F.3d at 106.

As explained in Lawrence," the underlying principles requiring exhaustion — giving notice to administrators and allowing Policy makers to change their behavior — are not served when a practice is aimed at one specific inmate rather than the prison popvlation as a whole" 238 f.3d at 186

As plantiff was found Not Guilty of Refussng to cut his hair which is a religious symbol and freedom to express his self as an undividual by

his hairstyle all further acts of punish-
ment was retaliation and harassment
because plantiff had a mohawk - all
defendants worked in cahutes to punish
Plantiff because Lt Madison did not
like his hairstyle. this is paticvlarized
instances ~~that~~ of misconduct directed
at Plantiff which falls outside the general
living conditions of the facility see
Lawrence, 238 F.3d at 185-86 it is appropriate
to conclude plantiffs allegations do not
fall in the purview of § 1997 e(2)

1) Defendant Madison told plantiff to
cut his mohawk hairstyle on or (November
2,2014) around said date. at that time
Plantiff made Defendant Madison aware that
he had a sincerely held religious belief that
required the wearing of a mohawk as a symbol,
on November 9,2014 defendant Madison sent
his subordinate C.O Skred to keeplock plan-
tiff for his hairstyle. on or around Novem-
ber 14,2014 plantiff was found Not
guilty for his hairstyle being in a mohawk
at a Tier II hearing held by LT Simmons;

17
~~16~~

Because plantiff was Released from keeplock
and found Not guilty as well as the fact
that plantiff wrote a grievance about the
affirmentioned, plantiff was Retallated
against by defendant simmons who told
plantiff "He know plantiff has a Right
to wear his hair in a Mohawk but
Lt Madison is upset and his supervisors
supt Lee, Russo and capt webbe told
him to find plantiff guilty" officer
cruz, sullivan, wendland, webbe, Bey, Vanacore,
Miller, Kozak, Waugh, connor and Barg Retal-
iated against by Authoring, or witness/co-sig-
ning Misbehavior reports or holding Tier II
and Tier III disciplinary hearing and punishing
plantiff for having a Mohawk haircut
all because Lt Madison was upset that
plantiff wrote a grievance and won a
disciplinary hearing decision. all Retaliation
led to plantiff being keeplock confined
to a cell for 200 plus days straight. these
acts of retaliation were directed at plantiff
and does not affect everyone in the prison

18

Community. these actions are classified
as single, momentary, matters Even though
ongoing exhaustion is not required See
Neal v Goord, 267 F.3d 116 (2001) See
Lawrence, 238 F. 3d at 186 See Nussle, 224
F.3d at 106. 2) Defendants Lee, Russo, Madison,
Simmons, Sullivan, Wendland, Webbe, Bey, vang-
core, Waugh, Miller, Williamson, and cruz vio-
lated plantiffs FIRST AMENDMENT const Right to
the freedom of Religion by writing/Authoring,
Affirming, or co-signing Tier II and Tier III
Misbehaviors Report and punishing plantiff
by keeplock confining plantiff to S.H.U
Restriction and harsher because plantiff
has a Mohawk haircut that all Named
Defendant were aware that plantiff
could have as his hairstyle was not a
threat to the safety security or order
of the facility see Benjamin v. coughlin
905 F.2d 571 (2d cir, 1990). plantiffs First Amend-
ment Right To the freedom of expression was,
also violated. Defendants were aware of plantiffs
rights and violated those rights knowingly,
and with wanton Disregard for the law of the
land and plantiffs Jurisdiction under such law,

as a citizen of the United States of America
and a son, grandson and Nephew of Military
Veterans, these violations were not directed
at the prison community. these actions are
classified as single, momentary matters even
though ongoing exhaustion is not required,
See Neal V Goord, 267 f.3d 116 (2001) see Lawrence,
238 f.3d at 186 See Nussle, 224 f.3d at 106.

3) Defendants Chico, Jennings, and Labatte
denied Plantiff access to the courts by re-
fusing to permit law clerk inmates to assist
plantiff in researching his case for a civil
action that was meritorious causing plan-
tiff to lose that claim, denying plantiff copys,
and interfering with plantiffs legal ~~mail~~ mail and
Mail to Doccs Commissioner and Governor com-
plaining about plantiffs violations mentioned
in this claim. all afformentioned violations
were done out of malice to prevent plantiff from
filing suit and Reporting Defendants Miscon-
duct to their Supervisor all violations did not
affect the prison community, these actions
are classified as single, momentary matters there-
fore exhaustion is not required See Neal V
Goord, 267 f.3d 116 (2001) See Lawrence, 238 f. -
3d at 186 See Nussle, 224 f.3d at 106.

29

4)- Defendants Webbe, Simmons and Lee violated
plantiffs constitutional Rights to Religious
and Regular Reading Material. Plantiff
was punished for having Reading Material
Both Regular Reading Material (Magezines,
Newspapers etc..) and religious reading
Material Maliciously and Deliberately to cause
plantiff Hardship. The first Amendment pro-
tects plantiffs right to get reading material
plantiff was Denied this right for no penological
reason See Procunier v Martinez, 416 U.S. 396
(1974) Thornburgh v. Abbott, 490 U.S. 401, 404 (1989)
Also all violations resulted in a Tier II or
Tier III Disciplinary hearing that had an
Appeal Mechanism therefore exhaustion is not
required pursuant Directive 4040 in accor-
dance with (PLRA) standards, 5) Defendants
Connor, Williamson and Cruz violated plantiffs
FOURTH Amendment rights  frisking; strip
searching, and searching plantiffs cell
for no penological reason, Affirmentioned
searches were done to plantiff only as
Retaliation for plantiff wearing a Mohawk
hairstyle and writing grievances. these
instances of violations Did not effect the
Prison community - these actions are classified

21

as single, Momentary matters Directed
at Plantiff therefore exhaustion is
not required. See Neal v Goord, 267 F3d
116 (2001) See Lawrence, 238 F3d at 186
See Nussle, 224 F3d at 106 6) Defendants
Lee, Webbe, Simmons, Sullivan, and Wend-
land violated Plantiffs Eighth Amendment
right by failing to provide plantiff with
extra clothing or Blankets to endure the
cold weather that was coming in his
cell from broken windows that were
under construction in or around January
2015, also plantiff was confined to a
cell with urine and feces on the toilet,
and green globs of spittay and Dirt
and dust on the floor without being
Provided with cleaning supply, plantiff
was also denied cleaning his clothing and
only had one change of clothing and
was confined to a cell with no feed
up slot forcing plantiff to climb up the
cell bars to receive food. All of
these issues were formally Resolved
at the facility pursuant to Dir 4040
therefore exhaustion was required in
accordance with PLRA. 7) Defendant Cruz

22

used excessive force against plantiff and frisked
Plantiff in a seaval Manner. These incidents
are single, Momentary Matters directed at
Plantiff and does not effect the prison comm-
unity. (Also sexual Harassment claims do not
Need to be exhvasted pursuant to directive
4040 in accordance with (PREA) Act zero
tolerance.) See Neal V Goord, 267 F.3d 116 (2001)
see Lawrence, 238 F.3d at 186 see Nussle,
224 F.3d at 106 8) Defendants Lee, Webbe,
Russo, Simmons, wendland and sullivan
violated plantiffs Fourteenth Amendment
rights to due process by failing to be
Fair and impartial at Tier II
and Tier III disciplimary hearings. since
there is an Appeal mechanism for Disciplinary
hearing decisions, Exhaustion is not
required pursvant to directive 4040
in accordance with (PLRA STANDARDS) 9)
Plantiff Made Supervisory claims against
Defendants Lee and Annuccl. Defendant
Lee directly participated in violating
Plantiffs constitutional right to religion,
Due process, and Harsh confinement by
restricting plantiff from wearing his
sincerely held religious hairstyle and
allowed his subordinates to violate

23

plantiffs right to religion Defendant Annucci
learned of the violation of plantiffs
rights and failed to do anything to fix it
see Ashcroft v iqbal, 129 S.ct 1937 (2009)
as these rights were violated by uncon-
stitutional policys under Defendant
Annuccis control.

Due to plantiffs grievance issues with
IGP supervisor failing to file grievances
and superintendant failing to file grievances,
CORC supervisor Seguin covering up in the
declaration about plantiff only filing
5 grievances when plantiff clearly showed
the filing of 31 grievances that were
never processed and correspondance
throwing away plantiff mail to C.O.R.C
plantiff had no way to effectively
exhaust his remedys.

Furthermore plantiff never used circum-
venting procedures by submitting a backdoor
Appeal to C.O.R.C. plantiff filed all grievances
with IGP, and superintendant. Both offices
failed to file plantiffs grievances or process.

24

plantiff Grievances in accordance with PLRA standards.

IGP supervisor stated he was consolidating all plantiffs grievances after plantiff submitted letter to his office to be forwarded to C.O.R.C If you notice none of the grievance have different numbers they all have the same 2 numbers with differant filing dates. why is that? because they were not being filed properly.

plantiff filed grievances against IGP supervisor see exhibit D and H the IGP supervisor refused to follow NYCCR tit 7 §-701.5(d)(3)(1) therefore plantiff was blocked from contacting igp supervisor to confirm that his appeal was filed and transmitted to C.O.R.C.

Therefore C.O.R.C' approximate four Month delay in ECF-26147-14 and three month Delay in ECF-26217-15 excuse plantiff from the exhaustion requirement Henderson V. Annucci No 14-CV-445A 2016 WL 3039687 at* 10 (W.D.N.Y. Mar 14, 2016)

complaints about the handling of a disciplinary
hearing by correction officials are non-
grievable under applicable Regulations because
there is a seperate administrative appeal
process for disciplinary actions. N.Y. comp,
codes. R. & Regs-; Tit 7 section 701.3 (e) (1)
Davis v. Barrett, 576 F.3d 129, 132 (2d Cir 2009)
Plaintiff contends that he exhausted his
Administrative remedies by filing appeals
contesting and complaining about hearing
officers actions in Disciplinary hearing
therefore all cause of actions against
Disciplinary officials Must remain in
accordance with Davis v. Barrett 576.
F.3d at 132-33.

Due to plantiffs keeplock status a
hearing was held in absentia pertaining
to plantiff confinement issue, a sgt
was assigned to handle these issues,
therefore instead of resolution in 16 days
it maybe 21-28 day because of keeplock
status sometimes quicker. See exhibit
D1

On March 27, 2015 officer Cruz
sexually touched plantiff and subjected

26

plantiff to excessive force. outside the hearing office, before plantiff went inside the hearing to see Lt Simmons for a Disciplinary hearing. while inside the hearing plantiff made Lt Simmons aware of the affirmentionee as Plantiff had an obvious knot on his heel. Lt Simmons reported the sexual touching. and told plantiff not to report the excessive Force, he'll only make things worse on his self. and the same day March 27, 2015 Lt Simmons Moved plantiff to another Housing unit exactly B- Block. From west wing where cruz worked. See exhibit E-1 Internal Movement history.

In so far as plantiff becomes subject to dismissal for Filing complaint before exhausting grievance Number ECF-26217-15 Exhibit F-1 and ECF 26147-14 Exhibit G-1 plantiff request permission to reinstitute complaint as plantiffs admini- strative remedies are exhausted at this time. Further administrative remedies were

27

unavailable, even though in writing the grievance process is a good mechanism but in real life its a dead end, with officers and officials unwilling to provide any relief to aggrieved inmates, administrative scheme is opaque by refusing to hear inmates side and consider inmates evidance but tottally side with officials, prison administrators thrawted plantiff from taking advantage of the grievance process through machination, and misrepresentation. example see exhibit D and exhibit H as well as exhibit g1 to show How Iap supervisor and C.O.R.C communicated took the officials who plantiff grieved word without looking at no evidance or considering plantiffs grievance. therefore plantiff exhausted his administrative remedies pursuant to hemphill and Ross v Blake U.S

136 S. Ct 1850, 1862 (2016) also see Ross, 136 S. Ct. at 1858,

plantiff was Denied his right to Do a surreply by Magistrate court and any argument they may seem new isn't plantiff already had Majority.

28

of his argument Pre-written in hopes
For a sur-reply at the Magistrate court
back in July to the AAG's Reply, which
Plantiff was denied.

Plantiff is unable to receive
Copies to serve AAG Knapp Blake.
Supervisors was aware of every facet
of this Complaint See exhibit H1
letters to superintendant and copies
to Commissioner Annucci, supervisors
allowed the Abuse.

Further plantiff wrote his grievances
on paper because he was keeplocked and
unable to get grievance forms from
officers. So please don't construe plan-
tiffs grievance on paper as a letter.
On the right hand corner it says
Grievance No and it also states
Action requested at the end of
every grievance complaint which
indicates grievance not letters. exhibit
H1 is letters.

29

Therefore Defendants Motion for summary Judgement should be dismissed in its entirety and plantiffs Complaint scheduled for trial date.

January 2, 2018

Javell

I declare under the penalty of perjury the foregoing is true.

30