UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JAVELL FOX,

                              Plaintiff,

v.

                                                                            9:15-cv-390

OFFICER SANTIAGO CRUZ,

                              Defendant.

---

## VERDICT SHEET FORM

**PLEASE NOTE** - Each Juror will be provided with a Verdict Sheet Form in order to facilitate understanding of the charge and to aid in deliberations. **HOWEVER, YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON ONLY ONE VERDICT SHEET FORM WHICH IS SIGNED BY THE JURY FOREPERSON.** The remaining Verdict Sheet Forms should be returned to the courtroom deputy unsigned. Each question must be answered unanimously.

**ALSO, PLEASE CAREFULLY FOLLOW THE BOLD-TYPE DIRECTIONS ACCOMPANYING EACH QUESTION.**

1. Did plaintiff prove by a preponderance of the evidence that defendant used excessive force against him in violation of the Eighth Amendment of the United States Constitution on January 27, 2015?

Yes __X__ No_____

**Proceed to Question 2.**

2. Did plaintiff prove by a preponderance of the evidence that defendant used excessive force against him in violation of the Eighth Amendment of the United States Constitution on February 12, 2015?

Yes __X__ No_____

**If you answered "yes" to either Question 1 or Question 2 or "yes" to both questions, proceed to Question 3. If you answered "no" to both Question 1 and Question 2, your deliberations are complete. Please have the foreperson sign and date this verdict form and notify the Marshal that your deliberations are complete.**

3. State the amount of damages, if any, which Plaintiff is entitled to recover as a result of the excessive force used against him:

> **(NOTE: Remember, in the event that Plaintiff has proven his excessive force claim against the Defendant but failed to prove by a preponderance of the evidence that he suffered actual damages, you must award him nominal damages in the amount of $1.00.)**

$ 5,000.00

**Proceed to Question 4.**

4. Do you find that the Plaintiff has established that he is entitled to punitive damages?

Yes_____ No __X__

**Your deliberations are complete.**

**PLEASE REPORT YOUR VERDICT TO THE MARSHAL. PLEASE REMEMBER TO DATE AND SIGN THIS VERDICT SHEET. THANK YOU.**

10/26/22
Date

\*\*REDACTED\*\*
Foreperson